# Exhibit 7



# HBM2E
## The Leader in High Bandwidth



Modern data centers are using artificial intelligence (AI) and high-performance computing (HPC) environments to solve today's most pressing challenges. But for AI and HPC to operate at their peak, each must be fed massive amounts of data — quickly, efficiently and continuously.

High Bandwidth Memory (HBM) offers ultra-wide bandwidth and scalable density[1] with low power consumption to do just that. At the forefront is HBM2E, the fastest memory on the planet and the flagship of Micron's complete Ultra-Bandwidth Solutions portfolio.

## AI transforms data into actionable intelligence
### Driving the need for High Bandwidth Memory

Data growth is accelerating...

- 2018: **36 ZB** of data created
- 2020: **64 ZB** of data created
- 2024: **146 ZB** of data projected[2]

At the beginning of 2020, there were **40x** more bytes in the global datasphere than stars in the observable universe[3]

**75%** of organizations will operationalize AI systems[4]

**90%** of enterprise applications will embed AI[5]

2025

**...Driving AI adoption across the enterprise**

## Why is HBM2E better?
### Because it's closer.[6]

**Closer is faster**
Saving millimeters may not sound like a lot, but to data at nanoscale, it is.



**Closer means more bandwidth**
It uses a wide (1,024 bits) multichannel I/O for maximum bandwidth and capacity.

**1,024 bit** multichannel I/O

**Closer is cooler**
Less power consumption, thanks to the memory's close physical placement next to the compute.



## How does HBM2E performance stack up?[7]

**8x** greater package density compared to GDDR6
- HBM2E: 16GB
- GDDR6: 2GB

**7x** more package bandwidth than HBM2E
- HBM2E
- GDDR6

**87.5%** smaller footprint than GDDR6*
- HBM2E
- GDDR6

*for estimated peak workloads in super compute bandwidth scenarios



## Why Micron for High Bandwidth Memory
### The industry's most complete high performance memory portfolio

**1** and only company in the world to offer a complete portfolio of Ultra-Bandwidth Solutions

**20+** years of innovation in stacked DRAM technology

**40+** years of memory manufacturing expertise and leadership

**1000+** patents in memory stacking and advanced packaging solutions

## When performance is everything, choose the memory that outperforms all.

### Learn more: micron.com/hbm2e

### Sources
[1] Table at https://www.micron.com/products/ultra-bandwidth-solutions
https://www.micron.com/getdoc.jsp?containerId=IDC_P38353
https://www.micron.com/products/ultra-bandwidth-solutions/hbm2e

[2] IDC, "Global DataSphere 2021," https://www.idc.com/getdoc.jsp?containerId=IDC_P38353

[3] SeedScientific, "How Much Data Is Created Every Day?,"
https://www.visualcapitalist.com/how-much-data-is-generated-each-day

[4] Gartner, "Top 10 Data and Analytics Technology Trends for 2020,"
https://www.gartner.com/en/newsroom/press-releases/2020-06-22-gartner-identifies-top-10-data-and-analytics-technolo

[5] IDC, "IDC FutureScape: Worldwide IT Industry 2020 Predictions,"
https://www.idc.com/research/viewtoc.jsp?containerId=US45599219

[6] Micron HBM2E: Performance Is Everything - YouTube

[7] http://www.micron.com/products/ultra-bandwidth-solutions. Comparisons in table based on JEDEC standards and product definitions.



© 2021 Micron Technology, Inc. All rights reserved. Micron, the Micron orbit logo, the M orbit logo, Intelligence Accelerated™, and other Micron trademarks are the property of Micron Technology, Inc. All other trademarks are the property of their respective owners.