# Exhibit 13



# DDR5 SDRAM UDIMM Core

## Product Description

This specification defines the electrical and mechanical requirements for 288-pin, 1.1V ($V_{DD}$) double data rate, synchronous DRAM, unbuffered memory modules (DDR5 SDRAM UDIMMs). These DDR5 SDRAM UDIMMs are intended for use as main memory when installed in PCs. Some specifications are part number-specific; refer to the module data sheet addendum of the specific Micron part number (MPN) for the complete specification.

## Features

- DDR5 functionality and operations supported as defined in the component data sheet
- 288-pin UDIMM
- Sideband access with I3C-basic/I2C support
- Two independent I/O sub channels for increased bandwidth
- Gold edge contacts
- Halogen-free
- Fly-by topology
- Terminated clock, control and command/address bus

### Table 1: Product Family Attributes

| Parameter | Options | Notes |
|---|---|---|
| DIMM organization | x64, x72 ECC | Two 32-bit sub-channels (non-ECC), two 36-bit sub-channels (ECC) |
| DIMM dimensions (nominal) | 133.35mm x 31.25mm | Refer to Module Dimensions |
| Pin count | 288 | |
| DDR5 SDRAM densities supported | 16Gb, 24Gb, 32Gb, 64Gb | 78/82-ball FBGA package for x4/x8 devices |
| Capacity | 8Gb–128GB | |
| DDR5 SDRAM width | x8, x16 | |
| Data transfer rate | PC5-3200 to PC5-5600 | Refer to Key Timing Parameters |
| Serial presence detect hub with temperature sensor | 1024 byte | |
| Voltage (external supply, nominal) | $V_{IN\_Bulk}$: 5V | Bulk input DC supply voltage from system |
| Voltage (PMIC output) | $V_{DD}$: 1.1V | Supply voltage from PMIC |
| | $V_{DDQ}$: 1.1V | I/O Supply voltage from PMIC |
| | $V_{PP}$: 1.8V | Pump voltage from PMIC |
| | 1.8V LDO output | From PMIC to HUB |
| | 1.0V LDO output | |
| Interface | 1.1V signaling | |
| DRAM operating temperature | $T_{OPER}$ = 0 to 95°C | Refer to Thermal Characteristics |

Notes: 1. Attributes shown in this table are for reference only and do not necessarily reflect the same options supported by Micron. Please refer to the MPN-specific module addendum for supported features for the MPN.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.
Products and specifications discussed herein are subject to change by Micron without notice.



**Table 2: Key Timing Parameters[1]**

| Speed Grade | PC5 | Data Rate (MT/s) CL = | | | | | | | | | | | | $^t$AA (ns) | $^t$RCD (ns) | $^t$RP (ns) | $^t$RC (ns) |
| | | 50 | 46 | 42 | 40 | 38 | 36 | 34 | 32 | 30 | 28 | 26 | 22 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56B | 5600 | 5600 | 5600/5200 | 5200 | 4800/4400 | – | 4400/4000 | – | 4000/3600 | 3600 | 3200 | 3200 | 2100 | 16.000 | 16.000 | 16.000 | 48.000 |
| 52B | 5200 | – | 5200 | 5200 | 4800/4400 | – | 4400/4000 | – | 4000/3600 | 3600 | 3200 | 3200 | 2100 | 16.000 | 16.000 | 16.000 | 48.000 |
| 48B | 4800 | – | – | 4800 | 4800/4400 | – | 4400/4000 | – | 4000/3600 | 3600 | 3200 | 3200 | 2100 | 16.000 | 16.000 | 16.000 | 48.000 |

Notes:  1.  $^t$AA,$^t$RCD, $^t$RP and $^t$RC values represent the tightest capability across all supported data rates and CL combinations. Refer to component data sheet Speed Bin Tables for details.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



# Important Notes and Warnings

Micron Technology, Inc. ("Micron") reserves the right to make changes to information published in this document, including without limitation specifications and product descriptions. This document supersedes and replaces all information supplied prior to the publication hereof. You may not rely on any information set forth in this document if you obtain the product described herein from any unauthorized distributor or other source not authorized by Micron.

**Automotive Applications.** Products are not designed or intended for use in automotive applications unless specifically designated by Micron as automotive-grade by their respective data sheets. Distributor and customer/distributor shall assume the sole risk and liability for and shall indemnify and hold Micron harmless against all claims, costs, damages, and expenses and reasonable attorneys' fees arising out of, directly or indirectly, any claim of product liability, personal injury, death, or property damage resulting directly or indirectly from any use of non-automotive-grade products in automotive applications. Customer/distributor shall ensure that the terms and conditions of sale between customer/distributor and any customer of distributor/customer (1) state that Micron products are not designed or intended for use in automotive applications unless specifically designated by Micron as automotive-grade by their respective data sheets and (2) require such customer of distributor/customer to indemnify and hold Micron harmless against all claims, costs, damages, and expenses and reasonable attorneys' fees arising out of, directly or indirectly, any claim of product liability, personal injury, death, or property damage resulting from any use of non-automotive-grade products in automotive applications.

**Critical Applications.** Products are not authorized for use in applications in which failure of the Micron component could result, directly or indirectly in death, personal injury, or severe property or environmental damage ("Critical Applications"). Customer must protect against death, personal injury, and severe property and environmental damage by incorporating safety design measures into customer's applications to ensure that failure of the Micron component will not result in such harms. Should customer or distributor purchase, use, or sell any Micron component for any critical application, customer and distributor shall indemnify and hold harmless Micron and its subsidiaries, subcontractors, and affiliates and the directors, officers, and employees of each against all claims, costs, damages, and expenses and reasonable attorneys' fees arising out of, directly or indirectly, any claim of product liability, personal injury, or death arising in any way out of such critical application, whether or not Micron or its subsidiaries, subcontractors, or affiliates were negligent in the design, manufacture, or warning of the Micron product.

**Customer Responsibility.** Customers are responsible for the design, manufacture, and operation of their systems, applications, and products using Micron products. ALL SEMICONDUCTOR PRODUCTS HAVE INHERENT FAILURE RATES AND LIMITED USEFUL LIVES. IT IS THE CUSTOMER'S SOLE RESPONSIBILITY TO DETERMINE WHETHER THE MICRON PRODUCT IS SUITABLE AND FIT FOR THE CUSTOMER'S SYSTEM, APPLICATION, OR PRODUCT. Customers must ensure that adequate design, manufacturing, and operating safeguards are included in customer's applications and products to eliminate the risk that personal injury, death, or severe property or environmental damages will result from failure of any semiconductor component.

**Limited Warranty.** In no event shall Micron be liable for any indirect, incidental, punitive, special or consequential damages (including without limitation lost profits, lost savings, business interruption, costs related to the removal or replacement of any products or rework charges) whether or not such damages are based on tort, warranty, breach of contract or other legal theory, unless explicitly stated in a written agreement executed by Micron's duly authorized representative.



## General Description

High-speed DDR5 SDRAM modules use DDR5 SDRAM devices with four or eight internal memory bank groups. DDR5 SDRAM modules utilizing 4- and 8-bit-wide DDR5 SDRAM devices have eight internal bank groups consisting of four memory banks each, providing a total of 32 banks. 16-bit-wide DDR5 SDRAM devices have four internal bank groups consisting of four memory banks each, providing a total of sixteen banks. DDR5 SDRAM modules benefit from DDR5 SDRAM's use of an $16n$-prefetch architecture with an interface designed to transfer two data words per clock cycle at the I/O pins. A single READ or WRITE operation for the DDR5 SDRAM effectively consists of a single $16n$-bit-wide, eight-clock data transfer at the internal DRAM core and sixteen corresponding $n$-bit-wide, one-half-clock-cycle data transfers at the I/O pins.

DDR5 modules use two sets of differential signals (DQS_t and DQS_c) to capture data, and CK_t and CK_c to capture commands, addresses, and control signals. Differential clocks and data strobes ensure exceptional noise immunity for these signals and provide precise crossing points to capture input signals.

### Fly-By Topology

DDR5 modules use faster clock speeds than earlier DDR technologies, making signal quality more important than ever. For improved signal quality, the clock, control, command, and address buses have been routed in a fly-by topology, where each clock, control, command, and address pin on each DRAM is connected to a single trace and terminated (rather than a tree structure, where the termination is off the module near the connector). Inherent to fly-by topology, the timing skew between the clock and DQS signals can be accounted for by using the write-leveling feature of DDR5.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core
Pin Assignments**

# Pin Assignments

The pin assignment table below is a comprehensive list of all possible pin assignments for DDR5 UDIMM modules. Certain pins may not apply for a specific part number. Refer to the functional block diagram in the module data sheet addendum for a specific MPN.

**Table 3: Pin Assignments**

### 288-Pin DDR5 UDIMM Front

| Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol |
|---|---|---|---|---|---|---|---|
| 1 | VIN_BULK | 37 | DQ20_A | 73 | CK0_A_c | 109 | VSS |
| 2 | RFU | 38 | VSS | 74 | VSS | 110 | DQ5_B |
| 3 | RFU | 39 | DQ21_A | 75 | RFU | 111 | VSS |
| 4 | HSCL | 40 | VSS | 76 | RFU | 112 | DQ8_B |
| 5 | HSDA | 41 | DQ24_A | 77 | VSS | 113 | VSS |
| 6 | VSS | 42 | VSS | 78 | CK0_B_t | 114 | DQ9_B |
| 7 | RFU | 43 | DQ25_A | 79 | CK0_B_c | 115 | VSS |
| 8 | VSS | 44 | VSS | 80 | VSS | 116 | DM1_B_n |
| 9 | DQ0_A | 45 | DM3_A_n | 81 | RFU | 117 | VSS |
| 10 | VSS | 46 | VSS | 82 | CA12_B | 118 | DQ12_B |
| 11 | DQ1_A | 47 | DQ28_A | 83 | VSS | 119 | VSS |
| 12 | VSS | 48 | VSS | 84 | CA10_B | 120 | DQ13_B |
| 13 | DQS0_A_c | 49 | DQ29_A | 85 | CA8_B | 121 | VSS |
| 14 | DQS0_A_t | 50 | VSS | 86 | VSS | 122 | DQ16_B |
| 15 | VSS | 51 | CB0_A | 87 | CA6_B | 123 | VSS |
| 16 | DQ4_A | 52 | VSS | 88 | CA4_B | 124 | DQ17_B |
| 17 | VSS | 53 | CB1_A | 89 | VSS | 125 | VSS |
| 18 | DQ5_A | 54 | VSS | 90 | CA2_B | 126 | DQS2_B_c |
| 19 | VSS | 55 | DQS4_A_c | 91 | CA0_B | 127 | DQS2_B_t |
| 20 | DQ8_A | 56 | DQS4_A_t | 92 | VSS | 128 | VSS |
| 21 | VSS | 57 | VSS | 93 | CS0_B_n | 129 | DQ20_B |
| 22 | DQ9_A | 58 | CS0_A_n | 94 | VSS | 130 | VSS |
| 23 | VSS | 59 | VSS | 95 | RESET_n | 131 | DQ21_B |
| 24 | DM1_A_n | 60 | CA0_A | 96 | VSS | 132 | VSS |
| 25 | VSS | 61 | CA2_A | 97 | CB0_B | 133 | DQ24_B |
| 26 | DQ12_A | 62 | VSS | 98 | VSS | 134 | VSS |
| 27 | VSS | 63 | CA4_A | 99 | CB1_B | 135 | DQ25_B |
| 28 | DQ13_A | 64 | CA6_A | 100 | VSS | 136 | VSS |
| 29 | VSS | 65 | VSS | 101 | DQ0_B | 137 | DM3_B_n |
| 30 | DQ16_A | 66 | CA8_A | 102 | VSS | 138 | VSS |
| 31 | VSS | 67 | CA10_A | 103 | DQ1_B | 139 | DQ28_B |
| 32 | DQ17_A | 68 | VSS | 104 | VSS | 140 | VSS |
| 33 | VSS | 69 | CA12_A | 105 | DQS0_B_c | 141 | DQ29_B |
| 34 | DQS2_A_c | 70 | RFU | 106 | DQS0_B_t | 142 | VSS |
| 35 | DQS2_A_t | 71 | VSS | 107 | VSS | 143 | RFU |

### 288-Pin DDR5 UDIMM Back

| Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol |
|---|---|---|---|---|---|---|---|
| 145 | VIN_BULK | 181 | DQ22_A | 217 | CK1_A_c | 253 | VSS |
| 146 | VIN_BULK | 182 | VSS | 218 | VSS | 254 | DQ7_B |
| 147 | PWR_GOOD | 183 | DQ23_A | 219 | RFU | 255 | VSS |
| 148 | HSA | 184 | VSS | 220 | RFU | 256 | DQ10_B |
| 149 | RFU | 185 | DQ26_A | 221 | VSS | 257 | VSS |
| 150 | VSS | 186 | VSS | 222 | CK1_B_t | 258 | DQ11_B |
| 151 | PWR_EN | 187 | DQ27_A | 223 | CK1_B_c | 259 | VSS |
| 152 | RFU | 188 | VSS | 224 | VSS | 260 | DQS1_B_c |
| 153 | VSS | 189 | DQS3_A_c | 225 | RFU | 261 | DQS1_B_t |
| 154 | DQ2_A | 190 | DQS3_A_t | 226 | RFU | 262 | VSS |
| 155 | VSS | 191 | VSS | 227 | VSS | 263 | DQ14_B |
| 156 | DQ3_A | 192 | DQ30_A | 228 | CA11_B | 264 | DQ15_B |
| 157 | VSS | 193 | VSS | 229 | CA9_B | 265 | DQ15_B |
| 158 | DM0_A_n | 194 | DQ31_A | 230 | VSS | 266 | VSS |
| 159 | VSS | 195 | VSS | 231 | CA7_B | 267 | DQ18_B |
| 160 | DQ6_A | 196 | CB2_A | 232 | CA5_B | 268 | VSS |
| 161 | VSS | 197 | VSS | 233 | VSS | 269 | DQ19_B |
| 162 | DQ7_A | 198 | CB3_A | 234 | CA3_B | 270 | VSS |
| 163 | VSS | 199 | VSS | 235 | CA1_B | 271 | DM2_B_n |
| 164 | DQ10_A | 200 | ALERT_n | 236 | VSS | 272 | VSS |
| 165 | VSS | 201 | VSS | 237 | CS1_B_n | 273 | DQ22_B |
| 166 | DQ11_A | 202 | CS1_A_n | 238 | VSS | 274 | VSS |
| 167 | VSS | 203 | VSS | 239 | DQS4_B_c | 275 | DQ23_B |
| 168 | DQS1_A_c | 204 | CA1_A | 240 | DQS4_B_t | 276 | VSS |
| 169 | DQS1_A_t | 205 | CA3_A | 241 | VSS | 277 | DQ26_B |
| 170 | VSS | 206 | VSS | 242 | CB2_B | 278 | VSS |
| 171 | DQ14_A | 207 | CA5_A | 243 | VSS | 279 | DQ27_B |
| 172 | VSS | 208 | CA7_A | 244 | CB3_B | 280 | VSS |
| 173 | DQ15_A | 209 | VSS | 245 | VSS | 281 | DQS3_B_c |
| 174 | VSS | 210 | CA9_A | 246 | DQ2_B | 282 | DQS3_B_t |
| 175 | DQ18_A | 211 | CA11_A | 247 | VSS | 283 | VSS |
| 176 | VSS | 212 | VSS | 248 | DQ3_B | 284 | DQ30_B |
| 177 | DQ19_A | 213 | RFU | 249 | VSS | 285 | VSS |
| 178 | VSS | 214 | RFU | 250 | DM0_B_n | 286 | DQ31_B |
| 179 | DM2_A_n | 215 | VSS | 251 | VSS | 287 | VSS |

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core
Pin Assignments**

**Table 3: Pin Assignments (Continued)**

| Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **288-Pin DDR5 UDIMM Front** | | | | | | | | **288-Pin DDR5 UDIMM Back** | | | | | | |
| 36 | V$_{SS}$ | 72 | CK0_A_t | 108 | DQ4_B | 144 | RFU | 180 | V$_{SS}$ | 216 | CK1_A_t | 252 | DQ6_B | 288 | RFU |

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



# Pin Descriptions

The pin description table below is a comprehensive list of all possible pins for DDR5 UDIMM/SODIMM devices. All pins listed may not be supported on a specific module. See Functional Block Diagram in the MPN-specific addendum for pins applicable to a given module.

**Table 4: Pin Descriptions**

| Symbol | Type | I/O Level | Description |
|---|---|---|---|
| CK[1:0]_A_t, CK[1:0]_B_t, CK[1:0]_A_c, CK[1:0]_B_c | Input | $V_{DDQ}$ | **SDRAM Clocks** CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |
| CA[12:0]_A CA[12:0]_B | Input | $V_{DDQ}$ | **Command/Address Inputs:** CA signals provide the command and address inputs according to the Command Truth Table. Note that because some commands are multi-cycle, the pins may not be interchanged between devices on the same bus. The address inputs also provide the op-code during MODE REGISTER SET commands. The DDR5 component CA13 pin is strapped (connected) to either $V_{SS}$ or $V_{DDQ}$ depending on the strapped state of MIR. |
| CS[1:0]_A CS[1:0]_B | Input | $V_{DDQ}$ | **Chip Select:** All commands are masked when CS_n is registered HIGH. CS_n provides for external rank selection on systems with multiple ranks. CS_n is considered part of the command code. CS_n is also used to enter and exit the parts from power down mode and self refresh mode. While not in self refresh mode the CS_n input buffer operates with the same ODT and $V_{REF}$ parameters as configured by the CA_ODT strap setting or mode register. When in self refresh, the CS_n is a CMOS rail-to-rail signal with DC HIGH and LOW at 80% and 20% of $V_{DD}$. |
| ALERT_n | Output | $V_{DDQ}$ | **Alert:** If there is an error in CRC, then ALERT_n drives LOW for the period time interval and returns HIGH. During connectivity test mode, this pin functions as an input. Usage of this signal is system-dependent. In the case where this pin is not connected, ALERT_n must be bonded to $V_{DDQ}$ on the system board. |
| RESET_n | CMOS Input | $V_{DDQ}$ | **Active Low Asynchronous Reset:** Reset is active when RESET_n is LOW, and inactive when RESET_n is HIGH. RESET_n must be HIGH during normal operation. RESET_n is a CMOS rail-to-rail signal with DC HIGH and LOW at 80% and 20% of $V_{DDQ}$. |
| PWR_GOOD | Input Output | $V_{DDQ}$ | **Power Good Indicator:** Open drain output. The PMIC ensures this pin HIGH when VIN_Bulk input supply, as well as all enabled output buck regulators and all LDO regulators tolerance threshold is maintained as configured in the appropriate register. The PMIC drives this pin LOW when VIN_Bulk input goes below the threshold or when any of the enabled output buck regulator exceeds the thresholds configured in the appropriate register or when any LDO output regulator exceeds the threshold configured in the appropriate register. As an input, the PMIC disables its output regulator when this pin is LOW. The LDO outputs remain on. |
| HSCL | Input | VOUT_1.8V or VOUT_1.0V | **Host Sideband Bus Clock:** Bus clock used to strobe data into HUB device. When open drain, a pull-up resistor is required on the system motherboard. |
| HSDA | Input/ Output | VOUT_1.8V or VOUT_1.0V | **Host Sideband Bus Data:** I2C/I3C-Basic data. When open drain, a pull-up resistor is required on the system motherboard. |



**288-Pin DDR5 UDIMM Core
Pin Descriptions**

**Table 4: Pin Descriptions (Continued)**

| Symbol | Type | I/O Level | Description |
|---|---|---|---|
| HSA | Input | GND | **Host Sideband Bus Device ID:** Address input to a hub or other client device to distinguish between identical devices in the I3C basic address range. Tied to GND, HSA has different resistor values on the motherboard to identify DIMM slot address. Refer to the SPD Hub spec for more information. |
| DQ[31:0]_A DQ[31:0]_B | Input/ Output | $V_{DDQ}$ | **Data Input/Output:** Bidirectional data bus. If CRC is enabled via the mode register, then CRC code is added at the end of data burst. Any DQ from DQ0–DQ3 may indicate the internal $V_{REF}$ level during test via mode register setting MR4 A4 = HIGH. Refer to the vendor-specific data sheets to determine which DQ is used. |
| CB[3:0]_A CB[3:0]_B | Input/ Output | $V_{DDQ}$ | **ECC Check Bits Input/Output:** Bidirectional data bus. Only applicable on ECC SODIMM (SOEDIMM) or UDIMM (EUDIMM). |
| DQS[4:0]_A_t DQS[4:0]_B_t DQS[4:0]_A_c DQS[4:0]_B_c | Input/ Output | $V_{DDQ}$ | **Data Strobe:** Output with read data, input with write data. Edge-aligned with read data, centered in write data. The data strobe DQS_t is paired with differential signals DQS_c, respectively, to provide differential pair signaling to the system during reads and writes. DDR5 SDRAM only supports differential data strobe. It does not support single-ended strobe. |
| DM[3:0]_A_n DM[3:0]_B_n | Input | $V_{DDQ}$ | **Input Data Mask:** DM_n is an input mask signal for write data. Input data is masked when DM_n is sampled LOW coincident with that input data during a write access. DM_n is sampled on both edges of DQS. DM function is shared with TDQS on x8 devices. The function of DM_n is enabled by MR5:OP[5] = 1. Refer to Micron DDR5 component data sheet specification for further detail. |
| VIN_BULK | Supply | | **External Power Supply:** 5V, 4.25V (min), 5.5V (max) |
| PWR_EN | Input | | **PMIC Enable:** When this pin is HIGH, the PMIC turns on the regulator. When this pin is LOW, the PMIC turns off the regulator. This signal is connected to the PMIC's VR_EN pin. |
| $V_{SS}$ | Supply | | Ground |
| RFU | | | Reserved for future use. No on DIMM electrical connection is present. |
| NC | | | **No connect:** No internal electrical connection is present. |
| NF | | | **No function:** May have internal connection present, but has no function. |



# Address Mapping to DRAM

## Address Mirroring

DDR5 SDRAM has an MIR input pin. This pin is strapped (connected) to $V_{SS}$ or $V_{DDQ}$ on the PCB. This pin is used to inform the SDRAM device that it is being configured for mirrored mode vs. standard mode. With the MIR pin strapped to $V_{DDQ}$, the SDRAM internally swaps even-numbered CA with the next higher odd number CA. Normally, the MIR pin must be strapped to $V_{SS}$ if no CA mirror is required. The following table illustrates how the edge connector pin maps to the DRAM physical CA pins and internal CA function.

**Table 5: Address Mirroring**

| Edge Connector Pin | Unmirrored DRAM (MIR = $V_{SS}$)[1] | | Mirrored DRAM (MIR = $V_{DDQ}$)[2] | |
|---|---|---|---|---|
| | Physical Pin Connected | Internal Function | Physical Pin Connected | Internal Function |
| CA0 | CA0 | CA0 | CA1 | CA0 |
| CA1 | CA1 | CA1 | CA0 | CA1 |
| CA2 | CA2 | CA2 | CA3 | CA2 |
| CA3 | CA3 | CA3 | CA2 | CA3 |
| CA4 | CA4 | CA4 | CA5 | CA4 |
| CA5 | CA5 | CA5 | CA4 | CA5 |
| CA6 | CA6 | CA6 | CA7 | CA6 |
| CA7 | CA7 | CA7 | CA6 | CA7 |
| CA8 | CA8 | CA8 | CA9 | CA8 |
| CA9 | CA9 | CA9 | CA8 | CA9 |
| CA10 | CA10 | CA10 | CA11 | CA10 |
| CA11 | CA11 | CA11 | CA10 | CA11 |
| CA12 | CA12 | CA12 | CA13 | CA12 |

Notes: 1.   On the side of the DIMM which has the MIR pin strapped to $V_{SS}$, the DRAM's CA13 pin is strapped to $V_{DDQ}$.
2.   On the side of the DIMM which has the MIR pin strapped to $V_{DDQ}$, the DRAM's CA12 pin is strapped to $V_{DDQ}$.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core**
**SPD EEPROM Hub and Integrated Thermal Sensor Operation**

# SPD EEPROM Hub and Integrated Thermal Sensor Operation

## SPD EEPROM Hub Operation

DDR5 SDRAM modules incorporate an SPD EEPROM with hub function (SPD5 Hub) with integrated thermal sensor (TS). The SPD data is stored in a 1024-byte, JEDEC JC-42.4-compliant EEPROM that is arranged as 16 blocks of 64 bytes per block, and each block may optionally be write-protected via software command. The SPD content is aligned with these blocks, as shown in the table below.

| Block | Range | | Description |
|---|---|---|---|
| 0 | 0~63 | 0x000~0x03F | Base configuration and DRAM parameters |
| 1 | 64~127 | 0x040~0x07F | Base configuration and DRAM parameters |
| 2 | 128~191 | 0x080~0x0BF | Reserved for future use |
| 3 | 192~239 | 0x0C0~0x0EF | Common Module Parameters -- See annex A.0 for details |
| | 240~255 | 0x0D0~0x0FF | Standard module parameters -- See annexes A.x for details |
| 4 | 256~319 | 0x100~0x13F | Standard module parameters -- See annexes A.x for details |
| 5 | 320~383 | 0x140~0x17F | Standard module parameters -- See annexes A.x for details |
| 6 | 384~447 | 0x180~0x1BF | Standard module parameters -- See annexes A.x for details |
| 7 | 448~509 | 0x1C0~0x1FF | Reserved for future use |
| | 510~511 | 0x1FE~0x1FF | CRC for SPD bytes 0~509 |
| 8 | 512~575 | 0x200~0x23F | Manufacturing information |
| 9 | 576~639 | 0x240~0x27F | Manufacturing information |
| 10 | 640~703 | 0x280~0x2BF | End user programmable |
| 11 | 704~767 | 0x2C0~0x2FF | End user programmable |
| 12 | 768~831 | 0x300~0x33F | End user programmable |
| 13 | 832~895 | 0x340~0x37F | End user programmable |
| 14 | 896~959 | 0x380~0x3BF | End user programmable |
| 15 | 960~1023 | 0x3C0~0x3FF | End user programmable |

The first 640 bytes are programmed by Micron to comply with JEDEC standard JESD400-5, "DDR5 Serial Presence Detect (SPD) Contents." The remaining 384 bytes of storage are available for use by the end user.

The EEPROM resides on a two-wire I3C serial interface, which is also compatible with legacy I2C interface and is not integrated with the memory bus in any manner. It operates as an initiator/target device in the I3C-basic protocol, with all operations synchronized by the serial clock. Transfer rates of up to 12.5 MHz are achievable at 1.0V (NOM).

Micron implements reversible software write protection on DDR5 SDRAM-based modules. This prevents the lower 640 bytes (bytes 0 to 639) from being inadvertently programmed or corrupted. The upper 384 bytes remain available for customer use and are unprotected.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



## Integrated Thermal Sensor Operations

The integrated thermal sensor (TS) continuously monitors the temperature of the module PCB and updates the temperature data register. Temperature data may be read from the bus host at any time, which provides the host real-time feedback of the module's temperature. Multiple programmable and read-only temperature registers can be used to create a custom temperature-sensing solution based on system requirements and JEDEC JC-42.2. Refer to the DDR5 SPD5 Hub spec for detailed information on configuring and reading the integrated thermal sensor.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



# Power Management Integrated Circuit Operation

The power management integrated circuit (PMIC) is new for DDR5. JEDEC defines the PMIC5100 device for DDR5 UDIMMs and SODIMMs. This operation converts a 5V supply into regulated values for all components on the module. The PMIC5100 has ~10.6W of average output power capability. The PMIC5100 utilizes a unique pinout and 3mm x 4mm FCQFN package. The PMIC also allows the host to monitor voltage and current via the sideband channel. Refer to JEDEC JESD301-2 "PMIC5100 Power Management IC Specification" for full details.

The PMIC5100 has one 5V nominal supply input pin from the card edge through VIN_Bulk. The PMIC has the ability to regulate lower voltages to the HUB which allows external access to read/configure this device prior to the VR ENABLE command. The VIN_Bulk supply, after the VR ENABLE command, will supply all regulated voltages to the PMIC and DRAM.

The PMIC allows the DIMM manufacturer to set the target voltage levels for the DRAM and configure the ramp up and ramp down aspects of each power rail. For power up, each voltage rail can be configured in offsets of 2ms increments and for power down in increments of 1ms. Note, there will be independent power planes for all UDIMM and SODIMM layouts. The DRAM will be connected to all three rails ($V_{DD}$, $V_{DDQ}$ and $V_{PP}$).

The PMIC has a PWR_GOOD pin, which is an Open Drain and will have an external pull-up. The functionality of the PWR_GOOD pin is configurable as an input/output pin. When the VIN_Bulk input reaches valid threshold levels, the PMIC will float PWR_GOOD pin indicating a successful initialization. At this time the PMIC releases the PWR_GOOD signal and allows it to float HIGH (external pull-up resistor on the host side will pull it HIGH). At any time thereafter if VIN_Bulk drops below a set threshold, or any of the regulated supplies fall out of specification, the PMIC will drive the PWR_GOOD signal LOW to flag the host. The VR ENABLE command or pin, when set HIGH, will enable the regulators which control all DRAM voltages are stable; when set LOW, it will disable all output regulators.

By default, the PMIC powers up in I2C mode, and the host can reconfigure to support I3C-basic if needed. There are three address configurations for the PMIC Address ID (PID), device pin #10. See the table below for options.

**Table 6: PMIC Addressing**

| PID Configuration (Pin #13) | PMIC Address ID (PID) | | | |
|---|---|---|---|---|
| | Bit 7 | Bit 6 | Bit 5 | Bit 4 |
| Pin to $V_{SS}$ | 1 | 0 | 0 | 1 |
| Pin to 1.8V | 1 | 1 | 0 | 0 |
| Pin Floating | 1 | 0 | 0 | 0 |

The PMIC has multiple sets of registers, primarily the DIMM vendor region and the host region. The vendor region is used to set up the voltage ramps, supply rail values, and threshold settings. The host can also set various registers to flag critical operation conditions and to help debug. After the VR_ENABLE command is issued, the PMIC can only be programmed in a non-secure mode. If the device remains in a secure mode after the VR_ENABLE command, the device locks out the ability to change the contents of most registers.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core
Power Management Integrated Circuit Operation**

**Figure 1: PMIC Package**



Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core
Thermal Characteristics**

# Thermal Characteristics

**Table 7: DDR5 SDRAM Thermal Characteristics**

| Symbol | Parameter/Condition | Value | Units | Notes |
|--------|---------------------|-------|-------|-------|
| $T_C$ | DRAM Commercial operating case temperature | 0 to 85 | °C | 1, 2, 3 |
| $T_C$ | | >85 to 95 | °C | 1, 2, 3, 4 |
| $T_{OPER}$ | DRAM operating temperature range | 0 to 95 | °C | 5, 7, 8 |
| $T_{STG}$ | DRAM Non-operating storage temperature | −55 to 100 | °C | 6 |

Notes: 1. Maximum operating case temperature; $T_C$ is measured in the center of the package.
2. A thermal solution must be designed to ensure the DRAM device does not exceed the maximum $T_C$ during operation.
3. Device functionality is not guaranteed if the DRAM device exceeds the maximum $T_C$ during operation.
4. If $T_C$ exceeds 85°C, the DRAM must be refreshed externally at 2X refresh, which is a 1.95µs interval refresh rate.
5. The refresh rate must double when 85°C < $T_C$ ≤ 95°C.
6. Storage temperature is defined as the temperature of the top/center of the DRAM and does not reflect the storage temperatures of shipping trays.
7. The normal temperature range specifies the temperatures at which all DRAM specifications will be supported. During operation, the DRAM case temperature must be maintained between 0°C and 85°C under all operating conditions for the commercial offering.
8. For additional information, refer to technical note TN-00-08: "Thermal Applications" available at micron.com.

## DDR5 Module Capacitor Operating Temperature

Micron DDR5 SDRAM Modules use X5R capacitors which are limited to a maximum operating case temperature rating of 85C. All other components on the DIMM meet or exceed the DDR5 SDRAM maximum commercial operating case temperature rating of 95C. The JEDEC DIMM design specifications require all non-DRAM components are maintained within their respective operating temperature ratings when the case temperature of the DRAMs are at their minimum and maximum specified values.

**14**

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core
DRAM Operating Conditions**

# DRAM Operating Conditions

Recommended AC operating conditions are given in the DDR5 component data sheets. Component specifications are available at micron.com. Module speed grades correlate with component speed grades, as shown below.

**Table 8: Module and Component Speed Grades**

DDR5 components may exceed the listed module speed grades; module may not be available in all listed speed grades

| Module Speed Grade | Component Speed Grade |
|---|---|
| 56B | -56B |
| 52B | -52B |
| 48B | -48B |

# Design Considerations

### Simulations

Micron memory modules are designed to optimize signal integrity through carefully designed terminations, controlled board impedances, routing topologies, trace length matching, and decoupling. However, good signal integrity starts at the system level. Micron encourages designers to simulate the signal characteristics of the system's memory bus to ensure adequate signal integrity of the entire memory system.

### Power

DRAM operating voltages are generated by an on-DIMM PMIC component. Power to the PMIC is provided through the VIN_BULK (12V for RDIMMs and LRDIMMs, 5V for UDIMMs and SODIMMs) and 3.3V VIN_MGMT (LRDIMMs and RDIMMs only) edge connector pins. Designers must account for any system voltage drops at anticipated power levels to ensure the required VIN supply voltage is maintained.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core**
**SPD EEPROM Hub and Integrated Thermal Sensor Operating Conditions**

# SPD EEPROM Hub and Integrated Thermal Sensor Operating Conditions

The thermal sensor continuously monitors the module's temperature and can be read back at any time over the sideband bus shared with the serial presence-detect (SPD) EEPROM. Refer to JESD300-5 SPD5118 device specification for complete details.

## SPD Data

For the latest SPD data, refer to Micron's SPD page: micron.com/SPD.

**Table 9: SPD EEPROM Hub and Integrated Thermal Sensor Electrical Characteristics**

| Parameter/Condition | Symbol | Min | Nom | Max | Units |
|---|---|---|---|---|---|
| Supply voltage | $V_{DDSPD}$ | 1.7 | 1.8 | 1.98 | V |
| Supply voltage | $V_{DDIO}$ | 0.95 | 1.0 | 1.05 | V |
| Input low voltage | $V_{IL}$ | −0.35 | – | 0.3 | V |
| Input high voltage | $V_{IH}$ | 0.7 | – | 3.6 | V |
| Output low voltage | $V_{OL}$ | – | – | 0.3 | V |
| Output high voltage | $V_{OH}$ | 0.75 | – | – | |
| Input leakage current | $I_{LI}$ | – | – | ±5 | µA |
| Output leakage current | $I_{LO}$ | – | – | ±5 | µA |

**Table 10: Temperature Sensor and EEPROM Serial Interface Timing**

| Parameter/Condition | Symbol | I2C Mode - Open Drain | | I3C Basic Push-Pull | | Units |
|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | |
| Clock frequency | $^{f}SCL$ | 0.01 | 1 | 0 | 12.5 | MHz |
| Clock pulse width HIGH time | $^{t}HIGH$ | 260 | – | 35 | – | ns |
| Clock pulse width LOW time | $^{t}LOW$ | 500 | – | 35 | – | ns |
| Detect clock LOW timeout | $^{t}TIMEOUT$ | 10 | 50 | 10 | 50 | ns |
| SDA rise time | $^{t}R$ | – | 120 | – | 5 | ns |
| SDA fall time | $^{t}F$ | – | 120 | – | 5 | ns |
| Data-in setup time | $^{t}SU:DAT$ | 50 | – | 8 | – | ns |
| Data-in hold time | $^{t}HD:DI$ | 0 | – | 3 | – | ns |
| Data out hold time | $^{t}HD:DAT$ | 0.5 | 350 | N/A | N/A | ns |
| Start condition setup time | $^{t}SU:STA$ | 260 | – | 12 | – | ns |
| Start condition hold time | $^{t}HD:STA$ | 260 | – | 30 | – | ns |
| Stop condition setup time | $^{t}SU:STO$ | 260 | – | 12 | – | ns |
| Time the bus must be free before a new transition can start | $^{t}BUF$ | 500 | – | 500 | – | ns |
| Write time | $^{t}W$ | – | 5 | – | 5 | ms |

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**Table 10: Temperature Sensor and EEPROM Serial Interface Timing (Continued)**

| Parameter/Condition | Symbol | I2C Mode - Open Drain | | I3C Basic Push-Pull | | Units |
|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | |
| Warm power cycle time off | $^t$POFF | 1 | – | 1 | – | ms |
| Time from power-on to first command | $^t$INIT | 10 | – | 10 | – | ms |

CCM005-802248454-12
ddr5_udimm_core.pdf - Rev. E 10/21 EN

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core**
**Power Management Integrated Circuit Operating Conditions**

# Power Management Integrated Circuit Operating Conditions

Due to the PMIC capability, 5V is the nominal supply to the PMIC from the host through the edge connector pins. The output voltage levels from the PMIC are expected to operate within ± 52.5% in order to satisfy the DRAM voltage requirement range of -3% to +6%.

**Table 11: PMIC 5100 Input Supply Electrical Characteristics[1]**

| Parameter | Symbol | Min | Typical | Max | Unit | Notes |
|---|---|---|---|---|---|---|
| Bulk input supply voltage | VIN_Bulk | 4.25 | 5.0 | 5.5 | V | 2 |
| Bulk input supply maximum – AC voltage | VIN_Bulk_AC | – | – | 6.5 | V | |
| Bulk input supply voltage – ramp up rate | VIN_Bulk_Ramp_Up | 0.1 | – | 3.0 | V/ms | 3 |
| Bulk input supply voltage – ramp down rate | VIN_Bulk_Ramp_Down | 0.5 | – | 1.0 | V/ms | 4 |
| Bulk input supply voltage – start up overshoot | VIN_Bulk_OS_Startup | – | – | TBD | V*µs | 5 |
| Maximum input current for VIN_Bulk input supply voltage | $I_{VIN\_Bulk}$ | 0.05 | – | 2.0 | A | 6 |
| VIN_Bulk Input Quiescent Current | $I_{VIN\_Bulk\_Quiescent}$ | – | – | 25 | µA | 7 |
| VIN_Bulk Input Idle Current | $I_{VIN\_Bulk\_Idle}$ | – | – | TBD | µA | 8 |

Notes: 1.  Input supplies referenced in this table are VIN_BULK and VIN.
2.  During first power-on, the input voltage supply must reach a minimum of 4.25V for the PMIC to detect a valid input supply.
3.  The ramp up rate is between 300mV and 4.0V.
4.  The ramp down rate is between 4.0V and 300mV.
5.  The area under the curve and above VIN_Bulk = TBD. The VIN_Bulk_AC spec must also be satisfied.
6.  The minimum input current requirement is equal to the maximum output current on VOUT_1.8V and VOUT_1.0V LDO, plus the current required by the PMIC for its own use. The maximum input current is equal to the all VIN_Bulk input on the PMIC.
7.  VIN_Bulk = 5.0V measured at room temperature. All circuitry, including output regulators and LDOs are off. The VR_EN signal is static LOW or HIGH. The GSI_n signal is pulled HIGH. I²C or 13C basic interface access is not allowed, and the bus is pulled HIGH. The PID signal is pulled either HIGH or LOW.
8.  VIN_Bulk = 5.0V measured at room temperature. All output regulators and LDOs are on the 0A output load. The VR_EN signal is static LOW or HIGH. The GSI_n signal is pulled HIGH. I²C or 13C basic interface access is not allowed, and the bus is pulled HIGH. The PID signal is pulled either HIGH or LOW.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



# Module Dimensions

### Figure 2: 288-Pin DDR5 UDIMM

Notes: 1. All dimensions are in millimeters; MAX/MIN or typical (TYP) where noted.
2. Tolerance on all dimensions ±0.15 unless otherwise specified.
3. The dimensional diagram is for reference only.

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2020 Micron Technology, Inc. All rights reserved.



**288-Pin DDR5 UDIMM Core
Revision History**

# Revision History

### Rev. E – 10/2021

- Remove Micron Confidential marking

### Rev. D – 08/2021

- Production Release

### Rev. C – 02/2021

- Preliminary Release

### Rev. B – 06/2020

- Preliminary Release

### Rev. A – 06/2020

- Preliminary Release

8000 S. Federal Way, P.O. Box 6, Boise, ID 83707-0006
208-368-4000, micron.com/support
Micron and the Micron logo are trademarks of Micron Technology, Inc.
All other trademarks are the property of their respective owners.
This data sheet contains minimum and maximum limits specified over the power supply and temperature range set forth herein.
Although considered final, these specifications are subject to change, as further product development and data characterization sometimes occur.