# Exhibit 17

# JEDEC STANDARD

## DDR5 Registering Clock Driver Definition (DDR5RCD01)

## JESD82-511

**AUGUST 2021**

**JEDEC SOLID STATE TECHNOLOGY ASSOCIATION**



## 2.1  Pinout

Table 1 specifies the pinout for the DDR5RCD01.

**Table 1 — Ball Assignment -240 ball FCBGA, 14 x 19 Grid, TOP VIEW**

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | NU | QB CA7_A | QB CA3_A | QB CA13_A | QB CA11_A | QB CA12_A | QB CA10_A | QB CA10_B | QB CA12_B | QB CA11_B | QB CA13_B | QB CA3_B | QB CA7_B | NU | **A** |
| **B** | QB CA1_A | $V_{SS}$ | QB CA9_A | $V_{SS}$ | $V_{SS}$ | $V_{SS}$ | $V_{DD}$ | $V_{DD}$ | $V_{SS}$ | $V_{SS}$ | $V_{SS}$ | QB CA9_B | $V_{SS}$ | QB CA1_B | **B** |
| **C** | QB CA6_A | $V_{SS}$ | QB CA8_A | $V_{DD}$ | ZQ CAL | SCL | DERROR _IN_A_n | DERROR _IN_B_n | SDA | $V_{DDIO}$ | $V_{DD}$ | QB CA8_B | $V_{SS}$ | QB CA6_B | **C** |
| **D** | QB CA5_A | $V_{SS}$ | QB CA2_A | $V_{DD}$ | $V_{DD}$ | $V_{DD}$ |   |   | $V_{DD}$ | $V_{DD}$ | $V_{DD}$ | QB CA2_B | $V_{SS}$ | QB CA5_B | **D** |
| **E** | QB CA0_A | $V_{SS}$ | QB CA4_A | $V_{DD}$ | QBCK _A_c | QBCK _A_t | $V_{SS}$ | $V_{SS}$ | QBCK _B_t | QBCK _B_c | $V_{DD}$ | QB CA4_B | $V_{SS}$ | QB CA0_B | **E** |
| **F** | QBCS0 _A_n | $V_{SS}$ | QBCS1 _A_n | $V_{DD}$ |   |   | $V_{DD}$ | $V_{DD}$ |   |   | $V_{DD}$ | QBCS1 _B_n | $V_{SS}$ | QBCS0 _B_n | **F** |
| **G** | QA CA11_A |   | QA CA13_A | $V_{DD}$ | QDCK _A_c | QDCK _A_t | $V_{SS}$ | $V_{SS}$ | QDCK _B_t | QDCK _B_c | $V_{DD}$ | QA CA13_B |   | QA CA11_B | **G** |
| **H** | QA CA9_A | $V_{SS}$ | QA CA12_A | $V_{DD}$ | RFU | RFU | $V_{DD}$ | $V_{DD}$ | RFU | RFU | $V_{DD}$ | QA CA12_B | $V_{SS}$ | QA CA9_B | **H** |
| **J** | QA CA10_A | $V_{SS}$ | QA CA3_A | $V_{DD}$ | $V_{DD}$ | $V_{DD}$ | $V_{SS}$ | $V_{SS}$ | $V_{DD}$ | $V_{DD}$ | $V_{DD}$ | QA CA3_B | $V_{SS}$ | QA CA10_B | **J** |
| **K** | QA CA6_A |   | QA CA7_A | $V_{DD}$ | $V_{SS}$ | $V_{SS}$ | $V_{DD}$ | $V_{DD}$ | $V_{SS}$ | $V_{SS}$ | $V_{DD}$ | QA CA7_B |   | QA CA6_B | **K** |
| **L** | QA CA1_A |   | QA CA4_A | $V_{DD}$ | QA CA2_A | QA CA8_A | $V_{SS}$ | $V_{SS}$ | QA CA8_B | QA CA2_B | $V_{DD}$ | QA CA4_B |   | QA CA1_B | **L** |
| **M** | QA CA5_A | $V_{SS}$ | QA CA0_A | $V_{DD}$ | QACK _A_c | QACK _A_t | $V_{DD}$ | $V_{DD}$ | QACK _B_t | QACK _B_c | $V_{DD}$ | QA CA0_B | $V_{SS}$ | QA CA5_B | **M** |
| **N** | QACS0 _A_n | $V_{SS}$ | QACS1 _A_n | $V_{DD}$ |   |   | $V_{SS}$ | $V_{SS}$ |   |   | $V_{DD}$ | QACS1 _B_n | $V_{SS}$ | QACS0 _B_n | **N** |
| **P** |   | $V_{SS}$ |   |   | QCCK _A_c | QCCK _A_t | QLBD | QLBS | QCCK _B_t | QCCK _B_c |   |   | $V_{SS}$ |   | **P** |
| **R** | BCS _A_n | BCOM1 _A | BCOM2 _A | BRST _A_n | BCK _A_c | BCK _A_t | $V_{SS}$ | $V_{SS}$ | BCK _B_t | BCK _B_c | BRST _B_n | BCOM2 _B | BCOM1 _B | BCS _B_n | **R** |
| **T** | BCOM0 _A | $V_{DD}$ | $V_{DD}$ | DCS1 _A_n | QRST _A_n |   | DCK_t | DCK_c |   | QRST _B_n | DCS0 _B_n | $V_{DD}$ | $V_{DD}$ | BCOM0 _B | **T** |
| **U** | DCA0 _A | $V_{SS}$ | DCS0 _A_n | DLBD_A | DLBS_A | ALERT _n |   |   | DRST_n | DLBS_B | DLBD_B | DCS1 _B_n | $V_{SS}$ | DPAR _B | **U** |
| **V** | DCA1 _A | $V_{SS}$ | DCA3 _A | $V_{SS}$ | DPAR _A | $V_{SS}$ | DCA6 _A | $V_{SS}$ | DCA1 _B | $V_{SS}$ | DCA3 _B | $V_{SS}$ | $V_{SS}$ | DCA6 _B | **V** |
| **W** | NU | DCA2 _A | $V_{SS}$ | DCA4 _A | $V_{SS}$ | DCA5 _A | $V_{SS}$ | DCA0 _B | $V_{SS}$ | DCA2 _B | $V_{SS}$ | DCA4 _B | DCA5 _B | NU | **W** |
|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |   |

Table 2 — Terminal functions

| Signal Group | Signal Name | Type | Description |
|---|---|---|---|
| Miscellaneous pins | $V_{DD}$ | Power Input | Power supply voltage |
| | $V_{SS}$ | Ground Input | Ground |
| | ZQCAL | Reference | Reference pin for driver calibration |
| | NU | Mechanical ball | Do not connect on PCB |
| | RFU[3:0] | I/O | Reserved for future use pins, must be left floating on DIMM and in RCD |

1. SA pins are not required for DDR5RCD01 as the address will be hard-coded. Refer to Section 7.5.1, "Target Address," on page 78 for details.
2. SDA driver operation is dynamic. Depending on the SidebandBus mode of operation ($I^2C$ RW25[5] = '0' or I3C Basic RW25[5] = '1'), and even on the specific step (byte or bit) of a SidebandBus transaction packet, the SDA output driver can operate either in open-drain mode or push-pull mode.
3. These inputs are 1.0-V inputs.

Naming Convention:

Input Example:
DCAy_N - where 'y' is the signal number and 'N' is the sub-channel.

Output Example:
QxCAy_N - where 'y' is the signal number, 'x' is the output copy (A or B) and 'N' is the sub-channel.

## 3   Device Standard

### 3.1   Description

The DDR5RCD01 is a registering clock driver used on DDR5 RDIMMs and LRDIMMs. Its primary function is to buffer the Command/Address (CA) bus, chip selects, and clock between the host controller and the DRAMs. It also creates a BCOM bus which controls the data buffers for LRDIMMs.

It contains two separate channels which have some common logic such as clocking, but otherwise operate independently of each other. Each channel has a 7-bit double data rate CA bus input, a single parity input, two chip select inputs, and produces two copies of 14-bit single data rate CA bus outputs, and two copies of the chip select outputs. The RCD has a common clock input and PLL, but produces separate clock outputs to the DRAM channels.

## 10 Electrical - Timing Requirements

### 10.1 Operating Electrical Characteristics

The DDR5RCD01 parametric values are specified for the device default control word settings, unless otherwise stated.

**Table 189 — Operating Electrical Characteristics**

| Symbol | Parameter | Condition | Min | Nom | Max | Unit |
|---|---|---|---|---|---|---|
| $V_{DD}$ | DC Supply voltage[1] | 1.1 V Operation | 1.067 (-3%) | 1.1 | 1.166 (+6%) | V |
| $V_{DDIO}$ | DDR5RCD01 Sideband Interface I/O Supply Voltage | | 0.95 | 1.0 | 1.05 | V |
| $T_j$ | Junction temperature[2] | | 0 | - | 125 | °C |
| $T_{case}$ | Case temperature | Measurement procedure JESD51-2 | - | - | 103[3] | °C |

1. DC bandwidth limited to 20 MHz.
2. For operation beyond Tj min and max datasheet values are not guaranteed and may de-rate. For operation above Tj max lifetime could be affected. All parametric measurements are performed at 0 °C, 25 °C and 95 °C.
3. This spec is meant to guarantee a Tj of 125 °C by the DDR5RCD01. Since Tj cannot be measured or observed by users, Tcase is specified instead. Under all thermal condition, the Tj of a DDR5RCD01 shall not be higher than 125 °C.