# Exhibit 22

# JEDEC STANDARD

## DDR5 SDRAM

## JESD79-5

**JULY 2020**

**JEDEC SOLID STATE TECHNOLOGY ASSOCIATION**



## 2.4   DDR5 SDRAM X4/8 Ballout using MO-210

Table 1 provides the ballout for DDR5 SDRAM X4/8 using MO-210.

**Table 1 — DDR5 SDRAM X4/8 Ballout Using MO-210**

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |   |
|---|---|---|---|---|---|---|---|---|---|---|
| A | LBDQ | VSS | VPP |   |   |   | ZQ | VSS | LBDQS | A |
| B | VDD | VDDQ | DQ2 |   |   |   | DQ3 | VDDQ | VDD | B |
| C | VSS | DQ0 | DQS_t |   |   |   | DM_n, TDQS_t | DQ1 | VSS | C |
| D | VDDQ | VSS | DQS_c |   |   |   | TDQS_c | VSS | VDDQ | D |
| E | VDD | DQ4 | DQ6 |   |   |   | DQ7 | DQ5 | VDD | E |
| F | VSS | VDDQ | VSS |   |   |   | VSS | VDDQ | VSS | F |
| G | CA_ODT | MIR | VDD |   |   |   | CK_t | VDDQ | TEN | G |
| H | ALERT_n | VSS | CS_n |   |   |   | CK_c | VSS | VDD | H |
| J | VDDQ | CA4 | CA0 |   |   |   | CA1 | CA5 | VDDQ | J |
| K | VDD | CA6 | CA2 |   |   |   | CA3 | CA7 | VDD | K |
| L | VDDQ | VSS | CA8 |   |   |   | CA9 | VSS | VDDQ | L |
| M | CAI | CA10 | CA12 |   |   |   | CA13 | CA11 | RESET_n | M |
| N | VDD | VSS | VDD |   |   |   | VPP | VSS | VDD | N |

NOTE 1   DQ4-DQ7 are higher order DQ pins and are not connected for the x4 configuration.  
NOTE 2   TDQS_t is not valid for the x4 configuration  
NOTE 3   TDQS_c is not available for the x4 configuration  
NOTE 4   DM_n not valid for the x4 configuration

Figure 1 provides the DDR5 Ball Assignments for the x4/8 component.

**MO-210-AL (x4/x8)**

```
   1 2 3 4 5 6 7 8 9
A  O O O + + + O O O
B  O O O + + + O O O
C  O O O + + + O O O
D  O O O + + + O O O
E  O O O + + + O O O
F  O O O + + + O O O
G  O O O + + + O O O
H  O O O + + + O O O
J  O O O + + + O O O
K  O O O + + + O O O
L  O O O + + + O O O
M  O O O + + + O O O
N  O O O + + + O O O
```

**MO-210-AN (x4/x8) with support balls**

```
   1 2 3 4 5 6 7 8 9 10 11
A  O O O O + + + O O O  O
B  + O O O + + + O O O  +
C  + O O O + + + O O O  +
D  + O O O + + + O O O  +
E  + O O O + + + O O O  +
F  + O O O + + + O O O  +
G  + O O O + + + O O O  +
H  + O O O + + + O O O  +
J  + O O O + + + O O O  +
K  + O O O + + + O O O  +
L  + O O O + + + O O O  +
M  + O O O + + + O O O  +
N  O O O O + + + O O O  O
```

O  Populated ball  
+  Ball not populated

NOTE 1   Additional columns and rows of inactive balls in MO-210 Terminal Pattern TBD(x4/x8) with support balls are for mechanical support only, and should not be tied to either electrically high or low.  
NOTE 2   Some of the additional support balls can be selectively populated under the supplier's discretion. Refer to supplier's datasheet.

**Figure 1 — DDR5 Ball Assignments for the x4/8 component**

## 2.6 Pinout Description

Table 3 provides the pinout descriptions.

**Table 3 — Pinout Description**

| Symbol | Type | Function |
|---|---|---|
| CK_t, CK_c | Input | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |
| CS_n | Input | Chip Select: All commands are masked when CS_n is registered HIGH. CS_n provides for external Rank selection on systems with multiple Ranks. CS_n is considered part of the command code. CS_n is also used to enter and exit the parts from power down modes. |
| DM_n, DMU_n, DML_n | Input | Input Data Mask: DM_n is an input mask signal for write data. Input data is masked when DM_n is sampled LOW coincident with that input data during a Write access. DM_n is sampled on both edges of DQS. For x8 device, the function of DM_n is enabled by MR5:OP[5]=1. DM is not supported for x4 device. |
| CA [13:0] | Input | Command/Address Inputs: CA signals provide the command and address inputs according to the Command Truth Table. Note: Since some commands are multi-cycle, the pins may not be interchanged between devices on the same bus. |
| RESET_n | Input | Active Low Asynchronous Reset: Reset is active when RESET_n is LOW, and inactive when RESET_n is HIGH. RESET_n must be HIGH during normal operation. RESET_n is a CMOS rail to rail signal with DC high and low at 80% and 20% of $V_{DDQ}$. |
| DQ | Input / Output | Data Input/Output: Bi-directional data bus. If CRC is enabled via Mode register then CRC code is added at the end of Data Burst. |
| DQS_t, DQS_c, DQSU_t, DQSU_c, DQSL_t, DQSL_c | Input / Output | Data Strobe: output with read data, input with write data. Edge-aligned with read data, centered in write data. For the x16, DQSL corresponds to the data on DQL0-DQL7; DQSU corresponds to the data on DQU0-DQU7. The data strobe DQS_t, DQSL_t and DQSU_t are paired with differential signals DQS_c, DQSL_c, and DQSU_c, respectively, to provide differential pair signaling to the system during reads and writes. DDR5 SDRAM supports differential data strobe only and does not support single-ended. |
| TDQS_t, TDQS_c | Output | Termination Data Strobe: TDQS_t/TDQS_c is applicable for x8 DRAMs only. When enabled via MR5:OP[4]=1, the DRAM shall enable the same termination resistance function on TDQS_t/TDQS_c that is applied to DQS_t/DQS_c. When disabled via MR5:OP[4]=0, DM_n/TDQS_t shall provide the data mask function depending on MR5:OP[5]; TDQS_c is not used. x4/x16 DRAMs must disable the TDQS function via MR5:OP[4]=0. |
| ALERT_n | Input/Output | Alert: If there is error in CRC, then Alert_n goes LOW for the period time interval and goes back HIGH. During Connectivity Test mode, this pin works as input.<br>Using this signal or not is dependent on system. In case of not connected as Signal, ALERT_n Pin must be bounded to $V_{DDQ}$ on board. |
| TEN | Input | Connectivity Test Mode Enable: Required on x4, x8 & x16 devices. HIGH in this pin shall enable Connectivity Test Mode operation along with other pins. It is a CMOS rail to rail signal with AC high and low at 80% and 20% of $V_{DDQ}$. Using this signal or not is dependent on System. This pin may be DRAM internally pulled low through a weak pull-down resistor to VSS. |
| MIR | Input | Mirror: Used to inform SDRAM device that it is being configured for Mirrored mode vs. Standard mode. With the MIR pin connected to VDDQ, the SDRAM internally swaps even numbered CA with the next higher odd number CA. Normally the MIR pin must be tied to VSSQ if no CA mirror is required. Mirror pair examples: CA2 with CA3 (not CA1) CA4 with CA5 (not CA3). Note that the CA[13] function is only relevant for certain densities (including stacking) of DRAM component. In the case that CA[13] is not used, its ball location, considering whether MIR is used or not, should be connected to VDDQ |
| CAI | Input | Command & Address Inversion: With the CAI pin connected to VDDQ, DRAM internally inverts the logic level present on all the CA signals. Normally the CAI pin must be connected to VSSQ if no CA inversion is required. |
| CA_ODT | Input | ODT for Command and Address. Apply Group A settings if the pin is connected to VSS and apply Group B settings if the pin is connected to $V_{DDQ}$. |
| LBDQ | Output | Loopback Data Output: The output of this device on the Loopback Output Select defined in MR53:OP[4:0]. When Loopback is enabled, it is in driver mode using the default RON described in the Loopback Function section. When Loopback is disabled, the pin is either terminated or HiZ based on MR36:OP[2:0]. |

JEDEC Standard No. 79-5
Page 6

Table 3 — Pinout Description (Cont'd)

| Symbol | Type | Function |
|---|---|---|
| LBDQS | Output | Loopback Data Strobe: This is a single ended strobe with the Rising edge-aligned with Loopback data edge, falling edge aligned with data center. When Loopback is enabled, it is in driver mode using the default RON described in the Loopback Function section. When Loopback is disabled, the pin is either terminated or HiZ based on MR36:OP[2:0]. |
| RFU | Input/Output | Reserved for future use |
| NC |  | No Connect: No internal electrical connection is present. |
| VDDQ | Supply | DQ Power Supply: 1.1 V |
| VSSQ | Supply | DQ Ground |
| VDD | Supply | Power Supply: 1.1 V |
| VSS | Supply | Ground |
| VPP | Supply | DRAM Activating Power Supply: 1.8V |
| ZQ | Supply | Reference Pin for ZQ calibration |

## 2.7    DDR5 SDRAM Addressing

Tables 4-8 provide the addressing for 8, 16, 24, 32, and 65 Gb.

Table 4 — 8 Gb Addressing Table

| Configuration | | 2 Gb x4 | 1 Gb x8 | 512 Mb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0 | BA0 | BA0 |
| | # BG / # Banks per BG / # Banks | 8 / 2 / 16 | 8 / 2 / 16 | 4 / 2 / 8 |
| Row Address | | R0~R15 | R0~R15 | R0~R15 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~3 / 16H | CID0~3 / 16H | CID0~3 / 16H |

Table 5 — 16 Gb Addressing Table

| Configuration | | 4 Gb x4 | 2 Gb x8 | 1 Gb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| | # BG / # Banks per BG / # Banks | 8 / 4 / 32 | 8 / 4 / 32 | 4 / 4 / 16 |
| Row Address | | R0~R15 | R0~R15 | R0~R15 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~3 / 16H | CID0~3 / 16H | CID0~3 / 16H |

Table 6 — 24 Gb Addressing Table

| Configuration | | 6 Gb x4 | 3 Gb x8 | 1.5 Gb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| | # BG / # Banks per BG / # Banks | 8 / 4 / 32 | 8 / 4 / 32 | 4 / 4 / 16 |
| Row Address | | R0~R16 | R0~ R16 | R0~R16 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~3 / 16H | CID0~3 / 16H | CID0~3 / 16H |

NOTE   Row address R[16:15] of 00b, 01b, and 10b are valid. Row address R[16:15] of 11b is invalid.