IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICRON TECHNOLOGY, INC.,** )<br>**MICRON SEMICONDUCTOR** )<br>**PRODUCTS, INC., MICRON** )<br>**TECHNOLOGY TEXAS LLC,** )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Netlist, Inc. ("Netlist"), by and through its undersigned counsel, certifies that no parent corporation and no publicly held corporation owns 10% or more of Netlist's stock.

Dated: June 10, 2022

Respectfully submitted,

*/s/ Samuel F. Baxter*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (CA #205455)
Annita Zhong (CA #266924)
1800 Avenue of the Stars, Suite 900
**IRELL & MANELLA LLP**
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

**Attorneys for Plaintiff Netlist, Inc.**