2:22-cv-00203

# EXHIBITS TO COMPLAINT