AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| NETLIST, INC.<br><br>_Plaintiff(s)_<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON<br>SEMICONDUCTOR PRODUCTS, INC., MICRON<br>TECHNOLOGY TEXAS LLC,<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  2:22-CV-00203-JRG-RSP |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Micron Semiconductor Products, Inc., 805 Central Expressway South, Suite 100,
Allen, Texas 75013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Samuel F. Baxter
Jennifer L. Truelove
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  **6/13/22** _____                 _David A. O'Toole_
                                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-CV-00203-JRG-RSP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:22-CV-00203-JRG-RSP

Plaintiff:
**NETLIST, INC.**

vs.

Defendant:
**MICRON TECHNOLOGY, INC., et al**

Received these papers on the 13th day of June, 2022 at 5:30 pm to be served on **MICRON SEMICONDUCTOR PRODUCTS, INC. care of its Registered Agent, CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **14th day of June, 2022** at 9:45 am, I:

hand-delivered a true copy of this **Summons in a Civil Action together with Complaint,** to **MICRON SEMICONDUCTOR PRODUCTS, INC. care of its Registered Agent, CORPORATION SERVICE COMPANY** by and through its designated agent, **KANEISHA GROSS,** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 14th day of June, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Thomas Kroll**
PSC - 3012, Exp. 8/31/2023

Our Job Serial Number: THP-2022003332
Ref: 1640346, 348, 349

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

