IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC. MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendant. | Civil Action No. 2:22-cv-00203-JRG-RSP |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Michael R. Rueckheim is entering his appearance in the above-captioned action as counsel for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC and respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: July 1, 2022

Respectfully submitted,

By: */s/ Michael R. Rueckheim*
    Michael R. Rueckheim
    TX State Bar No. 24081129
    MRueckheim@winston.com
    WINSTON & STRAWN LLP
    255 Shoreline Drive, Suite 520
    Redwood City, CA 94065
    Telephone: (650) 858-6500
    Facsimile: (650) 858-6559

    **ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC. MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC,**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2022, a true and correct copy of Notice of Attorney Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim