UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-00203-JRG-RSP

Name of party requesting extension: Micron Technology, Inc., Micron Semiconductor Products Inc., Micron Technology Texas LLC

Is this the first application for extension of time in this case?  ✓ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 6/13/2022

Number of days requested:  ✓ 30 days  ☐ 15 days  ☐ Other ____ days

New Deadline Date: 8/4/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Michael R. Rueckheim
State Bar No.: 24081129
Firm Name: WINSTON & STRAWN LLP
Address: 255 Shoreline Drive
         Suite 520
         Redwood City, CA 94065
Phone: (650) 858-6500
Fax: (650) 858-6559
Email: MRueckheim@winston.com

A certificate of conference does not need to be filed with this unopposed application.