UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC.'S NOTICE OF
CASE READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiff Netlist, Inc. ("Netlist") hereby notifies that the above captioned case is ready for a scheduling conference. Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron" or "Defendants") have filed an answer to Netlist's complaint on August 4, 2022. Dkt. 13.

Patents asserted in this case are ("Patents-in-Suit"):

- U.S. Patent No. 10,860,506 ("the '506 patent")
- U.S. Patent No. 10,949,339 ("the '339 patent")
- U.S. Patent No. 11,016,918 ("the '918 patent")
- U.S. Patent No. 11,232,054 ("the '054 patent)
- U.S. Patent No. 8,787,060 ("the '060 patent")
- U.S. Patent No. 9,318,160 ("the '160 patent")

No motion is pending before this Court.  All Patents-in-Suit are also asserted in a case filed in the Eastern District of Texas under the caption *Netlist, Inc. v. Samsung Electronics Co., Ltd., et. al.*, No. 21-cv- 463-JRG (E.D. Tex. Dec. 20, 2021) (the "*Samsung* Action").  Pursuant to this Court's Docket Control Order, the claim construction hearing for the *Samsung* Action is scheduled for October 14, 2022, and jury selection will start on May 1, 2023.  *Id*. Dkt. 34.  There are no other related cases previously filed in this District involving the same patent or patents and therefore.

Dated: August 8, 2022                                          Respectfully submitted,

*/s/ Sam Baxter*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
jsheasby@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 8, 2022, a copy of the foregoing was served to all counsel of record.

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove