IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:22 CV 203 |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | JURY TRIAL DEMANDED |
| PRODUCTS INC., MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| Defendants, | § | |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jennifer L. Truelove, Texas State Bar 24012906, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, Netlist, Inc.

DATED: August 24, 2022.

    Respectfully submitted,

    *s/ Jennifer Truelove*
    Samuel F. Baxter
    Texas State Bar No. 01938000
    Email: sbaxter@mckoolsmith.com
    Jennifer L. Truelove
    Texas State Bar No. 24012906
    Email:jtruelove@mckoolsmith.com
    MCKOOL SMITH, P.C.
    104 E. Houston Street, Suite 300
    Marshall, Texas 75670
    Telephone: (903) 923-9000
    Facsimile: (903) 923-9099

    **ATTORNEYS FOR PLAINTIFF**
    **NETLIST, INC.**

## **CERTIFICATE OF SERVICE**

      I certify that counsel of record who are deemed to have consented to electronic service are being served on August 24, 2022, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                                                /s/ Jennifer L. Truelove
                                                Jennifer L. Truelove