# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| NETLIST, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 6:21-cv-00431 |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

### NETLIST, INC.'S
### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Netlist, Inc. ("Netlist") as and for its complaint for patent infringement against

Micron Technology, Inc. ("Micron Technology"), Micron Semiconductor Products, Inc.

("Micron Semiconductor"), and Micron Technology Texas LLC ("Micron Texas") (collectively,

"Defendants") alleges as follows:

### PARTIES

1.      Plaintiff Netlist is a corporation organized and existing under the laws of the State of

Delaware, having a principal place of business at 175 Technology Drive, Suite 150, Irvine,

California 92618.

2.      Netlist is the owner by assignment of U.S. Patent Nos. 10,489,314 ("the '314

Patent"), 9,824,035 ("the '035 Patent), and 10,268,608 ("the '608 Patent") (together, "the

Asserted Patents") (attached as Exhibits 1-3). Netlist has identified the Asserted Patents, among

other Netlist patents, as potentially essential to various DDR4 memory module standards

promulgated by the Joint Electron Device Engineering Counsel, or "JEDEC," the standard-

setting body for the microelectronics industry—and has provided RAND Licensing Assurances pursuant to JEDEC's Patent Policy.

3.      Micron Technology is a corporation organized and existing under the laws of Delaware, having a principal place of business at 8000 South Federal Way, Boise, Idaho 83716. Micron Technology also has a place of business at 101 West Louis Henna Boulevard, Suite 210, Austin, Texas 78728. Micron Technology makes dynamic random-access memory (DRAM), NAND Flash, and NOR Flash memory, and other memory products. Micron makes its own products in semiconductor fabrication plants in the United States and other countries throughout the world. On information and belief, Micron sells its products to customers, including customers in this District, in the computer, networking and storage, consumer electronics, solid-state drives, and mobile telecommunications markets.

4.      Micron Semiconductor is a corporation organized and existing under the laws of Idaho, having a principal place of business at 8000 South Federal Way, Boise, Idaho 83716. Micron Semiconductor also has a place of business at 101 West Louis Henna Boulevard, Suite 210, Austin, Texas 78728. Micron Semiconductor is registered with the Texas Secretary of State to do business in Texas. Micron Semiconductor can be served through its registered agent, The Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

5.      Micron Texas is a corporation organized and existing under the laws of Idaho, having a principal place of business at 8000 South Federal Way, Boise, Idaho 83716. Micron Texas also has a place of business at 101 West Louis Henna Boulevard, Suite 210, Austin, Texas 78728. Micron Texas is registered with the Texas Secretary of State to do business in Texas. Micron Texas can be served through its registered agent, The Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

6.      Micron Semiconductor and Micron Texas are wholly owned subsidiaries of Micron Technology. Micron Technology does not separately report revenue from Micron Semiconductor or Micron Texas in its filings to the Securities Exchange Commission, but rather reports combined revenue from its various products and subsidiaries.

7.      Defendants place, have placed, and contributed to placing infringing products like Load Reduced Dual In-line Memory Modules ("LRDIMMs") into the stream of commerce via an established distribution channel knowing or understanding that such products would be sold and used in the United States, including in the Western District of Texas. On information and belief, Defendants have also derived substantial revenues from infringing acts in this District including from the sale and use of infringing LRDIMM products.

## JURISDICTION AND VENUE

8.      This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code § 1, et seq. Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.      This Court has specific personal jurisdiction over Defendants at least in part because Defendants conduct business in this Judicial District. Netlist's causes of action arise, at least in part, from Defendants' contacts with and activities in the State of Texas and this District. On information and belief, Defendants have committed acts of infringement within the State of Texas and this District by, among other things, directly and/or indirectly using, selling, offering to sell, or importing products that infringe one or more claims of the Asserted Patents.

10.     Defendants conduct business in this District and maintain regular and established places of business within this District. For example, Defendants has maintained regular and established places of business with offices and/or other facilities in this District, including at least such offices and/or facilities at 101 West Louis Henna Boulevard, Suite 210, Austin, Texas

78728. On information and belief, personnel working at this facility in Austin engage in activities directly related to the LDRDIMM products at issue in this case.

11.     For example, personnel employed by Defendants working at this location are semiconductor professionals, including design engineers, fabrication engineers, field applications engineers, storage solutions engineers, software engineers, data analysts, customer quality specialists, facilities designers, product line managers, quality assurance managers, program managers, sales directors, marketing directors, and systems architects.

12.     Defendants have placed or contributed to placing infringing products including, but not limited to, their LRDIMM products into the stream of commerce knowing or understanding that such products would be sold and used in the United States, including in this District.

13.     Defendants have also derived substantial revenues from infringing acts in this District, including from the sale and use of infringing products including, but not limited to, Defendants' LRDIMM products.

14.     Defendants have committed acts within this District giving rise to this action, and have established sufficient minimum contacts with the State of Texas such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

15.     Venue is proper in this District as to Defendants pursuant to 28 U.S.C. § 1391(b), (c), and 1400(b) because Defendants (1) have committed and continue to commit acts of patent infringement in this District by, among other things, directly and/or indirectly making, using, selling, offering to sell, or importing products that infringe one or more claims of the Asserted Patents, and (2) have done and continue to do business in this District by maintaining regular and established places of business, including at least at 101 West Louis Henna Boulevard, Suite 210, Austin, Texas 78728.

## FACTUAL BACKGROUND

**A.     NETLIST**

16.     Since its founding in 2000, Netlist has been a leading innovator in high-performance memory module technologies. Netlist designs and manufactures a wide variety of high-performance products for the cloud computing, virtualization and high-performance computing markets. Netlist's technology enables users to derive useful information from vast amounts of data in a shorter period of time. These capabilities will become increasingly valuable as the volume of data continues to dramatically increase.

17.     Netlist has a long history of being the first to market with disruptive new products based on Netlist's distributed buffer architecture later adopted by the industry.

18.     Netlist's innovative products built on Netlist's early pioneering work in areas such as embedding passives into printed circuit boards to free up board real estate, doubling densities via quad-rank double data rate (DDR) technology, and other off-chip technology advances that result in improved performance and lower costs compared to conventional memory modules.

19.     The inventors of the Asserted Patents were critical in the development of these pioneering technologies. Indeed, Jay Bhakta, one of the co-founders of Netlist, had more than two decades of electronic design experience and was a well-known engineer who has served as a long-time member of the Joint Electron Device Engineering Council ("JEDEC") Board of Directors prior to his passing.

**B.     NETLIST'S LRDIMM TECHNOLOGY AND ITS ROLE IN JEDEC**

20.     The technologies disclosed and claimed in the Asserted Patents relate generally to memory modules. Memory modules are typically printed circuit boards that contain, among other important components, DRAM (Dynamic Random-Access Memory) integrated circuits.

Memory modules are often installed into memory slots on computer motherboards and serve as memory for computer systems.

21.     Certain structures, functions, and operations of server memory modules (such as those used in Defendants' infringing devices) are defined, specified, and standardized by JEDEC—the standard-setting organization that develops and adopts standards for the microelectronics industry.

22.     LRDIMM is shorthand for "load-reduced dual inline memory module." An LRDIMM is a particular dual inline memory module ("DIMM") architecture that Netlist first introduced in its HyperCloud product. Netlist's—and the industry's—first LRDIMM product demonstrated what was previously thought to be impossible: that a server could be fully loaded with memory and still operate at the highest system speeds available at the time.

23.     Netlist's innovative LRDIMM technology has since been adopted by JEDEC in its DDR4 LRDIMM standard that is used by companies throughout the industry.

24.     In August of 2019, JEDEC released the second version of the standard for one of the critical memory module components of LRDIMMs—the DDR4[1] register control device.

25.     Netlist has supplied its memory modules in high volume to computer storage customers for many years.

**C.    NETLIST'S EFFORTS TO LICENSE ITS STANDARD-ESSENTIAL PATENTS PURSUANT TO JEDEC'S PATENT POLICY**

26.     Netlist is a member of JEDEC. Netlist "committed" the Asserted Patents to various JEDEC standards pursuant to the JEDEC Patent Policy, which sets certain obligations for owners of patents (like the Asserted Patents) that it reasonably believes are essential to one or more

---

[1] DDR4 refers to the latest generation of DRAM memory. Older, slower generations of memory modules used DDR3 DRAM; even older memory modules used DDR2 DRAM.

JEDEC standards. Netlist has in all respects and at all times acted in a manner consistent with the JEDEC Patent Policy, as set forth in the JEDEC Manual of Organization and Procedure, which states in relevant part that "[a] license will be offered, to applicants desiring to utilize the license for the purpose of implementing the JEDEC Standard under reasonable terms and conditions that are free of any unfair discrimination . . .."

27.     Netlist contacted Defendants by letter dated April 28, 2021 and notified them of their infringement of the Asserted Patents and offered Defendants a license for their RDIMM and LRDIMM products. Netlist's offer complies with JEDEC's patent policy, as the offer was made to license Micron's infringing products under reasonable terms and conditions free of any unfair discrimination. By service of this Complaint, the Defendants either refused to negotiate in good faith in response to Netlist's RAND offer, and/or have refused to pay for a license to the Asserted Patents.

<u>**THE ASSERTED PATENTS**</u>

**A.  The '314 Patent**

28.     Netlist owns the '314 Patent by assignment from the listed inventors Jeffery C. Solomon and Jayesh R. Bhakta. The '314 Patent was filed as Application No. 15/857,519 on December 28, 2017, issued as a patent on November 26, 2019, and claims priority through a series of continuation applications to five provisional applications, filed on January 19, 2005 (No. 60/645,087); July 15, 2004 (No. 60/588,244); March 5, 2004 (No. 60/550,668); May 28, 2004 (No. 60/575,595); and July 21, 2004 (No. 60/590,038).

29.     The '314 Patent is entitled "Memory Module with Data Buffering," and relates generally to a memory module operable to communicate data with a memory controller via a data bus that includes a plurality of memory integrated circuits with a data buffer coupled

between them, as well as logic that is configured to respond to memory commands through the use of the data buffer. As summarized in the Abstract, "[t]he logic is configured to respond to a first memory command by providing first control signals to the data buffer to enable communication of at least one first data signal between the first memory integrated circuits and the memory controller through the data buffer, and is further configured to respond to a second memory command by providing second control signals to the data buffer to enable communication of at least one second data signal between the second memory integrated circuit and the memory controller through the data buffer."

30.     The invention of the '314 Patent enables the effective operation of DDR4 LRDIMMs, which are characterized by the use of a buffer approach to accomplish memory bandwidth efficiencies when scaling to higher capacities and speed. The '314 Patent includes embodiments directed to modifying latency to achieve more efficient data transfers.

**B.      The '035 Patent**

31.     Netlist owns the '035 Patent by assignment from the listed inventors Hyun Lee and Jayesh Bhakta. The '035 Patent was filed as Application No. 15/426,064 on February 7, 2017, issued as a patent on November 21, 2017, and claims priority through a series of continuation applications to provisional application No. 61/676,883 filed on July 27, 2012.

32.     The '035 Patent is entitled "Memory Module with Timing-Controlled Data Paths in Distributed Data Buffers," and relates generally to module control devices that receive command signals from a memory controller and output module command signals and module control signals, as well as a plurality of buffer circuits that include logic configured to obtain timing information from the module control signals and to control timing of the data and strobe signals with the timing information.

33.     The invention of the '035 Patent is directed to improving DDR4 performance in LRDIMMs by ensuring proper timing of control and data signals received and transmitted by a memory module through the distribution of buffer circuits across the memory module. In this way, during high speed operations, each module control signal may arrive at different buffer circuits at different points of time across more than one clock cycle of the system clock.

**C.  The '608 Patent**

34.     Netlist owns the '608 patent by assignment from the listed inventors Hyun Lee and Jayesh Bhakta. The '608 Patent was filed as Application No. 15/820,076 on November 21, 2017, as a continuation of the '035 Patent, issued as a patent on April 23, 2019, and claims priority through a series of continuation applications to provisional application No. 61/676,883 filed on July 27, 2012.

35.     The '608 Patent is entitled "Memory Module with Timing-Controlled Data Paths in Distributed Data Buffers" and generally discloses memory devices organized in groups, a module control device, and data buffers. The memory module is operable to perform memory operations in response to memory commands, each of which is represented by a set of signals transmitted by the memory controller to the memory module.

36.     As a continuation of the '035 Patent, the '608 Patent is similarly directed to improving DDR4 performance in LRDIMMs by ensuring proper timing of control and data signals received and transmitted by a memory module through the distribution of buffer circuits across the memory module. The '608 Patent includes a command processing circuit that is configured to decode module control signals, as well as a delay circuit that is configured to delay signals by a predetermined amount.

## OVERVIEW OF DEFENDANTS' INFRINGING TECHNOLOGY

37.    Defendants are worldwide semiconductor solution providers that primarily manufacture semiconductor memory products such as DRAM, NAND Flash and MCP (Multi-Chip Package).

38.    Defendants' infringing DDR4 LRDIMM memory modules are designed for use in servers, such as those supporting cloud-based computing and other data-intensive applications. The infringed memory modules are JEDEC-standard compliant memory modules.

39.    Defendants make, use, sell, offer to sell, and/or import within this District and elsewhere in the United States, infringing DDR4 LRDIMMS (the "LRDIMM Infringing Products").

40.    The LRDIMM Infringing Products include, without limitation, the following exemplary DDR4 LRDIMM modules[2] -- as well as comparable models that operate in the same or similar manner as described in the Infringement Counts:

| Filters | | Density ⇕ | Technology ⇕ | Part Status ⇕ | Depth ⇕ | Width ⇕ | Voltage ⇕ |
|---|---|---|---|---|---|---|---|
| Part No. (8) | | | | | | | |
| MTA144ASQ16G72LSZ-2S6 | ⊕ | 128GB | DDR4 SDRAM | Production | 16Gb | x72 | 1.2V |
| MTA144ASQ16G72LSZ-2S9 | ⊕ | 128GB | DDR4 SDRAM | Production | 16Gb | x72 | 1.2V |
| MTA36ASF4G72LZ-2G6 | ⊕ | 32GB | DDR4 SDRAM | Production | 4Gb | x72 | 1.2V |
| MTA36ASF8G72LZ-2G9 | ⊕ | 64GB | DDR4 SDRAM | Production | 8Gb | x72 | 1.2V |
| MTA36ASF8G72LZ-3G2 | ⊕ | 64GB | DDR4 SDRAM | Production | 8Gb | x72 | 1.2V |
| MTA72ASS16G72LZ-3G2 | ⊕ | 128GB | DDR4 SDRAM | Production | 16Gb | x72 | 1.2V |
| MTA72ASS8G72LZ-2G6 | ⊕ | 64GB | DDR4 SDRAM | Production | 8Gb | x72 | 1.2V |
| MTA72ASS8G72LZ-2G9 | ⊕ | 64GB | DDR4 SDRAM | Production | 8Gb | x72 | 1.2V |

---

[2] *See* Micron LRDIMM Product catalog, available at https://www.micron.com/products/dram-modules/lrdimm/part-catalog.

## COUNT 1

## (Willful Infringement of U.S. Patent No. 10,489,314)

41.     Plaintiff re-alleges and incorporates by reference the allegations in the foregoing

paragraphs as if fully set forth herein.

42.     Plaintiff is informed and believes, and on that basis alleges, that Defendants have

infringed and are currently infringing one or more claims (e.g., claim 15) of the '314 Patent, in

violation of 35 U.S.C. § 271.

43.     Defendants have infringed and are currently infringing literally and/or under the

doctrine of equivalents, by, among other things, making, using, offering for sale, selling, and/or

importing within this judicial district and elsewhere in the United States, without license or

authority, Infringing Products, including without limitation their DDR4 LRDIMM memory

modules and related products and/or processes falling within the scope of one or more claims of

the '314 Patent, including claim 15:

> A memory module operable in a computer system to communicate data with a memory controller of the computer system via a N-bit wide memory bus in response to read or write memory commands received from the memory controller, the memory module comprising:
>
>> a printed circuit board having a plurality of edge connections configured to be electrically coupled to a corresponding plurality of contacts of a module slot of the computer system;
>>
>> logic coupled to the printed circuit board and configured to receive a first set of input address and control signals associated with a first read or write memory command and to output a first set of registered address and control signals in response to the first set of input address and control signals, the first set of input address and control signals including a first plurality of input chip select signals, the first set of registered address and control signals including a first plurality of registered chip select signals corresponding to respective ones of the first plurality of input chip select signals, the first plurality of registered chip select signals including a first registered chip select signal having an active signal value and one or more other registered chip select signals each having a non-active signal value;
>>
>> memory devices mounted on the printed circuit board and arranged in a plurality of N-bit wide ranks, wherein the plurality of N-bit wide ranks are configured to receive respective ones of the first plurality of registered chip select signals, wherein a first N-bit wide rank in the plurality of N-bit wide ranks receiving the first registered chip select signal having the active signal value is configured to receive or output a first burst of N-bit wide data signals and a first burst of data strobes associated with the first read or write command;

circuitry coupled between data and strobe signal lines in the N-bit wide memory bus and corresponding data and strobe pins of memory devices in each of the plurality of N-bit wide ranks; and

wherein the logic is further configured to, in response to the first read or write memory command, output first control signals to the circuitry, and wherein the circuitry is configured to enable data transfers between the first rank and the memory bus through the circuitry in response to the first control signals so that respective N-bit wide data signals of the first burst of N-bit wide data signals and respective data strobes of the first burst of data strobes are transferred through the circuitry in accordance with an overall CAS latency of the memory module; and

wherein the data transfers between the first rank and the memory bus through the circuitry are registered data transfers and the circuitry is configured to add a predetermined amount of time delay for each registered data transfer through the circuitry such that the overall CAS latency of the memory module is greater than an actual operational CAS latency of each of the memory devices.

44.     Defendants' acts of making, using, offering for sale, selling, and/or importing Infringing Products, including but not limited to DDR4 LRDIMM memory modules and related products and/or processes satisfy, literally or under the doctrine of equivalents, each and every claim limitation, including but not limited to limitations of claim 15.[3]

45.     For example, the Defendants' Infringing Product 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 meets each and every limitation of claim 15.

46.     Defendants' 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 is a memory module operable to communicate data with a memory controller of a computer system via a N-bit wide memory bus in response to read or write commands received from the memory controller.

---

[3] Plaintiff expressly reserves the right to identify additional asserted claims in its infringement contentions in accordance with this Court's Order Governing Procedures ("OGP") and other Standing Orders. Claim 15 is provided for notice pleading only and is not presented as an "exemplary" claim of all other claims in the '314 patent.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet ("Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet"), Page 1 (https://media-www.micron.com/-/media/client/global/documents/products/data-sheet/modules/lrdimm/ddr4/ass72c8gx72lz.pdf?rev=9cd25a3a18c84a98bf57e0ba5c691cec).

47.    As an LRDIMM, Defendants' 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 complies with the DDR4 SDRAM Load Reduced DIMM Design Specification promulgated by the JEDEC:

## 1    Product Description

This specification defines the electrical and mechanical requirements for 288-pin, 1.2 Volt (VDD), Load Reduced, Double Data Rate, Synchronous DRAM Dual In-Line Memory Modules (DDR4 SDRAM LRDIMMs). These DDR4 Load Reduced DIMMs (LRDIMMs) are intended for use as main memory when installed in PCs.

Reference design examples are included that provide an initial basis for DDR4 LRDIMM designs. Modifications to these reference designs may be required to meet all system timing, signal integrity, and thermal requirements for PC4-1600, PC4-1866, PC4-2133, PC4-2400, PC4-2666, and PC4-3200 support. All DDR4 LRDIMM implementations must use simulations and lab verification to ensure proper timing requirements and signal integrity in the design.

An additional lower voltage of TBD is defined. PC4L is used to reference DIMMs capable of operation at this voltage level. The annex for each raw card will have specific entries to indicate DIMM operation at PC4 and PC4L voltage levels.

This specification follows the JEDEC standard DDR4 component specification (refer to JEDEC standard JESD79-4, at www.jedec.org).

*See* JEDEC Standard No. 21C (Aug. 2015), Page 4.20.27-5.

48.     The JEDEC standard specifies READ and WRITE operations. By way of example only, the following excerpts show operations according to the standard:



*See* JEDEC Standard No. 79-4B (June 2017), Page 98.



*See* JEDEC Standard No. 79-4B (June 2017), Page 119.

49.     The infringing 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 incorporates a

Montage Gen2 DDR4 data buffer ("DB") and a Montage Gen2 DDR4 Registering Clock Driver

("RCD").



MONTAGE Gen2 DDR4 Data Buffer (DB)
Part#: M88DR4DB02P
Date Code: 2011

Micron 64GB DDR4-2933 LRDIMM
Part#:MTA72ASS8G72LZ-2G9



MONTAGE Gen2 DDR4 Registering
Clock Driver (RCD)
Part#: M88DDR4RCD02P
Date Code: 2005

Micron 64GB DDR4-2933 LRDIMM
Part#:MTA72ASS8G72LZ-2G9

50.     The Montage DB is compliant with the JEDEC DDR4DB02 specification. (*See* M88DDR4DB02 Product Description, https://www.montage-tech.com/Memory_Interface/DDR4/M88DDR4DB02.) The Montage RCD is compliant with the JEDEC DDR4RCD02 specification. (*See* M88DDR4RCD02 Product Description, https://www.montage-tech.com/Memory_Interface/DDR4/M88DDR4RCD02.)

51.     The infringing 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises a printed circuit board ("PCB," see images of front and back below) with edge connections configured to be electrically coupled to corresponding contacts of a module slot of the computer system (see excerpt of pin descriptions below).



**Table 5: Pin Descriptions**

| Symbol | Type | Description |
|---|---|---|
| Ax | Input | **Address inputs:** Provide the row address for ACTIVATE commands and the column address for READ/WRITE commands in order to select one location out of the memory array in the respective bank (A10/AP, A12/BC_n, A14/A15, and RAS_n/A16 have additional functions; see individual entries in this table). The address inputs also provide the op-code during the MODE REGISTER SET command. A17 is only defined for x4 SDRAM. |
| A10/AP | Input | **Auto precharge:** A10 is sampled during READ and WRITE commands to determine whether an auto precharge should be performed on the accessed bank after a READ or WRITE operation (HIGH = auto precharge; LOW = no auto precharge). A10 is sampled during a PRECHARGE command to determine whether the precharge applies to one bank (A10 LOW) or all banks (A10 HIGH). If only one bank is to be precharged, the bank is selected by the bank group and bank addresses. |
| A12/BC_n | Input | **Burst chop:** A12/BC_n is sampled during READ and WRITE commands to determine if burst chop (on-the-fly) will be performed (HIGH = no burst chop; LOW = burst chopped). See Command Truth Table in the DDR4 component data sheet. |
| ACT_n | Input | **Command input:** ACT_n defines the ACTIVATE command being entered along with CS_n. The input into RAS_n/A16, CAS_n/A15, and WE_n/A14 are considered as row address A16, A15, and A14. See Command Truth Table. |
| BAx | Input | **Bank address inputs:** Define the bank (with a bank group) to which an ACTIVATE, READ, WRITE, or PRECHARGE command is being applied. Also determine which mode register is to be accessed during a MODE REGISTER SET command. |
| BGx | Input | **Bank group address inputs:** Define the bank group to which a REFRESH, ACTIVATE, READ, WRITE, or PRECHARGE command is being applied. Also determine which mode register is to be accessed during a MODE REGISTER SET command. BG[1:0] are used in the x4 and x8 configurations. x16-based SDRAM only has BG0. |
| C0, C1, C2 (RDIMM/LRDIMM only) | Input | **Chip ID:** These inputs are used only when devices are stacked; that is, 2H, 4H, and 8H stacks for x4 and x8 configurations using through-silicon vias (TSVs). These pins are not used in the x16 configuration. Some DDR4 modules support a traditional DDP package, which uses CS1_n, CKE1, and ODT1 to control the second die. All other stack configurations, such as a 4H or 8H, are assumed to be single-load (master/slave) type configurations where C0, C1, and C2 are used as chip ID selects in conjunction with a single CS_n, CKE, and ODT. Chip ID is considered part of the command code. |
| CKx_t CKx_c | Input | **Clock:** Differential clock inputs. All address, command, and control input signals are sampled on the crossing of the positive edge of CK_t and the negative edge of CK_c. |
| CKEx | Input | **Clock enable:** CKE HIGH activates and CKE LOW deactivates the internal clock signals, device input buffers, and output drivers. Taking CKE LOW provides PRECHARGE POWER-DOWN and SELF REFRESH operations (all banks idle), or active power-down (row active in any bank). CKE is asynchronous for self refresh exit. After $V_{REFCA}$ has become stable during the power-on and initialization sequence, it must be maintained during all operations (including SELF REFRESH). CKE must be maintained HIGH throughout read and write accesses. Input buffers (excluding CK_t, CK_c, ODT, RESET_n, and CKE) are disabled during power-down. Input buffers (excluding CKE and RESET_n) are disabled during self refresh. |
| CSx_n | Input | **Chip select:** All commands are masked when CS_n is registered HIGH. CS_n provides external rank selection on systems with multiple ranks. CS_n is considered part of the command code (CS2_n and CS3_n are not used on UDIMMs). |

*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 5.

52.     The infringing 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 includes logic coupled to the PCB and configured to receive input address and control signals associated with a read or write memory command and to output registered address and control signals in response. Specifically, that functionality is supported by the RCD.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

53.     The DDR4 Registering Clock Drive Definition (DDR4RCD002) of the JEDEC standard, with which the RCD complies, further shows a logic diagram specifying this configuration:



**Figure 28 — Logic diagram (positive logic)**

*See* JEDEC Standard No. 82-31A (Aug. 2019), Page 66.

54.     The input address and control signals include input chip select signals and the registered address and control signals include corresponding registered chip select signals. The registered chip select signals, in turn, include a registered chip select signal having an active

signal value and one or more other registered chip select signals each having a non-active signal value.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

55.    The infringing 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 includes memory devices mounted on the PCB and arranged in a plurality of N-bit wide ranks, which are configured to receive registered chip select signals.



56.     An N-bit wide rank receives the registered chip select signal having the active signal value and is configured to receive or output a burst of N-bit wide data signals and a burst of data strobes associated with a read or write command. For example, the module data sheet shows:



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

57.     The infringing 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 includes circuitry coupled between data and strobe signal lines in the N-bit wide memory bus and corresponding data and strobe pins of memory devices in each of the plurality of N-bit wide ranks. *See id.*

58.    The infringing 64GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 further includes logic configured to, in response to the read or write memory command, output control signals to the circuitry.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

59.    The circuitry is configured to enable data transfers between the first rank and the memory bus through the circuitry in response to the control signals so that respective N-bit wide data signals of the burst of N-bit wide data signals and respective data strobes of the burst of data

strobes are transferred through the circuitry in accordance with an overall CAS latency of the memory module.

60.     The data transfers between the first rank and the memory bus through the circuitry are registered data transfers and the circuitry is configured to add a predetermined amount of time delay for each registered data transfer through the circuitry such that the overall CAS latency of the memory module is greater than an actual operational CAS latency of each of the memory devices. By way of example, the following timing diagrams from the JEDEC standard from READ and WRITE operations show a predetermined amount of time delay for registered data transfers.



**Figure 2 — WRITE Timing**



(1) DRAM Interface Receivers turn-on in the middle of the pre-amble

**Figure 3 — READ Timing**

*See* JEDEC Standard No. 82-32A (August 2019), Pages 13-14.

61.     By infringing claim 15 and other claims of the '314 Patent, Defendants' Infringing Products allow for systems configured with greater memory capacity than other types of memory modules.

62.      Defendants have also infringed indirectly and continue to infringe indirectly the '314 Patent by active inducement under 35 U.S.C. § 271(b).

63.     Defendants have been aware of the '314 Patent and their infringement since no later than April 28, 2021, when Netlist informed Defendants of their infringement and offered to license the Infringing Products. By service of this Complaint, Defendants have either refused to negotiate in good faith in response to Netlist's RAND offer, and/or have refused to pay for a license to the '314 Patent.

64.     On information and belief, Defendants have intended, and continue to intend, to induce patent infringement by others, including system designers, software providers, distributors, customers, end-users, and/or other third parties, incorporating their DDR4 LRDIMM memory modules and have had knowledge that the inducing acts would cause infringement or have been willfully blind to the possibility that the inducing acts would cause infringement.

65.     For example, Defendants advertise and market their Load Reduced DDR4 SDRAM DIMMS by telling customers that:

> Implementing load-reduced DIMMs (LRDIMMs) enables you to add more DIMMs per channel and increase the memory capacity and speed of your systems. Our LRDIMMs use a specially designed buffer to reduce the data load to a single load (up to an 8-rank DIMM), whereas standard RDIMMs present multiple loads for dual-rank and quad-rank versions and limit the amount of data you can load to the data bus.

*See* Micron, Solutions, Server, LRDIMM (https://www.micron.com/solutions/server).

66.     Defendants have also infringed indirectly and continue to infringe indirectly the '314 Patent by contributory infringement under 35 U.S.C. § 271(c).

67.     Defendants have and continue to intentionally commit contributory infringement by selling, offering to sell, or importing the infringing products, which include configurations that have no substantial non-infringing use, including but not limited to their DDR4 LRDIMM memory modules, with the knowledge that they will be used by others, including system designers, software providers, distributors, customers, end-users, and/or other third parties, to directly infringe claims of the '314 Patent.

68.     Defendants have had actual knowledge of the '314 Patent since at least April 28, 2021, when Netlist informed Defendants of their infringement of the '314 Patent.  By service of

this Complaint, despite having actual knowledge of their infringement of the '314 Patent, Defendants have continued to willfully, wantonly, and deliberately infringe the '314 Patent. Defendants have either failed to negotiate in good faith, and/or refused to pay for a license to the '314 Patent under reasonable terms. Accordingly, Plaintiff seeks enhanced damages pursuant to 35 U.S.C. § 284 and a finding that this is an exceptional case within the meaning of 35 U.S.C. § 285, entitling Plaintiff to its attorneys' fees and expenses.

69.     To the extent applicable, the requirements of 35 U.S.C. § 287(a) have been met with respect to the '314 Patent.

70.     As a result of Defendants' infringement of the '314 Patent and refusal to take a license to it, Plaintiff has been injured by Defendants' unauthorized use of Plaintiff's intellectual property.

71.     Plaintiff seeks monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## COUNT 2

### (Willful Infringement of U.S. Patent No. 9,824,035)

72.     Plaintiff re-alleges and incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

73.     Plaintiff is informed and believes, and on that basis alleges, that Defendants have infringed and are currently infringing one or more claims (e.g., claim 1) of the '035 Patent, in violation of 35 U.S.C. § 271.

74.     Defendants have infringed and are currently infringing literally and/or under the doctrine of equivalents, by, among other things, making, using, offering for sale, selling, and/or

importing within this judicial district and elsewhere in the United States, without license or authority, Infringing products, including but not limited to their 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 memory module and related products and/or processes falling within the scope of one or more claims of the '035 Patent, including claim 1:

A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising:

a module board having edge connections for coupling to respective signal lines in the memory bus;

a module control device mounted on the module board and configured to receive memory command signals for a first memory operation from the memory controller via the set of control/address signal lines and to output module command signals and module control signals in response to the memory command signals; and

memory devices mounted on the module board and configured to perform the first memory operation in response to the module command signals, the memory devices including a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data/strobe signal lines; and

a plurality of buffer circuits mounted on the module board in positions corresponding to respective sets of the plurality of sets of data/strobe signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is coupled between a respective set of data/strobe signal lines and a respective set of memory devices, the each respective buffer circuit including data paths for transmitting respective data and strobe signals associated with the first memory operation and logic configured to respond to the module control signals by enabling the data paths, wherein the logic is further configured to obtain timing information based on one or more signals received by the each respective buffer circuit during a second memory operation prior to the first memory operation and to control timing of the respective data and strobe signals on the data paths in accordance with the timing information.

75.      Defendants' acts of making, using, offering for sale, selling, and/or importing infringing products, including but not limited to their 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 memory module and related products and/or processes satisfy,

literally or under the doctrine of equivalents, each and every claim limitation, including but not limited to limitations of claim 1.[4]

76.     For example, on information and belief, the Defendants' 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 memory module meets each and every limitation of claim 1.

77.     Defendants' 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 is a memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data/strobe signal lines.

---

[4] Plaintiff expressly reserves the right to identify additional asserted claims in its infringement contentions in accordance with this Court's Order Governing Procedures ("OGP") and other Standing Orders. Claim 1 is provided for notice pleading only and is not presented as an "exemplary" claim of all other claims in the '035 patent.

**Micron**

64GB (x72, ECC, QR) 288-Pin DDR4 LRDIMM
Features

## DDR4 SDRAM LRDIMM

### MTA72ASS8G72LZ – 64GB

### Features

- DDR4 functionality and operations supported as defined in the component data sheet
- 288-pin, command/address/control-registered, data-buffered, load-reduced dual in-line memory module (LRDIMM)
- Fast data transfer rates: PC4-2933, PC4-2666, or PC4-2400
- 64GB (8 Gig x 72)
- $V_{DD} = 1.20V$ (NOM)
- $V_{PP} = 2.5V$ (NOM)
- $V_{DDSPD} = 2.5V$ (NOM)
- Supports ECC error detection and correction
- Nominal and dynamic on-die termination (ODT) for data, strobe, and mask signals
- Low-power auto self refresh (LPASR)
- On-die internal, adjustable $V_{REFDQ}$ generation
- Quad-rank, using 16Gb TwinDie DDR4
- On-board I²C temperature sensor with integrated serial presence-detect (SPD) EEPROM
- 16 internal banks; 4 groups of 4 banks each
- Fixed burst chop (BC) of 4 and burst length (BL) of 8 via the mode register set (MRS)
- Selectable BC4 or BL8 on-the-fly (OTF)
- Gold edge contacts
- Halogen-free
- Fly-by topology
- Multiplexed command and address bus
- Terminated control, command, and address bus

**Figure 1: 288-Pin LRDIMM (MO-309, R/C-E2)**

Module height: 31.25mm (1.23in)

**Figure 2: 288-Pin LRDIMM (MO-309, R/C-E2)**

Module height: 31.25mm (1.23in)

| Options | Marking |
|---|---|
| • Operating temperature | |
| – Commercial ($0°C \leq T_{OPER} \leq 95°C$) | None |
| • Package | |
| – 288-pin DIMM (halogen-free) | Z |
| • Frequency/CAS latency | |
| – 0.682ns @ CL = 21 (DDR4-2933) | -2G9 |
| – 0.75ns @ CL = 19 (DDR4-2666) | -2G6 |
| – 0.83ns @ CL = 17 (DDR4-2400) | -2G3 |

### Table 1: Key Timing Parameters

| Speed Grade | PC4- | Data Rate (MT/s) CL = | | | | | | | | | $^t$RCD ns | $^t$RP ns | $^t$RC ns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 24 | 22 | 21 | 20, 19 | 18, 17 | 16, 15 | 14, 13 | 12, 11 | 10, 9 | | | |
| -3G2 | 3200 | 3200, 2933 | 3200, 2933 | 2933 | 2666 | 2400, 2666 | 2133, 2400 | 1866, 2133 | 1600, 1866 | 1333, 1600 | 13.75 | 13.75 | 45.75 |
| -2G9 | 2933 | – | 2933 | 2933 | 2666 | 2400, 2666 | 2133, 2400 | 1866, 2133 | 1600, 1866 | 1333, 1600 | 14.32 (13.75)¹ | 14.32 (13.75)¹ | 46.32 (45.75)¹ |

1

Micron Technology, Inc. reserves the right to change products or specifications without notice.
© 2019 Micron Technology, Inc. All rights reserved.
Products and specifications discussed herein are subject to change by Micron without notice.

*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet (August 2019) ("Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet"), Page 1 (https://www.micron.com/products/dram-modules/lrdimm/part-catalog/mta72ass8g72lz-2g9).

78.     As an LRDIMM, the 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 complies

with the DDR4 SDRAM Load Reduced DIMM Design Specification promulgated by the

JEDEC:

## 1    Product Description

This specification defines the electrical and mechanical requirements for 288-pin, 1.2 Volt (VDD), Load Reduced, Double Data Rate, Synchronous DRAM Dual In-Line Memory Modules (DDR4 SDRAM LRDIMMs). These DDR4 Load Reduced DIMMs (LRDIMMs) are intended for use as main memory when installed in PCs.

Reference design examples are included that provide an initial basis for DDR4 LRDIMM designs. Modifications to these reference designs may be required to meet all system timing, signal integrity, and thermal requirements for PC4-1600, PC4-1866, PC4-2133, PC4-2400, PC4-2666, and PC4-3200 support. All DDR4 LRDIMM implementations must use simulations and lab verification to ensure proper timing requirements and signal integrity in the design.

An additional lower voltage of TBD is defined. PC4L is used to reference DIMMs capable of operation at this voltage level. The annex for each raw card will have specific entries to indicate DIMM operation at PC4 and PC4L voltage levels.

This specification follows the JEDEC standard DDR4 component specification (refer to JEDEC standard JESD79-4, at www.jedec.org).

*See* JEDEC Standard No. 21C, (Aug. 2015), Page 4.20.27-5.

79.    The JEDEC standard specifies a memory module operable to communicate with a memory controller via a memory bus.



**Figure 3 —  LRDIMM Topologies**

*See* JEDEC Standard No. 21C, (Aug 2015), Page 4.20.27-17.

Case 2:22-cv-00203-JRG-RSP    Document 28-1    Filed 09/02/22    Page 36 of 75 PageID #:
1066
Case 6:21-cv-00431    Document 1    Filed 04/28/21    Page 35 of 74





80.    The memory bus incorporated in the infringing 64 GB DDR4 LRDIMM

MTA72ASS8G72LZ-2G9 includes signal lines, which include a set of control/address signal

lines and a plurality of sets of data/strobe signal lines.

**Table 4: Pin Assignments**

| 288-Pin DDR4 LRDIMM Front | | | | | | | | 288-Pin DDR4 LRDIMM Back | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol |
| 1 | NC | 37 | $V_{SS}$ | 73 | $V_{DD}$ | 109 | $V_{SS}$ | 145 | NC | 181 | DQ29 | 217 | $V_{DD}$ | 253 | DQ41 |
| 2 | $V_{SS}$ | 38 | DQ24 | 74 | CK0_t | 110 | DQS14_t | 146 | $V_{REFCA}$ | 182 | $V_{SS}$ | 218 | CK1_t | 254 | $V_{SS}$ |
| 3 | DQ4 | 39 | $V_{SS}$ | 75 | CK0_c | 111 | DQS14_c | 147 | $V_{SS}$ | 183 | DQ25 | 219 | CK1_c | 255 | DQS5_c |
| 4 | $V_{SS}$ | 40 | DQS12_t | 76 | $V_{DD}$ | 112 | $V_{SS}$ | 148 | DQ5 | 184 | $V_{SS}$ | 220 | $V_{DD}$ | 256 | DQS5_t |
| 5 | DQ0 | 41 | DQS12-c | 77 | $V_{TT}$ | 113 | DQ46 | 149 | $V_{SS}$ | 185 | DQS3_c | 221 | $V_{TT}$ | 257 | $V_{SS}$ |
| 6 | $V_{SS}$ | 42 | $V_{SS}$ | 78 | EVENT_n | 114 | $V_{SS}$ | 150 | DQ1 | 186 | DQS3_t | 222 | PARITY | 258 | DQ47 |
| 7 | DQS9_t | 43 | DQ30 | 79 | A0 | 115 | DQ42 | 151 | $V_{SS}$ | 187 | $V_{SS}$ | 223 | $V_{DD}$ | 259 | $V_{SS}$ |
| 8 | DQS09_c | 44 | $V_{SS}$ | 80 | $V_{DD}$ | 116 | $V_{SS}$ | 152 | DQS0_c | 188 | DQ31 | 224 | BA1 | 260 | DQ43 |
| 9 | $V_{SS}$ | 45 | DQ26 | 81 | BA0 | 117 | DQ52 | 153 | DQS0_t | 189 | $V_{SS}$ | 225 | A10_AP | 261 | $V_{SS}$ |
| 10 | DQ6 | 46 | $V_{SS}$ | 82 | RAS_n/ A16 | 118 | $V_{SS}$ | 154 | $V_{SS}$ | 190 | DQ27 | 226 | $V_{DD}$ | 262 | DQ53 |
| 11 | $V_{SS}$ | 47 | CB4 | 83 | $V_{SS}$ | 119 | DQ48 | 155 | DQ7 | 191 | $V_{SS}$ | 227 | NC | 263 | $V_{SS}$ |
| 12 | DQ2 | 48 | $V_{SS}$ | 84 | S0_n | 120 | $V_{SS}$ | 156 | $V_{SS}$ | 192 | CB5 | 228 | WE_n/ A14 | 264 | DQ49 |
| 13 | $V_{SS}$ | 49 | CB0 | 85 | $V_{DD}$ | 121 | DQS15_t | 157 | DQ3 | 193 | $V_{SS}$ | 229 | $V_{DD}$ | 265 | $V_{SS}$ |
| 14 | DQ12 | 50 | CAS_n/ A15 | 86 | $V_{SS}$ | 122 | DQS15_c | 158 | $V_{SS}$ | 194 | CB1 | 230 | NC | 266 | DQS6_c |
| 15 | $V_{SS}$ | 51 | DQS17_t | 87 | ODT0 | 123 | $V_{SS}$ | 159 | DQ13 | 195 | $V_{SS}$ | 231 | $V_{DD}$ | 267 | DQS6_t |
| 16 | DQ8 | 52 | DQS17_c | 88 | $V_{DD}$ | 124 | DQ54 | 160 | $V_{SS}$ | 196 | DQS8_c | 232 | A13 | 268 | $V_{SS}$ |
| 17 | $V_{SS}$ | 53 | $V_{SS}$ | 89 | S1_n | 125 | $V_{SS}$ | 161 | DQ9 | 197 | DQS8_t | 233 | $V_{DD}$ | 269 | DQ55 |
| 18 | DQS10_t | 54 | CB6 | 90 | $V_{DD}$ | 126 | DQ50 | 162 | $V_{SS}$ | 198 | $V_{SS}$ | 234 | A17 | 270 | $V_{SS}$ |
| 19 | DQS10_c | 55 | $V_{SS}$ | 91 | ODT1 | 127 | $V_{SS}$ | 163 | DQS1_c | 199 | CB7 | 235 | NF | 271 | DQ51 |
| 20 | $V_{SS}$ | 56 | CB2 | 92 | $V_{DD}$ | 128 | DQ60 | 164 | DQS1_t | 200 | $V_{SS}$ | 236 | $V_{DD}$ | 272 | $V_{SS}$ |
| 21 | DQ14 | 57 | $V_{SS}$ | 93 | S2_n | 129 | $V_{SS}$ | 165 | $V_{SS}$ | 201 | CB3 | 237 | S3_n | 273 | DQ61 |
| 22 | $V_{SS}$ | 58 | RESET_n | 94 | $V_{SS}$ | 130 | DQ56 | 166 | DQ15 | 202 | $V_{SS}$ | 238 | SA2 | 274 | $V_{SS}$ |
| 23 | DQ10 | 59 | $V_{DD}$ | 95 | DQ36 | 131 | $V_{SS}$ | 167 | $V_{SS}$ | 203 | CKE1 | 239 | $V_{DD}$ | 275 | DQ57 |
| 24 | $V_{SS}$ | 60 | CKE0 | 96 | $V_{SS}$ | 132 | DQS16_t | 168 | DQ11 | 204 | $V_{DD}$ | 240 | DQ37 | 276 | $V_{SS}$ |
| 25 | DQ20 | 61 | $V_{DD}$ | 97 | DQ32 | 133 | DQS16_c | 169 | $V_{SS}$ | 205 | NC | 241 | $V_{SS}$ | 277 | DQS7_c |
| 26 | $V_{SS}$ | 62 | ACT_n | 98 | $V_{SS}$ | 134 | $V_{SS}$ | 170 | DQ21 | 206 | $V_{DD}$ | 242 | DQ33 | 278 | DQS7_t |
| 27 | DQ16 | 63 | BG0 | 99 | DQS13_t | 135 | DQ62 | 171 | $V_{SS}$ | 207 | BG1 | 243 | $V_{SS}$ | 279 | $V_{SS}$ |
| 28 | $V_{SS}$ | 64 | $V_{DD}$ | 100 | DQS13_c | 136 | $V_{SS}$ | 172 | DQ17 | 208 | ALERT_n | 244 | DQS4_c | 280 | DQ63 |
| 29 | DQ11_t | 65 | A12 | 101 | $V_{SS}$ | 137 | DQ58 | 173 | $V_{SS}$ | 209 | $V_{DD}$ | 245 | DQS4_t | 281 | $V_{SS}$ |
| 30 | DQS11_c | 66 | A9 | 102 | DQ38 | 138 | $V_{SS}$ | 174 | DQS2_c | 210 | A11 | 246 | $V_{SS}$ | 282 | DQ59 |
| 31 | $V_{SS}$ | 67 | $V_{DD}$ | 103 | $V_{ss}$ | 139 | SA0 | 175 | DQS2_t | 211 | A7 | 247 | DQ39 | 283 | $V_{SS}$ |
| 32 | DQ22 | 68 | A8 | 104 | DQ34 | 140 | SA1 | 176 | $V_{SS}$ | 212 | $V_{DD}$ | 248 | $V_{SS}$ | 284 | $V_{DDSPD}$ |
| 33 | $V_{SS}$ | 69 | A6 | 105 | $V_{SS}$ | 141 | SCL | 177 | DQ23 | 213 | A5 | 249 | DQ35 | 285 | SDA |
| 34 | DQ18 | 70 | $V_{DD}$ | 106 | DQ44 | 142 | $V_{PP}$ | 178 | $V_{SS}$ | 214 | A4 | 250 | DQ45 | 286 | $V_{PP}$ |
| 35 | $V_{SS}$ | 71 | A3 | 107 | $V_{SS}$ | 143 | $V_{PP}$ | 179 | DQ19 | 215 | $V_{DD}$ | 251 | DQ45 | 287 | $V_{PP}$ |
| 36 | DQ28 | 72 | A1 | 108 | DQ40 | 144 | NC | 180 | $V_{SS}$ | 216 | A2 | 252 | $V_{SS}$ | 288 | $V_{PP}$ |

*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 4.

81. The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises a module board having edge connections for coupling to respective signal lines in the memory bus.

COMPLAINT FOR PATENT INFRINGEMENT                                          36



82.     The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises a

module control device mounted on the module board and configured to receive memory

command signals.





*See* https://www.montage-tech.com/Memory_Interface/DDR4/M88DR4RCD02P.

83.     The module control device in the infringing 64 GB DDR4 LRDIMM

MTA72ASS8G72LZ-2G9 is configured to receive memory command signals for a first memory

operation from the memory controller via the set of control/address signal lines and to output

module command signals and module control signals in response to the memory command

signals.



**Figure 28 — Logic diagram (positive logic)**

*See* JEDEC Standard No. 82-31A, (August 2019), Page 66.

| Table 6 — Data Buffer Control Bus Command Table | | |
|---|---|---|
| **Command** | **Description** | **BCOM[3:0] Encoding** |
| WR | Write BC4 or BC8 (fixed or on the fly) or BC10 (with CRC enabled) and send accessed rank ID and BL information in the next command time slot, followed by parity in the last command time slot. | 1000 |
| RD | Read BC4 or BC8 (fixed or on the fly) and send accessed rank ID and BL information for regular reads or MPR number for MPR override reads in the next command time slot, followed by parity in the last command time slot. | 1001 |
| MRS Write | Send MRS Write bits snooped by DDR4 Register and the MRS ID in the following six command time slots, followed by parity in the last command time slot. | 1011 |
| BCW Write | Write buffer control word data in the next five command slots, followed by parity in the last command time slot. | 1100 |
| BCW Read | Read buffer control word address in the four command slots, followed by parity in the last command time slot. | 1101 |
| RFU[1] | Reserved for future use | 1110 |
| RFU[1] | Reserved for future use | 1111 |
| NOP | Idle, do nothing | 1010 |

1. RFU commands are treated as NOP commands for command sequence error detection

*See* JEDEC Standard No. 82-31A (August 2019), Page 14.



*See* JEDEC Standard No. 82-32A (August 2019), Page 14.

84.    The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises memory devices mounted on the module board and configured to perform the first memory operation in response to the module command signals.





*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

**Table 3 — DDR4 Data Buffer Command Table**

| Command | Description | BCOM[3:0] Encoding |
|---------|-------------|--------------------|
| WR | Write BC4 or BC8 (fixed or on the fly) or BC10 (with CRC enabled) and send accessed rank ID and BL information in the next command time slot, followed by parity in the last command time slot. | 1000 |
| RD | Read BC4 or BC8 (fixed or on the fly) and send accessed rank ID and BL information in the next command time slot, followed by parity in the last command time slot. | 1001 |
| MRS Write | Send MRS Write bits snooped by DDR4 Register and the MRS ID in the following six command time slots, followed by parity in the last command time slot. | 1011 |
| BCW Write | Write buffer control word data in the next five command slots, followed by parity in the last command time slot. | 1100 |
| BCW Read | Read buffer control word address in the four command slots, followed by parity in the last command time slot. | 1101 |

*See* JEDEC Standard No. 82-32A (August 2019), Page 4.

**Table 6 — Data Buffer Control Bus Command Table**

| Command | Description | BCOM[3:0] Encoding |
|---|---|---|
| WR | Write BC4 or BC8 (fixed or on the fly) or BC10 (with CRC enabled) and send accessed rank ID and BL information in the next command time slot, followed by parity in the last command time slot. | 1000 |
| RD | Read BC4 or BC8 (fixed or on the fly) and send accessed rank ID and BL information for regular reads or MPR number for MPR override reads in the next command time slot, followed by parity in the last command time slot. | 1001 |
| MRS Write | Send MRS Write bits snooped by DDR4 Register and the MRS ID in the following six command time slots, followed by parity in the last command time slot. | 1011 |
| BCW Write | Write buffer control word data in the next five command slots, followed by parity in the last command time slot. | 1100 |
| BCW Read | Read buffer control word address in the four command slots, followed by parity in the last command time slot. | 1101 |
| RFU[1] | Reserved for future use | 1110 |
| RFU[1] | Reserved for future use | 1111 |
| NOP | Idle, do nothing | 1010 |

1. RFU commands are treated as NOP commands for command sequence error detection

*See* JEDEC Standard No. 82-31A (August 2019), Page 14.

Figure 3 shows the timing sequence for a Read command.



(1) DRAM Interface Receivers turn-on in the middle of the pre-amble

**Figure 3 — READ Timing**

*See* JEDEC Standard No. 82-32A (August 2019), Page 14.

85.     The memory devices in the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 include a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data/strobe signal lines.

**Figure 3: Functional Block Diagram**

*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

86.     The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises a plurality of buffer circuits mounted on the module board in positions corresponding to respective sets of the plurality of sets of data/strobe signal lines.





*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

87.    In the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9, each respective buffer circuit of the plurality of buffer circuits is coupled between a respective set of data/strobe signal lines and a respective set of memory devices.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

88.     In the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9, each respective buffer circuit includes data paths for transmitting respective data and strobe signals associated with the first memory operation.



*See* JEDEC Standard No. 82-32A (August 2019), Page 14.



**Figure 15 — Logic Diagram**

*See* JEDEC Standard No. 82-32A (August 2019), Page 95.

89.    The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 incorporates logic configured to respond to the module control signals by enabling the data paths. *See id.*

90.    The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 incorporates logic that is further configured to obtain timing information based on one or more signals received by each respective buffer circuit during a second memory operation prior to the first memory operation.

Table 16 below provides an overview of the buffer control words (BCW) that are involved in the timing control and timing training features of the DDR4DB02.

**Table 16 — Timing and Training Control Words**

| Address | Description | Scope |
|---|---|---|
| BC0C | Training control word | Training mode enable |
| F0BCCx | Lower/Upper Nibble Additional Cycles of DRAM Interface Receive Enable Control Word for Rank 0 | Additional cycles of DRAM Interface Receive Enable Delay and Write Leveling Delay per rank and per nibble |
| F0BCDx | Lower/Upper Nibble Additional Cycles of DRAM Interface Write Leveling Control Word for Rank 0 | |
| F0BCEx | Lower/Upper Nibble Additional Cycles of DRAM Interface Receive Enable Control Word for Rank 2 | |
| F0BCFx | Lower/Upper Nibble Additional Cycles of DRAM Interface Write Leveling Control Word for Rank 2 | |
| F1BCCx | Lower/Upper Nibble Additional Cycles of DRAM Interface Receive Enable Control Word for Rank 1 | |
| F1BCDx | Lower/Upper Nibble Additional Cycles of DRAM Interface Write Leveling Control Word for Rank 1 | |
| F1BCEx | Lower/Upper Nibble Additional Cycles of DRAM Interface Receive Enable Control Word for Rank 3 | |
| F1BCFx | Lower/Upper Nibble Additional Cycles of DRAM Interface Write Leveling Control Word for Rank 3 | |
| F[3:0]BC2x | Lower nibble DRAM interface receive enable training control | DRAM Interface Receive Enable phase and cycle control per rank |
| F[3:0]BC3x | Upper nibble DRAM interface receive enable training control | |
| F[3:0]BC4x | Lower nibble MDQS read delay control | Input MDQS delay control per rank |
| F[3:0]BC5x | Upper nibble MDQS read delay control | |
| F[3:0]BC8x | Lower nibble MDQ-MDQS write delay control | Output MDQ signal phase control per rank |
| F[3:0]BC9x | Upper nibble MDQ-MDQS write delay control | |
| F[3:0]BCAx | Lower nibble host interface write leveling control | Host Interface write leveling phase and cycle control per rank |
| F[3:0]BCBx | Upper nibble host interface write leveling training control | |
| F5BC0x - F5BC3x F6BC0x - F6BC3x | Lower and upper nibble Multi Purpose Registers[7:0] | Store read/write data patterns for receive enable, read and write delay and host interface write training as well as MPR override mode. |
| F6BC4x | Buffer training configuration control word | Configuration control for certain training modes |
| F6BC5x | Buffer training status word | Status for certain training modes |
| F[7:4]BC8x | MDQ0/4-Read delay control | Input MDQS delay control per rank and per lane |
| F[7:4]BC9x | MDQ1/5-Read delay control | |
| F[7:4]BCAx | MDQ2/6-Read delay control | |
| F[7:4]BCBx | MDQ3/7-Read delay control | |
| F[7:4]BCCx | MDQ0/4-MDQS write delay control | Output MDQ signal phase control per rank and per lane |
| F[7:4]BCDx | MDQ1/5-MDQS write delay control | |
| F[7:4]BCEx | MDQ2/6-MDQS write delay control | |
| F[7:4]BCFx | MDQ3/7-MDQS write delay control | |

*See* JEDEC Standard No. 82-32A (August 2019), Page 27.

COMPLAINT FOR PATENT INFRINGEMENT                                                                   49



**Figure 10 — Example of Training Sequence Flow Diagram**

*See* JEDEC Standard No. 82-32A (August 2019), Page 29.

### 2.20.4  DRAM-to-DB Read Delay (MRD) Training Mode

For the DRAM-to-DB read training, the MDQS delay adjustments are performed in the data buffer so that it can correctly sample the data driven by the DRAM (either from its internal array or from the MPRs for data-preserving read training). The data buffer provides data pattern control words that are programmed with the expected read data from the DRAM and the results of the comparison is provided on the data buffers host interface.

To perform DRAM-to-DB read training, the host will first enable the MDQS read delay training mode in the Training Mode Control Word (BC0C).

The delay of the DRAM interface data strobe signals (MDQSx_t/MDQSx_c) during read transactions is selected by buffer control word F[3:0]BC4x and F[3:0]BC5x for lower and upper nibble respectively. The nominal setting for F[3:0]BC4x/F[3:0]BC5x is one quarter of a cycle delay. The host controller may need to perform additional iterations of the training procedures, including Host Interface Read Training, when non-default settings are written into F[3:0]BC4x/F[3:0]BC5x. Since the DDR4DB02 uses the RANK ID fields in the BCOM Read Command sequences to select the correct DRAM interface receive enable timings for the reads from the DRAMs, the content of BC08 DA[1:0] is don't care while in this training mode.

In this training mode, the data buffer uses a data pattern comparator to determine if the read data arriving from the DRAMs after a Read command match an expected result. There is one data comparator per data buffer. The output of the data comparator is driven onto the eight host connector interface DQ pins corresponding. If the data pattern is matched, the DQ pins are driven to '1' until the next comparison takes place or until the training mode is disabled. If the data pattern is not matched, the DQ pins are driven to '0'. Bit 0 of the Buffer Training Configuration control word F6BC4x selects whether all four DQ bits within a nibble are driven to '0' if there is any mismatch in any of the 32 bits associated with that nibble or whether only the DQ bit(s) of the particular lane(s) (i.e. the series of 8 bits arriving on the same DQ bit) that had one or more mismatches are driven to '0'. The expected data pattern values are stored in the MPR control words F5BC0x through F5BC3x and F6BC0x through F6BC3x.

MPR0[7:0] will contain the expected first UI (UI0) for MDQ[7:0] and MPR7[7:0] will contain the expected last UI(UI7) for MDQ[7:0], or in a general sense: MPRx[7:0] should match UIx for MDQ[7:0].

The 64 bits contained in these data registers can support arbitrary data patterns in a single BL8 data transaction. In addition to driving the DQ pins, status for the MRD training mode is also provided in the Buffer Training Status word (F6BC5x). The status provided in F6BC5x can be modified by the Buffer Training Configuration control word (F6BC4x).

The DDR4DB02 is required to support  fine adjustment of the phase of individual bit lanes relative to the baseline MDQS for DDR4 data rates above 2400 MT/s. For this purpose the host controller can utilize the per lane MDQS-MDQ read delay control words F[7:4]BC8x through F[7:4]BCBx. F4BC8x controls the phase of bits MDQ0 and MDQ4 within the lower and upper nibble respectively for Rank 0, F5BC9x controls the phase bits MDQ1 and MDQ5 for Rank 1, and so on. Since all bits within a nibble generally aligned by routing, only a small range of +/- 3 * 1/64 * $t_{CK}$ is provided for fine-grained adjustment of individual bit lane delay differences. A negative delay in these control words means that the particular data lane requires slightly less delay than the previously established MDQS

*See* JEDEC Standard No. 82-32A (August 2019), Page 32.

91.     The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 incorporates logic that is further configured to control timing of the respective data and strobe signals on the data paths in accordance with the timing information.

### 2.20.4   DRAM-to-DB Read Delay (MRD) Training Mode

For the DRAM-to-DB read training, the MDQS delay adjustments are performed in the data buffer so that it can correctly sample the data driven by the DRAM (either from its internal array or from the MPRs for data-preserving read training). The data buffer provides data pattern control words that are programmed with the expected read data from the DRAM and the results of the comparison is provided on the data buffers host interface.

To perform DRAM-to-DB read training, the host will first enable the MDQS read delay training mode in the Training Mode Control Word (BC0C).

The delay of the DRAM interface data strobe signals (MDQSx_t/MDQSx_c) during read transactions is selected by buffer control word F[3:0]BC4x and F[3:0]BC5x for lower and upper nibble respectively. The nominal setting for F[3:0]BC4x/F[3:0]BC5x is one quarter of a cycle delay. The host controller may need to perform additional iterations of the training procedures, including Host Interface Read Training, when non-default settings are written into F[3:0]BC4x/F[3:0]BC5x. Since the DDR4DB02 uses the RANK ID fields in the BCOM Read Command sequences to select the correct DRAM interface receive enable timings for the reads from the DRAMs, the content of BC08 DA[1:0] is don't care while in this training mode.

In this training mode, the data buffer uses a data pattern comparator to determine if the read data arriving from the DRAMs after a Read command match an expected result. There is one data comparator per data buffer. The output of the data comparator is driven onto the eight host connector interface DQ pins corresponding. If the data pattern is matched, the DQ pins are driven to '1' until the next comparison takes place or until the training mode is disabled. If the data pattern is not matched, the DQ pins are driven to '0'. Bit 0 of the Buffer Training Configuration control word F6BC4xs selects whether all four DQ bits within a nibble are driven to '0' if there is any mismatch in any of the 32 bits associated with that nibble or whether only the DQ bit(s) of the particular lane(s) (i.e. the series of 8 bits arriving on the same DQ bit) that had one or more mismatches are driven to '0'. The expected data pattern values are stored in the MPR control words F5BC0x through F5BC3x and F6BC0x through F6BC3x.

MPR0[7:0] will contain the expected first UI (UI0) for MDQ[7:0] and MPR7[7:0] will contain the expected last UI(UI7) for MDQ[7:0], or in a general sense: MPRx[7:0] should match UIx for MDQ[7:0].

The 64 bits contained in these data registers can support arbitrary data patterns in a single BL8 data transaction. In addition to driving the DQ pins, status for the MRD training mode is also provided in the Buffer Training Status word (F6BC5x). The status provided in F6BC5x can be modified by the Buffer Training Configuration control word (F6BC4x).

The DDR4DB02 is required to support  fine adjustment of the phase of individual bit lanes relative to the baseline MDQS for DDR4 data rates above 2400 MT/s. For this purpose the host controller can utilize the per lane MDQS-MDQ read delay control words F[7:4]BC8x through F[7:4]BCBx. F4BC8x controls the phase of bits MDQ0 and MDQ4 within the lower and upper nibble respectively for Rank 0, F5BC9x controls the phase bits MDQ1 and MDQ5 for Rank 1, and so on. Since all bits within a nibble a generally aligned by routing, only a small range of +/- 3 * 1/64 * $t_{CK}$ is provided for fine-grained adjustment of individual bit lane delay differences. A negative delay in these control words means that the particular data lane requires slightly less delay than the previously established MDQS

*See* JEDEC Standard No. 82-32A (August 2019), Page 32.

delay in F[3:0]BC4x or F[3:0]BC5x for the entire nibble. A positive delay in these control words means that the particular data lane requires slightly more delay than the previously established MDQS delay in F[3:0]BC4x or F[3:0]BC5x for the entire nibble.

To exit this training mode, the host controller can go back to resume normal operation or enable other training modes with a BCW to BC0C.

*See* JEDEC Standard No. 82-32A (August 2019), Page 33.

92.     By infringing claim 1 and other claims of the '035 Patent, Defendants' infringing

Products allow for systems configured with greater memory capacity than other types of memory

modules.

93.     Defendants have also infringed indirectly and continue to infringe indirectly the '035 Patent by active inducement under 35 U.S.C. § 271(b).

94.     Defendants have been aware of the '035 Patent and their infringement since no later than April 28, 2021, when Netlist informed Defendants of their infringement and offered to license the Infringing Products. By service of this Complaint, Defendants have either refused to negotiate in good faith in response to Netlist's RAND offer, and/or have refused to pay for a license to the '035 Patent.

95.     On information and belief, Defendants have intended, and continue to intend, to induce patent infringement by others, including system designers, software providers, distributors, customers, end-users, and/or other third parties, incorporating their DDR4 LRDIMM memory modules and have had knowledge that the inducing acts would cause infringement or have been willfully blind to the possibility that the inducing acts would cause infringement.

96.     For example, Defendants advertise and market their Load Reduced DDR4 SDRAM DIMMS by telling customers that:

> Implementing load-reduced DIMMs (LRDIMMs) enables you to add more DIMMs per channel and increase the memory capacity and speed of your systems. Our LRDIMMs use a specially designed buffer to reduce the data load to a single load (up to an 8-rank DIMM), whereas standard RDIMMs present multiple loads for dual-rank and quad-rank versions and limit the amount of data you can load to the data bus.

*See* Micron, Solutions, Server, LRDIMM (https://www.micron.com/solutions/server).

97.     Defendants have also infringed indirectly and continue to infringe indirectly the '035 Patent by contributory infringement under 35 U.S.C. § 271(c).

98.     Defendants have and continue to intentionally commit contributory infringement by selling, offering to sell, or importing the infringing products, which include configurations that

have no substantial non-infringing use, including but not limited to their DDR4 LRDIMM memory modules, with the knowledge that they will be used by others, including system designers, software providers, distributors, customers, end-users, and/or other third parties to directly infringe claims of the '035 Patent.

99.     Defendants have had actual knowledge of the '035 Patent since at least April 28, 2021, when Netlist informed Defendants of their infringement of the '035 Patent.  By service of this Complaint, despite having actual knowledge of their infringement of the '035 Patent, Defendants have continued to willfully, wantonly, and deliberately infringe the '035 Patent. Defendants have either failed to negotiate in good faith, and/or refused to pay for a license to the '035 Patent under reasonable terms. Accordingly, Plaintiff seeks enhanced damages pursuant to 35 U.S.C. § 284 and a finding that this is an exceptional case within the meaning of 35 U.S.C. § 285, entitling Plaintiff to its attorneys' fees and expenses.

100.     To the extent applicable, the requirements of 35 U.S.C. § 287(a) have been met with respect to the '035 Patent.

101.     As a result of Defendants' infringement of the '035 Patent and refusal to take a license to it, Plaintiff has been injured by Defendants' unauthorized use of Plaintiff's intellectual property.

102.     Plaintiff seeks monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## COUNT 3

### (Willful Infringement of U.S. Patent No. 10,268,608)

103.    Plaintiff re-alleges and incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

104.    Plaintiff is informed and believes, and on that basis alleges, that Defendants have infringed and are currently infringing one or more claims (e.g., claim 1) of the '608 Patent, in violation of 35 U.S.C. § 271.

105.    Defendants have infringed and are currently infringing literally and/or under the doctrine of equivalents, by, among other things, making, using, offering for sale, selling, and/or importing within this judicial district and elsewhere in the United States, without license or authority, Infringing products, including but not limited to their 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 memory module and related products and/or processes falling within the scope of one or more claims of the '608 Patent, including claim 1:

A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising:

a module board having edge connections for coupling to respective signal lines in the memory bus;

a module control device mounted on the module board and configured to receive system command signals for memory operations via the set of control/address signal lines and to output module command signals and module control signals in response to the system command signals, the module control device being further configured to receive a system clock signal and output a module clock signal; and

memory devices mounted on the module board and configured to receive the module command signals and the module clock signal, and to perform the memory operations in response to the module command signals, the memory devices including a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data/strobe signal lines; and

a plurality of buffer circuits corresponding to respective sets of the plurality of sets of data/strobe signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is mounted on the module board, coupled between a respective set of data/strobe signal lines and a respective set of memory devices, and configured to receive the module control signals and the module clock signal, the each respective buffer circuit including a data path corresponding to each data signal line in the respective set of data/strobe signal lines, and a command processing circuit configured to decode the module control signals and to control the data path in accordance with the module control signals and the module clock signal, wherein the data path corresponding to the each data signal line includes at least one tristate buffer controlled by the command processing circuit and a delay circuit configured to delay a signal through the data path by an amount determined by the command processing circuit in response to at least one of the module control signals.

106.    Defendants' acts of making, using, offering for sale, selling, and/or importing infringing products, including but not limited to their 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 memory module and related products and/or processes satisfy, literally or under the doctrine of equivalents, each and every claim limitation, including but not limited to limitations of claim 1.[5]

107.    For example, on information and belief, the Defendants' 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 memory module meets each and every limitation of claim 1.

108.    Defendants' 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 is a memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data/strobe signal lines.

---

[5] Plaintiff expressly reserves the right to identify additional asserted claims in its infringement contentions in accordance with this Court's Order Governing Procedures ("OGP") and other Standing Orders. Claim 1 is provided for notice pleading only and is not presented as an "exemplary" claim of all other claims in the '608 patent.

*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 1.

109.    As an LRDIMM, the 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 complies with the DDR4 SDRAM Load Reduced DIMM Design Specification promulgated by the JEDEC:

## 1   Product Description

This specification defines the electrical and mechanical requirements for 288-pin, 1.2 Volt (VDD), Load Reduced, Double Data Rate, Synchronous DRAM Dual In-Line Memory Modules (DDR4 SDRAM LRDIMMs). These DDR4 Load Reduced DIMMs (LRDIMMs) are intended for use as main memory when installed in PCs.

Reference design examples are included that provide an initial basis for DDR4 LRDIMM designs. Modifications to these reference designs may be required to meet all system timing, signal integrity, and thermal requirements for PC4-1600, PC4-1866, PC4-2133, PC4-2400, PC4-2666, and PC4-3200 support. All DDR4 LRDIMM implementations must use simulations and lab verification to ensure proper timing requirements and signal integrity in the design.

An additional lower voltage of TBD is defined. PC4L is used to reference DIMMs capable of operation at this voltage level. The annex for each raw card will have specific entries to indicate DIMM operation at PC4 and PC4L voltage levels.

This specification follows the JEDEC standard DDR4 component specification (refer to JEDEC standard JESD79-4, at www.jedec.org).

*See* JEDEC Standard No. 21C (Aug. 2015), Page 4.20.27-5.

110.     The JEDEC standard specifies a memory module operable to communicate with a memory controller via a memory bus.



**Figure 3 — LRDIMM Topologies**

*See* JEDEC Standard No. 21C (Aug. 2015), Page 4.20.27-17.





111.    The memory bus incorporated in the infringing 64 GB DDR4 LRDIMM

MTA72ASS8G72LZ-2G9 includes signal lines, which include a set of control/address signal

lines and a plurality of sets of data/strobe signal lines.

**Table 4: Pin Assignments**

| 288-Pin DDR4 LRDIMM Front | | | | | | | | 288-Pin DDR4 LRDIMM Back | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol | Pin | Symbol |
| 1 | NC | 37 | $V_{SS}$ | 73 | $V_{DD}$ | 109 | $V_{ss}$ | 145 | NC | 181 | DQ29 | 217 | $V_{DD}$ | 253 | DQ41 |
| 2 | $V_{SS}$ | 38 | DQ24 | 74 | CK0_t | 110 | DQS14_t | 146 | $V_{REFCA}$ | 182 | $V_{SS}$ | 218 | CK1_t | 254 | $V_{SS}$ |
| 3 | DQ4 | 39 | $V_{SS}$ | 75 | CK0_c | 111 | DQS14_c | 147 | $V_{SS}$ | 183 | DQ25 | 219 | CK1_c | 255 | DQS5_c |
| 4 | $V_{SS}$ | 40 | DQS12_t | 76 | $V_{SS}$ | 112 | $V_{SS}$ | 148 | DQ5 | 184 | $V_{SS}$ | 220 | $V_{DD}$ | 256 | DQS5_t |
| 5 | DQ0 | 41 | DQS12-c | 77 | $V_{TT}$ | 113 | DQ46 | 149 | $V_{SS}$ | 185 | DQS3_c | 221 | $V_{TT}$ | 257 | $V_{SS}$ |
| 6 | $V_{SS}$ | 42 | $V_{SS}$ | 78 | EVENT_n | 114 | $V_{SS}$ | 150 | DQ1 | 186 | DQS3_t | 222 | PARITY | 258 | DQ47 |
| 7 | DQS9_t | 43 | DQ30 | 79 | A0 | 115 | DQ42 | 151 | $V_{SS}$ | 187 | $V_{SS}$ | 223 | $V_{DD}$ | 259 | $V_{SS}$ |
| 8 | DQS09_c | 44 | $V_{SS}$ | 80 | $V_{DD}$ | 116 | $V_{SS}$ | 152 | DQS0_c | 188 | DQ31 | 224 | BA1 | 260 | DQ43 |
| 9 | $V_{SS}$ | 45 | DQ26 | 81 | BA0 | 117 | DQ52 | 153 | DQS0_t | 189 | $V_{SS}$ | 225 | A10_AP | 261 | $V_{SS}$ |
| 10 | DQ6 | 46 | $V_{SS}$ | 82 | RAS_n/A16 | 118 | $V_{SS}$ | 154 | $V_{SS}$ | 190 | DQ27 | 226 | $V_{DD}$ | 262 | DQ53 |
| 11 | $V_{SS}$ | 47 | CB4 | 83 | $V_{SS}$ | 119 | DQ48 | 155 | DQ7 | 191 | $V_{SS}$ | 227 | NC | 263 | $V_{SS}$ |
| 12 | DQ2 | 48 | $V_{SS}$ | 84 | S0_n | 120 | $V_{SS}$ | 156 | $V_{SS}$ | 192 | CB5 | 228 | WE_n/A14 | 264 | DQ49 |
| 13 | $V_{SS}$ | 49 | CB0 | 85 | $V_{DD}$ | 121 | DQS15_t | 157 | DQ3 | 193 | $V_{SS}$ | 229 | $V_{DD}$ | 265 | $V_{SS}$ |
| 14 | DQ12 | 50 | $V_{SS}$ | 86 | CAS_n/A15 | 122 | DQS15_c | 158 | $V_{SS}$ | 194 | CB1 | 230 | NC | 266 | DQS6_c |
| 15 | $V_{SS}$ | 51 | DQS17_t | 87 | ODT0 | 123 | $V_{SS}$ | 159 | DQ13 | 195 | $V_{SS}$ | 231 | $V_{DD}$ | 267 | DQS6_t |
| 16 | DQ8 | 52 | DQS17_c | 88 | $V_{DD}$ | 124 | DQ54 | 160 | $V_{SS}$ | 196 | DQS8_c | 232 | A13 | 268 | $V_{SS}$ |
| 17 | $V_{SS}$ | 53 | $V_{SS}$ | 89 | S1_n | 125 | $V_{SS}$ | 161 | DQ9 | 197 | DQS8_t | 233 | $V_{DD}$ | 269 | DQ55 |
| 18 | DQS10_t | 54 | CB6 | 90 | $V_{SS}$ | 126 | DQ50 | 162 | $V_{SS}$ | 198 | $V_{SS}$ | 234 | A17 | 270 | $V_{SS}$ |
| 19 | DQS10_c | 55 | $V_{SS}$ | 91 | ODT1 | 127 | $V_{SS}$ | 163 | DQS1_c | 199 | CB7 | 235 | NF | 271 | DQS1 |
| 20 | $V_{SS}$ | 56 | CB2 | 92 | $V_{DD}$ | 128 | DQ60 | 164 | DQS1_t | 200 | $V_{SS}$ | 236 | $V_{DD}$ | 272 | $V_{SS}$ |
| 21 | DQ14 | 57 | $V_{SS}$ | 93 | S2_n | 129 | $V_{SS}$ | 165 | $V_{SS}$ | 201 | CB3 | 237 | S3_n | 273 | DQ61 |
| 22 | $V_{SS}$ | 58 | RESET_n | 94 | $V_{SS}$ | 130 | DQ56 | 166 | DQ15 | 202 | $V_{SS}$ | 238 | SA2 | 274 | $V_{SS}$ |
| 23 | DQ10 | 59 | $V_{DD}$ | 95 | DQ36 | 131 | $V_{SS}$ | 167 | $V_{SS}$ | 203 | CKE1 | 239 | $V_{SS}$ | 275 | DQ57 |
| 24 | $V_{SS}$ | 60 | CKE0 | 96 | $V_{SS}$ | 132 | DQS16_t | 168 | DQ11 | 204 | $V_{DD}$ | 240 | DQ37 | 276 | $V_{SS}$ |
| 25 | DQ20 | 61 | $V_{DD}$ | 97 | DQ32 | 133 | DQS16_c | 169 | $V_{SS}$ | 205 | NC | 241 | $V_{SS}$ | 277 | DQS7_c |
| 26 | $V_{SS}$ | 62 | ACT_n | 98 | $V_{SS}$ | 134 | $V_{SS}$ | 170 | DQ21 | 206 | $V_{DD}$ | 242 | DQ33 | 278 | DQS7_t |
| 27 | DQ16 | 63 | BG0 | 99 | DQS13_t | 135 | DQ62 | 171 | $V_{SS}$ | 207 | BG1 | 243 | $V_{SS}$ | 279 | $V_{SS}$ |
| 28 | $V_{SS}$ | 64 | $V_{SS}$ | 100 | DQS13_c | 136 | $V_{SS}$ | 172 | DQ17 | 208 | ALERT_n | 244 | DQS4_c | 280 | DQ63 |
| 29 | DQS11_t | 65 | A12 | 101 | $V_{SS}$ | 137 | DQ58 | 173 | $V_{SS}$ | 209 | $V_{SS}$ | 245 | DQS4_t | 281 | $V_{SS}$ |
| 30 | DQS11_c | 66 | A9 | 102 | DQ38 | 138 | $V_{SS}$ | 174 | DQS2_c | 210 | A11 | 246 | $V_{SS}$ | 282 | DQ59 |
| 31 | $V_{SS}$ | 67 | $V_{DD}$ | 103 | $V_{ss}$ | 139 | SA0 | 175 | DQS2_t | 211 | A7 | 247 | DQ39 | 283 | $V_{SS}$ |
| 32 | DQ22 | 68 | A8 | 104 | DQ34 | 140 | SA1 | 176 | $V_{SS}$ | 212 | $V_{DD}$ | 248 | $V_{SS}$ | 284 | $V_{DDSPD}$ |
| 33 | $V_{SS}$ | 69 | A6 | 105 | $V_{SS}$ | 141 | SCL | 177 | DQ23 | 213 | A5 | 249 | DQ35 | 285 | SDA |
| 34 | DQ18 | 70 | $V_{DD}$ | 106 | DQ44 | 142 | $V_{PP}$ | 178 | $V_{SS}$ | 214 | A4 | 250 | $V_{SS}$ | 286 | $V_{PP}$ |
| 35 | $V_{SS}$ | 71 | A3 | 107 | $V_{SS}$ | 143 | $V_{PP}$ | 179 | DQ19 | 215 | $V_{DD}$ | 251 | DQ45 | 287 | $V_{PP}$ |
| 36 | DQ28 | 72 | A1 | 108 | DQ40 | 144 | NC | 180 | $V_{SS}$ | 216 | A2 | 252 | $V_{SS}$ | 288 | $V_{PP}$ |

*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 4.

112.   The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises a module board having edge connections for coupling to respective signal lines in the memory bus.



113.    The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises a module control device mounted on the module board and configured to receive system command signals for memory operations.





*See* https://www.montage-tech.com/Memory_Interface/DDR4/M88DR4RCD02P.

**Table 3 — DDR4 Data Buffer Command Table**

| Command | Description | BCOM[3:0] Encoding |
|---|---|---|
| WR | Write BC4 or BC8 (fixed or on the fly) or BC10 (with CRC enabled) and send accessed rank ID and BL information in the next command time slot, followed by parity in the last command time slot. | 1000 |
| RD | Read BC4 or BC8 (fixed or on the fly) and send accessed rank ID and BL information in the next command time slot, followed by parity in the last command time slot. | 1001 |
| MRS Write | Send MRS Write bits snooped by DDR4 Register and the MRS ID in the following six command time slots, followed by parity in the last command time slot. | 1011 |
| BCW Write | Write buffer control word data in the next five command slots, followed by parity in the last command time slot. | 1100 |
| BCW Read | Read buffer control word address in the four command slots, followed by parity in the last command time slot. | 1101 |

*See* JEDEC Standard No. 82-32A (August 2019), Page 4.

**Table 6 — Data Buffer Control Bus Command Table**

| Command | Description | BCOM[3:0] Encoding |
|---|---|---|
| WR | Write BC4 or BC8 (fixed or on the fly) or BC10 (with CRC enabled) and send accessed rank ID and BL information in the next command time slot, followed by parity in the last command time slot. | 1000 |
| RD | Read BC4 or BC8 (fixed or on the fly) and send accessed rank ID and BL information for regular reads or MPR number for MPR override reads in the next command time slot, followed by parity in the last command time slot. | 1001 |
| MRS Write | Send MRS Write bits snooped by DDR4 Register and the MRS ID in the following six command time slots, followed by parity in the last command time slot. | 1011 |
| BCW Write | Write buffer control word data in the next five command slots, followed by parity in the last command time slot. | 1100 |
| BCW Read | Read buffer control word address in the four command slots, followed by parity in the last command time slot. | 1101 |
| RFU[1] | Reserved for future use | 1110 |
| RFU[1] | Reserved for future use | 1111 |
| NOP | Idle, do nothing | 1010 |

1. RFU commands are treated as NOP commands for command sequence error detection

*See* JEDEC Standard No. 82-31A (August 2019), Page 14.

Figure 3 shows the timing sequence for a Read command.



(1) DRAM Interface Receivers turn-on in the middle of the pre-amble

**Figure 3 — READ Timing**

*See* JEDEC Standard No. 82-32A (August 2019), Page 14.

114.    The module control device in the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 is configured to receive system command signals for a first memory operation from the memory controller via the set of control/address signal lines and to output module command signals and module control signals in response to the system command signals, the module control device being further configured to receive a system clock signal and output a module clock signal.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

115.    The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises memory devices mounted on the module board and configured to receive the module command signals and the module clock signal, and to perform the memory operations in response to the module command signals.





*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.



*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

116.   The memory devices in the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 include a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data/strobe signal lines.



**Figure 3: Functional Block Diagram**

*See* Micron 64GB DDR4 LRDIMM MTA72ASS8G72LZ Data Sheet, Page 10.

117.    The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 comprises a plurality of buffer circuits corresponding to respective sets of the plurality of sets of data/strobe signal lines. *See id.*

118.    In the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9, each respective buffer circuit of the plurality of buffer circuits is mounted on the module board, coupled between a respective set of data/strobe signal lines and a respective set of memory devices, and configured to receive the module control signals and the module clock signal.



*See* Micron 64GB DDR4 LRDIMM Data Sheet (August 2019), Page 10.

119.    In the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9, each buffer circuit includes a data path corresponding to each data signal line in the respective set of data/strobe signal lines.



*See* JEDEC Standard No. 82-32A (August 2019), Page 95.

120.    The infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9 incorporates a command processing circuit configured to decode the module control signals and to control the data path in accordance with the module control signals and the module clock signal. *See id.*

121.    In the infringing 64 GB DDR4 LRDIMM MTA72ASS8G72LZ-2G9, the data path corresponding to each data signal line includes at least one tristate buffer controlled by the command processing circuit and a delay circuit configured to delay a signal through the data path by an amount determined by the command processing circuit in response to at least one of the module control signals. *See id.*

122.    By infringing claim 1 and other claims of the '608 Patent, Defendants' infringing Products allow for systems configured with greater memory capacity than other types of memory modules.

123.     Defendants have also infringed indirectly and continue to infringe indirectly the '608 Patent by active inducement under 35 U.S.C. § 271(b).

124.     Defendants have been aware of the '608 Patent and their infringement since no later than April 28, 2021, when Netlist informed Defendants of their infringement and offered to license the Infringing Products. By service of this Complaint, Defendants have either refused to negotiate in good faith in response to Netlist's RAND offer, and/or have refused to pay for a license to the '608 Patent.

125.     On information and belief, Defendants have intended, and continue to intend, to induce patent infringement by others, including system designers, software providers, distributors, customers, end-users, and/or other third parties, incorporating their DDR4 LRDIMM memory modules and have had knowledge that the inducing acts would cause infringement or have been willfully blind to the possibility that the inducing acts would cause infringement.

126.     For example, Defendants advertise and market their Load Reduced DDR4 SDRAM DIMMS by telling customers that:

> Implementing load-reduced DIMMs (LRDIMMs) enables you to add more DIMMs per channel and increase the memory capacity and speed of your systems. Our LRDIMMs use a specially designed buffer to reduce the data load to a single load (up to an 8-rank DIMM), whereas standard RDIMMs present multiple loads for dual-rank and quad-rank versions and limit the amount of data you can load to the data bus.

*See* Micron, Solutions, Server, LRDIMM (https://www.micron.com/solutions/server).

127.     Defendants have also infringed indirectly and continue to infringe indirectly the '608 Patent by contributory infringement under 35 U.S.C. § 271(c).

128.     Defendants have and continue to intentionally commit contributory infringement by selling, offering to sell, or importing the infringing products, which include configurations that

have no substantial non-infringing use, including but not limited to their DDR4 LRDIMM memory modules, with the knowledge that they will be used by others, including system designers, software providers, distributors, customers, end-users, and/or other third parties, to directly infringe claims of the '608 Patent.

129.    Defendants have had actual knowledge of the '608 Patent since at least April 28, 2021, when Netlist informed Defendants of their infringement of the '608 Patent.  By service of this Complaint, despite having actual knowledge of their infringement of the '608 Patent, Defendants have continued to willfully, wantonly, and deliberately infringe the '608 Patent. Defendants have either failed to negotiate in good faith, and/or refused to pay for a license to the '608 Patent under reasonable terms. Accordingly, Plaintiff seeks enhanced damages pursuant to 35 U.S.C. § 284 and a finding that this is an exceptional case within the meaning of 35 U.S.C. § 285, entitling Plaintiff to its attorneys' fees and expenses.

130.    To the extent applicable, the requirements of 35 U.S.C. § 287(a) have been met with respect to the '608 Patent.

131.    As a result of Defendants' infringement of the '608 Patent and refusal to take a license to it, Plaintiff has been injured by Defendants' unauthorized use of Plaintiff's intellectual property.

132.    Plaintiff seeks monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## **PRAYER FOR RELIEF**

Plaintiff prays for the following relief:

A.      A judgment that Defendants have infringed one or more claims of the Asserted

Patents;

      B.     An award of damages resulting from Defendants' acts of infringement in accordance with 35 U.S.C. § 284;

      C.     A judgment and order finding that Defendants' acts of infringement were egregious and willful and trebling damages under 35 U.S.C. § 284;

      D.     A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendants.

      E.     A judgment and order requiring Defendants to provide accountings and to pay supplemental damages to Plaintiff, including, without limitation, prejudgment and post-judgment interest; and

      F.     Any and all other relief to which Plaintiff may show itself to be entitled.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a jury trial for all issues so triable.

Dated: April 28, 2021        /s/ *Paul J. Skiermont*

Paul J. Skiermont (TX Bar No. 24033073)
Steven Hartsell (TX Bar No. 24040199)
Jaime Olin (TX Bar No. 24070363)
Ryan A. Hargrave (TX Bar No. 24071516)
Sheetal S. Patel (TX Bar No. 24070390)
SKIERMONT DERBY LLP
1601 Elm St., Ste. 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
shartsell@skiermontderby.com
jolin@skiermontderby.com
rhargrave@skiermontderby.com
spatel@skiermontderby.com

Rex Hwang (CA Bar No. 221079)
SKIERMONT DERBY LLP
800 Wilshire Blvd., Ste. 1450
Los Angeles, CA 90017
Phone: (213) 788-4500
Fax: (213) 788-4545
rhwang@skiermontderby.com

J. Stephen Ravel (TX Bar No. 16584975)
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
steve.ravel@kellyhart.com

*Attorneys for Plaintiff*
Netlist, Inc.