# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC,<br><br>      Defendants. | Civil Action No. 2:22-cv-00203<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO SEVER AND STAY PATENTS AT ISSUE IN THE WESTERN DISTRICT OF TEXAS

Before the Court is Defendants' Motion to Sever and Stay Patents at Issue in the Western District of Texas.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.