UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC.'S NOTICE OF
COMPLIANCE WITH P.R. 3-1 AND 3-2 DISCLOSURES**

Plaintiff Netlist, Inc. hereby notifies the Court that on September 8, 2022, Netlist served upon counsel for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC its P.R. 3-1 Disclosures of Asserted Claims and Infringement Contentions and P.R. 3-2 Document Production Accompanying Disclosure, via electronic mail.

Dated: September 9, 2022

Respectfully submitted,

*/s/ Jennifer L. Truelove*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)

>jsheasby@irell.com
>**IRELL & MANELLA LLP**
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA 90067
>Tel. (310) 277-1010
>Fax (310) 203-7199
>
>*Attorneys for Plaintiff Netlist, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 9, 2022, a copy of the foregoing was served to all counsel of record.

>*/s/ Jennifer L. Truelove*
>Jennifer L. Truelove