## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) No. 2:22-cv-203-JRG | |
| **MICRON TECHNOLOGY, INC.,** ) | |
| **MICRON SEMICONDUCTOR** ) JURY TRIAL DEMANDED | |
| **PRODUCTS, INC., and MICRON** ) | |
| **TECHNOLOGY TEXAS LLC,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION TO EXTEND PLAINTIFF NETLIST INC.'S OPPOSITION DEADLINE

Plaintiff Netlist, Inc. ("Netlist") respectfully moves to extend the deadline for Netlist's opposition to the Motion to Sever and Stay Patents at Issue in the Western District of Texas by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron"), Dkt. 28. Netlist requests that the opposition deadline be extended by seven (7) days upto and including September 26, 2022. The proposed extension will not affect any other case deadlines and it is not sought for the purpose of delay. Netlist's counsel has conferred with counsel for Micron and this motion is unopposed. A proposed order is attached for the Court's convenience.

| | |
|---|---|
| Dated: September 9, 2022 | Respectfully submitted,<br><br>/s/ Jennifer L. Truelove<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br><br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby (CA #205455)<br>jsheasby@irell.com<br>Annita Zhong (CA #266924)<br>hzhong@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br><br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br>***Attorneys for Plaintiff Netlist, Inc.*** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on September 9, 2022, a copy of the foregoing was served to all counsel of record.

/s/ Jennifer L. Truelove
Jennifer L. Truelove

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of each side met and conferred and the motion is not opposed.

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove
