# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 22-cv-203-JRG |
| **MICRON TECHNOLOGY, INC.,** ) | |
| **MICRON SEMICONDUCTOR** ) | JURY TRIAL DEMANDED |
| **PRODUCTS, INC., and MICRON** ) | |
| **TECHNOLOGY TEXAS LLC,** ) | |
| ) | |
| Defendants. ) | |

## Order

After considering Netlist, Inc.'s unopposed motion to extend the opposition deadline in response to Defendants' Motion to Sever and Stay Patents at Issue in the Western District of Texas, Dkt. 28, the Court hereby grants Plaintiff Netlist, Inc.'s motion.

It is **ORDERED** that the deadline for Netlist, Inc. to file an opposition is extended to September 26, 2022.

**IT IS SO ORDERED**.