# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> MICRON TECHNOLOGY, INC., § <br> MICRON SEMICONDUCTOR § <br> PRODUCTS, INC., AND MICRON § <br> TECHNOLOGY TEXAS LLC, § <br> § <br> *Defendants*. | Case No. 2:22-cv-203-JRG-RSP |

## ORDER

Before the Court Netlist, Inc. moves unopposed to extend the opposition deadline responsive to the motion to sever and stay filed by Defendants. Dkt. No. 30. Having considered the motion and its unopposed nature, it is **GRANTED**. Netlist, Inc. may file its opposition by September 26, 2022.

**SIGNED this 13th day of September, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE