# EXHIBIT 2

**U.S. District Court [LIVE]**
**Western District of Texas (Austin)**
**CIVIL DOCKET FOR CASE #: 1:22-cv-00136-LY**

Netlist, Inc. v. Micron Technology, Inc. et al                     Date Filed: 04/28/2021
Assigned to: Judge Lee Yeakel                                      Jury Demand: Both
Cause: 35:271 Patent Infringement                                  Nature of Suit: 830 Patent
                                                                   Jurisdiction: Federal Question

**Plaintiff**

**Netlist, Inc.**                                                                 represented by   **J. Stephen Ravel**
Kelly Hart & Hallman LLP
303 Colorado Street
Suite 2000
Austin, TX 78701
(512)495-6429
Fax: 512/495-6610
Email: steve.ravel@kellyhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Ransom**
Kelly Hat Hallman LLP
303 Colorado, Suite 2000
Austin, TX 78701
(512) 495-6429
Email: kelly.ransom@kellyhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaime K. Olin**
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
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
Fax: 214-978-6601
Email: jolin@skiermontderby.com
*ATTORNEY TO BE NOTICED*

**Michael D. Ricketts**
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
214-978-6600
Fax: 214-978-6601
Email: mricketts@skiermontderby.com
*ATTORNEY TO BE NOTICED*

**Rex Hwang**
Skiermont Derby LLP
633 West 5th Street, Suite 5800
Los Angeles, CA 90071
213-978-4500
Fax: 213-788-4545
Email: rhwang@skiermontderby.com
*ATTORNEY TO BE NOTICED*

**Ryan A. Hargrave**
Skiermont Derby LLP
1601 Elm Street
Suite 4400
Dallas, TX 75201
214-978-6600
Fax: 214-978-6601
Email: rhargrave@skiermontderby.com
*ATTORNEY TO BE NOTICED*

**Sheetal S. Patel**
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
214-978-6600
Fax: 214-978-6601
Email: spatel@skiermontderby.com
*TERMINATED: 02/28/2022*
*ATTORNEY TO BE NOTICED*

**Steven W. Hartsell**
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
214-978-6600
Fax: 214-978-6601
Email: shartsell@skiermontderby.com
*ATTORNEY TO BE NOTICED*

**Paul Joseph Skiermont**
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
214/978-6600
Fax: 214/978-6601
Email: pskiermont@skiermontderby.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Micron Technology, Inc.**                              represented by  **Juan C. Yaquian**
                                                                         Winston & Strawn LLP
                                                                         800 Capitol St., Suite 2400
                                                                         Houston, TX 77002
                                                                         (713) 651-2600
                                                                         Fax: (713) 651-2700
                                                                         Email: Jyaquian@winston.com
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Matthew Hopkins**
                                                                         Winston & Strawn LLP
                                                                         1901 L Street, N.W.
                                                                         Washington, DC 20036
                                                                         (202) 282-5000
                                                                         Fax: (202) 282-5100
                                                                         Email: mhopkins@winston.com
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Michael R. Rueckheim**
                                                                         Winston & Strawn LLP
                                                                         255 Shoreline Drive, Suite 520
                                                                         Redwood City, CA 94065
                                                                         (650) 858-6500
                                                                         Fax: 650-858-6550
                                                                         Email: mrueckheim@winston.com
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Barry K. Shelton**
                                                                         Winston & Strawn LLP
                                                                         2121 N. Pearl Street
                                                                         Suite 900
                                                                         Dallas, TX 75201
                                                                         214-453-6407
                                                                         Fax: 214-453-6400
                                                                         Email: bshelton@winston.com
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Katherine Kelly Vidal**
                                                                         Winston & Strawn LLP
                                                                         255 Shoreline Drive, Suite 520
                                                                         Redwood City, CA 94065
                                                                         (650) 858-6500
                                                                         Fax: (650) 858-6550
                                                                         Email: kvidal@winston.com
                                                                         *TERMINATED: 04/11/2022*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Natalie Terhune Arbaugh**
                                                                         Winston & Strawn LLP
                                                                         2121 N. Pearl St, Suite 900
                                                                         Dallas, TX 75201
                                                                         (214) 453-6500
                                                                         Fax: (214) 453-6400
                                                                         Email: narbaugh@winston.com
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Thomas M. Melsheimer**
                                                                         Winston & Strawn LLP
                                                                         2121 N. Pearl Street
                                                                         Ste. 900
                                                                         Dallas, TX 75201
                                                                         2144536500
                                                                         Fax: 2144536400
                                                                         Email: tmelsheimer@winston.com
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Micron Semiconductor Products, Inc.**                      represented by  **Juan C. Yaquian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Rueckheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry K. Shelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Kelly Vidal**
(See above for address)
*TERMINATED: 04/11/2022*
*ATTORNEY TO BE NOTICED*

**Natalie Terhune Arbaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M. Melsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micron Technology Texas LLC**                      represented by  **Juan C. Yaquian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Rueckheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry K. Shelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Kelly Vidal**
(See above for address)
*TERMINATED: 04/11/2022*
*ATTORNEY TO BE NOTICED*

**Natalie Terhune Arbaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M. Melsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

| | | |
|---|---|---|
| **Micron Technology Texas LLC** | represented by | **Juan C. Yaquian**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Hopkins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael R. Rueckheim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Katherine Kelly Vidal**<br>(See above for address)<br>*TERMINATED: 04/11/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **Natalie Terhune Arbaugh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas M. Melsheimer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Plaintiff**

| | | |
|---|---|---|
| **Micron Semiconductor Products, Inc.** | represented by | **Juan C. Yaquian**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Hopkins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael R. Rueckheim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Katherine Kelly Vidal**<br>(See above for address)<br>*TERMINATED: 04/11/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **Natalie Terhune Arbaugh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas M. Melsheimer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Plaintiff**

| | | |
|---|---|---|
| **Micron Technology, Inc.** | represented by | **Juan C. Yaquian**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Hopkins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael R. Rueckheim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Katherine Kelly Vidal**<br>(See above for address)<br>*TERMINATED: 04/11/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **Natalie Terhune Arbaugh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas M. Melsheimer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | | |
|---|---|---|---|
| Netlist, Inc. | | represented by | **J. Stephen Ravel**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | | **Kelly Ransom**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | | **Jaime K. Olin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | | **Rex Hwang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | | **Ryan A. Hargrave**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | | **Sheetal S. Patel**<br>(See above for address)<br>*TERMINATED: 02/28/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | | **Steven W. Hartsell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | | **Paul Joseph Skiermont**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-14749428). No Summons requested at this time, filed by Netlist, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Civil Cover Sheet)(Skiermont, Paul) (Entered: 04/28/2021) | 04/28/2021 |
| 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Skiermont, Paul) (Entered: 04/28/2021) | 04/28/2021 |
| 3 | RULE 7 DISCLOSURE STATEMENT filed by Netlist, Inc.. (Skiermont, Paul) (Entered: 04/28/2021) | 04/28/2021 |
| 4 | NOTICE of Attorney Appearance by Paul Joseph Skiermont on behalf of Netlist, Inc. (Skiermont, Paul) (Entered: 04/28/2021) | 04/28/2021 |
| 5 | NOTICE of Attorney Appearance by Steven W. Hartsell on behalf of Netlist, Inc.. Attorney Steven W. Hartsell added to party Netlist, Inc.(pty:pla) (Hartsell, Steven) (Entered: 04/28/2021) | 04/28/2021 |
| 6 | NOTICE of Attorney Appearance by Jaime K. Olin on behalf of Netlist, Inc.. Attorney Jaime K. Olin added to party Netlist, Inc. (pty:pla) (Olin, Jaime) (Entered: 04/28/2021) | 04/28/2021 |
| 7 | NOTICE of Attorney Appearance by Ryan A. Hargrave on behalf of Netlist, Inc.. Attorney Ryan A. Hargrave added to party Netlist, Inc.(pty:pla) (Hargrave, Ryan) (Entered: 04/28/2021) | 04/28/2021 |
| 8 | NOTICE of Attorney Appearance by Rex Hwang on behalf of Netlist, Inc.. Attorney Rex Hwang added to party Netlist, Inc.(pty:pla) (Hwang, Rex) (Entered: 04/28/2021) | 04/28/2021 |
| 9 | NOTICE of Attorney Appearance by Sheetal S. Patel on behalf of Netlist, Inc.. Attorney Sheetal S. Patel added to party Netlist, Inc. (pty:pla) (Patel, Sheetal) (Entered: 04/28/2021) | 04/28/2021 |
| | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 04/29/2021) | 04/28/2021 |
| | All parties shall comply with the Standing Orders of Judge Alan D. Albright located at https://www.txwd.uscourts.gov/judges-information/standing-orders/. (lad) (Entered: 04/29/2021) | 04/29/2021 |
| 10 | NOTICE of Attorney Appearance by J. Stephen Ravel on behalf of Netlist, Inc.. Attorney J. Stephen Ravel added to party Netlist, Inc.(pty:pla) (Ravel, J.) (Entered: 04/29/2021) | 04/29/2021 |
| 11 | REQUEST FOR ISSUANCE OF SUMMONS by Netlist, Inc.. to Micron Technology, Inc.; Micron Semiconductor Products, Inc.; and Micron Technology Texas LLC (Skiermont, Paul) (Entered: 06/14/2021) | 06/14/2021 |
| 12 | Summons Issued as to Micron Technology, Inc.. (ir) (Entered: 06/14/2021) | 06/14/2021 |
| 13 | Summons Issued as to Micron Semiconductor Products, Inc.. (ir) (Entered: 06/14/2021) | 06/14/2021 |
| 14 | Summons Issued as to Micron Technology Texas LLC. (ir) (Entered: 06/14/2021) | 06/14/2021 |
| 15 | SUMMONS Returned Executed by Netlist, Inc.. Micron Technology, Inc. served on 6/15/2021, answer due 7/6/2021. (Skiermont, Paul) (Entered: 06/17/2021) | 06/17/2021 |
| 16 | SUMMONS Returned Executed by Netlist, Inc.. Micron Semiconductor Products, Inc served on 6/15/2021, answer due 7/6/2021. (Skiermont, Paul) (Entered: 06/17/2021) | 06/17/2021 |
| 17 | SUMMONS Returned Executed by Netlist, Inc.. Micron Technology Texas LLC served on 6/15/2021, answer due 7/6/2021. (Skiermont, Paul) (Entered: 06/17/2021) | 06/17/2021 |
| 18 | Unopposed MOTION for Extension of Time to File Answer by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 06/29/2021) | 06/29/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Text Order GRANTING 18 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's deadline to answer, move or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) is extended until August 20, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (re) (Entered: 07/06/2021) | 07/06/2021 |
| | Reset Deadlines: Micron Semiconductor Products, Inc., Micron Technology Texas LLC and Micron Technology, Inc. answer due 8/20/2021. (lad) (Entered: 07/06/2021) | 07/06/2021 |
| 19 | ANSWER to 1 Complaint with Jury Demand , COUNTERCLAIM against Netlist, Inc. by Micron Technology Texas LLC, Micron Semiconductor Products, Inc., Micron Technology, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Arbaugh, Natalie) (Entered: 08/20/2021) | 08/20/2021 |
| 20 | RULE 7 DISCLOSURE STATEMENT filed by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Arbaugh, Natalie) (Entered: 08/20/2021) | 08/20/2021 |
| 21 | MOTION to Appear Pro Hac Vice by Katherine Kelly Vidal ( Filing fee $ 100 receipt number 0542-15146597) by on behalf of Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Vidal, Katherine) (Entered: 08/23/2021) | 08/23/2021 |
| 22 | MOTION to Appear Pro Hac Vice by Michael R. Rueckheim on behalf of Matthew Hopkins ( Filing fee $ 100 receipt number 0542-15146611) by on behalf of Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 08/23/2021) | 08/23/2021 |
| 23 | MOTION to Appear Pro Hac Vice by Michael R. Rueckheim on behalf of Juan C. Yaquian ( Filing fee $ 100 receipt number 0542-15146613) by on behalf of Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 08/23/2021) | 08/23/2021 |
| | Text Order GRANTING 21 Motion to Appear Pro Hac Vice for Attorney Katherine Kelly Vidal for Micron Semiconductor Products, Inc., Micron Technology Texas LLC, and for Micron Technology, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jc5) (Entered: 08/24/2021) | 08/23/2021 |
| 24 | ORDER GRANTING 22 Motion to Appear Pro Hac Vice for Attorney Matthew Hopkins. Attorney added for Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, if he/she has not previously done so for a prior case in this District. Signed by Judge Alan D Albright. (jkda) (Entered: 08/25/2021) | 08/25/2021 |
| 25 | ORDER GRANTING 23 Motion to Appear Pro Hac Vice for Attorney Juan C. Yaquian. Attorney added for Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, if he/she has not previously done so for a prior case in this District. Signed by Judge Alan D Albright. (jkda) (Entered: 08/25/2021) | 08/25/2021 |
| 26 | STATUS REPORT Case Readiness Status Report by Netlist, Inc.. (Hargrave, Ryan) (Entered: 08/27/2021) | 08/27/2021 |
| 27 | NOTICE Regarding Agreed Extension of Time for Plaintiff to Serve its Preliminary Infringement Contentions by Netlist, Inc. (Ravel, J.) (Entered: 09/03/2021) | 09/03/2021 |
| 28 | RESPONSE to 19 Answer to Complaint,, Counterclaim, by Netlist, Inc.. (Hargrave, Ryan) (Entered: 09/10/2021) | 09/10/2021 |
| 29 | MOTION for Entry of Scheduling Order by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rueckheim, Michael) (Entered: 09/24/2021) | 09/24/2021 |
| 30 | SCHEDULING ORDER: Markman Hearing set for 3/31/2022 09:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (ir) (Entered: 10/06/2021) | 10/05/2021 |
| 31 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 10/13/2021) | 10/08/2021 |
| 32 | Opposed MOTION to Transfer Case Under 28 U.S.C. § 1404(a) by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Declaration of Boe Holbrook, # 2 Declaration of William A. Lendvay, # 3 Declaration of Natalie Arbaugh, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X)(Arbaugh, Natalie) (Entered: 11/24/2021) | 11/24/2021 |
| 33 | NOTICE of Intent to Proceed with Venue Discovery by Netlist, Inc. (Hargrave, Ryan) (Entered: 11/30/2021) | 11/30/2021 |
| 34 | NOTICE of Change of Address by Katherine Kelly Vidal (Vidal, Katherine) (Entered: 12/15/2021) | 12/15/2021 |
| 35 | STIPULATION Defendants' Stipulation of Invalidity Contentions for U.S. Patent Nos. 9,824,035 and 10,268,608 by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Rueckheim, Michael) (Entered: 12/23/2021) | 12/23/2021 |
| 36 | NOTICE of Filing Petitions for Inter Partes Review by Netlist, Inc. (Hargrave, Ryan) (Entered: 01/06/2022) | 01/06/2022 |
| 37 | NOTICE of Change of Address by Michael R. Rueckheim (Rueckheim, Michael) (Entered: 01/19/2022) | 01/19/2022 |
| 38 | Joint MOTION for Entry of Confidentiality and Protective Order by Netlist, Inc.. (Attachments: # 1 Proposed Order Protective Order) (Hargrave, Ryan) (Entered: 01/20/2022) | 01/20/2022 |
| 39 | AGREED PROTECTIVE ORDER. Signed by Judge Alan D Albright. (ir) (Entered: 01/21/2022) | 01/21/2022 |
| 40 | NOTICE of Attorney Appearance by Barry K. Shelton on behalf of Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. Attorney Barry K. Shelton added to party Micron Semiconductor Products, Inc.(pty:dft), Attorney Barry K. Shelton added to party Micron Technology Texas LLC(pty:dft), Attorney Barry K. Shelton added to party Micron Technology, Inc. (pty:dft) (Shelton, Barry) (Entered: 01/25/2022) | 01/25/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 41 | Opening Claim Construction Brief by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Declaration of Alan Jay Smith, Ph.D., # 2 Declaration of Harold S. Stone, Ph.D., # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18)(Rueckheim, Michael) (Entered: 02/03/2022) | 02/03/2022 |
| 42 | ORDER APPOINTING TECHNICAL ADVISOR. Signed by Judge Alan D Albright. (lad) (Entered: 02/04/2022) | 02/04/2022 |
| 43 | STIPULATION Joint Stipulation to Transfer Venue to Austin Division by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 02/11/2022) | 02/11/2022 |
| 44 | DEFICIENCY NOTICE: re 43 Stipulation. Transfers must be accomplished via motion/order granting. Please refile as a motion. (sv) (Entered: 02/14/2022) | 02/14/2022 |
| 45 | ORDER TRANSFERRING CASES TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS. Signed by Judge Alan D Albright. (sv) (Entered: 02/14/2022) | 02/14/2022 |
| | Case transferred in from From Waco Division Division on 02/14/2022 Case Number 6:21-cv-431., filed by Netlist, Inc..(dl) (Entered: 02/15/2022) | 02/14/2022 |
| | Case Assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGEINITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (dl) (Entered: 02/15/2022) | 02/14/2022 |
| | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Howell. (dl) (Entered: 02/15/2022) | 02/14/2022 |
| | DEMAND for Trial by Jury by Netlist, Inc.. (dl) (Entered: 02/15/2022) | 02/14/2022 |
| 46 | ORDER, ( Initial Pretrial Conference set for 3/3/2022 at 09:30 AM before Judge Lee Yeakel,). Signed by Judge Lee Yeakel. (dm) (Entered: 02/16/2022) | 02/16/2022 |
| | Case Stayed. (dm) (Entered: 02/16/2022) | 02/16/2022 |
| 47 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office along with copy of Complaint. (dl) (Entered: 02/17/2022) | 02/17/2022 |
| 48 | Unopposed MOTION to Withdraw as Attorney Sheetal S. Patel by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Olin, Jaime) (Entered: 02/24/2022) | 02/24/2022 |
| 49 | NOTICE of Attorney Appearance by Michael D. Ricketts on behalf of Netlist, Inc.. Attorney Michael D. Ricketts added to party Netlist, Inc.(pty:pla) (Ricketts, Michael) (Entered: 02/24/2022) | 02/24/2022 |
| 50 | ORDER GRANTING 48 Motion to Withdraw as Attorney. Signed by Judge Lee Yeakel. (dm) (Entered: 02/28/2022) | 02/28/2022 |
| 51 | Minute Entry for proceedings held before Judge Lee Yeakel: Initial Pretrial Conference held on 3/3/2022 (Minute entry documents are not available electronically.). (Court Reporter Arlinda Rodriguez.)(dm) (Entered: 03/03/2022) | 03/03/2022 |
| 52 | ORDER VACATING 42 prior to transfer. Signed by Judge Lee Yeakel. (so) (Entered: 03/03/2022) | 03/03/2022 |
| 53 | Proposed Scheduling Order (Pre-Markman) by Netlist, Inc.. (Hargrave, Ryan) (Entered: 03/03/2022) | 03/03/2022 |
| 54 | PRE-MARKMAN SCHEDULING ORDER, ( Tutorial set for 5/12/2022 at 09:30 AM before Judge Lee Yeakel with Claim Construction Hearing immediately following ). Signed by Judge Lee Yeakel. (dm) (Entered: 03/08/2022) | 03/08/2022 |
| 55 | Reply Claim Construction Brief by Netlist, Inc.. (Attachments: # 1 Affidavit Declaration of Steven Przybylski, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Hwang, Rex) (Entered: 03/10/2022) | 03/10/2022 |
| 56 | Transcript filed of Proceedings held on March 3, 2022, Proceedings Transcribed: Initial Pretrial Conference. Court Reporter/Transcriber: Arlinda Rodriguez, Telephone number: 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 4/13/2022, Redacted Transcript Deadline set for 4/25/2022, Release of Transcript Restriction set for 6/21/2022, (alr) (Entered: 03/23/2022) | 03/23/2022 |
| 57 | Reply Claim Construction Brief by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Rueckheim, Michael) (Entered: 03/24/2022) | 03/24/2022 |
| 58 | STIPULATION of Invalidity Contentions for U.S. Patent No. 10,489,314 by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Rueckheim, Michael) (Entered: 03/30/2022) | 03/30/2022 |
| 59 | Opposed MOTION to Stay Case Pending Inter Partes Review of the Asserted Patents by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Arbaugh, Natalie) (Entered: 04/01/2022) | 04/01/2022 |
| 60 | Unopposed MOTION Unopposed Motion to Fix Deadline for Response re 59 Opposed MOTION to Stay Case Pending Inter Partes Review of the Asserted Patents by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 04/05/2022) | 04/05/2022 |
| 61 | ORDER GRANTING 60 Unopposed MOTION Unopposed Motion to Fix Deadline for Response Signed by Judge Lee Yeakel. (cc3) (Entered: 04/06/2022) | 04/06/2022 |
| 62 | Unopposed MOTION to Withdraw as Attorney for Katherine Vidal by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 04/07/2022) | 04/07/2022 |
| 63 | Letter to Attorney Vivek V. Krishnan re: non-admitted status. (lt) (Entered: 04/07/2022) | 04/07/2022 |
| 64 | Reply Claim Construction Brief by Netlist, Inc.. (Hwang, Rex) (Entered: 04/07/2022) | 04/07/2022 |
| 65 | ORDER GRANTING 62 Motion to Withdraw as Attorney as to Katherine Vidal. Signed by Judge Lee Yeakel. (cc3) (Entered: 04/11/2022) | 04/11/2022 |
| 66 | Joint Claim Construction Brief or Statement by Netlist, Inc.. (Attachments: # 1 Exhibit A - Joint Claim Construction Chart)(Hargrave, Ryan) (Entered: 04/14/2022) | 04/14/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 67 | Response in Opposition to Motion, filed by Netlist, Inc., re 59 Opposed MOTION to Stay Case Pending Inter Partes Review of the Asserted Patents filed by Defendant Micron Semiconductor Products, Inc., Defendant Micron Technology Texas LLC, Defendant Micron Technology, Inc. (Attachments: # 1 Affidavit of Chun Hong, # 2 Exhibit A (Redacted) to Chun Hong Affidavit, # 3 Affidavit of Devon Park, # 4 Proposed Order)(Olin, Jaime) (Entered: 04/19/2022) | 04/19/2022 |
| 68 | REPLY to Response to Motion, filed by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc., re 59 Opposed MOTION to Stay Case Pending Inter Partes Review of the Asserted Patents filed by Defendant Micron Semiconductor Products, Inc., Defendant Micron Technology Texas LLC, Defendant Micron Technology, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Arbaugh, Natalie) (Entered: 04/26/2022) | 04/26/2022 |
| 69 | ORDER ON MOTION TO STAY. Status Report due by 6/13/202. Signed by Judge Lee Yeakel. (dm) (Entered: 05/11/2022) | 05/11/2022 |
| 70 | STATUS REPORT (Joint) by Netlist, Inc. and Micron Defendants (Hargrave, Ryan) Modified on 6/14/2022 to add filers (klw). (Entered: 06/13/2022) | 06/13/2022 |
| 71 | NOTICE of Change of Address by Rex Hwang (Hwang, Rex) (Entered: 07/14/2022) | 07/14/2022 |
| 72 | Opposed MOTION to Lift Stay Temporarily and Motion for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc. (Attachments: # 1 Exhibit A [Part1of2], # 2 Exhibit A [Part2of2], # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Proposed Order)(Rueckheim, Michael) (Entered: 09/02/2022) | 09/02/2022 |
| 73 | MOTION for Protective Order Regarding Micron's Motion For Leave to Amend (Dkt. 72) by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Olin, Jaime) (Entered: 09/16/2022) | 09/16/2022 |
| 74 | Response in Opposition to Motion, filed by Netlist, Inc., re 72 Opposed MOTION to Lift Stay Temporarily and Motion for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims filed by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc. (Attachments: # 1 Affidavit Declaration of Jaime K. Olin, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Proposed Order)(Olin, Jaime) (Entered: 09/16/2022) | 09/16/2022 |
| 75 | Unopposed MOTION for Extension of Time to File Response/Reply as to 74 Response in Opposition to Motion,, To Temporarily Lift Stay and Motion for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims by Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 09/22/2022) | 09/22/2022 |
| 76 | ORDER GRANTING [75] Motion for Extension of Time to File Response/Reply re [75] Unopposed MOTION for Extension of Time to File Response/Reply as to [74] Response in Opposition to Motion, To Temporarily Lift Stay and Motion for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims Signed by Judge Lee Yeakel. (dm) (Entered: 09/26/2022) | 09/26/2022 |