# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action 2:22-cv-203-JRG |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC.; | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING DEFENDANTS' MOTION TO SEVER AND STAY PATENTS AT ISSUE IN THE WESTERN DISTRICT OF TEXAS

The Court, having considered the briefing on Defendants' Motion to Sever and Stay Patents at Issue in the Western District of Texas (Dkt. No. 28), Plaintiff's Opposition, and the supporting documents attached thereto, is of the opinion that said motion should be denied.

**IT IS SO ORDERED.**