# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before this Court is the parties' Unopposed Joint Motion to Extend Deadlines. Having considered the same, the Court is of the opinion the motion should be **GRANTED**. Accordingly, the deadline for the parties to file the proposed Docket Control Order and Discovery Order is extended up to and through **October 18, 2022**; and the deadline for the parties to file the proposed Protective Order and comply with paragraphs 1 and 3 of the Discovery Order is extended up to and through **October 24, 2022**.

**IT IS SO ORDERED.**