IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | CIVIL ACTION NO. 2:22-cv-00203-JRG<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW OPPOSED MOTION TO SEVER AND STAY PATENTS AT ISSUE IN THE WESTERN DISTRICT OF TEXAS

Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively "Micron") file this Unopposed Motion to Withdraw its Opposed Motion to Sever and Stay Patents at Issue in the Western District of Texas ("The Motion") (Dkt. 28). Micron filed the Motion in conjunction with its Motion for Leave to File an Amended Answer filed with the District Court for the Western District in the case captioned *Netlist, Inc. v. Micron Technology, Inc. et al.*, 22-cv-00136-LY (W.D. Tex.) ("WDTX Motion for Leave to Amend"). On October 5, 2022, the District for the Western District of Texas denied Micron's WDTX Motion for Leave to Amend, which rendered this Motion moot. Accordingly, Micron respectfully request that the Court withdraw the Motion.

A proposed order is submitted herewith.

Dated:  October 12, 2022

Respectfully submitted,

By:    /s/ Thomas M. Melsheimer by permission Wesley Hill
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600

        Facsimile: (713) 651-2700

        Wesley Hill
        State Bar No. 24032294
        Andrea Fair
        State Bar No. 24078488
        Charles Everingham IV
        State Bar No. 00787447
        WARD, SMITH & HILL, PLLC
        P.O. Box 1231
        Longview, Texas 75606-1231
        Telephone:  (903) 757-6400
        Facsimile:   (903) 757-2323
        Email:   wh@wsfirm.com
                andrea@wsfirm.com
                ce@wsfirm.com

**Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 12th day of October, 2022.

        /s/ Wesley Hill

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

        /s/ Wesley Hill