IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00203-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW OPPOSED MOTION TO SEVER AND STAY PATENTS AT ISSUE IN THE WESTERN DISTRICT OF TEXAS

Before the Court is Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Defendants") Unopposed Motion to Withdraw its Opposed Motion to Sever and Stay Patents at Issue in the Western District of Texas (Dkt. 28). After considering the motion, the Court finds that Defendants' Motion is well taken and is hereby GRANTED.

It is therefore ORDERED that Defendants' Opposed Motion to Sever and Stay Patents at Issue in the Western District of Texas (Dkt. 28) is withdrawn.