**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:22-cv-203-JRG-RSP |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | | |
| *Defendants.* | | |

## <u>ORDER</u>

Before the Court, defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC move unopposed to withdraw their previously filed motion to stay and sever. **Dkt. No. 35**. Having considered the motion and its unopposed nature, it is **GRANTED**. Defendants Micron Technology, Inc.'s, Micron Semiconductor Products, Inc.'s, and Micron Technology Texas LLC's previously filed motion to sever and stay, **Dkt. No. 28**, is withdrawn and **DENIED AS MOOT**.

**SIGNED this 13th day of October, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE