IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> *Defendants*. | § § § § § § § § § § § § §   Case No. 2:22-cv-203-JRG-RSP |

## ORDER

Before the Court, plaintiff Netlist, Inc. and defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC move jointly to extend the deadline for the parties to file a proposed Docket Control Order, Discovery Order, and Protective Order and to additionally extend the deadline for the parties to exchange initial and additional disclosures. **Dkt. No. 34**. Having considered the motion and its joint nature, it is **GRANTED**. The parties may file a proposed Docket Control Order and Discovery Order by or before **October 18, 2022**, and may file a proposed Protective Order and serve initial and additional disclosures by or before **October 24, 2022**.

SIGNED this 13th day of October, 2022.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE