# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND DEADLINE

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc.; Micron Semiconductor Products, Inc.; and Micron Technology Texas LLC (collectively "Micron") respectfully jointly move to extend the deadline for the parties to file proposed Protective Order and to exchange Initial and Additional Disclosures. The parties request that the deadline be extended by seven (7) days as follows:

| Events | Current Deadline | Requested Extended Deadline |
|---|---|---|
| File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order | October 24, 2022 | October 31, 2022 |

This request is supported by good cause because the parties have been and wish to continue discussing each side's proposal, with the hope of resolving disputes and narrowing the issues that may need to be presented to the Court. No party seeks this extension for purpose of delay. A proposed order is attached.

Dated: October 21, 2022                                  Respectfully submitted,

                                                        /s/ Samuel F. Baxter

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*


By: /s/   *Michael R. Rueckheim*

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
Andrea Fair
State Bar No. 24078488
Charles Everingham IV
State Bar No. 00787447
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile:   (903) 757-2323
Email:  wh@wsfirm.com
            andrea@wsfirm.com
            ce@wsfirm.com

**Attorneys for Defendants
Micron Technology, Inc.,
Micron Semiconductor Products,**

                **Inc., and Micron Technology Texas, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on October 21, 2022, 2022.

                */s/ Jennifer L. Truelove*
                Jennifer L. Truelove

## CERTIFICATE OF CONFERENCE

The undersigned hereby that the relief requested in this motion is unopposed.

                */s/ Jennifer L. Truelove*
                Jennifer L. Truelove