# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-203-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

# ORDER

Before this Court is the parties' Unopposed Joint Motion to Extend Deadline. Having considered the same, the Court is of the opinion the motion should be **GRANTED**. Accordingly, the deadline for the parties to file the proposed Protective Order and comply with paragraphs 1 and 3 of the Discovery Order is extended up to and through **October 31, 2022**.

**IT IS SO ORDERED.**