IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:22-cv-203-JRG-RSP |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants*. | | |

## ORDER

Before the Court plaintiff Netlist, Inc. and defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC move for a seven day extension of time to file a proposed protective order and to exchange initial and additional disclosures. Dkt. No. 42. Having considered the motion and its joint nature, it is **GRANTED**. The parties may file a proposed protective order and exchange initial and additional disclosures by October 31, 2022.

**SIGNED this 24th day of October, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE