# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON | ) JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S MOTION TO FIND DEFENDANTS IN VIOLATION OF P.R. 3-4(A) AND TO ORDER COMPLETE COMPLIANCE**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Find Defendants in Violation of P.R. 3-4(a) and to Order Complete Compliance. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of a letter from Michael Rueckheim to Tom Werner and Annita Zhong, dated March 2, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of an email correspondence between Micron's counsel, Ryuk Park, and Netlist's counsel Yanan Zhao, dated October 18, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
   Jason G. Sheasby