# Exhibit 2

| | |
|---|---|
| **From:** | Park, Ryuk <RPark@winston.com> |
| **Sent:** | Tuesday, October 18, 2022 9:31 PM |
| **To:** | Zhao, Yanan |
| **Subject:** | RE: Netlist v. Micron - EDTX | Micron's Motions to Stay and Sever |

Yanan,

I am surprised that this is even an issue.  Is Netlist agreeing to deadlines it has no intention of complying with?

As I said earlier, Micron intends to comply with the Patent Rules and the DCO deadlines.  That is why we are asking for a two-week extension on the technical document production under PR 3-4.

If this is not sufficient for Netlist, then we are at an impasse.  Let me know ASAP.

Ryuk

**From:** Zhao, Yanan <yzhao@irell.com>
**Sent:** Tuesday, October 18, 2022 9:14 PM
**To:** Park, Ryuk <RPark@winston.com>
**Subject:** RE: Netlist v. Micron - EDTX | Micron's Motions to Stay and Sever

Is Micron committing to getting source code ready for review on November 21?  Thanks.

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com