# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
|     Defendants. | ) ) |

# ORDER

The Court, having considered the briefing on Plaintiff's Motion to Find Defendants in Violation of P.R. 3-4(a) and to Order Complete Compliance and exhibits attached thereto, is of the opinion that said motion should be granted.

**IT IS SO ORDERED.**