UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:22-CV-203-JRG |
| ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., ) | |
| MICRON SEMICONDUCTOR ) | |
| PRODUCTS, INC., AND MICRON ) | |
| TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON
PLAINTIFF NETLIST, INC.'S MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE
WITH PATENT RULE 3-4(a)**

Before the Court is Netlist's Motion for Leave to File Reply in Support of Its Motion to Compel Compliance with Patent Rule 3-4(a).  The Court, having carefully reviewed the motion, is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED that Netlist's Reply in Support of Its Motion to Compel Compliance with Patent Rule 3-4(a) is filed of record with this Court.

It is further ORDERED that the Micron Defendants may file, within seven (7) days of the date of this Order, a Surreply, not to exceed seven (7) pages in length (including the brief and all attachments), in response to Netlist's Reply.