# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | C.A. No. 21-1453-RGA-JLH <br><br> **JURY TRIAL DEMANDED** |
| NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter-Defendants. | |
| NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2023, a true and correct copy of Defendants Alphabet Inc. and Google LLC's Responses and Objections to Plaintiff Netlist Inc.'s First Set of Interrogatories (Nos. 1-10) was caused to be served on the following counsel as indicated:

RLF1 28272236v.1

| | |
|---|---|
| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
| Karen E. Keller | Jason Sheasby |
| Emily S. DiBenedetto | H. Annita Zhong |
| Shaw Keller LLP | Michael Tezyan |
| I.M. Pei Building | Yanan Zhao |
| 1105 North Market Street, 12th Floor | Thomas C. Werner |
| Wilmington, DE 19801 | Irell & Manella LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067 |
| | |
| | */s/ Kelly E. Farnan* |
| | Kelly E. Farnan (#4395) |
| | Richards, Layton & Finger, P.A. |
| OF COUNSEL: | One Rodney Square |
| | 920 North King Street |
| David A. Perlson | Wilmington, DE 19801 |
| Jonathan Tse | (302) 651-7700 |
| Michael Trombetta | farnan@rlf.com |
| Elle Wang | |
| Quinn Emanuel Urquhart & Sullivan LLP | *Attorney for Counter-Defendants Google LLC* |
| 50 California Street, 22nd Floor | *and Alphabet Inc.* |
| San Francisco, CA 94111 | |
| (415) 875-6600 | |

Deepa Acharya
Jared Newton
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street, NW
Washington, DC 20005
(202) 538-8000


Dated:  March 17, 2023