# Exhibit 3

Exhibit 3 to Plaintiff Netlist, Inc.'s
Reply in Support of Its Motion to Compel Compliance with Patent Rule 3-4(a)

| Entry | Excerpt |
|---|---|
| **[#1]** Mar. 10 Werner email  Omitted from between Dkt. 54-2 #6 and #7 of Micron's Mar. 27 Opposition | **From:** Werner, Tom <TWerner@irell.com> **Sent:** Friday, March 10, 2023 1:42 PM **To:** Rueckheim, Mike <MRueckheim@winston.com> **Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com> **Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials Mike,  What days next week will code be available?  [Thomas C. Werner, Esq.] |
| **[#2]** Mar. 24 Werner email, attaching Mar. 24 Werner letter  Omitted entirely from Micron's Opposition | **From:** Werner, Tom **Sent:** Friday, March 24, 2023 9:54 AM **To:** Park, Ryuk **Cc:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] **Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials **Attachments:** 2023-03-24 Werner ltr re Code Inspection.pdf  Ryuk,  Please see the attached letter, and include it in Micron's response to Netlist's motion to compel (we consent to a motion for these additional two pages, should that be necessary).  [Thomas C. Werner, Esq.] |