# Exhibit A

| Entry | Excerpt | |
|---|---|---|
| [1]<br><br>Netlist's Infringement Contentions, p. 4 | The '060 patent: 1-14, 16-21, and 23-28;<br><br>The '160 patent: 1, 2, 4 and 5. | Micron's HBM2, HBM2E, HBM3, HBMnext and newer products with 8 or more stacked DRAM dies products, and any other Micron memory products that operate the same way in all material aspects. A non-exhaustive list of the model numbers includes: MT54A8G804000BF, MT54A16G804000AC, and any other products operating in materially the same way. |
| [2]<br><br>Micron's Invalidity Contentions, p. 796 | **VIII. P.R. 3-4 Production In connection with these Invalidity Contentions.**<br><br>Defendants also hereby provide the documents required by P.R. 3-4. *See* MICNL203-00000001 - MICNL203-00043740. Pursuant to P.R. 3-4(a) and the Protective Order, Defendants produce or are making available for inspections documents, source code, and other materials sufficient to show the operation of the Accused Products identified by Plaintiff in its P.R. 3-1(c) charts. | |
| [3]<br><br>January 18, 2023 Rueckheim Letter to Zhong | 1   The Court's claim construction for "array die" confirms that Micron's products do not infringe the '060 and '160 patent claims<br><br>Netlist accused Micron's "stacked *DRAM dies* products" of infringing claims in Netlist's '060 and '160 patents. *See* PICs at 4 ("Micron's HBM2, HBM2E, HBM3, HBMnext and newer products with 8 or more stacked DRAM dies products"). Micron does not infringe the asserted claims for many reasons. For example, the Court construed the term "*array die*," which is recited in each asserted claim, to mean "array die *that is different from a DRAM circuit*." Samsung *Markman* Order at 35. Micron's accused products in contrast, include stackable *DRAM* and do not include any relevant "array die" that is different from a DRAM circuit.<br><br>Netlist has no cognizable infringement theory under the Court's construction, and Netlist has not identified any cognizable theory under this construction. We request that Netlist respond by either withdrawing these allegations or identifying a time next week, by January 25, 2023, when the parties can meet and confer on this issue. | |
| [4]<br><br>January 18, 2023 Werner Letter to Rueckheim | Dear Mike:<br><br>Pursuant to Paragraph 9(a) of the Discovery Order (Dkt. 41), please provide Micron's availability to meet and confer regarding Micron's failure to comply with P.R. 3-4, as described more fully below.<br><br>Micron's invalidity contentions state that the Micron defendants "are making available for inspections documents, source code, and other materials sufficient to show the operation of the Accused Products identified by Plaintiff in its P.R. 3-1(c) charts." Despite this representation, and Micron's admission of its affirmative obligations to produce source code materials in connection with its invalidity contentions, Micron has yet to offer any source code or other materials for inspection. | |

| Entry | Excerpt |
|---|---|
| **[5]**<br><br>February 24, 2023 Werner Email to Rueckheim | **From:** Werner, Tom<br>**To:** Rueckheim, Mike<br>**Cc:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]<br>**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Disclosures and Notice of Inspection<br>**Date:** Friday, February 24, 2023 3:19:32 PM<br><br>Mike,<br><br>No, that is incorrect. Micron has never discussed any of these issues with us before. All of my emails and letters post-date our January 25 meet and confer. Although the matters raised in my January 26 were the subject of that meet and confer, no discussion occurred. Micron was unable (or unwilling) to respond to any questions or provide any information, even about its own documents that I shared via Zoom so they were right in front of everyone.<br><br>==Your email confirms that Micron is not prepared—or even willing—to offer any source code for inspection, and thus that Micron's statement in its PR 3-3 disclosures that it was "making available for inspections . . . source code" was false. Please provide Micron's availability next week for a lead/local meet and confer.== |
| **[6]**<br><br>March 10, 2023 Rueckheim Email to Werner | **From:** Rueckheim, Mike<br>**To:** Park, Ryuk; Werner, Tom<br>**Cc:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]<br>**Subject:** Re: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials<br>**Date:** Friday, March 10, 2023 1:23:09 PM<br><br>Netlist counsel, thank you for your meet and confer yesterday. As we indicated on the call, we have discussed your position and Micron agrees to allow inspection of the source code materials pursuant to the provisions of the protective order issued in this litigation. ==Please identify any dates and times that you would like to review the source code material at Micron's facilities over the next few weeks so we can arrange the schedule with Micron to have the appropriate Micron employee available for facilitating the review.==<br>-Mike |
| **[7]**<br><br>March 13, 2023 Werner Email to Rueckheim | **From:** Werner, Tom <TWerner@irell.com><br>**Sent:** Monday, March 13, 2023 4:05 PM<br>**To:** Rueckheim, Mike <MRueckheim@winston.com><br>**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com><br>**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials<br><br>Mike,<br><br>We can have folks there on Wednesday.<br><br>Very truly yours,<br><br>Thomas C. Werner, Esq. |

2

| Entry | Excerpt |
|---|---|
| **[8]**<br><br>March 15, 2023<br>Rueckheim<br>Email to Werner | **From:** Rueckheim, Mike <MRueckheim@winston.com><br>**Sent:** Wednesday, March 15, 2023 10:43 AM<br>**To:** Werner, Tom <TWerner@irell.com><br>**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com><br>**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials<br><br>Tom Werner,<br><br>Please clarify if you are requesting Wednesday March 15 (today) or Wednesday March 22. If you are requesting today, as you know, the protective order requires seven days written notice for the inspection and requires a Micron employee to be present for any requested inspection to facilitate the review. I asked you on Friday March 10 to identify the specific days you would like to review source code material at Micron's facilities, and you didn't identify a review day until your email below sent on Monday later afternoon. Nonetheless, Micron can conduct the review on this Friday (March 17) if your team wishes to conduct the inspection that day. Please let me know today if Netlist would like to review the source code material this Friday and the exact times so that we can hold the schedule for the relevant Micron employee and accommodate the request. Otherwise, please advise if there are other days you are seeking for the review.<br><br>-Mike |
| **[9]**<br><br>March 15, 2023<br>Werner Email to Rueckheim | **From:** Werner, Tom<br>**To:** Rueckheim, Mike<br>**Cc:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]<br>**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials<br>**Date:** Wednesday, March 15, 2023 1:16:17 PM<br><br>Mike,<br><br>We are checking with our disclosed consultants to see who is available this Friday. Please confirm that, alternatively, inspection will begin on Monday, March 20, 2023. Please also ensure that Notepad++ is installed on the Source Code Computers. I may follow up with additional software installation requests. |
| **[10]**<br><br>March 16, 2023<br>Rueckheim<br>Email to Werner | Tom,<br><br>We can accommodate Netlist's request for source code inspection on Monday, March 20, 2023, continuing through and including Wednesday, March 22, 2023, ==provided Netlist will accept Micron employee's assistance during the review per the protective order requirement.== If this is acceptable, please provide us with names of the reviewers (anyone in addition to ▇▇▇▇) who will be arriving so that we may add them to the visitors list. We will follow up with instructions/directions. |
| **[11]**<br><br>March 20, 2023<br>Park Email to Werner | **From:** Park, Ryuk<br>**To:** Werner, Tom<br>**Cc:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]<br>**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials<br>**Date:** Monday, March 20, 2023 10:16:02 AM<br><br>Tom,<br><br>▇▇▇'s on site and has begun inspecting Micron's ▇▇▇. You can direct all inquiries to me as I am on site to ensure that the inspection continues to proceed smoothly. |

| Entry | Excerpt |
|---|---|
| **[12]**<br><br>March 22, 2023 Park Email to Werner | **From:** Park, Ryuk<br>**To:** Werner, Tom<br>**Cc:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]<br>**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials<br>**Date:** Wednesday, March 22, 2023 1:14:57 PM<br><br>[redacted] |

4