# EXHIBIT 1

| | |
|---|---|
| From: | Park, Ryuk |
| Sent: | Thursday, March 9, 2023 11:33 AM |
| To: | Zhao, Yanan; Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com |
| Cc: | #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com); Henderson, Drew |
| Subject: | RE: Supplemental Infringement Contentions | Netlist v. Micron, 22-cv-203-JRG (E.D. Tex.) |

Yanan,

Based on our review of Netlist's responses to Micron's Interrogatory No. 1, Micron is unable to agree to Netlist's proposed amended infringement contentions. If Netlist wishes to meet and confer, please propose a time and date next week and be prepared to discuss why Netlist did not provide the documents and disclosures earlier, *e.g.*, in November 2022.

Thanks and regards,

**Ryuk Park**
Of Counsel
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
winston.com



---

From: Park, Ryuk <RPark@winston.com>
Sent: Wednesday, February 15, 2023 2:29 PM
To: Zhao, Yanan <yzhao@irell.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com
Cc: #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@McKoolSmith.com>; Henderson, Drew <dhenderson@irell.com>
Subject: RE: Supplemental Infringement Contentions | Netlist v. Micron, 22-cv-203-JRG (E.D. Tex.)

Yanan,

Thanks. Just to be clear, is Netlist seeking to assert invention dates that are earlier than dates Netlist previously identified in its Infringement Contentions? If so, is Netlist able to share what the dates are for each asserted patent?

Best,

Ryuk

---

From: Zhao, Yanan <yzhao@irell.com>
Sent: Wednesday, February 8, 2023 10:31 AM
To: Park, Ryuk <RPark@winston.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com

Cc: #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@McKoolSmith.com>; Henderson, Drew <dhenderson@irell.com>
Subject: RE: Supplemental Infringement Contentions | Netlist v. Micron, 22-cv-203-JRG (E.D. Tex.)

Hi Ryuk,

Netlist's supplemental disclosures under 3-1/3-2 are about the conception and reduction to practice of Netlist's patents, which are different and do not affect Netlist's claimed priority dates.

We believe these same documents have been produced in the Samsung case.

Thanks,
Yanan

---

From: Park, Ryuk <RPark@winston.com>
Sent: Monday, February 6, 2023 5:37 PM
To: Zhao, Yanan <yzhao@irell.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com
Cc: #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@McKoolSmith.com>; Henderson, Drew <dhenderson@irell.com>
Subject: RE: Supplemental Infringement Contentions | Netlist v. Micron, 22-cv-203-JRG (E.D. Tex.)

Yanan,

==We need additional information to assess your request. Is Netlist seeking to change its priority allegations to an earlier date? And if so, for what claims and to what date?== Additionally, are the documents listed on pp. 12-18 of Netlist's proposed amended contention the same documents that Netlist produced in the case *Netlist v. Samsung*, 21-cv-463-JRG (EDTX) in or before November of last year?

Thanks and regards,

Ryuk

**Ryuk Park**
Of Counsel
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
VCard | Email | winston.com



---

From: Zhao, Yanan <yzhao@irell.com>
Sent: Friday, February 3, 2023 11:42 AM
To: Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com