**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC., )<br>MICRON SEMICONDUCTOR )<br>PRODUCTS, INC., AND MICRON )<br>TECHNOLOGY TEXAS LLC, )<br>)<br>Defendants. ) | Civil Action No. 2:22-CV-203-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY RE: NETLIST'S
MOTION FOR LEAVE TO SUPPLEMENT P.R. 3-1 AND 3-2 DISCLOSURES**

Plaintiff Netlist, Inc. ("Netlist") respectfully files this Unopposed Motion for Extension of Time to Reply re: Netlist's Motion for Leave to Supplement P.R. 3-1 and 3-2 Disclosures (Dkt. 57).  Netlist respectfully requests that the deadline for Netlist's reply brief be extended from April 25, 2023 to May 2, 2023.  Good cause exists due to attorney scheduling conflicts.  Defendants do not oppose Netlist's request for an extension.

Dated: April 25, 2023

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 25, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Michael Tezyan*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred via email regarding the issues raised in this unopposed motion.

*/s/ Michael Tezyan*