UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) <br> ) | No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

### JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") jointly file this Joint Motion to Amend Docket Control Order. The Parties respectfully request that the Court amend the Docket Control Order as proposed below to provide a brief extension to the deadline for the parties to submit the P.R. 4-3 Joint Claim Construction statement:

| **Amended Deadline** | **Current Deadline** | **Items** |
|---|---|---|
| | January 22, 2024 | * Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| | December 26, 2023 | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| | December 20, 2023 | * Pretrial Conference – 9:00 am in **Marshall, Texas** before Judge Roy Payne |
| | December 11, 2023 | *Notify Court of Agreements Reached During Meet and Confer <br><br> The parties are ordered to meet and confer on any outstanding objections |

| Amended Deadline | Current Deadline | Items |
|---|---|---|
|  |  | or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
|  | December 11, 2023 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
|  | December 4, 2023 | *File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e- mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
|  | November 27, 2023 | File Motions *in Limine* The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
|  | November 27, 2023 | Serve Objections to Rebuttal Pretrial Disclosures |
|  | November 20, 2023 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
|  | November 6, 2023 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
|  | October 30, 2023 | *Response to Dispositive Motions (including *Daubert* Motions). |

| Amended Deadline | Current Deadline | Items |
|---|---|---|
| | | Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, |
| | | including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[1] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| | October 16, 2023 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| | October 16, 2023 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| | October 10, 2023 | Deadline to Complete Expert Discovery |
| | September 25, 2023 | Serve Disclosures for Rebuttal Expert Witnesses |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| Amended Deadline | Current Deadline | Items |
|---|---|---|
| | September 5, 2023 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| | September 5, 2023 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| | August 9, 2023 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| | July 19, 2023 | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| | July 5, 2023 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| | June 28, 2023 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| | June 21, 2023 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| | June 7, 2023 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4- 5(a). |
| | June 7, 2023 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs. Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| | May 24, 2023 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| | May 17, 2023 | File Response to Amended Pleadings |
| | May 3, 2023 | *File Amended Pleadings It is not necessary to seek leave of Court to amend pleadings prior to |

| Amended Deadline | Current Deadline | Items |
|---|---|---|
| | | this deadline unless the amendment seeks to assert additional patents. |
| May 2, 2023 | April 26, 2023 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| | April 5, 2023 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| | March 15, 2023 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| | November 7, 2022 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| | November 21, 2022 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| | October 24, 2022 | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| | October 18, 2022 | *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |

The parties understand that the deadline that they request the Court to amend may require a showing of good cause. Specifically, the parties request that the deadline to file the P.R. 4-3 Joint Claim Construction Statement be moved to accommodate on-going discussions between the parties aimed at narrowing the number of claim terms in dispute. The parties request that the deadline to file the P.R. 4-3 Joint Claim Construction Statement be moved from April 26, 2023 to

May 2, 2023.  The parties' request would not affect the claim construction briefing deadlines or the date of the claim construction hearing.

Dated: April 25, 2023               Respectfully submitted,

                                    */s/ Jason Sheasby*
                                    _____

                                    Samuel F. Baxter
                                    Texas State Bar No. 01938000
                                    sbaxter@mckoolsmith.com
                                    Jennifer L. Truelove
                                    Texas State Bar No. 24012906
                                    jtruelove@mckoolsmith.com
                                    **MCKOOL SMITH, P.C.**
                                    104 East Houston Street Suite 300
                                    Marshall, TX 75670
                                    Telephone: (903) 923-9000
                                    Facsimile: (903) 923-9099

                                    Jason G. Sheasby (*pro hac vice*)
                                    jsheasby@irell.com
                                    Annita Zhong, Ph.D. (*pro hac vice*)
                                    hzhong@irell.com
                                    Thomas C. Werner (*pro hac vice*)
                                    twerner@irell.com
                                    Yanan Zhao (*pro hac vice*)
                                    yzhao@irell.com
                                    Michael W. Tezyan (*pro hac vice*)
                                    mtezyan@irell.com

                                    **IRELL & MANELLA LLP**
                                    1800 Avenue of the Stars, Suite 900
                                    Los Angeles, CA 90067
                                    Tel. (310) 277-1010
                                    Fax (310) 203-7199

                                    *Attorneys for Plaintiff Netlist, Inc.*

                                    */s/ Michael R. Rueckheim*
                                    _____

                                    Thomas M. Melsheimer
                                    State Bar No. 13922550
                                    TMelsheimer@winston.com
                                    Natalie Arbaugh
                                    State Bar No. 24033378
                                    NArbaugh@winston.com
                                    **WINSTON & STRAWN LLP**
                                    2121 N. Pearl Street, Suite 900
                                    Dallas, TX 75201

Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice Pending*
DEnzminger@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
*Pro Hac Vice Pending*
mhopkins@winston.com
**WINSTON & STRAWN LLP**
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

Juan Yaquian
State Bar No. 24110559
*Pro Hac Vice*
JYaquian@winston.com
**WINSTON & STRAWN LLP**
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

***Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC***

- 8 -

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders and that all parties join in this motion.

*/s/ Michael Tezyan*
Michael Tezyan

## CERTIFICATE OF SERVICE

I hereby certify that, April 25, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Michael Tezyan*
Michael Tezyan