# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:22-cv-203-JRG |
| | ) | |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

Before this Court is the parties' Joint Motion for Extension to Amend Docket Control Order. Having considered the Motion, the Court is of the opinion that it should be and hereby is GRANTED. It is therefore ORDERED that the below schedule of deadlines is in effect until further order of this Court.

| **Amended Deadline** | **Current Deadline** | **Items** |
|---|---|---|
| | January 22, 2024 | \* Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| | December 26, 2023 | \* If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| | December 20, 2023 | \* Pretrial Conference – 9:00 am in **Marshall, Texas** before Judge Roy Payne |
| | December 11, 2023 | \*Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements |

| Amended Deadline | Current Deadline | Items |
|---|---|---|
| | | reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| | December 11, 2023 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| | December 4, 2023 | *File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e- mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| | November 27, 2023 | File Motions *in Limine* The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| | November 27, 2023 | Serve Objections to Rebuttal Pretrial Disclosures |
| | November 20, 2023 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| | November 6, 2023 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| | October 30, 2023 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, |

| Amended Deadline | Current Deadline | Items |
|---|---|---|
|  |  | including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[1] Motions for Summary Judgment shall comply with Local Rule CV-56. |
|  | October 16, 2023 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
|  | October 16, 2023 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
|  | October 10, 2023 | Deadline to Complete Expert Discovery |
|  | September 25, 2023 | Serve Disclosures for Rebuttal Expert Witnesses |
|  | September 5, 2023 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| Amended Deadline | Current Deadline | Items |
|---|---|---|
| | September 5, 2023 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| | August 9, 2023 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| | July 19, 2023 | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| | July 5, 2023 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| | June 28, 2023 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| | June 21, 2023 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| | June 7, 2023 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4- 5(a). |
| | June 7, 2023 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs.<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| | May 24, 2023 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| | May 17, 2023 | File Response to Amended Pleadings |
| | May 3, 2023 | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |

| Amended Deadline | Current Deadline | Items |
|---|---|---|
| May 2, 2023 | April 26, 2023 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| | April 5, 2023 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| | March 15, 2023 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| | November 7, 2022 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| | November 21, 2022 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| | October 24, 2022 | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| | October 18, 2022 | *File Proposed Docket Control Order and Proposed Discovery Order The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |

**IT IS SO ORDERED.**