UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC., )<br>MICRON SEMICONDUCTOR )<br>PRODUCTS, INC., and MICRON )<br>TECHNOLOGY TEXAS LLC, )<br>)<br>Defendants. ) | Civil Action No. 2:22-cv-203-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER**

The Court, having considered the briefing on Plaintiff's Opposed Motion for Leave to Supplement P.R. 3-1 and 3-2 Disclosures, and supporting documents attached thereto, is of the opinion that said motion should be granted.

**IT IS SO ORDERED.**