# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:22-cv-203-JRG-RSP |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants*. | | |

## ORDER

Before the Court plaintiff Netlist, Inc. moves unopposed for an extension of time to file a reply in support of its motion for leave to supplement P.R. 3-1 and 3-2 disclosures. Dkt. No. 62. Having considered the motion, it is **GRANTED**. Netlist, Inc. may file a reply in support of its motion by May 2, 2023.

**SIGNED** this 27th day of April, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE