# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 2:22-CV-203-JRG ) |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF NETLIST, INC.'S
## MOTION TO SET HEARING RE
## MOTION TO FIND DEFENDANTS IN VIOLATION
## OF P.R. 3-4(A) AND TO ORDER COMPLETE COMPLIANCE

Plaintiff Netlist respectfully requests that the Court set for hearing the Motion To Find Defendants In Violation Of P.R. 3-4(a) And To Order Complete Compliance, and related filings (Dkts. 49, 54, 55, 56 and 59).

Dated: May 2, 2023

Respectfully submitted,

/s/ *Thomas C. Werner*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)

11218734

jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2023 a copy of the foregoing was served to all counsel of record.

/s/ *Thomas C. Werner*
Thomas C. Werner

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties met and conferred regarding this motion, whereupon counsel for Micron informed counsel for Netlist that Micron takes no position on the motion as it views the decision on a hearing as a purely discretionary decision of what the court finds helpful after considering the briefing.