**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:22-CV-203-JRG |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) | |
| MICRON SEMICONDUCTOR | ) | |
| PRODUCTS, INC., AND MICRON | ) | |
| TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON
PLAINTIFF NETLIST, INC.'S
MOTION TO SET HEARING RE
MOTION TO FIND DEFENDANTS IN VIOLATION
OF P.R. 3-4(A) AND TO ORDER COMPLETE COMPLIANCE**

The Court, having considered the briefing submitted by the parties in connection with

Plaintiff Netlist's Motion To Find Defendants In Violation Of P.R. 3-4(a) And To Order

Complete Compliance, and related filings (Dkts. 49, 54, 55, 56 and 59), hereby ORDERS that the

Motion will be heard on the _____ day of _____, 2023.

11221533