## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | ) | |
|        Plaintiff, | ) | |
|    v. | ) | |
| | ) | |
| MICRON TECHNOLOGY, INC., MICRON | ) | Civil Case No. 22-cv-203-JRG |
| SEMICONDUCTOR PRODUCTS, INC., and | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | JURY TRIAL DEMANDED |
|       Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## JOINT 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local P.R. 4-3 and the Court's Docket Control Order (Dkt. 40), Plaintiff

Netlist, Inc. ("Netlist") and Defendants Micron Technology Inc. ("Micron Technology"), Micron

Semiconductor Products, Inc. ("Micron Semiconductor"), and Micron Technology Texas, LLC

("Micron Texas") (collectively, "Micron") submit this Joint Claim Construction and Prehearing

Statement with regard to the following patents:

U.S. Pat. No 8,787,060 (the "'060 patent");

U.S. Pat. No 9,318,160 (the "'160 patent");

U.S. Pat. No 10,860,506 (the "'506 patent");

U.S. Pat. No 10,949,339 (the "'339 patent");

U.S. Pat. No 11,016,918 (the "'918 patent"); and

U.S. Pat. No 11,232,054 (the "'054 patent").

## I.    P.R. 4-3(a)(1): Agreed Constructions

### A.  '060, '160 patents

| Claim(s) | Term | Agreed Construction |
|---|---|---|
| All asserted claims | "A memory package" | The preamble is limiting |
| All asserted claims | "array die" | "array die that is different from a DRAM circuit" |
| '060 Patent, Claims 6, 11–14, 16–19, 20–21, 23–28 | "chip select signal" / "chip select conduits" | Plain and ordinary meaning |

### B.  '506 patent

| Claim(s) | Term | Agreed Construction |
|---|---|---|
| 1 | "A memory module operable in a computer system to communicate with a memory controller of the computer system via a memory bus including control and address (C/A) signal lines and a data bus, the memory module comprising" | The preamble is limiting |

### C.  '339 patent

| Claim(s) | Term | Agreed Construction |
|---|---|---|
| 1-3, 11, 14 | "N-bit wide write data" | "write data that is N bits in width" |
| 1 | "A N-bit-wide memory module mountable in a memory socket of a computer system and configurable to communicate with a memory controller of the computer system via address and control signal lines and N-bit wide data signal lines, the N-bit wide data signal lines including a plurality of sets of data signal lines, each set of data signal lines is a byte wide, the memory module comprising" | The preamble is limiting |
| 11, 19 | "A N-bit-wide memory module mountable in a memory socket of a computer system and configured to communicate with a memory controller of the computer system via address and control signal lines and N-bit wide data signal lines, the N-bit wide data signal lines including a plurality of sets of data signal lines, the memory module comprising" | The preamble is limiting |
| 27 | "A memory module mountable in a memory socket of a computer system and configurable to communicate with a memory controller of the computer system via address and control signal lines and data signal lines, the data signal lines including a plurality of sets of data signal lines, each set of data signal lines is n bit wide, the memory module comprising" | The preamble is limiting |
| 1, 11, 34, 35 | "in accordance with a latency parameter" | "a time period wherein the start of the time period depends on at least a latency parameter" |

**D.  '918 and '054 patent**

N/A.

**II.      P.R. 4-3(a)(2): Disputed Terms**

Exhibits A and B attached hereto contain the parties' proposed constructions for each disputed term, phrase, or clause together with the intrinsic and extrinsic evidence that the parties contend support their proposed constructions.

**III.      P.R. 4-3(a)(3): Anticipated Length of Time for the Claim Construction Hearing**

The parties agree and expect that 3 hours will provide sufficient time to conduct the claim construction hearing.

**IV.      P.R. 4-3(a)(4): Anticipated Witnesses at the Claim Construction Hearing**

The parties may present testimony from the parties' experts opining on claim construction issues in the form of written declarations and/or deposition testimony, to aid the Court in making its findings.

**V.      P.R. 4-3(a)(5): Other Issues to be Addressed at the Claim Construction Hearing**

Currently, the parties do not believe that there are any other issues that might be appropriately addressed at a prehearing conference prior to the claim construction hearing.

Dated: May 2, 2023

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

*/s/ Michael R. Rueckheim*

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice Pending*
DEnzminger@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
*Pro Hac Vice Pending*
mhopkins@winston.com
**WINSTON & STRAWN LLP**
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

Juan Yaquian
State Bar No. 24110559
*Pro Hac Vice*
JYaquian@winston.com
**WINSTON & STRAWN LLP**

800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

***Attorneys for Defendants Micron Technology,
Inc., Micron Semiconductor Products, Inc.,
Micron Technology Texas LLC***

## CERTIFICATE OF SERVICE

I hereby certify that, May 2, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Michael Tezyan*
Michael Tezyan