# Exhibit 14



Tom's Hardware is supported by its audience. When you purchase through links on our site, we may earn an affiliate commission. Here's why you can trust us

# Micron Demos DDR5 RDIMM, Expands DDR5 Technology Enablement Program

By Anton Shilov published June 02, 2021

Micron is on track with DDR5 memory volume production later this year.

     Comments (0)



(Image credit: Micron)

Micron has showcased its DDR5 registered memory modules for servers and revealed that its DDR5 technology enablement program (TEP) has reached a milestone of 250 members from

over 100 companies. Micron are on track to ship DDR5 DRAM ICs and memory modules later this year when the appropriate platforms become available.

Micron was the first company to share progress of its DDR5 development with the public. Since the new technology is vastly different from previous DRAM standards, it is crucial for DRAM makers, platform developers, as well as makers of PCs and servers to collaborate early in a bid to get ready for DDR5 memory and platforms.

Micron kicked off its DDR5 technology enablement program (TEP) in 2020 and in that time it has brought together Cadence, Montage, Rambus, Renesas, and Synopsys with the aim to enable development of DDR5-supporting platforms. By now, the group has grown to over 250 members from more than 100 companies, including CPU and ASIC designers.



(Image credit: Micron)

Micron's DDR5 TEP is a 'one-stop-shop' where all the key technical information (such as datasheets, electrical, and thermal models) for developers and adopters is available. Also, Micron provides samples of DDR5 memory modules and components to members of its DDR5 TEP.

One of the first platforms to support DDR5 memory will be Intel's Alder Lake for client PCs, due Q4 2021. The client platform will use regular DDR5 memory modules that feature their own power supply circuitry and power management IC. Meanwhile, Intel also plans to launch its codenamed Sapphire Rapids processors for servers that will use registered DDR5 DIMMs. As it turns out, Micron already has samples of its DDR5 RDIMMs for upcoming servers.



### Anton Shilov

Freelance News Writer



Anton Shilov is a Freelance News Writer at Tom's Hardware US. Over the past couple of decades, he has covered everything from CPUs and GPUs to supercomputers and from modern process technologies and latest fab tools to high-tech industry trends.

**MORE ABOUT...**



**Best Memorial Day 3D Printer Deals 2022** ▶

**LATEST**



**WD Black SN850 2TB, 7,000 MBps SSD Now $264** ▶

SEE MORE LATEST ▶

**TOPICS**

INTEL    MEMORY    MICRON

💬 SEE ALL COMMENTS (0)

NO COMMENTS YET                    COMMENT FROM THE FORUMS ▶