# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00203 <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Defendants") Unopposed Motion to Temporarily Change Lead Counsel Designation. After considering the motion, the Court finds that Defendants' Motion is well taken and is hereby GRANTED.

It is therefore ORDERED that Mr. Melsheimer is excused from the May 23, 2023 hearing. It is further ORDERED that Mr. Rueckheim shall be temporarily designated as lead counsel for Defendants until June 30, 2023.