# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Civil Action No. 2:22-CV-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC., § | |
| MICRON SEMICONDUCTOR § | |
| PRODUCTS, INC., AND MICRON § | |
| TECHNOLOGY TEXAS LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court, defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC move unopposed to temporarily designate Michael Rueckheim as lead counsel until June 30, 2023, on account of current lead counsel Tom Melsheimer's involvement in another case set in California. Dkt. No. 75. Having considered the motion, it is **GRANTED IN PART**. The Clerk of Court is **ORDERED** to designate Michael Rueckheim as lead counsel of record for defendants. At the appropriate time, defendants may move to redesignate Tom Melsheimer.

**SIGNED this 17th day of May, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE