# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-CV-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC., | ) JURY TRIAL DEMANDED |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC., AND MICRON | ) ▮▮▮▮▮ |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST INC.'S MOTION TO COMPEL PRODUCTION OF TECHNICAL DOCUMENTS

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1.  I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Production of Technical Documents. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.  Attached as **Exhibit 1** is a true and correct copy of email correspondence between counsel for Netlist and counsel for Micron between May 2, 2023 and May 11, 2023.

Executed on May 12, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby