# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) Civil Action |
| | ) No. 2:22-cv-00203-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) |
| Defendants. | ) |

**DECLARATION OF MATTHEW HOPKINS IN SUPPORT OF DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

**I, Matthew Hopkins, declare as follows:**

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants' Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC (Collectively "Micron) in the above-captioned action. I am a member in good standing of the State Bar of District of Columbia and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Micron's Motion to Stay Pending Resolution of *Inter Partes* Review of the Asserted Patents. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as Exhibit A is a true and correct copy of the Decision Granting Institution of *Inter Partes* Review and Granting Motion for Joinder in IPR2023-00205 dated March 17, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2022, in McLean, Virginia.

By */s/ Matthew Hopkins*
Matthew Hopkins
