# EXHIBIT A

Trials@uspto.gov   Paper 7
571-272-7822   Date: March 17, 2023

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR
PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,
Petitioner,

v.

NETLIST, INC.,
Patent Owner.

IPR2023-00205
Patent 10,860,506 B2

Before PATRICK M. BOUCHER, JON M. JURGOVAN, and
DANIEL J. GALLIGAN, *Administrative Patent Judges*.

GALLIGAN, *Administrative Patent Judge*.

DECISION
Granting Institution of *Inter Partes* Review
*35 U.S.C. § 314*
Granting Motion for Joinder
*35 U.S.C. § 315(c); 37 C.F.R. § 42.122*

IPR2023-00205
Patent 10,860,506 B2

## I. DISCUSSION

*Inter partes* review of U.S. Patent 10,860,506 B2 ("'506 patent") was instituted in IPR2022-00711 ("711 IPR") based on a petition filed by Samsung Electronics Co., Ltd. ("Samsung"). 711 IPR, Papers 1, 14. In this proceeding, Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Petitioner") concurrently filed a Petition (Paper 3) and a Motion for Joinder (Paper 2) seeking to be joined as a petitioner in the 711 IPR. Petitioner represents that Samsung, the petitioner in the 711 IPR, does not oppose joinder. Motion 2. Patent Owner did not file an opposition to the Motion.

> The statute governing *inter partes* review joinder states the following:
>
> JOINDER.—If the Director institutes an inter partes review, the Director, in his or her discretion, may join as a party to that inter partes review any person who properly files a petition under section 311 that the Director, after receiving a preliminary response under section 313 or the expiration of the time for filing such a response, determines warrants the institution of an inter parties review under section 314.

35 U.S.C. § 315(c).

The time for filing a preliminary response to the Petition has expired, and Patent Owner did not file one. *See* 37 C.F.R. 42.107(b) ("The preliminary response must be filed no later than three months after the date of a notice indicating that the request to institute an *inter partes* review has been granted a filing date."); Paper 4 (filing date notice entered on December 9, 2022).

The standard for instituting an *inter partes* review is set forth in 35 U.S.C. § 314(a), which provides that an *inter partes* review may not be instituted unless the information presented in the Petition and the Preliminary Response shows "there is a reasonable likelihood that the

2

IPR2023-00205
Patent 10,860,506 B2

petitioner would prevail with respect to at least 1 of the claims challenged in the petition."

The patentability challenges in the 711 IPR met the "reasonable likelihood" standard of § 314(a). 711 IPR, Paper 14 at 34. Petitioner represents that the Petition "is substantively identical to" the petition in the 711 IPR. Motion 1. Petitioner presents the following grounds in this Petition, which are identical to the instituted grounds in the 711 IPR:

| Claim(s) Challenged | 35 U.S.C. § | Reference(s)/Basis |
|---|---|---|
| 1, 2, 4, 6, 7, 11, 13–15, 17, 18 | 103(a)[1] | Hiraishi,[2] Butt[3] |
| 3, 5, 12, 16 | 103(a) | Hiraishi, Butt, Ellsberry[4] |
| 8–10, 19, 20 | 103(a) | Hiraishi, Butt, Kim[5] |
| 1, 2, 4, 6, 7, 11, 13–15, 17, 18 | 103(a) | Hiraishi, Butt, Tokuhiro[6] |
| 3, 5, 12, 16 | 103(a) | Hiraishi, Butt, Tokuhiro, Ellsberry |
| 8–10, 19, 20 | 103(a) | Hiraishi, Butt, Tokuhiro, Kim |

Pet. 1; *see* 711 IPR, Paper 14 at 7, 34 (identifying same grounds and instituting *inter partes* review).

We determine that Petitioner has demonstrated a reasonable likelihood of prevailing with respect to at least one challenged claim of the '506 patent

---

[1] The Leahy-Smith America Invents Act ("AIA"), Pub. L. No. 112-29, 125 Stat. 284, 287–88 (2011), amended 35 U.S.C. § 103 and became effective March 16, 2013. For this proceeding, Petitioner assumes that the '506 patent has an effective priority date before this date (Pet. 2) and applies the pre-AIA version of § 103.
[2] US 2010/0312956 A1, published Dec. 9, 2010 (Ex. 1005).
[3] US 2007/0008791 A1, published Jan. 11, 2007 (Ex. 1029).
[4] US 2006/0277355 A1, published Dec. 7, 2006 (Ex. 1007).
[5] US 6,184,701 B1, issued Feb. 6, 2001 (Ex. 1008).
[6] US 8,020,022 B2, issued Sept. 13, 2011 (Ex. 1006).

3

IPR2023-00205
Patent 10,860,506 B2

for the reasons given in the institution decision in the 711 IPR and that the Petition warrants institution.  *See* 711 IPR, Paper 14 at 10–34.

As discussed above, Petitioner's Motion is unopposed by Samsung and Patent Owner.  We have reviewed the Motion, and we determine that it is appropriate under these circumstances to join Petitioner as a party to the 711 IPR.

## II.  ORDER

Accordingly, it is

ORDERED that, pursuant to 35 U.S.C. § 314(a) and 37 C.F.R. § 42.4, an *inter partes* review is hereby instituted on the challenges raised in the Petition;

FURTHER ORDERED that Petitioner's Motion for Joinder with IPR2022-00711 is *granted*, and Petitioner is hereby joined as a petitioner in IPR2022-00711;

FURTHER ORDERED that the grounds on which trial in IPR2022-00711 were instituted are unchanged, and no other grounds are added in IPR2022-00711;

FURTHER ORDERED that the Scheduling Order entered in IPR2022-00711 (Paper 15) and the Parties' stipulation to modify Dates 1, 2, and 3 (Paper 17) shall govern the trial schedule in IPR2022-00711;

FURTHER ORDERED that Petitioner's role in IPR2022-00711 shall be limited as stated by Petitioner in the Motion for Joinder (Paper 3 at 6–9) unless and until Samsung is terminated from that proceeding;

FURTHER ORDERED that the case caption in IPR2022-00711 shall be changed to reflect joinder of Petitioner in accordance with the attached example;

4

IPR2023-00205
Patent 10,860,506 B2

FURTHER ORDERED that a copy of this Decision be entered into the record of IPR2022-00711; and

FURTHER ORDERED that all further filings shall be made in IPR2022-00711.

IPR2023-00205
Patent 10,860,506 B2

PETITIONER:

Matthew A. Hopkins
WINSTON & STRAWN LLP
mhopkins@winston.com

PATENT OWNER:

Hong Annita Zhong
Jonathan M. Lindsay
IRELL & MANELLA LLP
NetlistIPR@irell.com
hzhong@irell.com
jlindsay@irell.com

6

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

SAMSUNG ELECTRONICS CO., LTD, MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR PRODUCTS, INC., and
MICRON TECHNOLOGY TEXAS LLC,[7]
Petitioner,

v.

NETLIST, INC.,
Patent Owner.

IPR2022-00711
Patent 10,860,506 B2

---

[7] Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC filed a motion for joinder and a petition in IPR2023-00205 and have been joined as petitioners in this proceeding.