**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 2:22-cv-00203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON | ) | |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF**
***INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

Before the Court is Defendants' Motion to Stay Pending Resolution of *Inter Partes*

Review of the Asserted Patents.

Having considered the motion, and for good cause shown, the motion is hereby

GRANTED.

IT IS SO ORDERED.