IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> MICRON TECHNOLOGY, INC., § <br> MICRON SEMICONDUCTOR § <br> PRODUCTS, INC., AND MICRON § <br> TECHNOLOGY TEXAS LLC, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00203-JRG-RSP |

## ORDER

It is **ORDERED** that Michael Paul is hereby appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Paul's contact information is as follows:

    Michael D. Paul
    Michael D. Paul, PLLC
    26110 High Timber Pass St.
    San Antonio, TX 78260-8041
    Phone: (210) 473-8696
    Email: mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to mdeanpaul@gmail.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Paul within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Paul no later than one business day after filing future claim construction material.

**SIGNED this 23rd day of May, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE