# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON | ) JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before this Court is the parties' Joint Motion for Leave to Take Claim Construction Expert Deposition Out of Time and Permit a Sur-Reply. Having considered the Motion, the Court is of the opinion that it should be and hereby is GRANTED. It is therefore **ORDERED** that the parties may complete Dr. Stone's deposition on or before June 27, 2023. Additionally, it is **ORDERED** that in the event that Netlist cites Dr. Stone's testimony in its reply claim construction brief, Micron may file a sur-reply claim construction brief limited to addressing citations to Dr. Stone's deposition in Netlist's reply brief by July 5, 2023.