IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:22-CV-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court, plaintiff Netlist, Inc. and defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC move jointly for leave to depose defendants' claim construction expert Dr. Stone out of time and to permit a claim construction sur-reply. Having considered the motion, it is **GRANTED**. The parties may depose Dr. Stone by June 27, 2023, and defendants may file a sur-reply brief limited to addressing Dr. Stone's deposition by July 5, 2023.

**SIGNED this 25th day of May, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE