**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0203-JRG-RSP |
| | § | |
| MICRON TECHNOLOGY, INC., ET AL. | § | |

---

**Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**May 30, 2023**

**OPEN:   2:02 pm**                                                                 **ADJOURN: 2:44 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jason Sheasby |
| | Yanan Zhao |
| ATTORNEY FOR DEFENDANTS: | Mike Rueckheim |
| | Wes Hill |
| LAW CLERK: | Morgan Dixon |
| COURT REPORTER: | April Hargett |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Jason Sheasby introduced co-counsel and announced ready.  Wes Hill introduced co-counsel and announced ready.

Mr. Sheasby informed the Court that the parties have resolved the issues in Plaintiff's Motion to Compel Production of Technical Documents (Dkt. No. 74) and read the agreements into the record.

Yanan Zhao then argued Plaintiff's Motion to Compel Production of Sales, Financials, and Marketing Documents Relating to Micron's Accused Products (Dkt. No. 73).  Mr. Rueckheim responded.

After the break, the parties agreed to continue this hearing on June 23, 2023 at 1:30 p.m.  The parties were instructed to file a joint notice by June 22, 2023 informing the court what issues remain.