# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S OPPOSITION TO MICRON DEFENDANTS' MOTION TO STAY (Dkt. 80)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Opposition to Micron Defendants' Motion to Stay. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of a November 11, 2022 letter from Yanan Zhao, counsel for Netlist, to Michal Rueckheim, counsel for Micron.

3. Attached as **Exhibit 2** is a true and correct copy of Micron's Invalidity Contentions dated November 21, 2022.

4. Attached as **Exhibit 3** is a true and correct copy of a screenshot of Netlist's website for available DDR4 and DDR5 DIMMs products, at https://netlist.com/products/memory-module/ddr4-dimms/ and https://netlist.com/products/memory-module/ddr5-dimms/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2023, in Los Angeles, CA.

By */s/ Jason G. Sheasby*
Jason G. Sheasby