# Exhibit 3






PRODUCTS

# MEMORY MODULE

## DDR3 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR3 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.



**LEARN MORE**



# DDR4 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR4 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.



LEARN MORE





**LEARN MORE**

# DDR5 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR5 DIMMs. All memory and storage products are 100% system tested from -40˚C to +95˚C for Industrial Temp Grade and from 0˚C to +85˚C for Commercial Temp Grade.



| PRODUCTS | SALES SUPPORT |
|---|---|
| Enterprise SSD | US & International |
| Embedded Flash | Sales Inquiry |
| Memory Module | |
| **COMPANY** | **INVESTORS** |
| About Netlist | News |

Case 2:22-cv-00203-JRG-RSP    Document 94-4    Filed 06/05/23    Page 5 of 14 PageID #:  4438

| Leadership | Events and Presentations |
| Contact | SEC Filings |
| Sitemap | Financial Document Lib |
| | Management |
| | Gov Docs |
| | Responsibility |
| | Stock Chart |
| | Analyst Coverage |
| | Email Alerts |



⬇NLST 4,36 -0,19 -4,18%

© 2023 Netlist. All Rights Reserved.





PRODUCTS / MEMORY MODULE

# DDR4 DIMMs

## INTRODUCTION

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR4 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade. Netlist's rigorous testing process is specifically designed to ensure these modules will operate reliably in harsh, long-life computing environments and densely configured computing applications with limited airflow.

Available in registered and unbuffered with ECC or non-ECC configurations, include standard Low-Profile height, Very Low Profile and Mini DIMMs. OEMs can choose Netlist industry-standard and custom modules with confidence knowing Netlist designs, manufactures, and rigorously tests each unit.



LRDIMM

VLP SORDIMM SOUDIMM

VLP RDIMM UDIMM

VLP MINI RDIMM UDIMM

SORDIMM SOUDIMM

RDIMM UDIMM

MINI RDIMM UDIMM

# DDR4 DIMMs

### FEATURES

- JEDEC Standard 1.2V+/-0.06V Power Supply
- VDDQ = 1.2V+/-0.06V
- VPP = 2.5V (2.375V to 2.75V)
- VDDSPD = 2.5V +/-10%
- Operating Temperature
  - $T_{CASE}$ = 0°C to +85°C for Commercial Temp Grade
  - $T_{CASE}$ = -40°C to +95°C for Industrial Temp Grade
- Data Transfer Rates
  - Up to PC4-3200
- 8-bit pre-fetch
- Bi-Directional Differential Data Strobe
- On Die Termination using ODT pin
- Temperature sensor with integrated SPD
- Burst Length (BL) switch on-the-fly BL8 or BC4 (Burst Chop)
- Temperature sensor with integrated
- RoHS compliant (Lead-free)
- Conformal Coating and BGA underfill are available upon request

### BENEFITS

- Long term supply
- Locked BOM support
- High quality
- 100% system level testing
- Technical support

## PRODUCT LINE-UP

| | DENSITY | ORGANIZATION | MAX SPEED | PART NUMBER |
|---|---|---|---|---|
| RDIMM | 64GB | 8Gx72 (2Rank) | 3200MT/s | NLX8G7T44G031D32wxyz(l) |
| | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLX4G7T42G071D32wxyz(l) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLX2G7T41G071D32wxyz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLX1G7T41G071D32wxyz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLX517T451071D32wxyz(l) |
| ECC UDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLX4G7242G071D32A0yz(l) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLX2G7241G071D32A0yz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLX1G7241G071D32A0yz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLX5172451071D32A0yz(l) |
| Non-ECC UDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NLX4G6441G071D32A0yz(l) |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NLX2G6441G071D32A0yz(l) |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NLX1G6441G071D32A0yz(l) |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NLX5164451071D32A0yz(l) |
| ECC SoDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLY4G7244G071D32A0yz(l) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLY2G7242G071D32A0yz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLY1G7241G071D32A0yz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLY5172451071D32A0yz(l) |
| Non-ECC SoDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NLY4G6442G071D32A0yz(l) |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NLY2G6441G071D32A0yz(l) |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NLY1G6441G071D32A0yz(l) |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NLY5164451071D32A0yz(l) |
| SO-RDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLY4G7T42G071D32wxyz(l) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLY2G7T41G071D32wxyz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLY1G7T41G071D32wxyz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLY517T451071D32wxyz(l) |
| VLP RDIMM | 32GB | 4Gx72 (1Rank) | 3200MT/s | NVX4G7T44G031D32wxyz(l) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVX2G7T41G071D32wxyz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVX1G7T41G071D32wxyz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVX517T451071D32wxyz(l) |
| VLP ECC UDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NVX4G7242G071D32A0yz(l) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVX2G7241G071D32A0yz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVX1G7241G071D32A0yz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVX5172451071D32A0yz(l) |
| VLP Non-ECC UDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NVX4G6442G071D32A0yz(l) |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NVX2G6441G071D32A0yz(l) |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NVX1G6441G071D32A0yz(l) |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NVX5164451071D32A0yz(l) |

| | | | | |
|---|---|---|---|---|
| VLP So-RDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NVY4G7T42G071D32wxyz(l) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVY2G7T41G071D32wxyz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVY1G7T41G071D32wxyz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVY517T451071D32wxyz(l) |
| Mini RDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NMX2G7T41G071D32wxyz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NMX1G7T41G071D32wxyz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NMX517T451071D32wxyz(l) |
| Mini ECC-UDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NMX2G7241G071D32A0yz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NMX1G7241G071D32A0yz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NMX5172451071D32A0yz(l) |
| Mini Non-ECC UDIMM | 16GB | 2Gx64 (2Rank) | 3200MT/s | NMX2G6441G071D32A0yz(l) |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NMX1G6441G071D32A0yz(l) |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NMX5164451071D32A0yz(l) |
| Mini VLP RDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NUX2G7T41G071D32wxyz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NUX1G7T41G071D32wxyz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NUX517T451071D32wxyz(l) |
| Mini VLP ECC UDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NUX2G7241G071D32A0yz(l) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NUX1G7241G071D32A0yz(l) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NUX5172451071D32A0yz(l) |
| Mini VLP Non-ECC UDIMM | 16GB | 2Gx64 (2Rank) | 3200MT/s | NUX2G6441G071D32A0yz(l) |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NUX1G6441G071D32A0yz(l) |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NUX5164451071D32A0yz(l) |

## APPLICATIONS

- IOT computing / storage servers
- Network servers and equipment
- Industrial systems

- Ruggedized industrial servers
- Medical Equipment

- Embedded systems
- Automotive Applications

## MARKETING COLLATERAL



Netlist DDR4 DIMMs Product Brief

PRODUCTS
Enterprise SSD
Embedded Flash
Memory Module

SALES SUPPORT
US & International
Sales Inquiry

COMPANY

About Netlist

Leadership

Contact

Sitemap

INVESTORS

News

Events and Presentations

SEC Filings

Financial Document Lib

Management

Gov Docs

Responsibility

Stock Chart

Analyst Coverage

Email Alerts



NLST 4,36 -0,05 -1,13%
© 2023 Netlist. All Rights Reserved.



PRODUCTS / MEMORY MODULE

# DDR5 DIMMs

## INTRODUCTION

DDR5 is the latest iteration of DRAM technology. It promises to offer significant performance improvements over its predecessor, DDR4, with increased data transfer rates, higher memory densities, and lower power consumption. DDR5 DIMMs are the physical modules that contain DDR5 memory chips and are used to expand the memory capacity of a computer system. DDR5 DIMMs have larger burst lengths than DDR4, with a burst length of 16 vs. 8, which allows for a greater amount of data to be transferred between the memory and the CPU.

DDR5 DIMMs also feature improved error correction capabilities, x80 vs. x72 with DDR4, making them more reliable and less prone to data corruption. DDR5 DIMMs operate at a voltage of 1.1 volts, which is lower than the 1.2 volts required by DDR4 DIMMs. This, combined with other power-saving features, makes DDR5 DIMMs more energy-efficient than their predecessors. DDR5 RDIMM includes a Power Management Integrated Circuit (PMIC) to manage power consumption, voltage regulation, and other aspects of power delivery. This is not present in DDR4 because it is a newer technology, designed with more advanced power management features to support higher memory speeds and lower power consumption. Overall, DDR5 DRAM DIMMs represent a significant upgrade in memory technology and are expected to become the standard for high-performance computing in the years to come.

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR5 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade. Netlist's rigorous testing process is specifically designed to ensure these modules will operate reliably in harsh, long-life computing environments and densely configured computing applications with limited airflow.

Available in registered and unbuffered with ECC or non-ECC configurations, DIMM form factors include standard Low-Profile and Very Low Profile heights. OEMs can choose Netlist industry-standard and custom modules with confidence knowing Netlist designs, manufactures, and rigorously tests each unit.



RDIMM          VLP RDIMM

UDIMM          SODIMM

## DDR5 DIMMs

## FEATURES

- Data rates up to 6400 Mbps
- Burst Length (BL16)
- On-Die Error Correction Coding (ECC)
- Post-Package Repair
- Refresh Management
- CRC (write & read)
- Decision Feedback Equalization (DFE)
- Temperature Sensor-ICs on DIMM
- Enhanced Training Modes
- Up to 256GB RDIMM capacity
- Reduced I/O voltage (1.1V)
- Multiple DIMM Form Factors: RDIMM, VLP RDIMM, UDIMM and SODIMM in Non-ECC and ECC

## BENEFITS

- Locked BOM Support
- JEDEC Compliant
- 100% System level testing
- Technical support
- Customization

## NETLIST DDR5 RDIMM ORDERING INFORMATION

|   | DENSITY | ORGANIZATION | MAX SPEED | PART NUMBER |
|---|---|---|---|---|
| RDIMM | 16GB | 1Rx8 | 4800MT/s | NLR4G0054G0748200HA |
| | | | 5600MT/s | NLR4G0054G0756200HA |
| | 32GB | 1Rx4 | 4800MT/s | NLR5G0054G0348200HA |
| | | | 5600MT/s | NLR5G0054G0356200HA |
| | | 2Rx8 | 4800MT/s | NLR5G0054G0748200HA |
| | | | 5600MT/s | NLR5G0054G0756200HA |
| | 48GB | 1Rx4 | 4800MT/s | NLRFG0054G0348200HA |
| | | | 5600MT/s | NLRFG0054G0356200HA |
| | | 2Rx8 | 4800MT/s | NLRFG0054G0748200HA |
| | | | 5600MT/s | NLRFG0054G0756200HA |
| | 64GB | 2Rx4 | 4800MT/s | NLR6G0054G0348200HA |
| | | | 5600MT/s | NLR6G0054G0356200HA |
| | 96GB | 2Rx4 | 4800MT/s | NLRCG0054G0348200HA |
| | | | 5600MT/s | NLRCG0054G0356200HA |
| | 128GB | 4Rx4 | 4800MT/s | NLR7G0054G3B48209HM |
| | | | 5600MT/s | NLR7G0054G3B56209HA |
| | 128GB | 4RX4 | 4800MT/s | NLR7G0054G3B48200HA |
| VLP RDIMM | 16GB | 1Rx8 | 4800MT/s | NVR4G0054G0748201HA |
| | | | 5600MT/s | NVR4G0054G0756202HA |
| | 32GB | 2Rx8 | 4800MT/s | NVR5G0054G0748201HA |
| | | | 5600MT/s | NVR5G0054G0756202HA |
| | 48GB | 2Rx8 | 4800MT/s | NVRFG0054G0748201HA |
| | | | 5600MT/s | NVRFG0054G0756202HA |

## NETLIST DDR5 UDIMM AND SODIMM ORDERING INFORMATION

| | DENSITY | ORGANIZATION | MAX SPEED | PART NUMBER |
|---|---|---|---|---|
| nECC UDIMM | 8GB | 1Rx16 | 4800MT/s | NLU3G0054G1548200HA |
| | 16GB | 1Rx8 | | NLU4G0054G0748200HA |
| | 32GB | 2Rx8 | | NLU5G0054G0748200HA |
| | 48GB | 2Rx8 | | NLUFG0054G0748200HA |
| nECC UDIMM | 8GB | 1Rx16 | 5600MT/s | NLU3G0054G1556200HA |
| | 16GB | 1Rx8 | | NLU4G0054G0756200HA |
| | 32GB | 2Rx8 | | NLU5G0054G0756200HA |
| | 48GB | 2Rx8 | | NLUFG0054G0756200HA |
| ECC UDIMM | 16GB | 1Rx8 | 4800MT/s | NLE4G0054G0748200HA |
| | 32GB | 2Rx8 | | NLE5G0054G0748200HA |
| | 48GB | 2Rx8 | | NLEFG0054G0748200HA |
| ECC UDIMM | 16GB | 1Rx8 | 5600MT/s | NLE4G0054G0756200HA |
| | 32GB | 2Rx8 | | NLE5G0054G0756200HA |
| | 48GB | 2Rx8 | | NLEFG0054G0756200HA |
| nECC SODIMM | 8GB | 1Rx16 | 4800MT/s | NLS3G0054G1548200HA |
| | 16GB | 1Rx8 | | NLS4G0054G0748200HA |
| | 32GB | 2Rx8 | | NLS5G0054G0748200HA |
| | 48GB | 2Rx8 | | NLSFG0054G0748200HA |
| nECC SODIMM | 8GB | 1Rx16 | 5600MT/s | NLS3G0054G1556200HA |
| | 16GB | 1Rx8 | | NLS4G0054G0756200HA |
| | 32GB | 2Rx8 | | NLS5G0054G0756200HA |
| | 48GB | 2Rx8 | | NLSFG0054G0756200HA |
| ECC SODIMM | 16GB | 1Rx8 | 4800MT/s | NLT4G0054G0748200HA |
| | 32GB | 2Rx8 | | NLT5G0054G0748200HA |
| | 48GB | 2Rx8 | | NLTFG0054G0748200HA |
| ECC SODIMM | 16GB | 1Rx8 | 5600MT/s | NLT4G0054G0756200HA |
| | 32GB | 2Rx8 | | NLT5G0054G0756200HA |
| | 48GB | 2Rx8 | | NLTFG0054G0756200HA |

### APPLICATIONS

- Client PC
- WS/Server
- AI/ML
- HPC Workloads
- Industrial

### ADDED VALUE

- Side Fill
- Conformal Coating
- Rugged Clip
- Heat Spreader

**MARKETING COLLATERAL**

Netlist DDR5 DIMMs Product Brief

## PRODUCTS

Enterprise SSD

Embedded Flash

Memory Module

## COMPANY

About Netlist

Leadership

Contact

Sitemap

## SALES SUPPORT

US & International

Sales Inquiry

## INVESTORS

News

Events and Presentations

SEC Filings

Financial Document Lib

Management

Gov Docs

Responsibility

Stock Chart

Analyst Coverage

Email Alerts



⬇NLST 4,36 -0,05 -1,13%
© 2023 Netlist. All Rights Reserved.