# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having considered Micron Defendants' Motion to Stay, Plaintiff Netlist, Inc.'s Opposition, and supporting documents attached thereto, is of the opinion that said motion should be **DENIED**.

**IT IS SO ORDERED.**