# Exhibit 1

Exhibit 1 to Plaintiff Netlist, Inc.'s Motion To Compel
Or In The Alternative To Modify The Protective Order Regarding Inspection Of Micron Materials

| Entry | Excerpt |
|---|---|
| **[#1]**<br><br>Oct. 25, 2022 email from Ryuk Park (Micron counsel) to Yanan Zhao (Netlist counsel) | **From:** Park, Ryuk <RPark@winston.com><br>**Sent:** Tuesday, October 25, 2022 6:43 PM<br>**To:** Zhao, Yanan <yzhao@irell.com> [at al.]<br>**Subject:** RE: 2022-10-03 Netlist Proposed Discovery Order<br><br>**Confidential**<br><br>Yanan,<br><br>. . . .<br><br>As for the delays, making the source code available at Micron's facilities expedites the inspections.  As I explained during our call, reviewing at least some of Micron's "source code" – such as chip layouts – requires third-party software that has been customized.  Having the inspections occur at Micron's Boise, Idaho facilities simplifies the logistics since the customized review tools will be available there.  Also, if Netlist encounters any technical issues with the customized review tool(s), resources may be more readily available there to assist and resolve such issues.<br><br>. . . .<br><br>Regards,<br><br>Ryuk |
| **[#2]**<br><br>Mar. 16, 2023 email from Mike Rueckheim (Micron's counsel) to Tom Werner (Netlist's counsel) | **From:** Rueckheim, Mike <MRueckheim@winston.com><br>**Sent:** Thursday, March 16, 2023 11:01 AM<br>**To:** Werner, Tom TWerner@irell.com [at al.]<br>**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Source Code Materials<br><br>Tom,<br><br>We can accommodate Netlist's request for source code inspection on Monday, March 20, 2023, continuing through and including Wednesday, March 22, 2023, provided Netlist will accept Micron employee's assistance during the review per the protective order requirement.  If this is acceptable, please provide us with names of the reviewers (anyone in addition to Kaushik Mitra) who will be arriving so that we may add them to the visitors list.  We will follow up with instructions/directions.<br><br>The assistance from Micron employee is not only helpful as the person is familiar with the third-party review tool but also ███████████████████████ ▓.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  This is one of the reasons the Protective Order includes a provision with regards to Micron's employee assisting the review.  In our view, this is the simplest and most efficient way forward for enabling the source code inspections.<br><br>. . . .<br><br>-Mike |