# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:22-CV-203-JRG |
| ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., ) | |
| MICRON SEMICONDUCTOR ) | |
| PRODUCTS, INC., AND MICRON ) | |
| TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF NETLIST, INC.'S
## MOTION TO COMPEL OR IN THE ALTERNATIVE TO MODIFY THE
## PROTECTIVE ORDER REGARDING INSPECTION OF MICRON MATERIALS

The Court, having considered the briefing submitted by the parties in connection with Plaintiff Netlist's Motion To Compel Or In The Alternative To Modify The Protective Order Regarding Inspection Of Micron Materials, hereby ORDERS that, with respect to the Protective Order governing this Action (Dkt. 46), the Micron Defendants shall provision the Source Code Computer(s) with any and all search or review tool(s) in any of their possession that is or are necessary to view any Source Code Material, including acquiring any necessary licenses, such that Netlist is able to use any and all such search and review tool(s) without having to involve any Micron employee or other representative.