# EXHIBIT 9

| | |
|---|---|
| **From:** | Rueckheim, Mike <MRueckheim@winston.com> |
| **Sent:** | Thursday, April 27, 2023 11:06 AM |
| **To:** | Tezyan, Michael; Park, Ryuk |
| **Cc:** | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| **Subject:** | RE: Micron 203 | P.R. 4-1 Claim Construction Meet and Confer |

Netlist counsel,

As a follow up to our last claim construction call, Micron agrees to the following changes to the proposed claim construction positions in order to streamline the issues for the Court and address the primary disagreements between the parties that we have identified at this time. Please let us know your thoughts.

1) 506 patent:
   a. Micron proposes that the parties agree to not pursue construction of the "module control device on the module board configurable to receive input C/A signals corresponding to a memory read operation via the C/A signal lines and to output registered C/A signals in response to the input C/A signals and to output module control signals" term identified on Micron's LPR 4-2 disclosure page 8.
2) 339 patent:
   a. Micron proposes that the parties agree to not pursue construction of the "modular controller" terms identified on Micron's LPR 4-2 disclosure pages 30-39.
   b. Micron narrows the "drive" terms identified on Micron's LPR 4-2 disclosure pages 9-29 to the following and proposes incorporating Judge Payne's construction ("enabling only one of the data paths while the other possible paths are disabled") into these terms:
      i. "to actively drive a respective byte-wise section of the N-bit wide write data" (claim 1) = "enable only one of the data paths for the respective byte-wise section of the N-bit wide write data while the other possible data paths for the same write data are disabled"
      ii. "to actively drive a respective section of the N-bit wide write data" (claim 11) = "enabling only one of the data paths for the respective section of the N-bit wide write data while the other possible data paths for the same write data are disabled"
      iii. "to drive [the first/a second] subsection of the respective section of the N-bit wide write data" (claim 11) = "enable only one of the data paths for [the first/a second] subsection of the respective section of the N-bit wide write data while the other possible data paths for the same write data are disabled"
      iv. "actively drive a respective section of the [first/second] N-bit wide data" (claim 19) = "enable only one of the data paths of a respective section for the [first/second] N-bit wide data while the other possible data paths for the same data are disabled"
      v. "to drive the respective n-bit section of the [write/read] data" (claim 27) = "enable only one of the data paths for the respective n-bit section of the [write/read] data while the other possible data paths for the same [write/read] data are disabled"
3) 918/054 patents:
   a. Micron proposes that the parties agree to not pursue construction of the "A memory module" term (918 and 054 patents) identified on Micron's LPR 4-2 disclosure page 46, the "registers" term (918 patent) identified on Micron's LPR 4-2 disclosure pages 49-50, and the "SDRAM" term (918 and 054 patents) identified on Micron's LPR 4-2 disclosure page 52.
   b. For the 054 patent, Micron is adding the following terms for the Court's construction: "first operable state" / "second operable state" to be construed as first operable state = "state in which a controller and a non-volatile memory subsystem are operatively decoupled (e.g., isolated) from a volatile memory

subsystem by at least one circuit"; second operable state = "state in which the volatile memory subsystem is operatively coupled to the controller to allow data to be communicated between the volatile memory subsystem and the nonvolatile memory subsystem via the controller"; or in the alternative = indefinite. The "first operable state" / "second operable state" / "operable state" terms should be removed from the list of potentially agreed constructions.

4) 060/160 patents:
   a. Micron is adding the following terms for the Court's construction: "die interconnect[s] in electrical communication with the . . . group of array dies and not in electrical communication with the . . . group" to be construed as "electrical communication" refers to coupling such that electricity can flow between the interconnects and the group of array dies.

**Michael R. Rueckheim**
**Partner**
Winston & Strawn LLP
D: +1 650-858-6433
M: +1 713-444-4447
winston.com



**From:** Tezyan, Michael <mtezyan@irell.com>
**Sent:** Thursday, April 27, 2023 8:56 AM
**To:** Rueckheim, Mike <MRueckheim@winston.com>; Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Micron 203 | P.R. 4-1 Claim Construction Meet and Confer

Counsel,

We understood from Tuesday's meet and confer that Micron would be sending us its updated constructions in writing, at least for the "electrical communication" and "operable state" terms.  Can you please provide those ASAP so that we can have a meaningful opportunity to consider?

Thanks,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

**From:** Rueckheim, Mike <MRueckheim@winston.com>
**Sent:** Monday, April 24, 2023 11:35 PM
**To:** Tezyan, Michael <mtezyan@irell.com>; Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]