# EXHIBIT 15





# Murata Manufacturing Co., Ltd

# Power Supply Reference Guide for **XILINX®** FPGAs



**Inside:**
- Power Requirements of Xilinx Solutions in Typical Applications
- DC-DC Converter Selection Tables
- Reference Designs and List of Materials

Samsung Electronics Co., Ltd.

Ex. 1042, p. 1

# Power Requirements of Xilinx Solutions in Typical Applications



This information is intended to provide the designer with a general understanding of the power requirements of Xilinx FPGA families in typical applications. Simulation examples are shown in Appendix 1.
The number of logic gates, operating frequency and other factors affect the value of current consumption. Please refer to the Xilinx Power Consumption Tools, available at **www.xilinx.com/power**, for closer approximations specific to individual applications.

**\* Unless otherwise specified all ICCO estimates represent the total operating current contributions of all I/O banks on the FPGAs measured at 85°C ambient temperature.**

| | Spartan™-3/3E/3L | Spartan™–IIE | Spartan™–II | Virtex™–5 | Virtex™–4 | Virtex–II Pro™ | Virtex™–II |
|---|---|---|---|---|---|---|---|
| $V_{CCINT}$ | 1.2V @0.2A-5A | 1.8V @0.2A-1.5A | 2.5V @0.2A-1A | 1.0V @0.2A-15A | 1.2V @0.2A-20A | 1.5V @0.2A-20A | 1.5V @0.2A-20A |
| $V_{CCO}$ | 1.2V-3.3V @50mA-3A | 1.5V-3.3V @50mA-0.5A | 1.5V-3.3V @50mA-0.5A | 1.2V-3.3V @50mA-5A | 1.2V-3.3V @50mA-3A | 1.5V-3.3V @50mA-3A | 1.5V-3.3V @50mA-3A |
| $V_{CCAUX}$ | 2.5V @50mA-0.3A | – | – | 2.5V @50mA-0.7A | 2.5V @50mA-0.7A | 2.5V @50mA-0.3A | 3.3V @50mA-0.3A |
| $AV_{CCAUXTX}$ | – | – | – | – | 1.2V @150mA | 2.5V @60mA/MGT | – |
| $AV_{CCAUXRX}$ | – | – | – | – | 1.2V @200mA | 2.5V @35mA/MGT | – |
| $AV_{TTX}$ | – | – | – | – | 1.2V-1.575V @50mA | 1.8V-2.625V @15mA/MGT | – |
| $AV_{TRX}$ | – | – | – | – | 1.0V-2.625V @15mA | 1.8V-2.625V @30mA/MGT | – |

Cautionary Note:
1. These power requirement numbers are estimated using Xilinx power tools, and, these numbers represent specific applications or implementations of FPGAs.
   Users' specific applications may run at lower or higher power consumption levels.

2. Murata is happy to provide these estimates for use by customers as a guideline, however no guarantee is offered as to the accuracy of the numbers represented herein.

Samsung Electronics Co., Ltd.
Ex. 1042, p. 2

# DC-DC Converter Selection Tables


**muRata**
*Innovator in Electronics*

## Selection Table for Spartan™-3E/3/3L

### Table1. DC-DC Converter Selection Table for Spartan™-3E Device

| Xilinx | | | | muRata Solutions | |
|---|---|---|---|---|---|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC3S100E XC3S250E XC3S500E XC3S1200E XC3S1600E | $V_{CCINT}$ | 1.2V | 0.2A-2A | MPD4S014S(1.3A/1A) MPD5S025S(1.6A/1.6A) MPD6S012S(3A) MPDTY102S(2A) | MPD4S014S(1.3A/1A) |
| | $V_{CCO}$ | 1.2V-3.3V | 50mA-2A | | |

### Table2. DC-DC Converter Selection Table for Spartan™-3 Device

| Xilinx | | | | muRata Solutions | |
|---|---|---|---|---|---|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC3S50 XC3S200 XC3S400 XC3S1000 XC3S1500 XC3S2000 XC3S4000 XC3S5000 | $V_{CCINT}$ | 1.2V | 0.2A-5A | MPD4S014S(1.3A/1A) MPD5S025S(1.6A/1.6A) MPD6S012S(3A) MPDTY102S(2A) MPDTY301S(7A) | MPD4S014S(1.3A/1A) MPDTY303S(8A) MPDTH12050WAS(6A) |
| | $V_{CCO}$ | 1.2V-3.3V | 50mA-3A | MPDTY302S(7A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | |

### Table3. DC-DC Converter Selection Table for Spartan™-3L Device

| Xilinx | | | | muRata Solutions | |
|---|---|---|---|---|---|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC3S1000L XC3S1500L XC3S4000L | $V_{CCINT}$ | 1.2V | 0.2A-4A | MPD4S014S(1.3A/1A) MPD5S025S(1.6A/1.6A) MPD6S012S(3A) | MPD4S014S(1.3A/1A) MPDTH12050WAS(6A) |
| | $V_{CCO}$ | 1.2V-3.3V | 50mA-3A | MPDTY102S(2A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | |

Note : The Xilinx devices' current requirements in these tables were calculated based on intensive design. Please refer to Appendix 1 for details.

Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 3

# DC-DC Converter Selection Tables



## Selection Table for Spartan™-II/IIE

**Table4. DC-DC Converter Selection Table for Spartan™-IIE Device**

| Xilinx | | | | muRata Solutions | |
|---|---|---|---|---|---|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC2S50E XC2S100E XC2S150E XC2S200E XC2S300E XC2S400E XC2S600E | $V_{CCINT}$ | 1.8V | 0.2A-1.5A | MPD4S014S(1.3A/1A) MPD5S025S(1.6A/1.6A) MPDTY102S(2A) | MPD4S014S(1.3A/1A) |
| | $V_{CCO}$ | 1.5V-3.3V | 50mA-0.5A | | |

**Table5. DC-DC Converter Selection Table for Spartan™-II Device**

| Xilinx | | | | muRata Solutions | |
|---|---|---|---|---|---|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC2S15 XC2S30 XC2S50 XC2S100 XC2S150 XC2S200 | $V_{CCINT}$ | 2.5V | 0.2A-1A | MPD4S014S(1.3A/1A) MPD5S025S(1.6A/1.6A) MPDTY102S(2A) | MPD4S014S(1.3A/1A) |
| | $V_{CCO}$ | 1.5V-3.3V | 50mA-0.5A | | |

Note : The Xilinx devices' current requirements in these tables were calculated based on intensive design. Please refer to Appendix 1 for details.

Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 4

# DC-DC Converter Selection Tables



## Selection Table for Virtex™-5

**Table6. DC-DC Converter Selection Table for Virtex™-5 Device**

| Xilinx | | | | muRata Solutions | |
|--------|--|--|--|------------------|--|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC5VLX30 XC5VLX50 XC5VLX85 XC5VLX110 XC5VLX220 XC5VLX330 | $V_{CCINT}$ | 1.0V | 0.2A-15A | MPDTY301S(7A) MPDTY302S(7A) MPDTY311S(16A) MPDTY312S(16A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) MPDTH03060WAS(10A) MPDTH05060WAS(10A) MPDTH03010WAS(15A) MPDTH05010WAS(15A) | MPDTY303S(8A) MPDTH12050WAS(6A) MPDTH12060WAS(10A) MPDTH12010WAS(12A) |
| | $V_{CCO}$ | 1.2V-3.3V | 50mA-5A | MPD6S012S(3A) MPDTY102S(2A) MPDTY301S(7A) MPDTY302S(7A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | MPDTY303S(8A) MPDTH12050WAS(6A) |
| | $V_{CCINT}/V_{COO}$ with  Large Load Transient | 1.0V-3.3V | 0.2A-15A | MPDRX002S(16A) | MPDRX004S(12A) MPDRX103S(12A) MPDRX104S(16A) |

Note : The Xilinx devices' current requirements in these tables were calculated based on intensive design. Please refer to Appendix 1 for details.

Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 5

# DC-DC Converter Selection Tables



## Selection Table for Virtex™-4

**Table7. DC-DC Converter Selection Table for Virtex™-4 Device**

| Xilinx | | | | muRata Solutions | |
|---|---|---|---|---|---|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC4VLX15 XC4VLX25 XC4VLX40 XC4VLX60 XC4VLX80 XC4VLX100 XC4VLX160 XC4VLX200 XC4VSX25 XC4VSX35 XC4VSX55 XC4VFX12 XC4VFX20 XC4VFX40 XC4VFX60 XC4VFX100 | $V_{CCINT}$ | 1.2V | 0.2A-20A | MPDTY301S(7A) MPDTY302S(7A) MPDTY311S(16A) MPDTY312S(16A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) MPDTH03060WAS(10A) MPDTH05060WAS(10A) MPDTH03010WAS(15A) MPDTH05010WAS(15A) MPDTH03020WAS(22A) MPDTH05020WAS(22A) | MPDTY303S(8A) MPDTH12050WAS(6A) MPDTH12060WAS(10A) MPDTH12010WAS(12A) MPDTH12020WAS(18A) MPDTH12030WAS(26A) |
| | $V_{CCO}$ | 1.2V-3.3V | 50mA-3A | MPD6S012S(3A) MPDTY102S(2A) MPDTY301S(7A) MPDTY302S(7A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | MPDTY303S(8A) MPDTH12050WAS(6A) |
| | $V_{CCINT}/V_{COO}$ with Large Load Transient | 1.2V-3.3V | 0.2A-20A | MPDRX002S(16A) | MPDRX004S(12A) MPDRX103S(12A) MPDRX104S(16A) |

Note : The Xilinx devices' current requirements in these tables were calculated based on intensive design. Please refer to Appendix 1 for details.

Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 6

# DC-DC Converter Selection Tables



## Selection Table for Virtex-II Pro™

**Table8. DC-DC Converter Selection Table for Virtex-II Pro™ Device**

| Xilinx | | | | muRata Solutions | |
|---|---|---|---|---|---|
| Device | Type | Voltage | Current | Vin=3.0-5.5V | Vin=10.8-13.2V |
| XC2VP2 XC2VP4 XC2VP7 XC2VP20 XC2VPX20 XC2VP30 | $V_{CCINT}$ | 1.5V | 0.2A-6A | MPD6S012S(3A) MPDTY102S(2A) MPDTY301S(7A) MPDTY302S(7A) | MPDTY303S(8A) MPDTH12050WAS(6A) |
| | $V_{CCO}$ | 1.5V-3.3V | 50mA-3A | MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | |
| | $V_{CCINT}/V_{COO}$ with Large Load Transient | 1.5V-3.3V | 0.2A-6A | MPDRX002S(16A) | MPDRX004S(12A) MPDRX103S(12A) MPDRX104S(16A) |
| XC2VP40 XC2VP50 XC2VP70 XC2VPX70 XC2VP100 | $V_{CCINT}$ | 1.5V | 0.2A-20A | MPDTY301S(7A) MPDTY302S(7A) MPDTY311S(16A) MPDTY312S(16A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) MPDTH03060WAS(10A) MPDTH05060WAS(10A) MPDTH03010WAS(15A) MPDTH05010WAS(15A) MPDTH03020WAS(22A) MPDTH05020WAS(22A) | MPDTY303S(8A) MPDTH12050WAS(6A) MPDTH12060WAS(10A) MPDTH12010WAS(12A) MPDTH12020WAS(18A) MPDTH12030WAS(26A) |
| | $V_{CCO}$ | 1.5V-3.3V | 50mA-3A | MPD6S012S(3A) MPDTY102S(2A) MPDTY301S(7A) MPDTY302S(7A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | MPDTY303S(8A) MPDTH12050WAS(6A) |
| | $V_{CCINT}/V_{COO}$ with Large Load Transient | 1.5V-3.3V | 0.2A-20A | MPDRX002S(16A) | MPDRX004S(12A) MPDRX103S(12A) MPDRX104S(16A) |

Note : The Xilinx devices' current requirements in these tables were calculated based on intensive design. Please refer to Appendix 1 for details.

Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 7

# DC-DC Converter Selection Tables



## Selection Table for Virtex™-II

**Table9. DC-DC Converter Selection Table for Virtex™-II Device**

| Device | Type | Voltage | Current | muRata Solutions Vin=3.0-5.5V | Vin=10.8-13.2V |
|---|---|---|---|---|---|
| XC2V40 XC2V80 XC2V250 XC2V500 XC2V1000 XC2V1500 XC2V2000 XC2V3000 | $V_{CCINT}$ | 1.5V | 0.2A-6A | MPD6S012S(3A) MPDTY102S(2A) MPDTY301S(7A) MPDTY302S(7A) | MPDTY303S(8A) MPDTH12050WAS(6A) |
| | $V_{CCO}$ | 1.5V-3.3V | 50mA-3A | MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | |
| | $V_{CCINT}/V_{CCO}$ with Large Load Transient | 1.5V-3.3V | 0.2A-6A | MPDRX002S(16A) | MPDRX004S(12A) MPDRX103S(12A) MPDRX104S(16A) |
| XC2V4000 XC2V6000 XC2V8000 | $V_{CCINT}$ | 1.5V | 0.2A-20A | MPDTY301S(7A) MPDTY302S(7A) MPDTY311S(16A) MPDTY312S(16A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) MPDTH03060WAS(10A) MPDTH05060WAS(10A) MPDTH03010WAS(15A) MPDTH05010WAS(15A) MPDTH03020WAS(22A) MPDTH05020WAS(22A) | MPDTY303S(8A) MPDTH12050WAS(6A) MPDTH12060WAS(10A) MPDTH12010WAS(12A) MPDTH12020WAS(18A) MPDTH12030WAS(26A) |
| | $V_{CCO}$ | 1.5V-3.3V | 50mA-3A | MPD6S012S(3A) MPDTY102S(2A) MPDTY301S(7A) MPDTY302S(7A) MPDTY411S(7A) MPDTY412S(7A) MPDTH03050WAS(6A) MPDTH05050WAS(6A) | MPDTY303S(8A) MPDTH12050WAS(6A) |
| | $V_{CCINT}/V_{CCO}$ with Large Load Transient | 1.5V-3.3V | 0.2A-20A | MPDRX002S(16A) | MPDRX004S(12A) MPDRX103S(12A) MPDRX104S(16A) |

Note : The Xilinx devices' current requirements in these tables were calculated based on intensive design. Please refer to Appendix 1 for details.

Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 8

# Power Supply Reference Design List



### Table1. Spartan™-3/3E/3L Reference Design

| #Design | 1.2V | 3.3V | 2.5V | Description | Page |
|---|---|---|---|---|---|
| 1 | 1.3A | 0.8A | 0.2A | 4.5-13.2Vinput, Triple Output MPD4S014S | 10 |
| 2 | 1.6A | 1.4A | 0.2A | 5Vinput, Triple Output MPD5S025S | 11 |
| 3 | 3A | 3A | 0.4A | 5Vinput, MPD6S012S × 2 | 12 |
| 4 | 3A | - | 0.4A | 3.3Vinput, MPD6S012S | 13 |
| 5 | 7A | 7A | 0.4A | 5Vinput, MPDTY411S × 2 | 14 |
| 6 | 8A | 8A | 0.4A | 6.5-14Vinput, MPDTY303S × 2 | 15 |

### Table2. Spartan™-II/IIE Reference Design

| #Design | 2.5V/1.8V | 3.3V | - | Description | Page |
|---|---|---|---|---|---|
| 1 | 1.3A | 1A | - | 4.5-13.2Vinput, Triple Output MPD4S014S | 16 |

### Table3. Virtex™-5 Reference Design

| #Design | 1.0V | 3.3V/1.8V | 2.5V | Description | Page |
|---|---|---|---|---|---|
| 1 | 7A | 7A | 0.7A | 5Vinput, MPDTY411S × 2 | 17 |
| 2 | 12A | 8A | 0.7A | 7-14Vinput, MPDRX004S+MPDTY303S | 18 |
| 3 | 16A | 8A | 0.7A | 5Vinput, MPDRX002S+MPDTY301S | 19 |
| 4 | 16A | 12A | 0.7A | 12Vinput, MPDRX103S+MPDRX104S | 20 |

### Table4. Virtex™-4 Reference Design

| #Design | 1.2V | 3.3V | 2.5V | Description | Page |
|---|---|---|---|---|---|
| 1 | 8A | 8A | 0.7A | 6.5-14Vinput, MPDTY303S × 2 | 21 |
| 2 | 12A | 8A | 0.7A | 7-14Vinput, MPDRX004S+MPDTY303S | 22 |
| 3 | 16A | 16A | 0.7A | 5Vinput, MPDRX002S+MPDTY311S | 23 |
| 4 | 18A | 18A | 0.7A | 12Vinput, MPDTH12020WAS × 2 | 24 |

### Table5. Virtex-II Pro™ Reference Design

| #Design | 1.5V | 3.3V | 2.5V | Description | Page |
|---|---|---|---|---|---|
| 1 | 8A | 8A | 0.4A | 6.5-14Vinput, MPDTY303S × 2 | 25 |
| 2 | 12A | 8A | 0.4A | 7-14Vinput, MPDRX004S+MPDTY303S | 26 |
| 3 | 16A | 16A | 0.4A | 5Vinput, MPDRX002S+MPDTY311S | 27 |
| 4 | 18A | 18A | 0.4A | 12Vinput, MPDTH12020WAS × 2 | 28 |

### Table6. Virtex™-II Reference Design

| #Design | 1.5V | 3.3V | - | Description | Page |
|---|---|---|---|---|---|
| 1 | 12A | 8A | - | 7-14Vinput, MPDRX004S+MPDTY303S | 29 |
| 2 | 16A | 16A | - | 5Vinput, MPDTY311S+MPDTY301S | 30 |

Note:    The current values in these tables indicate the power supply currrent rating.
            The FPGA alone does not necessarily require these supply current levels.

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 9



# Spartan™-3/3E/3L Design1 4.5-13.2V-Input, 1.3A Solution

**[ Features ]**
- 3-Output configuration of the MPD4S014S makes it simple to use.
- Wide Input Voltage Range
- SIP configuration saves PCB space.
- Adjustable Start-up Sequence via On/Off Control Pins.
- Trimmable Output Voltages (Vout1 & Vout2)

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|---|---|---|---|---|
| M1 | 1 | 1.2A/0.9A/0.3A-out DC-DC converter, Triple, SIP | Murata | MPD4S014S |
| C1,C2,C3,C4 | 4 | Ceramic, 1uF, 16V, B, 10% | Murata | GRM188B31C105KA92 |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP04601 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 2.29kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 1.8kΩ, 1/16W, 0.5% | Std | Std |

# Spartan™-3/3E/3L Design2 5V-Input, 1.6A Solution



**[ Features ]**
- 3-Output configuration of the MPD5S025S makes it simple to use.
- SIP configuration saves PCB space.
- Adjustable Start-up Sequence via On/Off Control Pins.
- Trimmable Output Voltages (Vout1 & Vout2)

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|---|---|---|---|---|
| M1 | 1 | 1.6A/1.6A/0.3A-out DC-DC converter, Triple, SIP | Murata | MPD5S025S |
| C1,C2,C3,C4 | 4 | Ceramic, 1uF, 16V, B, 10% | Murata | GRM188B31C105KA92 |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP04601 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 2.29kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 1.8kΩ, 1/16W, 0.5% | Std | Std |

Samsung Electronics Co., Ltd.
Ex. 1042, p. 11

# Spartan™-3/3E/3L Design3 5V-Input, 3A Solution



**[ Features ]**
- SIP configuration saves PCB space.
- Adjustable Start-up Sequence via On/Off Control Pins.
- Wide input voltage range of MPD6S012S is from 3.0V to 5.5V.
- Trimmable Output Voltage (1.1V to 3.6V)

**[Schematic ]**

**4.3-5.5V Supply**

Q1  C1

MPD6S012S
- 1:Vin    9,10:VOUT
- 6:GND    7:GND
- 2:ON/OFF  8:Adjust

M1

C3   LDO   IC1   3.3V   **VCCO**

R3   2.5V   C5   **VCCAUX**

R1

C2

MPD6S012S
- 1:Vin    9,10:VOUT
- 6:GND    7:GND
- 2:ON/OFF  8:Adjust

M2

to other devices

C4   1.2V   **VCCINT**

R4

Q1

R2

Spartan™-3/3E/3L

to other devices

**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 3A-out DC-DC converter, SIP | Murata | MPD6S012S |
| C1,C2,C3,C4 | 4 | Ceramic, 0.1uF, 50V, R, 10% | Murata | GRM188R11H104KA93 |
| C5 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP04601 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 131.5kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 750Ω, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 12



# Spartan™-3/3E/3L Design4
# 3.3V-Input, 3A Solution

## [ Features ]
- SIP configuration saves PCB space.
- Adjustable Start-up Sequence via On/Off Control Pins.
- Wide input voltage range of MPD6S012S is from 3.0V to 5.5V.
- Trimmable Output Voltage (1.1V to 3.6V)

## [Schematic ]



## [ Bill of Materials ]

| Reference | Qty | Description | Manufacturer | Part Number |
|---|---|---|---|---|
| M1 | 1 | 3A-out DC-DC converter, SIP | Murata | MPD6S012S |
| C1,C2 | 2 | Ceramic, 0.1uF, 50V, R, 10% | Murata | GRM188R11H104KA93 |
| C3 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| R1 | 1 | 750Ω, 1/16W, 0.5% | Std | Std |



# Spartan™-3/3E/3L Design5
# 5V-Input, 7A Solution

## [ Features ]
- Industry-Standard Pin Compatibility, Small Footprint, High Efficiency
- Adjustable Start-up Sequence via On/Off Control Pins.
- Trimmable Output Voltage (0.8V to 3.3V)

## [Schematic ]



## [ Bill of Materials ]

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 7A-out DC-DC converter, SMD | Murata | MPDTY411S |
| C1,C2 | 2 | Poly-Aluminum, 100uF, 6.3V | Panasonic | EEFUD0J101XR |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| Q1 | 1 | 50V, 150mA | Panasonic | 2SD1819A |
| R1,R2 | 2 | 22 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 5.46kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 60.9kΩ, 1/16W, 0.5% | Std | Std |

Samsung Electronics Co., Ltd.
Ex. 1042, p. 14

# Spartan™-3/3E/3L Design6
# 6.5-14V-Input, 8A Solution



**[ Features ]**
- Low Profile (H<4.2mm)
- Wide Input Range
- High .Efficiency (92% @ Rated Current)
- Adjustable Start-up Sequence via On/Off Control Pins
- Trimmable Output Voltage (0.8V to 5.5V)

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|---|---|---|---|---|
| M1,M2 | 2 | 8A-out DC-DC converter, SMD | Murata | MPDTY303S |
| C1,C2 | 2 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 4.01kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 45.35kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 15

# Spartan™-II/IIE Design1
# 4.5-13.2V-Input, 1.3A Solution



## [ Features ]
- 3-Output configuration of the MPD4S014S makes it simple to use.
- Wide Input Voltage Range
- SIP configuration saves PCB space.
- Adjustable Start-up Sequence via On/Off Control Pins.
- Trimmable Output Voltages (Vout1 & Vout2)

## [Schematic ]



## [ Bill of Materials ]

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1 | 1 | 1.2A/0.8A/0.2A-out DC-DC converter, Triple, SIP | Murata | MPD4S014S |
| C1,C2,C3 | 3 | Ceramic, 1uF, 16V, B, 10% | Murata | GRM188B31C105KA92 |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP04601 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 35.51kΩ for Spartan™-II 10.68kΩ   for Spartan™-IIE 1/16W, 0.5% | Std | Std |
| R4 | 1 | 1.8kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at** http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

SAMSUNG Electronics Co., Ltd.
Ex. 1042, p. 16



# Virtex™-5 Design1
# 5V-Input, 7A Solution

## [ Features ]
- Industry-Standard Pin Compatibility, Small Footprint, High Efficiency
- Adjustable Start-up Sequence via On/Off Control Pins.
- Trimmable Output Voltage (0.8V to 3.3V)

## [Schematic ]



## [ Bill of Materials ]

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 7A-out DC-DC converter, SMD | Murata | MPDTY411S |
| C1,C2 | 2 | Poly-Aluminum, 100uF, 6.3V | Panasonic | EEFUD0J101XR |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| Q1 | 1 | 50V, 150mA | Panasonic | 2SD1819A |
| R1,R2 | 2 | 22 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 10.43kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 126.9kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 17

# Virtex™-5 Design2
# 7-14V-Input, 12A Solution



**[ Features ]**
- Industry-Standard Pin Compatible, Fast Transient Response, MPDRX004S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 8A-out DC-DC converter, SMD | Murata | MPDTY303S |
| M3 | 1 | 12A-out DC-DC converter, SMD | Murata | MPDRX004S |
| C1-C3 | 3 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C4-C6 | 3 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 7.73kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 15.86kΩ, 1/16W, 0.5% | Std | Std |
| R5 | 1 | 22.1kΩ, 1/16W, 0.5% | Std | Std |

# Virtex™-5 Design3
# 5V-Input, 16A Solution



**[ Features ]**
- Industry-Standard Pin Compatible, Fast Transient Response, MPDRX002S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 7A-out DC-DC converter, SMD | Murata | MPDTY301S |
| M3 | 1 | 16A-out DC-DC converter, SMD | Murata | MPDRX002S |
| C1-C6 | 6 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 5.53kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 16.4kΩ, 1/16W, 0.5% | Std | Std |
| R5 | 1 | 22.1kΩ, 1/16W, 0.5% | Std | Std |

# Virtex™-5 Design4
# 12V-Input, 16A Solution



**[ Features ]**
- Industry-Standard Pin Compatible, Fast Transient Response, MPDRX103S / 104S.
- SIP configuration saves PCB space.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1 | 1 | 12A-out DC-DC converter, SIP | Murata | MPDRX104S |
| M2 | 1 | 16A-out DC-DC converter, SIP | Murata | MPDRX103S |
| C1,C2 | 2 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| Q1 | 1 | 50V, 150mA | Panasonic | 2SD1819A |
| R1,R2 | 2 | 22 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 6.18kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 22.1kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 20



# Virtex™-4  Design1
# 6.5-14V-Input, 8A Solution

**[ Features ]**
- Low Profile (H<4.2mm), High Efficiency MPDTY303S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**

**6.5-14V Supply**

MPDTY303S (M1): Vin, Vout, SENSE, GND, GND, ON/OFF, VAR — to other devices 3.3V

MPDTY303S (M2): Vin, Vout, SENSE, GND, GND, ON/OFF, VAR — to other devices 1.2V

LDO IC1 — 2.5V

C1, C2, C3, C4, C5, C6, C7, C8, C9

R1, R2, R3, R4, Q1

IC2, IC3, IC4, IC5 — LDO

**Analog Power Section**

VCCO, VCCAUX, VCCINT, AVCCAUXTX, AVCCAUXRX, AVTRX, AVTTX

**Virtex™ -4**

**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 8A-out DC-DC converter, SMD | Murata | MPDTY303S |
| C1,C2 | 2 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5-C9 | 5 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 700mA-out | Torex | XC6210P252DR |
| IC2-IC5 | 4 | 1.2V LDO, 700mA-out | Torex | XC6210P122DR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 4.01kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 45.35kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html**.

**2006 Sep**

SAMSUNG Electronics Co., Ltd.
Ex. 1042, p. 21

# Virtex™-4  Design2
# 7-14V-Input, 12A Solution



**[ Features ]**
- Fast Transient Response, High Efficiency MPDRX004S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1 | 1 | 8A-out DC-DC converter, SMD | Murata | MPDTY303S |
| M2 | 1 | 12A-out DC-DC converter, SMD | Murata | MPDRX004S |
| C1,C2 | 2 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 700mA-out | Torex | XC6210P252DR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 4.01kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 8.5kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 22



# Virtex™-4  Design3
# 5V-Input, 16A Solution

## [ Features ]
▪ Fast Transient Response, High Efficiency MPDRX002S.
▪ Adjustable Start-up Sequence via On/Off Control Pins.

## [Schematic ]



## [ Bill of Materials ]

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1 | 1 | 16A-out DC-DC converter, SMD | Murata | MPDTY311S |
| M2 | 1 | 16A-out DC-DC converter, SMD | Murata | MPDRX002S |
| C1-C4 | 4 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 700mA-out | Torex | XC6210P252DR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 560Ω, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 8.5kΩ, 1/16W, 0.5% | Std | Std |

Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 23



# Virtex™-4  Design4
# 12V-Input, 18A Solution

## [ Features ]
- Auto-Tracking Feature Makes Sequencing Design Easy
- Point-of-Load Alliance Device; MPDTH12020WAS (M1,M2)

## [Schematic ]



## [ Bill of Materials ]

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 18A-out DC-DC converter, SMD | Murata | MPDTH12020WAS |
| C1,C3 | 2 | Poly-Aluminum, 560uF, 25V | Panasonic | EEUFC1E561S |
| C2,C4 | 2 | Ceramic, 10uF, 16V, R, 10% | Murata | GRM32DR11C106KA01 |
| C5 | 1 | Ceramic, 0.1uF, 50V, R, 10% | Murata | GRM188R11H104KA93 |
| C6,C7 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C8 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 700mA-out | Torex | XC6210P252DR |
| Q1 | 1 | 30V, 100mA | Rohm | 2SK3019FTL |
| R1 | 1 | 22 kΩ, 1/16W, 5% | Std | Std |
| R2 | 1 | 2kΩ, 1/16W, 0.5% | Std | Std |

Samsung Electronics Co., Ltd.
Ex. 1042, p. 24



# Virtex-II Pro™  Design1
# 6.5-14V-Input, 8A Solution

## [ Features ]
- Low Profile (H<4.2mm), High Efficiency MPDTY303S.
- Adjustable Start-up Sequence via On/Off Control Pins.

## [Schematic ]



## [ Bill of Materials ]

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 8A-out DC-DC converter, SMD | Murata | MPDTY303S |
| C1,C2 | 2 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5-C9 | 5 | Tantalum, 1uF, 10V | Std | Std |
| IC1-IC5 | 5 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 4.01kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 24.3kΩ, 1/16W, 0.5% | Std | Std |

Samsung Electronics Co., Ltd.
Ex. 1042, p. 25



# Virtex-II Pro™  Design2
# 7-14V-Input, 12A Solution

**[ Features ]**
- Fast Transient Response, High Efficiency MPDRX004S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1 | 1 | 8A-out DC-DC converter, SMD | Murata | MPDTY303S |
| M2 | 1 | 12A-out DC-DC converter, SMD | Murata | MPDRX004S |
| C1,C2 | 2 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C3,C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 4.01kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 2.671kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at** http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 26

# Virtex-II Pro™  Design3
# 5V-Input, 16A Solution



**[ Features ]**
- Fast Transient Response, High Efficiency MPDRX002S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1 | 1 | 16A-out DC-DC converter, SMD | Murata | MPDTY311S |
| M2 | 1 | 16A-out DC-DC converter, SMD | Murata | MPDRX002S |
| C1-C4 | 4 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C5 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 560Ω, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 2.67kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at** http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 27

# Virtex-II Pro™ Design4
# 12V-Input, 18A Solution



**[ Features ]**
- Auto-Tracking Feature Makes Sequencing Design Easy
- Point-of-Load Alliance Device; MPDTH12020WAS (M1,M2)

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1,M2 | 2 | 18A-out DC-DC converter, SMD | Murata | MPDTH12020WAS |
| C1,C3 | 2 | Poly-Aluminum, 560uF, 25V | Panasonic | EEUFC1E561S |
| C2,C4 | 2 | Ceramic, 10uF, 16V, R, 10% | Murata | GRM32DR11C106KA01 |
| C5 | 1 | Ceramic, 0.1uF, 50V, R, 10% | Murata | GRM188R11H104KA93 |
| C6,C7 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| C8 | 1 | Tantalum, 1uF, 10V | Std | Std |
| IC1 | 1 | 2.5V LDO, 400mA-out | Torex | XC6203P252FR |
| Q1 | 1 | 30V, 100mA | Rohm | 2SK3019FTL |
| R1 | 1 | 22 kΩ, 1/16W, 5% | Std | Std |
| R2 | 1 | 2kΩ, 1/16W, 0.5% | Std | Std |
| R3 | 1 | 24.8kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at** http://www.murata.com/power/fpga/xilinx/index.html.

**2006 Sep**

SAMSUNG Electronics Co., Ltd.
Ex. 1042, p. 28



# Virtex™-II  Design1
# 7-14V-Input, 12A Solution

**[ Features ]**
- Fast Transient Response, High Efficiency MPDRX004S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|-----------|-----|-------------|--------------|-------------|
| M1 | 1 | 8A-out DC-DC converter, SMD | Murata | MPDTY303S |
| M2 | 1 | 12A-out DC-DC converter, SMD | Murata | MPDRX004S |
| C1-C2 | 2 | Ceramic, 22uF, 16V, B, 10% | Murata | GRM32EB31C226KE16 |
| C3-C4 | 2 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 4.01kΩ, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 2.67kΩ, 1/16W, 0.5% | Std | Std |

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 29



# Virtex™-II  Design2
# 5V-Input, 16A Solution

**[ Features ]**
- Low Profile (H<4.2mm), High Efficiency MPDTY311S.
- Adjustable Start-up Sequence via On/Off Control Pins.

**[Schematic ]**



**[ Bill of Materials ]**

| Reference | Qty | Description | Manufacturer | Part Number |
|---|---|---|---|---|
| M1,M2 | 2 | 16A-out DC-DC converter, SMD | Murata | MPDTY311S |
| C1-C4 | 4 | Ceramic, 47uF, 6.3V, B, 20% | Murata | GRM31CB30J476ME18 |
| Q1 | 1 | Dual, 50V, 100mA | Panasonic | XP06501 |
| R1,R2 | 2 | 47 kΩ, 1/16W, 5% | Std | Std |
| R3 | 1 | 560Ω, 1/16W, 0.5% | Std | Std |
| R4 | 1 | 27.68kΩ, 1/16W, 0.5% | Std | Std |

# Appendix 1

**Power/Current Requirement SIMULATION Examples**



**muRata**

*Innovator in Electronics*

**\*\* This SIMULATION data is intended to provide designers with a general understanding of the power requirements of Xilinx FPGA families in typical applications.**
**The number of logic gates, operating frequency and so on affect the value of the current consumption. Please refer to the Xilinx "Power Consumption Tools," available at www.xilinx.com/power, for closer approximations specific to individual applications.**

## Power/Current Requirement Calculation Examples for Spartan™ Devices

| Series | Device | VCCINT (V) | VCCO (V) | ICCINT @100MHz (mA) | ICCO @100MHz (mA) |
|--------|--------|-----------|----------|---------------------|-------------------|
| Spartan™-IIE | XC2S50E | 1.8 | 3.3 | 201 | 71 |
| | XC2S100E | 1.8 | 3.3 | 260 | 79 |
| | XC2S150E | 1.8 | 3.3 | 362 | 104 |
| | XC2S200E | 1.8 | 3.3 | 442 | 114 |
| | XC2S300E | 1.8 | 3.3 | 529 | 129 |
| | XC2S400E | 1.8 | 3.3 | 786 | 161 |
| | XC2S600E | 1.8 | 3.3 | 1127 | 201 |

Routing=Medium; Toggle Rate=25%;
BRAM Port Width=8; Port A Read/Write Rate=25%; Port B Read/Write Rate=25%;
DLL Frequency Type=Low;
I/O=LVTTL_2; Input/Output=50%; Avg Toggle Rate=25%; Output load=10pF

| Series | Device | VCCINT (V) | VCCO (V) | VCCAUX (V) | ICCINT @100MHz (mA) | ICCO @100MHz (mA) |
|--------|--------|-----------|----------|-----------|---------------------|-------------------|
| Spartan™-3 | XC3S50 | 1.2 | 3.3 | 2.5 | 138 | 82 |
| | XC3S200 | 1.2 | 3.3 | 2.5 | 354 | 115 |
| | XC3S400 | 1.2 | 3.3 | 2.5 | 553 | 174 |
| | XC3S1000 | 1.2 | 3.3 | 2.5 | 1009 | 193 |
| | XC3S1500 | 1.2 | 3.3 | 2.5 | 1581 | 322 |
| | XC3S2000 | 1.2 | 3.3 | 2.5 | 2280 | 374 |
| | XC3S4000 | 1.2 | 3.3 | 2.5 | 3644 | 470 |
| | XC3S5000 | 1.2 | 3.3 | 2.5 | 4237 | 518 |

Tj=100degC
Routing=Medium; Toggle Rate=25%;
BRAM Port Width=18; Port A Read/Write Rate=25%; Port B Read/Write Rate=25%;
Mutiplier Data Toggle Rate=Medium;
DCM Freq Mode=Low;
I/O=LVCMOS33_12; Input/Output=50%; IOB Registers=DDR; Avg Toggle Rate=25%;
Average Output Enable Rate=50%; Output load=20pF;

| Series | Device | VCCINT (V) | VCCO (V) | VCCAUX (V) | ICCINT @100MHz (mA) | ICCO @100MHz (mA) |
|--------|--------|-----------|----------|-----------|---------------------|-------------------|
| Spartan™-3E | XC3S100E | 1.2 | 3.3 | 2.5 | 162 | 74 |
| | XC3S250E | 1.2 | 3.3 | 2.5 | 418 | 114 |
| | XC3S500E | 1.2 | 3.3 | 2.5 | 743 | 166 |
| | XC3S1200E | 1.2 | 3.3 | 2.5 | 1208 | 201 |
| | XC3S1600E | 1.2 | 3.3 | 2.5 | 1792 | 248 |

Tj=100degC
Routing=Medium; Toggle Rate=25%;
BRAM Port Width=18; Port A Read/Write Rate=25%; Port B Read/Write Rate=25%;
Mutiplier Data Toggle Rate=Medium;
DCM Freq Mode=Low;
I/O=LVCMOS33_12; Input/Output=50%; IOB Registers=DDR; Avg Toggle Rate=25%;
Average Output Enable Rate=50%; Output load=20pF;

**Download data sheets for DC-DC Converters mentioned in this reference guide at http://www.murata.com/power/fpga/xilinx/index.html.**

**2006 Sep**

Samsung Electronics Co., Ltd.
Ex. 1042, p. 31

# Appendix 1

**Power/Current Requirement SIMULATION Examples**


**muRata**
*Innovator in Electronics*

**\*\* This SIMULATION data is intended to provide designers with a general understanding of the power requirements of Xilinx FPGA families in typical applications.**
**The number of the logic gates, the operating frequency and so on changes the value of current consumption. Please refer to the Xilinx "Power Consumption Tools," available at www.xilinx.com/power, for closer approximations specific to individual applications.**

## Power/Current Requirements Calculation Examples for Virtex™-II Devices

| Series | Device | VCCINT (V) | VCCO (V) | VCCAUX (V) | ICCINT @100MHz (mA) | ICCO @100MHz (mA) | ICCAUX (mA) |
|---|---|---|---|---|---|---|---|
| Virtex™-II | XC2V40 | 1.5 | 3.3 | 3.3 | 166 | 60 | 100 |
| | XC2V80 | 1.5 | 3.3 | 3.3 | 317 | 82 | 100 |
| | XC2V250 | 1.5 | 3.3 | 3.3 | 919 | 136 | 100 |
| | XC2V500 | 1.5 | 3.3 | 3.3 | 1511 | 180 | 100 |
| | XC2V1000 | 1.5 | 3.3 | 3.3 | 2276 | 294 | 100 |
| | XC2V1500 | 1.5 | 3.3 | 3.3 | 3244 | 359 | 100 |
| | XC2V2000 | 1.5 | 3.3 | 3.3 | 4331 | 425 | 100 |
| | XC2V3000 | 1.5 | 3.3 | 3.3 | 6271 | 490 | 100 |
| | XC2V4000 | 1.5 | 3.3 | 3.3 | 9669 | 621 | 100 |
| | XC2V6000 | 1.5 | 3.3 | 3.3 | 13065 | 752 | 100 |
| | XC2V8000 | 1.5 | 3.3 | 3.3 | 18404 | 754 | 100 |

Tj=100degC
Routing=Medium; Toggle Rate=25%;
BRAM Port Width=18; Port A Read/Write Rate=25%; Port B Read/Write Rate=25%;
Mutiplier Data Toggle Rate=Medium;
DCM Freq Mode=Low ;
 I/O=LVCMOS33_12; Input/Output=50%; IOB Registers=DDR; Avg Toggle Rate=25%;
Average Output Enable Rate=50%; Output load=20pF;

| Series | Device | VCCINT (V) | VCCO (V) | VCCAUX (V) | ICCINT @100MHz (mA) | ICCO @100MHz (mA) | ICCAUX (mA) |
|---|---|---|---|---|---|---|---|
| Virtex-II Pro™ | XC2VP2 | 1.5 | 3.3 | 2.5 | 855 | 135 | 167 |
| | XC2VP4 | 1.5 | 3.3 | 2.5 | 1637 | 230 | 167 |
| | XC2VP7 | 1.5 | 3.3 | 2.5 | 2395 | 261 | 167 |
| | XC2VP20 | 1.5 | 3.3 | 2.5 | 4208 | 372 | 167 |
| | XC2VP30 | 1.5 | 3.3 | 2.5 | 6185 | 425 | 167 |
| | XC2VP40 | 1.5 | 3.3 | 2.5 | 8583 | 531 | 167 |
| | XC2VP50 | 1.5 | 3.3 | 2.5 | 10499 | 562 | 167 |
| | XC2VP70 | 1.5 | 3.3 | 2.5 | 14639 | 657 | 167 |
| | XC2VP100 | 1.5 | 3.3 | 2.5 | 19468 | 768 | 167 |

Tj=100degC
Routing=Medium; Toggle Rate=25%;
BRAM Port Width=18; Port A Read/Write Rate=25%; Port B Read/Write Rate=25%;
Mutiplier Data Toggle Rate=Medium;
DCM Freq Mode=Low ;
 I/O=LVCMOS33_12; Input/Output=50%; IOB Registers=DDR; Avg Toggle Rate=25%;
Average Output Enable Rate=50%; Output load=20pF;

Samsung Electronics Co., Ltd.
Ex. 1042, p. 32

# Appendix 1

**Power/Current Requirement SIMULATION Examples**



**\*\* This SIMULATION data is intended to provide designers with a general understanding of the power requirements of Xilinx FPGA families in typical applications.**
**The number of the logic gates, the operating frequency and so on changes the value of current consumption. Please refer to the Xilinx "Power Consumption Tools," available at www.xilinx.com/power, for closer approximations specific to individual applications.**

## Power/Current Requirements Calculation Examples for Virtex$^{TM}$-5 Devices

| Series | Device | VCCINT (V) | VCCO (V) | VCCAUX (V) | @200MHz (mA) | @200MHz (mA) | @200MHz (mA) |
|---|---|---|---|---|---|---|---|
| Virtex™-5 | XC5VLX30 | 1.0 | 1.8 | 2.5 | 1185 | 976 | 373 |
| | XC5VLX50 | 1.0 | 1.8 | 2.5 | 1821 | 976 | 501 |
| | XC5VLX85 | 1.0 | 1.8 | 2.5 | 3118 | 1951 | 811 |
| | XC5VLX110 | 1.0 | 1.8 | 2.5 | 3995 | 1951 | 811 |

Tj=100degC
Toggle Rate=25%; Average Fanout=2;
 I/O=SSTL Class II 1.8V; Input/Output=50%; IOB Registers=DDR; Avg Toggle Rate=25%;
Average Output Enable Rate=50%; Output load=20pF;
BRAM Port Width=18; Read/Write Rate=25%; Enable Rate=100%;
DCM Freq Mode=Low ;
Utilization Rate=100%;

SAMSUNG Electronics Co., Ltd.
Ex. 1042, p. 33