# EXHIBIT 17

```
 1            UNITED STATES PATENT AND TRADEMARK OFFICE
 2            BEFORE THE PATENT TRIAL AND APPEAL BOARD
 3
 4
 5     Samsung Electronics Co. Ltd.     Case No. IPR2022-00996
 6              Petitioner,             Patent No. 11,016,918
 7     vs.
 8     Netlist, Inc.,                   Case No. IPR2022-00999
 9              Patent Owner.           Patent No. 11,232,054
10     -------------------------------/
11
12
13        VIDEOCONFERENCE DEPOSITION OF ANDREW WOLFE, Ph.D.
14                     Thursday, March 16, 2023
15                     Volume I (Pages 1 - 199)
16
17
18
19
20
21
22
23     Reported Remotely and Stenographically by:
24     JANIS JENNINGS, CSR No. 3942, CLR, CCRR
25     Job No. 5807753
```

Page 1

```
 1  placed very close to a circuit, or in this case a      14:04
 2  chip, to provide a reservoir of electrical charge so   14:04
 3  that smaller peak currents can be pulled from the      14:04
 4  original power supply.  If you don't have that, you    14:04
 5  can get voltage dips or other kinds of spikes in the   14:04
 6  voltage.                                               14:04
 7      Q.  When --
 8      A.  The larger the current you're using in a --    14:04
 9  in a transient way, and the longer the distance        14:04
10  between the power supply and the chip that's           14:04
11  consuming the current, the greater the need for        14:05
12  bypass capacitors.                                     14:05
13          So by moving the power supply closer and       14:05
14  having a unique power supply for each DIMM rather      14:05
15  than a shared power supply for all the DIMMs, he can   14:05
16  reduce the requirement for bypass capacitors.  I       14:05
17  believe holdup capacitors are essentially the same     14:05
18  thing.                                                 14:05
19      Q.  When you say bypass capacitors are             14:05
20  capacitors that are placed very close to in this       14:05
21  case a chip, which chip are you referring to?          14:05
22      A.  Probably every chip on the DIMM, but most      14:05
23  importantly the DRAMs.                                 14:05
24      Q.  Okay.  So you are referring to the chips on    14:05
25  the DRAM, not to the, for example, the processes on    14:05
                                                      Page 118
```

```
 1  the motherboard?                                       14:05
 2      A.  They would also have bypass capacitors, but    14:05
 3  their requirements would not change.  It's only the    14:05
 4  ones that are being supplied local power in Harris'    14:05
 5  solution that would have a reduced need for bypass     14:06
 6  capacitors.                                            14:06
 7      Q.  So on page 9 of Exhibit 1028, there is         14:06
 8  listed a number of supply voltages.                    14:07
 9          Do you see that?                               14:07
10      A.  I do.  Four supply voltages.                   14:07
11      Q.  And for standard FB-DIMMs, these are the       14:07
12  voltages that are provided to the DIMM by the host;    14:07
13  is that right?                                         14:07
14      A.  For FB-DIMMs compliant with JEDEC standard     14:07
15  205, the voltages on page 9 are supplied from the      14:07
16  host to the DIMM.                                      14:07
17      Q.  Okay.  And in your combination of Harris and   14:07
18  FB-DIMM, is the combined system compliant with the     14:07
19  JEDEC standard?                                        14:07
20          MR. CHANDLER:  Object to form.                 14:07
21          THE WITNESS:  No, probably not.                14:08
22  BY MS. ZHONG:                                          14:08
23      Q.  So why would they be looking to the FB-DIMM    14:08
24  standard if they are not going to create a             14:08
25  JEDEC-compliant memory module?                         14:08
                                                      Page 119
```

```
 1          MR. CHANDLER:  Object to form.                 14:08
 2          THE WITNESS:  One, Harris specifically tells   14:08
 3  the reader that he can use a modification of the FBD   14:08
 4  standard as part of his invention.                     14:08
 5          But further than that, the FBD standard        14:08
 6  teaches how to use a buffer, it teaches details        14:08
 7  about what kinds of power supplies one might need      14:08
 8  for DRAM chips or for buffer chips or for              14:08
 9  termination, so there -- that Harris points to that    14:08
10  standard.  Harris mentions it as suitable, and then    14:09
11  there's lots of useful information there to inform a   14:09
12  person of ordinary skill who wants to design a DIMM.   14:09
13  BY MS. ZHONG:                                          14:09
14      Q.  Would the design rules change if you changed   14:09
15  the supply voltage for the FB-DIMM?                    14:09
16      A.  By "design rules," you mean the thicknesses    14:09
17  and spacing of conductors?                             14:09
18      Q.  Among other things, yes.                       14:09
19      A.  I'm not sure what "other things" you mean.     14:09
20  You would have to tell me.                             14:09
21      Q.  The trace placement, trace routing.            14:09
22      A.  Yeah, all of those things could change in      14:10
23  ordinary ways.  Every time you would make changes to   14:10
24  a DIMM, there is a possibility that some of those      14:10
25  things could change and those are ordinary             14:10
                                                      Page 120
```

```
 1  engineering tasks to re-implement them.                14:10
 2      Q.  Okay.  So what are they looking for exactly?   14:10
 3  You said there are a lot of information in the         14:10
 4  FB-DIMM standard that we'd be looking to.  What        14:10
 5  specifically are they looking for if all those         14:10
 6  things are going to change and it's within their       14:10
 7  skill set to know how to change them?                  14:10
 8      A.  Again, I cite a number of things throughout    14:10
 9  my report, throughout my declaration, so all of        14:10
10  those things are relevant.  But in particular, the     14:10
11  specific voltages that one might want to use for a     14:10
12  memory.                                                14:10
13      Q.  Uh-huh.
14      A.  And also the specific characteristics of an    14:10
15  exemplary memory buffer.  And the exemplary            14:11
16  characteristics of specific exemplary DRAM chips.      14:11
17          So those would be some of the things that      14:11
18  would be most important that one might learn from      14:11
19  the FB-DIMM standard, including the number of          14:11
20  voltages that are useful to use in a DIMM.             14:11
21      Q.  What do you mean by "the number of             14:11
22  voltages"?                                             14:11
23      A.  Well, we looked, for example, at the           14:11
24  specification that showed that there were four         14:11
25  important voltages on an FB-DIMM.  So that would       14:11
                                                      Page 121
```

```
 1  inform one that if one were to generate voltages   14:12
 2  from a 12-volt supply as suggested by Harris, that  14:12
 3  one would want to generate perhaps 4 voltages.     14:12
 4    Q.  Have you ever seen a host memory controller  14:12
 5  that is configured to provide 12 volts to a DIMM?  14:13
 6    A.  No.  It would be unusual for a host memory   14:13
 7  controller to supply the power to a DIMM.  The power  14:13
 8  supply generally does that.                        14:14
 9    Q.  And have you ever seen a power supply that   14:14
10  is configured to provide 12 volts to a DIMM at the 14:14
11  time of the invention?                             14:14
12    A.  Outside of Harris?                           14:14
13    Q.  Correct.                                     14:14
14    A.  I don't recall seeing that outside of       14:15
15  Harris.  It doesn't mean that nobody did, but I    14:15
16  don't recall seeing it.                            14:15
17    Q.  And at the time of the invention, were you  14:15
18  aware that -- aware of any computer power supply   14:15
19  systems that is configured to provide 12 volts to a 14:15
20  DIMM?                                              14:15
21    A.  I don't recall being aware of that, again,  14:15
22  other than from the Harris reference.              14:15
23    Q.  So you were -- back in 2007, you were aware 14:15
24  of Harris?                                         14:15
25    A.  No.  No.                                    14:15
                                            Page 122
```

```
 1    Q.  Back in 2007, were you aware of any         14:15
 2  references similar to Harris -- or systems?        14:15
 3    A.  There were definitely graphic cards at the  14:16
 4  time that used 12-volt power from the host to supply 14:16
 5  their on-board memory, their DRAM.  But that --    14:16
 6  those were not main memory DIMMs.                  14:16
 7    Q.  Okay.  Would you call those graphic cards   14:16
 8  memory modules?                                    14:16
 9    A.  They included memory modules, so they       14:16
10  included both a graphics processor and a graphics  14:16
11  memory.  That graphics memory was accessible by the 14:16
12  host computer, and it was powered by a separate    14:16
13  12-volt power supply with a regulator on the board. 14:16
14    ==Q.  I asked you, do you consider those graphic==   14:16
15  ==cards memory modules?==                              14:16
16    ==A.  They were modules that contained memory.==   14:16
17  ==But when we use the term "memory modules," we==    14:17
18  ==typically were referring to main memory modules.== It 14:17
19  depends on the context.                            14:17
20    Q.  When you say "main memory modules," what do 14:17
21  you mean?                                          14:17
22    A.  Memory modules that are designed to connect 14:17
23  to the primary memory controller for the purpose of 14:17
24  holding general purpose code and data in a computer 14:17
25  system.                                            14:17
                                            Page 123
```

```
 1    Q.  So, basically, memory modules would refer to 14:17
 2  the RAM modules; correct?                          14:17
 3    A.  Again, it depends on context.  But I think, 14:17
 4  most commonly, they would refer to -- or, you know, 14:17
 5  in that time frame, they would refer typically to  14:17
 6  ordinary memory DIMMs.  You know, what's on the    14:17
 7  graphics card is a RAM module.                     14:18
 8    Q.  What is a "module" versus a "DRAM package"? 14:18
 9    A.  A module is usually a collection of         14:18
10  components.                                        14:18
11        MR. CHANDLER:  Objection to form.           14:18
12  BY MS. ZHONG:                                      14:18
13    Q.  So a module usually refers to more than one 14:18
14  DRAM package?                                      14:18
15        MR. CHANDLER:  Objection.  Form.            14:18
16        THE WITNESS:  Again, so it's an ordinary    14:18
17  word that depends on context.  But usually in the  14:18
18  electronics field, a module is a subassembly of    14:18
19  components.                                        14:18
20  BY MS. ZHONG:                                      14:18
21    Q.  What do you mean by "components"?           14:18
22        MR. CHANDLER:  Objection to form.           14:18
23        THE WITNESS:  Again, it depends on context. 14:18
24  But a component in the most common usage probably in 14:19
25  electronics is -- again, it does depend on context, 14:19
                                            Page 124
```

```
 1  but when we are talking about circuit boards, a    14:19
 2  component would be a single physical package that  14:19
 3  got mounted on the circuit board.                  14:19
 4  BY MS. ZHONG:                                      14:19
 5    Q.  Okay.  So, basically, a module is usually an 14:19
 6  assembly of multiple components.                   14:19
 7        MR. CHANDLER:  Objection.  Form.            14:19
 8        THE WITNESS:  In an electronic circuit board 14:19
 9  context, that is the most common way that term is  14:19
10  used.                                              14:19
11  BY MS. ZHONG:                                      14:19
12    Q.  Okay.  And you said that at the time of the 14:19
13  invention, memory modules are generally understood 14:20
14  to be ones designed to connect to the primary memory 14:20
15  controller for the purpose of the holding general  14:20
16  purpose code and data in a computer system.        14:20
17    A.  If we were talking about them in a general  14:20
18  purpose computer context, I think that that would be 14:20
19  the most common understanding.                     14:20
20    Q.  Okay.  What about in the context of '918?   14:20
21  What is that understanding?                        14:20
22        MR. CHANDLER:  Objection.  Form.            14:20
23        THE WITNESS:  I think the '918 is a little  14:21
24  bit broader, that it talks about a memory module as 14:21
25  kind of being a circuit board that connects to a   14:21
                                            Page 125
```

| | |
|---|---|
| 1  host computer that includes memory.          14:21<br>2  BY MS. ZHONG:                              14:21<br>3    Q.  Where does it say that?               14:21<br>4    A.  In the abstract.  Let me see if it says it   14:21<br>5  anywhere else.                              14:21<br>6    Q.  Where in the abstract does it indicate the   14:22<br>7  use of memory module deviates from the common    14:22<br>8  understanding?                              14:22<br>9        MR. CHANDLER:  Objection.  Form.     14:22<br>10       THE WITNESS:  Well, it doesn't make any   14:22<br>11 reference there to being a main memory, so it   14:22<br>12 does -- at least in that description, appears to be   14:22<br>13 a little bit broader.  Also --              14:22<br>14 BY MS. ZHONG:<br>15   Q.  Well, does it say -- okay, go ahead.    14:22<br>16   A.  There's also -- there are also claims on a   14:22<br>17 memory module that, again, don't talk about its   14:22<br>18 functionality or what it needs to connect to.   14:22<br>19   Q.  But doesn't that indicate it's just adopting   14:22<br>20 the common understanding of what a memory module is   14:22<br>21 so you don't need to add additional description to   14:22<br>22 limit it?                                   14:22<br>23   A.  Well, as I said, that might be the most   14:22<br>24 common, but not the only understanding of a memory   14:22<br>25 module.  Now, there is Figure 12, which shows that   14:23<br>Page 126 | 1    Q.  Is a SIMM a memory module?            14:25<br>2    A.  I would generally consider a SIMM to be a   14:25<br>3  memory module.                              14:26<br>4    Q.  And SIMM does not adopt the non-DIMM form   14:26<br>5  factor; right?<br>6        MR. CHANDLER:  Objection to form.    14:26<br>7        MS. ZHONG:  Let me just withdraw.    14:26<br>8  BY MS. ZHONG:                              14:26<br>9    Q.  So SIMM, S-I-M-M, does not have the DIMM   14:26<br>10 form factor; correct?                       14:26<br>11   A.  I think that's correct.               14:26<br>12       MS. ZHONG:  For Janis, S-I-M needs to have   14:26<br>13 two Ms, not a single M.                     14:26<br>14       DEPOSITION REPORTER:  Thank you.  It was in<br>15 my dictionary from some other case.         14:27<br>16 BY MS. ZHONG:                              14:27<br>17   Q.  Can you take a look at Figure 4 of Harris.   14:27<br>18   A.  Okay.                                  14:27<br>19   Q.  Does Figure 4 show the power path or voltage   14:27<br>20 path?                                       14:27<br>21   A.  No.  I think Figure 4 is a higher level   14:27<br>22 block diagram.                              14:27<br>23   Q.  What is a "link 411"?                  14:27<br>24   A.  Sorry.  One more time.                 14:28<br>25   Q.  What is "link 411"?                    14:28<br>Page 128 |
| 1  it plugs into a standard DIMM interface, which would   14:23<br>2  indicate that at least that embodiment is intended   14:23<br>3  to be DIMM compatible.                      14:23<br>4    Q.  Okay.                                  14:23<br>5    A.  Although it does also say in column 13 that   14:23<br>6  the DIMM form factor is only illustrative.   14:23<br>7    Q.  Okay.  So that could just mean that the   14:23<br>8  specific DIMM form factors are illustrated; right?   14:23<br>9  Just like in Harris, it had a different DIMM form   14:23<br>10 factor?                                     14:23<br>11   A.  Yeah.  It doesn't refer to a different DIMM   14:23<br>12 structure.  It just says memory systems using other   14:23<br>13 form factors are contemplated as well.      14:23<br>14   Q.  Okay.  And do the claims say -- to the   14:23<br>15 extent you are correct that they include non-memory   14:24<br>16 module embodiments, do the claims say that they are   14:24<br>17 directed to those non-memory module embodiments?   14:24<br>18       MR. CHANDLER:  Objection.  Form.     14:24<br>19       THE WITNESS:  I don't think I ever said that   14:24<br>20 there -- includes non-memory module embodiments.  I   14:24<br>21 think what I said --                        14:24<br>22 BY MS. ZHONG:<br>23   Q.  Okay.<br>24   A.  -- is I don't think the claims are limited   14:24<br>25 to main memory.                             14:24<br>Page 127 | 1    A.  It's a memory link.                   14:28<br>2    Q.  And what is your understanding of what a   14:28<br>3  memory link is?                             14:28<br>4    A.  I think it's whatever connection is used   14:28<br>5  between the memory controller and the memory   14:28<br>6  modules.  Harris contemplates FB-DIMMs, but he also   14:28<br>7  contemplates RDIMMs and UDIMMs and other kinds of   14:28<br>8  things.                                     14:28<br>9    Q.  You don't contend that power is provided to   14:28<br>10 the memory modules via the memory link, do you?   14:28<br>11       MR. CHANDLER:  Objection to form.    14:29<br>12       THE WITNESS:  No, it is provided alongside   14:29<br>13 the memory link.                            14:29<br>14 BY MS. ZHONG:                              14:29<br>15   Q.  What do you mean by "alongside"?  Is it   14:29<br>16 shown anywhere in Figure 4?                 14:29<br>17   A.  No.  It's shown in Figure 1.           14:29<br>18   Q.  Okay. Figure 1 doesn't really show where   14:29<br>19 the DIMM connectors are; right?             14:29<br>20       MR. CHANDLER:  Objection.  Form.     14:29<br>21       THE WITNESS:  Correct.  It simply refers us   14:29<br>22 to the variety of known standards.          14:29<br>23 BY MS. ZHONG:                              14:29<br>24   Q.  Okay.  So in Figure 1, there is no expressed   14:29<br>25 disclosure that the external voltage is supplied   14:30<br>Page 129 |