# EXHIBIT 18

# Chambers Dictionary of Science and Technology

*General Editor*
John Lackie

Chambers

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent
Edinburgh
EH7 4AY

This edition first published by Chambers Harrap Publishers Ltd 2007

© Chambers Harrap Publishers Ltd 2007

Previous edition published in 1999. Previously published in 1995 as *Larousse Dictionary of Science and Technology*. First published as *Chambers's Technical Dictionary* in 1940 by W&R Chambers Ltd (revised 1958, 1971, 1974 and 1984).

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher.

A CIP catalogue record for this book is available from the British Library.

ISBN-13: 978 0550 100719

Text design by Ken Wilson
Typeset by Macmillan India Ltd
Printed in Italy by LegoPrint S.p.A

hole or shaft by temporary distortion (closing or opening the circular shape).

**circuit** (*ElecEng*) Arrangement of conductors and passive and active components forming a path, or paths, for electric current.

**circuit** (*ICT*) (1) Complete communication channel. (2) An assembly of electronic (or other) components having some specific function, eg amplifier, oscillator or gate. See panel on PRINTED, HYBRID AND INTEGRATED CIRCUITS.

**circuital magnetization** (*Phys*) See SOLENOIDAL MAGNETIZATION.

**circuit breaker** (*ElecEng*) A device for opening an electric circuit under abnormal operating conditions, eg excessive current, heat, high ambient radiation level, etc. Also *contact breaker*. See AIR-BLAST SWITCH, OIL SWITCH.

**circuit cheater** (*ElecEng*) One which, for test purposes, simulates a component or load. Cf DUMMY LOAD.

**circuit diagram** (*ElecEng*) Conventional representation of wiring system of electrical or electronic equipment.

**circuit layer** (*ICT*) In a generalized telecommunications network, that part which represents the specific products and services, such as 64 Kbps telephony, offered to customers, rather than physical media or possible routes through the system.

**circuit noise** (*Electronics*) See THERMAL NOISE.

**circuit parameters** (*ElecEng*) Relevant values of physical constants associated with circuit elements.

**circuit switching** (*ICT*) A method of connecting together two users of a transmission service that allocates a circuit for their exclusive use. Once granted the transmission specification should remain stable for its duration. This technique was commonly used in early telephone systems.

**circulant** (*MathSci*) A determinant in which each row is a cyclic permutation by one position of the previous row.

**circular cone** (*MathSci*) A CONE (2) with a circular base.

**circular dichroism** (*Chem*) The differential absorption of left- and right-circularly polarized light by optically active (chiral) substances. Used to study the conformation of proteins in solution. Abbrev CD.

**circular DNA** (*BioSci*) DNA arranged as a closed circle. Replication requires DNA topoisomerase to solve the topological problem that would lead circles to be interlinked. Such DNA is characteristic of prokaryotes but also found in mitochondria, chloroplasts and some viral genomes.

**circular form tool** (*Eng*) A ring-shaped profile cutter which is gashed to have a substantially radial surface. The curved surface is shaped, across its width, to correspond to the contour of the part to be produced, the cutting edge being formed by the junction of the radial and the curved surfaces.



circular form tool

**circular functions** (*MathSci*) The trigonometrical functions, more particularly when defined with radian argument. Cf ELLIPTIC FUNCTIONS, HYPERBOLIC FUNCTIONS. All these functions are so named because of their association with the rectification of the similarly named curves.

**circular knitting machine** (*Textiles*) A WEFT-KNITTING MACHINE that produces fabric of circular cross-section in endless lengths.

**circular level** (*Surv*) A spirit level with the bubble housed under slightly concave glass.

**circularly polarized** (*Phys*) A term applied to a particular type of polarized electromagnetic radiation, esp visible light, where the plane of vibration is effectively helical. Produced by circularly polarizing filters, esp POLAROID,

and used for photoelastic analysis of isochromatics. Not to be confused with plane polarized light.

**circular magnetization** (*Phys*) The magnetization of cylindrical magnetic material in such a way that the lines of force are circumferential.

**circular measure** (*MathSci*) The expression of an angle in radians, 1 radian being the angle subtended at the centre of a circle by an arc of length equal to the radius. There are thus $2\pi$, or approximately 6·283, radians in one complete revolution: 1 radian = 57·2958°; 1° = 0·0174 533 radians.

**circular mil** (*ElecEng*) US unit for wire sizes, equal to area of wire 1 mil ( = 0·001 in = 0·025 mm) in diameter.

**circular mitre** (*Build*) A mitre formed between a curved and a straight piece.

**circular permutation** (*MathSci*) An arrangement of objects in a circle. There are $(n-1)!$ different circular permutations of $n$ objects. See PERMUTATIONS.

**circular pitch** (*Eng*) The distance between corresponding points on adjacent teeth of a GEAR WHEEL, measured along the PITCH CIRCLE.

**circular plane** (*Build*) A plane adapted (through the use of shaped or flexible soles) for producing curved surfaces, either convex or concave.

**circular point on a surface** (*MathSci*) A point on the surface at which the principal curvatures are equal.

**circular polarization** (*ICT*) An electromagnetic wave for which either the electric or magnetic field vector describes a circle at the wave frequency; waves may have left- or right-handed circular polarization. Used widely in satellite communications.



circular polarization  Vectors drawn at 90° intervals.

**circular saw** (*Eng*) A power-driven steel disk carrying teeth on its periphery, used for sawing wood, metal or other materials.

**circular shift** (*ICT*) See END-AROUND SHIFT.

**circular time base** (*Electronics*) Circuit for causing the spot on the screen of a cathode-ray tube to traverse a circular path at constant angular velocity.

**circular velocity** (*Space*) The horizontal velocity of a body, required to keep it in a circular orbit, at a given altitude, about a planet. For a near-Earth orbit, assuming no air drag, the circular velocity ($V_c$) is given by

$$V_c = \sqrt{Rg} = 7 \cdot 91 \text{ km s}^{-1}$$

where $R$ is the radius of the Earth and $g$ the acceleration due to gravity. Also *orbital velocity*.

**circular waveguide** (*ICT*) A waveguide of circular cross-section (compared with conventional rectangular form). Can be used for very low-loss, high-bandwidth communication links.

**circulating current** (*ElecEng*) That which flows around the loop of a complete circuit, as contrasted with *longitudinal current*, which flows along the two sides or legs of the same circuit, in parallel.

**circulating-current protective system** (*ElecEng*) A form of Merz–Price protective system in which the current transformers at the two ends of the circuit to be protected are arranged


oxygen and adjustment of the relative proportions of carbon dioxide and nitrogen. $CO_2$ is bacteriostatic for spoilage bacteria and slightly increases the acidity, while reducing oxygen delays spoilage due to oxidation. Abbrev CAP. Also *modified atmosphere packing (MAP)*.

**controlled carrier** (*ICT*) Transmission in which the magnitude of the carrier is controlled by the signal, so that the depth of modulation is nearly independent of the magnitude of the signal.

**controlled cooling** (*Eng*) Methods of heat treatment in which the cooling cycle is accurately controlled so as to impart the desired properties or structure.

**controlled degradation** (*Chem*) Chemical type of analysis for helping to identify polymers, esp thermosets, which often have functional groups susceptible to hydrolysis. Soluble fragments may then be identified.

**controlled drugs** (*Pharmacol*) Drugs that can only be prescribed under guidelines laid down in legislation. Usually drugs that have the potential to cause addiction and dependence.

**controlled variable** (*Eng*) Quantity or condition which is measured and controlled in eg a servo system.

**controller** (*ICT*) A device that controls a functional element within a computer system, eg HARD-DISK controller, CACHE CONTROLLER.

**controller** (*ElecEng*) An assembly of equipment for controlling the operation of electric apparatus.

**control limit-switch** (*ElecEng*) A limit-switch connected in the control circuit of the motor whose operation is to be limited.

**control-line** (*ElecEng*) A train-line used on multiple-unit trains for connecting master controllers or contactor gear on the different coaches.

**control magnet** (*ElecEng*) A magnet used in electric indicating instruments to provide a force for controlling the movement of the moving system.

**control measure** (*FoodSci*) Action required to eliminate or reduce a hazard to an acceptable level, eg a heat process step at a specified temperature and holding time will eliminate an identified microbiological hazard. See HACCP.

**control panel** (*ElecEng*) A panel containing a full set of indicating devices and remote-control units required for operation of industrial plant, reactor, chemical works, etc. Cf CONSOLE.

**control point** (*ElecEng*) The value of a controlled variable, departure from which causes a controller to operate in such a sense as to reduce the ERROR and restore an intended steady state. Also *set point*.

**control points** (*BioSci*) Places in the cell cycle where the cell's behaviour may be changed. Also *checkpoints*. See panel on CELL CYCLE.

**control program** (*ICT*) See MONITOR, OPERATING SYSTEM.

**control register** (*ICT*) Computer REGISTER within the CONTROL UNIT and that stores a single control instruction.

**control relay** (*ElecEng*) See RELAY.

**control reversal** (*Aero*) See REVERSAL OF CONTROL.

**control rod** (*NucEng*) A rod moved in and out of the reactor core to vary reactivity. May be a neutron-absorbing rod, eg boron or cadmium, or, less often, a fuel rod. Also *control absorber*. See REGULATING ROD, SHIM ROD and panel on NUCLEAR REACTORS.

**control rod worth** (*NucEng*) The change in reactivity of a critical reactor caused by the complete insertion or withdrawal of the control rod.

**control total** (*ICT*) The sum resulting from the addition of a specified field from each of a group of records, often used for checking purposes.

**control track** (*ImageTech*) A linear track, outside the video area of the tape, where the control or sync pulses are recorded, one per frame, to ensure accurate tracking during playback.

**control turns** (*ElecEng*) Those wires on the core of a magnetic amplifier or transductor which carry the control current. Also *control windings*. US *signal windings*.

**control unit** (*ICT*) Part of the CENTRAL PROCESSOR that supervises the execution of instructions.

**control voltage** (*ElecEng*) One which, by its magnitude, direction or relative phase, determines the operation of an item of plant and/or electrical circuit.

**control windings** (*ElecEng*) See CONTROL TURNS.

**control word** (*ICT*) One that transmits an operating instruction to a CENTRAL PROCESSOR, eg XEQ for execute. Cf CONTROL CHARACTER.

**control zone** (*Aero*) A volume of controlled air space, precisely defined in plan and altitude, including airports, in which flight rules additional to those in a control area pertain. ICAO defines a specific upper limit.

**conus** (*BioSci*) Any cone-shaped structure or organ.

**conus arteriosus** (*BioSci*) In some lower vertebrates, a valvular region of the TRUNCUS ARTERIOSUS, adjacent to the heart.

**conus medullaris** (*BioSci*) The conical termination of the spinal cord.

**convection** (*Geol*) The very slow mass movement of subcrustal material; believed to be the mechanism that drives tectonic plates.

**convection** (*Phys*) The process by which energy or mass is transmitted through a material by bulk motion of the medium itself.

**convection current** (*Phys*) Current in which the charges are carried by moving masses appreciably heavier than electrons.

**convection of heat** (*Phys*) The transfer of heat in a fluid by the circulation flow due to temperature differences. The regions of higher temperature, being less dense, rise, while the regions of lower temperature move down to take their place. The convection currents so formed help to keep the temperature more uniform than if the fluid was stagnant.

**convective transfer** (*Astron*) The transfer of energy from one part of a star to another by convection.

**convector** (*Eng*) Heater which warms the air passing over it. Cf RADIATOR.

**conventional memory** (*ICT*) The MAIN MEMORY delivered as standard with an IBM-COMPATIBLE AT computer using MS-DOS. This is usually considered to be the memory between ADDRESS 0 and 640 KBYTES. See fig. at MEMORY MAP.

**conventional signs** (*CivEng, Surv*) Standard symbols, universally understood, used in the representation on maps and plans of features which would otherwise be difficult or impossible to represent.

**convention of signs** (*Phys*) Sign convention used in lens calculations to ensure consistency in the derivation and use of lens formulae, in which all distances must be measured from some origin. More than one is in use, but in the *cartesian* convention all distances are measured *from* the reflecting or refracting surface being considered, or *from* the principal planes in the case of a thick lens or lens system. Distances measured in the direction in which the incident light is travelling are given a positive sign, and those in the opposite direction a negative sign. Distances measured perpendicular to the axis, eg size of image or object, are measured from the axis: above is positive, below is negative.

**convergence** (*EnvSci*) Negative DIVERGENCE.

**convergence** (*ImageTech*) In a colour TV display, alignment of the three electron or optical beams for correct image registration over the whole picture.

**convergence** (*MathSci*) (1) An infinite sequence $a_1, a_2, \ldots a_n, \ldots$, is said to be convergent to $a$ if, as $n$ tends to infinity, $a_n$ tends to the limit $a$, ie

$$\lim_{n \to \infty} a_n = a$$

(2) An infinite series $a_1 + a_2 + \ldots + a_n + \ldots$, is said to be convergent to the sum $A$, if the sum of the terms tends to the limit $A$, as the number of terms tends to infinity, ie

$$\lim_{n \to \infty} \sum a_n = A$$

**converter** (*ElecEng*) (1) A circuit for changing ac to dc or vice versa. Rating can be a few watts to megawatts. (2) US for FREQUENCY CHANGER.

**converter** (*ICT*) A device for changing information coded in one form into the same information coded in another, eg ANALOGUE-TO-DIGITAL CONVERTER.

**converter reactor** (*NucEng*) One in which fertile material in reactor core is converted into fissile material different from the fuel material. See BREEDER REACTOR.

**convertible machine** (*Print*) A multi-unit printing machine which can be mechanically altered to print either as a multicolour press or as a PERFECTOR or in a combination of these operations.

**converting** (*Eng*) Removal of impurities from molten metal by blowing air through the melt in eg the BESSEMER PROCESS.

**converting** (*Textiles*) Producing a sliver of staple fibres from a continuous filament tow by cutting or breaking.

**converting station** (*ElecEng*) An electric power system substation containing one or more converters.

**convertiplane** (*Aero*) A VTOL aircraft which can take off and land like a helicopter, but cruises like an aircraft; by swivelling the rotor(s) and/or wings to act as propellers, or by putting the rotor(s) into AUTOROTATION and using other means for propulsion.

**convex lens** (*Phys*) A convergent lens.

**convex mirror** (*Phys*) A portion of a sphere of which the outer face is a polished reflecting surface. Such a mirror forms diminished virtual images of all objects in front of it.

**conveyor** (*Eng*) Generally consists of a suitable tensioned endless belt made from hard-wearing materials and arranged to run over rollers. Used to move materials in bulk from one point to another, including cross-country.

**convolute** (*BioSci*) Having one part twisted over, folded, or rolled over another part; twisted; as the cerebral lobes of the brain in higher vertebrates; gastropod shells in which the outer whorls overlap the inner. N *convolution*.

**convolution** (*Med*) Any elevation of the surface of the brain.

**convolution integral** (*MathSci*) The integral $\int f(t)g(x-t)dt$, where the limits of the integral are variously defined. Also referred to as the *cross-correlation* between $f(x)$ and $g(x)$. When $f(x) = g(x)$ the integral is sometimes referred to as the *autocorrelation* of $f(x)$ or simply the *convolution*.

**convulsion** (*Med*) Generalized involuntary spasm of the muscles that are normally under control of the will.

**cook–chill** (*FoodSci*) Fully precooking food, then cooling rapidly and storing at 0–3°C, giving a short-life product (maximum 5 days). The food must be reheated according to the guidelines set by the Department of Health in the UK and consumed within 15 min. Cf COOK–FREEZE.

**cook–freeze** (*FoodSci*) Fully precooking food, then rapid freezing and storage at below –18°C, to give a storage life, depending on the food and proper temperature maintenance, of between 2 and 9 months. The food must be defrosted, if necessary reheated, and consumed according to the guidelines set by the Department of Health in the UK. Cf COOK–CHILL.

**cookie** (*ICT*) Computer code that is downloaded to a hard drive when a user visits a website, and will allow the website to identify that computer when the website is visited again. Also *Internet cookie*.

**coolant** (*Eng*) (1) A mixture of water, soda, oil and soft-soap, used to cool and lubricate the work and cutting tool in machining operations. See CUTTING COMPOUND. (2) A fluid used as the cooling medium in the jackets of liquid-cooled internal combustion engines, eg water, ethylene glycol (ethan 1·2-diol).

**coolant, reactor** (*NucEng*) The gas, liquid or liquid metal circulated through a reactor core to carry the heat generated in it by fission and radioactive decay to boilers or heat exchangers. In water-cooled reactors, it is often the moderator.

**cooled-anode valve** (*Electronics*) Large thermionic valve in which special provisions are made for dissipating the heat generated at the anode, effected by circulating water, oil or air around the anode, or by radiation from its surface.

**cooling** (*NucEng*) The decay of activity of irradiated nuclear fuel or highly radioactive waste before it is processed or disposed of.

**cooling analysis** (*Eng*) A method of analysing cooling time in moulding of polymers, important because it often forms the larger part of the total cycle time. Uses cooling curves and material data (thermal diffusivity, heat distortion temperature) plus product dimensions (usually greatest thickness) to calculate cooling time from estimated FOURIER NUMBER. Product redesign can then be undertaken to reduce maximum thickness, and so increase productivity. At the same time, care is needed to ensure that product stiffness and strength remain within specification. Also needed for rubber products, eg tyres, where cure kinetics are critical. May be backed up by direct temperature measurement within tyre using thermocouples. See INJECTION MOULDING.

**cooling circuit** (*Eng*) A system of water tubes within mould tool for maintaining it at a constant preset temperature. It thus ensures product reproducibility. Chilled water is usually used, but some engineering plastics demand high temperatures to minimize orientation. See INJECTION MOULDING.

**cooling coil** (*Eng*) Tubing which transfers heat from the material or space cooled to the primary refrigerant.

**cooling curves** (*Eng*) Curves obtained by plotting time against temperature for a metal cooling under constant conditions. The curves show the evolutions of heat which accompany solidification, polymorphic changes in pure metals and various transformations in alloys.

**cooling drag** (*Aero*) That proportion of the total drag due to the flow of cooling air through and round the engine(s).

**cooling duct** (*ElecEng*) See DUCT.

**cooling pond** (*Eng*) An open pond in which water, heated through use in an industrial process, or after circulation through a steam condenser, is, before reuse, allowed to cool through evaporation.

**cooling pond** (*NucEng*) A water-filled space in which the initial high radioactivity and thermal output of spent elements can be allowed to dissipate. The water allows both safe inspection and cooling by convection.

**cooling tower** (*Eng*) A tower of wood, concrete, etc, used to cool water after circulation through a condenser. The water is allowed to trickle down over wood slats, thus exposing a large surface to atmospheric cooling. Power station cooling towers are large concrete structures, circular in plan and hyperparabolic in elevation and supported on circular warren trusses. The shape promotes maximum vertical air flow with compressive stress only in the shell which can be made very thin.

**Coomassie blue** (*BioSci*) Dye used in Bradford method for protein estimation and for detecting proteins on gels. Also *Coomassie Brilliant Blue*, *Kenacid Blue*.

**Coombs test** (*Med*) Diagnostic test for determining whether an individual's red blood cells are coated with AUTO-ANTIBODIES or IMMUNE COMPLEXES. Patient's red blood cells are mixed with anti-human immunoglobulin. If antibody is present, the red blood cells will agglutinate.

**co-operation** (*BioSci*) A category of interaction between two species where each has a beneficial effect on the other, increasing the size or growth rate of the population, but unlike mutualism, not a necessary relationship. Termed *proto-co-operation* by some, since its basis is neither conscious nor intelligent, as in humans.

**co-operativity** (*BioSci*) A phenomenon displayed by enzymes or receptors that have multiple binding sites. Binding of one ligand alters the affinity of the other site(s). Both positive and negative co-operativity can occur.

**Cooper pair** (*Phys*) In a superconducting material below its critical temperature, two weakly bound electrons which do not act independently but as a dynamic pair. The BCS (Bardeen–Cooper–Schrieffer) theory uses this concept to

**refugium** (*BioSci*) An area where species have survived the great changes undergone by the region as a whole, because local conditions are favourable. Examples of refugia are the areas escaping glaciation in the Ice Ages, and hedgerows (where woodland species escape the influence of cultivation).

**refusal** (*Print*) A term applied when a printed ink film fails to key satisfactorily to another.

**regain** (*Textiles*) Weight of water present in a textile material expressed as a percentage of the oven-dry weight. Dried textile materials take up or *regain* moisture when left in any normal atmosphere.

**regatta** (*Textiles*) Twill fabric, usually cotton, containing alternate stripes of white and colour, used in eg nurses' uniforms.

**regelation** (*Phys*) The process by which ice melts when subjected to pressure and freezes again when pressure is removed. Regelation operates when forming a snowball by pressure, in the flow of glaciers, and in the slow passage through a block of ice by a weighted loop of wire.

**Regency** (*Arch*) The last phase of English NEO-CLASSICAL movement which occurred during the regency of George, Prince of Wales (1810–20).

**regenerated cellulose** (*Chem*) Chemical dissolution of normally insoluble natural cellulose and reclamation from solution to produce fibre etc; techniques include cuprammonium method (now no longer used), hydrolysis of cellulose acetate and viscose process giving rayon.

**regeneration** (*BioSci*) Regrowth of tissues or organs, such as amphibian limbs, after injury; the formation of new plants from cultured tissues. See TISSUE CULTURE.

**regeneration** (*Electronics*) Same as POSITIVE FEEDBACK, but particularly applied to a super-regenerative receiving circuit, which oscillates periodically through self-quenching.

**regeneration** (*ICT*) Replacement or reforming of stored data, eg in a computer register or VOLATILE MEMORY.

**regeneration** (*MinExt*) (1) Reconstitution of liquid used in chemical treatment of ores before returning it to head of attacking process (eg in cyanide process). (2) Freshening of 'poisoned' ion-exchange resins.

**regeneration** (*NucEng*) Reprocessing of nuclear fuel by removal of fission products.

**regenerative air heater** (*Eng*) An air heater in which heat-transmitting surfaces of metallic plates, wire mesh or bricks are exposed alternately to the heat-surrendering gases and to the air.

**regenerative braking** (*ElecEng*) A method of braking for electric motors in which the motors are operated as generators by momentum of the equipment being braked, returning the energy to the supply.

**regenerative detector** (*ElecEng*) One in which the high-frequency components in the output are fed back to the input, thus increasing gain and selectivity.

**regenerative furnace** (*Eng*) A furnace in which the hot gases pass through chambers containing firebrick structures, to which the sensible heat is given up. The direction of gas flow is reversed periodically, and cold incoming gas is preheated in the chambers.

**regenerative receiver** (*ICT*) One with positive feedback for the carrier, enhancing efficiency of amplification and demodulation.

**regenerator** (*Eng*) Labyrinth which transfers heat of exit gases to air entering furnace, or feed-water to boiler.

**regenerator** (*ICT*) Circuits, used in electrical and/or optical communication systems, using PULSE-CODE MODULATION and placed at intervals along the transmission path. They detect incoming and retransmit stronger and more sharply defined output pulses. The pattern of pulses is unaltered, retaining the meaning of the transmitted information.

**Regge trajectory** (*Phys*) A graph relating spin angular momentum and energy for a nuclear particle. Possible quantized values of spin correspond to large discrete energy increments on the graph. This enables recurrences of nuclear particles to be predicted, the extra energy corresponding to the greater rest mass expected to be associated with such particles. A *recurrence* is a particle identical in all respects, except energy (or mass) and spin momentum, with a known particle, and is regarded as being a higher-energy equivalent of the normal particle.

**region** (*MathSci*) See DOMAIN (1).

**regional metamorphism** (*Geol*) All those changes in mineral composition and texture of rocks due to compressional and shearing stresses, and to rise in temperature occasioned by intense earth movements over a widespread area. The characteristic products are the crystalline schists and gneisses.

**regional roaming** (*ICT*) A type of mobile-telephone ROAMING designed to deal with the situation where a number of networks are deployed in the same country, but with complementary coverage, in which a mobile registered with one network will switch to another when entering a region that its 'home' network does not cover.

**region of limited proportionality** (*Phys*) The range of operating voltages for a counter tube in which the gas amplification depends on the number of ions produced in the initial ionizing events as well as on the voltage. For larger initial events the counter saturates.

**register** (*Build*) (1) A metal damper to close a chimney. (2) A grilled aperture to allow the passage of hot or cold air.

**register** (*ICT*) (1) A location in the CENTRAL PROCESSOR that is used for special purposes only and is sometimes protected, eg ACCUMULATOR, CONTROL REGISTER, INDEX REGISTER. (2) Mechanical, electrical or electronic device that stores and displays one item of data.

**register** (*ImageTech, Print*) Exact correspondence of superimposed work, eg when the separate colours in colour photography are printed or projected together to reproduce the original picture, or when semiconductor processing masks are aligned with features defined in previous steps.

**register tonnage** (*Ships*) See NET REGISTER TONNAGE.

**registered breadth** (*Ships*) The breadth measured of the shell plating at widest part.

**registered depth** (*Ships*) The depth measured from top of CEILING to top of deck beam at midlength at the centre line of the vessel. Deck to which it is measured is usually stated.

**registered dimensions** (*Ships*) Dimensions appearing on the Certificate of Registry. Their main purpose is to identify the ship and they are also called *identification dimensions*. They are REGISTERED LENGTH, REGISTERED BREADTH, REGISTERED DEPTH.

**registered length** (*Ships*) The length from the fore side of the stem at the top to after side of stern post or, in a vessel without a stern post, to the centre of the rudder stock.

**register length** (*ICT*) The number of BITS that can be stored in a computer REGISTER.

**register lock-up** (*Print*) Mechanism allowing fine positioning of plates on the cylinders of web-fed presses.

**register marks** (*Print*) Fine lines, cross marks or similar, added to artwork to provide reference points and thus aid fitting and positioning of images during film assembly, plate-making and printing.

**register pin** (*ImageTech*) See PILOT PIN.

**register rollers** (*Print*) Adjustable rollers that provide a means of varying the web length between one unit of a web-fed press and another.

**register sets** (*Print*) A combination of *mixed forme base* and HONEYCOMB BASE, each supplied in a variety of accurately sized units, to be assembled with type to the size required for a particular plate, for which it is used to provide both a mount and a means of attaining register.

**register sheet** (*Print*) The sheet used in obtaining correct register or position.

**reglet** (*Arch*) (1) A flat narrow rectangular moulding. (2) A FACETTE.

**reglette** (*Surv*) The short graduated scale attached at each end of the special measuring tape or wire used in baseline measurement.

**Regnault's hygrometer** (*EnvSci*) A type of hygrometer in which the silvered bottom of a vessel contains