# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

### PLAINTIFF NETLIST, INC.'S UNOPPOSED MOTION TO TEMPORARILY CHANGE LEAD COUNSEL DESIGNATION

The Court has set a hearing on June 23, 2023, before Judge Payne, regarding a discovery motion filed by Netlist. Dkt. Nos. 73, 91. Pursuant to Judge Gilstrap's Standing Order Regarding Meet and Confer Obligations Relating to Discovery Disputes, "unless excused by the Court, each party's lead attorney shall attend any discovery motion hearing set by the Court." Plaintiff's lead counsel, Jason Sheasby, while having participated in the required attorney conferences relating to the motion set for the hearing, will be out of the country during the week of June 23, 2023. Mr. Sheasby will have difficulty attending the June 23 hearing or meaningfully participating in other lead counsel conferences leading up to the joint notice filing on June 22, 2023 informing the court what issues remain.

To avoid injecting delay into this case occasioned by Mr. Sheasby's conflicting schedules, Plaintiff respectfully seeks the Court's permission to temporarily change its lead counsel designation to Mr. Andrew Strabone for purposes of the June 23, 2023 hearing. Like Mr. Sheasby, Mr. Strabone is a partner with Irell & Manella and has been materially involved

in the development of this case.  Mr. Strabone is an attorney in good standing and is admitted *pro hac vice* to practice in this District.  Dkt. 92.

Accordingly, Plaintiff respectfully requests that the Court excuse Mr. Sheasby from the June 23 hearing and allow Mr. Strabone to temporarily act as lead counsel for Plaintiff at the June 23 hearing because of Mr. Sheasby's conflicting obligations.

Defendants indicated that they do not oppose this instant motion.

A proposed order is submitted herewith.

Dated: June 12, 2023                                Respectfully submitted,

                                                    */s/ Samuel F. Baxter*

                                                    Samuel F. Baxter
                                                    Texas State Bar No. 01938000
                                                    sbaxter@mckoolsmith.com
                                                    Jennifer L. Truelove
                                                    Texas State Bar No. 24012906
                                                    jtruelove@mckoolsmith.com
                                                    **MCKOOL SMITH, P.C.**
                                                    104 East Houston Street Suite 300
                                                    Marshall, TX 75670
                                                    Telephone: (903) 923-9000
                                                    Facsimile: (903) 923-9099

                                                    Jason G. Sheasby (*pro hac vice*)
                                                    jsheasby@irell.com
                                                    Annita Zhong, Ph.D. (*pro hac vice*)
                                                    hzhong@irell.com
                                                    Thomas C. Werner (*pro hac vice*)
                                                    twerner@irell.com
                                                    Yanan Zhao (*pro hac vice*)
                                                    yzhao@irell.com
                                                    Michael W. Tezyan (*pro hac vice*)
                                                    mtezyan@irell.com

                                                    **IRELL & MANELLA LLP**
                                                    1800 Avenue of the Stars, Suite 900
                                                    Los Angeles, CA 90067
                                                    Tel. (310) 277-1010

                                                       Fax (310) 203-7199

                                        ***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system electronically on June 12, 2023.

                                                 */s/ Samuel F. Baxter*
                                                 Samuel F. Baxter

## CERTIFICATE OF CONFERENCE

Counsel for the parties met and confer on the subject matter of this motion and the relief requested therein is unopposed.

                                               */s/ Yanan Zhao*
                                               Yanan Zhao