# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:22-cv-203-JRG |
| ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ORDER

Before the Court is Netlist, Inc.'s ("Plaintiff") Unopposed Motion to Temporarily Change Lead Counsel Designation. After considering the motion, the Court finds that Plaintiff's Motion is well taken and is hereby **GRANTED**.

It is therefore ORDERED that Mr. Sheasby is excused from the June 23, 2023 hearing. It is further ORDERED that Mr. Strabone shall be temporarily designated as lead counsel for Plaintiff for purposes of the hearing before Judge Payne on Plaintiff's Motion to Compel, Dkt. 73, scheduled on June 23, 2023.

**IT IS SO ORDERED.**