**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 2:22-cv-00203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON | ) | |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MATTHEW HOPKINS IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY PENDING
RESOLUTION OF *INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

**I, Matthew Hopkins, declare as follows:**

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants' Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC (Collectively "Micron) in the above-captioned action. I am a member in good standing of the State Bar of District of Columbia and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Micron's Reply in Support of Their Motion to Stay Pending Resolution of *Inter Partes* Review of the Asserted Patents. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as Exhibit B is a true and correct copy of the Decision Granting Institution of *Inter Partes* Review and Granting Motion for Joinder in IPR2023-00204 dated June 7, 2023.

3. Attached as Exhibit C is a true and correct copy of excerpts from the Netlist, Inc. v. Samsung Elecs. Co., Ltd., et al. Trial Transcript dated April 14, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2023, in Ocean City, New Jersey.


By */s/ Matthew Hopkins*
Matthew Hopkins