**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICRON TECHNOLOGY, INC.; MICRON )<br>SEMICONDUCTOR PRODUCTS, INC.; )<br>MICRON TECHNOLOGY TEXAS LLC, )<br><br>Defendants. )<br> ) | Case No. 2:22-cv-203-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER**

The Court, having considered the briefing on Netlist's Motion to Compel or, in the Alternative, Amend the Protective Order ("Motion") and exhibits attached thereto, hereby **DENIES** Netlist's Motion.

**IT IS SO ORDERED.**