IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC,<br><br>    *Defendants*. | § § § § § § § § § § § § § § §   Civil Action No. 2:22-cv-0203-JRG-RSP |

## ORDER

Before the Court, plaintiff Netlist, Inc., moves unopposed to excuse lead counsel Jason Sheasby from the June 23, 2023, hearing regarding a discovery motion and substitute Andrew Strabone as lead for the hearing. Dkt. No. 100. Having considered the motion, it is **GRANTED**.

SIGNED this 14th day of June, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1