# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00203 |

## DEFENDANTS' UNOPPOSED MOTION TO RESET JUNE 23 HEARING

The Court has set a hearing on June 23, 2023, at 1:30 PM to resume discussion of Netlist Motion to Compel (ECF No. 73), in the event the parties unable to resolve the issues as discussed with the Court on May 30, 2023. Defendants have committed to production of the documents and information that Micron believes Netlist seeks through its motions to compel by June 22, 2023. Because document productions relevant to the hearing are occurring this week, and because Micron's lead counsel is currently recovering from COVID, Defendants move to reset the hearing until the Court's first availability other than June 29, June 30, or July 5. In light of Defendants' commitment, Netlist does not oppose this request for resetting. Resetting the hearing to a later date will allow the parties to assess the status of document production and confer before appearing before the Court. The parties have pre-existing conflicts on June 29, June 30 and July 5. The parties will continue under the Court's previous instruction to file a status report regarding any remaining matters in dispute the day prior to any reset hearing date.

For the foregoing reasons, Defendants request that the Court reset the June 23 hearing until its next available date other than June 29, June 30, or July 5, 2023.

Dated: June 21, 2023

Respectfully submitted,

By: /s/ Michael Rueckheim (by permission Wesley Hill)
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400


Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP

800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
Andrea Fair
State Bar No. 24078488
Charles Everingham IV
State Bar No. 00787447
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile:   (903) 757-2323
Email:   wh@wsfirm.com
            andrea@wsfirm.com
            ce@wsfirm.com

**Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 21st day of June, 2023.

/s/ Wesley Hill

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Wesley Hill