# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | |
|     Plaintiff, | |
|         v. | CIVIL ACTION NO. 2:22-cv-00203 |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | |
|     Defendants. | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESET JUNE 23 HEARING

Before the Court is Defendants' Unopposed Motion to Reset June 23 Hearing. Having considered the matter, the Court GRANTS the motion and reset the June 23 hearing as follows: