IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:22-cv-0203-JRG-RSP |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court defendants move unopposed to reset the hearing currently set for June 23, 2023, at 1:30 PM. Dkt. No. 106. Having considered the motion, it is **GRANTED**. Accordingly, the hearing will be rest for **July 26, 2023, at 9:00 AM**.

**SIGNED this 22nd day of June, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1