UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. </br>     Plaintiff, </br> v. </br> </br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, </br>     Defendants. | Civil Case No. 22-cv-203-JRG-RSP </br> </br> JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)**

Pursuant to Local P.R. 4-5 and the Court's Docket Control Order (Dkt. 107), Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology Inc. ("Micron Technology"), Micron Semiconductor Products, Inc. ("Micron Semiconductor"), and Micron Technology Texas, LLC ("Micron Texas") (collectively, "Micron") submit this Joint Claim Construction Chart. The exhibits to this pleading contain Netlist's and Micron's proposed constructions for disputed terms and agreed-to terms for the patents-in-suit as follows:

- Exhibit A1: U.S. Pat. No 8,787,060 (the "'060 patent") and U.S. Pat. No 9,318,160 (the "'160 patent");

- Exhibit A2: U.S. Pat. No 10,860,506 (the "'506 patent");

- Exhibit A3: U.S. Pat. No 10,949,339 (the "'339 patent");

- Exhibit A4: U.S. Pat. No 11,016,918 (the "'918 patent") and U.S. Pat. No 11,232,054 (the "'054 patent").

- 2 -

Dated: July 5, 2023                                  Respectfully submitted,

/s/ Jason Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

        */s/ Michael R. Rueckheim*

        Thomas M. Melsheimer
        State Bar No. 13922550
        TMelsheimer@winston.com
        Natalie Arbaugh
        State Bar No. 24033378
        NArbaugh@winston.com
        **WINSTON & STRAWN LLP**
        2121 N. Pearl Street, Suite 900
        Dallas, TX 75201

        Telephone: (214) 453-6500
        Facsimile: (214) 453-6400

        Michael R. Rueckheim
        State Bar No. 24081129
        MRueckheim@winston.com
        **WINSTON & STRAWN LLP**
        255 Shoreline Drive, Ste 520 Redwood City, CA
        9405 Telephone: (650) 858-6500
        Facsimile: (650) 858-6559

        David Enzminger
        *Pro Hac Vice Pending*
        DEnzminger@winston.com
        **WINSTON & STRAWN LLP**
        333 S. Grand Avenue
        Los Angeles, CA 90071-1543
        Telephone: (213) 615-1700
        Facsimile: (213) 615-1750

        Matthew Hopkins
        *Pro Hac Vice Pending*
        mhopkins@winston.com
        **WINSTON & STRAWN LLP**
        1901 L Street, NW Washington, DC 20036
        Telephone: (202) 282-5862
        Facsimile: (202) 282-5100

        Juan Yaquian
        State Bar No. 24110559 *Pro Hac Vice*
        JYaquian@winston.com
        **WINSTON & STRAWN LLP**
        800 Capital Street, Suite 2400
        Houston, TX 77002
        Telephone: (713) 651-2600
        Facsimile: (713) 651-2700

- 4 -

*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 5, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Michael Tezyan*
Michael Tezyan