# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-CV-203-JRG-RSP |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., ) | |
| MICRON SEMICONDUCTOR ) | ▮ |
| PRODUCTS, INC., AND MICRON ) | |
| TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| ) | |
| Defendants. | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S REPLY CLAIM CONSTRUCTION BRIEF**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Reply Claim Construction Brief. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 24** is a true and correct highlighted copy of the deposition transcript of Harold Stone, Ph. D.

3. Attached as **Exhibit 25** is a true and correct excerpted copy of a Samsung trial demonstrative (DDX4) from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 2:21-cv-00463.

4. Attached as **Exhibit 26** is a true and correct excerpted copy of the Hearing Transcript (Paper 33) in IPR2022-00236.

5. Attached as **Exhibit 27** is a true and correct excerpted copy of the Pre-trial Conference Transcript (Volume 2) from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 2:21-cv-00463.

6. Attached as **Exhibit 28** is a true and correct excerpted copy "Fundamentals of Electric Circuits."

7. Attached as **Exhibit 29** is a true and correct copy of a document titled "What is an Electronic Controller?"

8. Attached as **Exhibit 30** is a true and correct excerpted copy of the Rebuttal Expert Report of Joseph C. McAlexander III Regarding Non-Infringement of U.S. Patent Numbers 10,860,506; 10,949,339; 11,016,918, and 11,232,054 from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 2:21-cv-00463.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 30, 2023, in Los Angeles, California.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby
