# EXHIBIT 25

Case 2:22-cv-00203-JRG-RSP   Document 112-3   Filed 07/06/23   Page 1 of 3 PageID #:  6028


# EXHIBIT 25

Case 2:22-cv-00203-JRG-RSP   Document 112-3   Filed 07/06/23   Page 1 of 3 PageID #:  6028

# SAMSUNG

## Dr. Gabriel Robins Direct Testimony

*Netlist, Inc. v. Samsung Electronics*

**DDX4-1**

# The Accused HBM Products Do Not Practice "Not In Electrical Communication"

Netlist: Electrical communication with circuitry on the die
*is not* electrical communication with the die



**Dr. Brogioli**
Netlist Expert

