IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:22 CV 203 |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | JURY TRIAL DEMANDED |
| PRODUCTS INC., MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| Defendants, | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Kevin L. Burgess, Texas State Bar 24006927, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, Netlist, Inc.

DATED: July 11, 2023.

Respectfully submitted,

*s/ Kevin Burgess*

Kevin Burgess
Texas State Bar No. 24006927
Email:
kburgess@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670 Telephone:
(903) 923-9000 Facsimile: (903)
923-9099

**ATTORNEYS FOR PLAINTIFF
NETLIST, INC.**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on July 11, 2023, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Kevin L. Burgess*
Kevin L. Burgess