**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC,<br><br>        Defendants. | Civil Action No. 2:22-CV-203-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF
DEFENDANTS' SUR-REPLY CLAIM CONSTRUCTION BRIEF**

I, Michael R. Rueckheim, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Sur-Reply Claim Construction Brief. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called as a witness in this matter.

2. Attached as **Exhibit S** is a true and correct copy of an excerpt from the Deposition Transcript of Dr. Harold Stone.

3. Attached as **Exhibit T** is a true and correct copy of excerpts from Netlist's infringement chart for U.S. Patent No. 9,318,160 served in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 7, 2023, Corte Madera, CA.


By: /s/ *Michael R. Rueckheim*
Michael R. Rueckheim