# EXHIBIT S

1          UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF TEXAS

3               MARSHALL DIVISION

                   ---oOo---

4    NETLIST, INC.,              )

5           Plaintiff.           )

6    vs.                         ) Case No.

7    MICRON TECHNOLOGY, INC.;    ) 2:22-cv-203-JRG-RSP

8    MICRON SEMICONDUCTOR        )

9    PRODUCTS, INC.; MICRON      )

10   TECHNOLOGY TEXAS LLC,       )

11           Defendants.         )

12   _____)

13

14

15      VIDEOTAPED DEPOSITION OF HAROLD STONE, Ph.D.

16              REMOTE PROCEEDINGS

17             MONDAY, JUNE 26, 2023

18

19

20   STENOGRAPHICALLY REPORTED BY:

21   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~ CSR

22   LICENSE NO. 9830

23   JOB NO. 5968770

24

25   PAGES 1 - 208

                                    Page 1

| 1 | you what's happening.  Look at Figure 2.20, page 79. | 13:39 |
| 2 | Okay.  On this page, a wave is sent from the left | 13:39 |
| 3 | where there -- you see the Z0, and it goes out to | 13:39 |
| 4 | where there's a junction.  At the junction, it's | 13:39 |
| 5 | reflected back, and part of the wave goes forward | 13:39 |
| 6 | straight; part of it goes to the left.  That's what | 13:40 |
| 7 | you're dealing with with physics. | 13:40 |
| 8 | And that happens when you're connected to the | 13:40 |
| 9 | die, regardless of what happens on the die, whether | 13:40 |
| 10 | there is a port array connected to it or not. | 13:40 |
| 11 | So what happens is that the wave propagates | 13:40 |
| 12 | on the die along the stub or to the port array, and it | 13:40 |
| 13 | bounces back again.  So those waves are going back and | 13:40 |
| 14 | forth and back and forth, and that's what causes the | 13:40 |
| 15 | noise that you saw in the earlier figure. | 13:40 |
| 16 | Let me go back to 2.19.  Do you see that | 13:40 |
| 17 | noise there?  Each bump or change is a result of a | 13:40 |
| 18 | reflection, and the reflections come from the port | 13:40 |
| 19 | arrays, the data arrays on the ports.  They also come | 13:40 |
| 20 | from the stubs if they don't have a data port | 13:40 |
| 21 | connected, and they come from the points where there's | 13:40 |
| 22 | a branch. | 13:41 |
| 23 | So changing things by removing or adding | 13:41 |
| 24 | devices only changes the noise, unless you don't have | 13:41 |
| 25 | a multi -- unless there are no stubs or no drivers. | 13:41 |

Page 94

| | | |
|---|---|---|
| 1 | Then you -- then you can get a predictable wave.  And | 13:41 |
| 2 | that has -- that even has reflections, but it looks | 13:41 |
| 3 | different. | 13:41 |
| 4 | So that's my testimony. | 13:41 |
| 5 | Q    Okay.  Let me see if I understand something. | 13:41 |
| 6 | Is it your testimony that the connection | 13:41 |
| 7 | between a TSV and a stub is electrical communication? | 13:41 |
| 8 | A    Yeah.  This demonstrates it, because the wave | 13:41 |
| 9 | travels on that. | 13:41 |
| 10 | Q    Okay.  What does the word "electrical | 13:41 |
| 11 | communication" mean to you? | 13:41 |
| 12 | A    Electrical connection.  That's -- I got that | 13:41 |
| 13 | from the patent.  I can show you where he says that. | 13:41 |
| 14 | Q    Okay.  Show me. | 13:41 |
| 15 | A    Okay.  The patent -- the -- is what exhibit? | 13:41 |
| 16 | Q    Exhibit 9, sir. | 13:42 |
| 17 | A    Okay.  I'll open the Exhibit 9. | 13:42 |
| 18 | So I have the '060 patent up.  I'll -- I will | 13:42 |
| 19 | find that reference that says that it connects -- | 13:42 |
| 20 | makes the association between electrical communication | 13:43 |
| 21 | and electrical connection. | 13:43 |
| 22 | I would like you to look at column 17. | 13:43 |
| 23 | Q    Okay.  I'm there. | 13:43 |
| 24 | A    I'm looking at line 65.  Line 65 reads: | 13:43 |
| 25 | "Forming the electrical connections places | 13:43 |

Page 95

| | | |
|---|---|---|
| 1 | the die interconnects in" -- "communication with the | 13:43 |
| 2 | respective drivers." | 13:44 |
| 3 | Okay.  Now, let's see.  There may be | 13:44 |
| 4 | additional I would like to look at.  Now, continuing | 13:44 |
| 5 | on from that point, it says: | 13:44 |
| 6 | "In some embodiments, forming the electrical | 13:44 |
| 7 | connections can comprise forming electrical | 13:44 |
| 8 | connections between the die interconnects and a data | 13:44 |
| 9 | conduit." | 13:44 |
| 10 | Okay. | 13:44 |
| 11 | Q   I'm sorry to interrupt, but can I ask a | 13:44 |
| 12 | clarifying question? | 13:44 |
| 13 | A   And see, that -- that -- well, actually, | 13:44 |
| 14 | that's not so relevant.  It's the previous sentence | 13:44 |
| 15 | that I read: | 13:44 |
| 16 | "Forming the electrical connections places | 13:44 |
| 17 | the die interconnects in electrical communication with | 13:44 |
| 18 | the respective drivers." | 13:44 |
| 19 | So what we've done is we -- if you connect a | 13:44 |
| 20 | die interconnect to a -- one of the levels in the | 13:45 |
| 21 | figure, you now are connecting to some conductor. | 13:45 |
| 22 | That conductor will carry a wave when you -- when you | 13:45 |
| 23 | drive it.  It has capacitance.  It has a load. | 13:45 |
| 24 | And whether or not that conductor is -- is | 13:45 |
| 25 | attached to a data port, you will see the wave go down | 13:45 |

Page 96

```
 1    that conductor.  At the end, it will bounce -- bounce     13:45
 2    back, and you'll see that as noise.  Moreover, the        13:45
 3    capacitance on the conductor will load the driver.        13:45
 4         So in every way, forming the electrical              13:45
 5    connection and placing this piece of a -- of a metal      13:45
 6    on the -- on an array, it will form to an electrical      13:45
 7    communication.  That's what you'll get.  Electrical       13:45
 8    connection is electrical communication in this sense.     13:45
 9    Q    Okay.  But can I ask a clarifying question?          13:46
10         So on line 65, column 17, it says:                   13:46
11         "Forming the electrical connection places the        13:46
12    die interconnects in electrical communication with the   13:46
13    respective drivers."                                      13:46
14         Right?                                                13:46
15         That's talking about the drivers on the              13:46
16    control die; right?                                       13:46
17    A    That's correct.                                      13:46
18    Q    Okay.  So it's not talking about electrical          13:46
19    communication with the array dies; right?                 13:46
20    A    No.  I disagree.                                      13:46
21    Q    Why?                                                  13:46
22    A    You -- you will understand that the VIA is           13:46
23    now connected to the -- to the array die, because        13:46
24    there may be metal there.  There may be a metal -- a     13:46
25    metal pathway.                                             13:46
```

Page 97

| | | |
|---|---|---|
| 1 | Q   I understand. | 13:46 |
| 2 | But you're saying that this specific | 13:46 |
| 3 | disclosure that equates electrical connection with | 13:46 |
| 4 | electrical communication discusses array dies. | 13:46 |
| 5 | And I'm pointing out to you that it | 13:46 |
| 6 | specifically says drivers, and these are drivers in | 13:46 |
| 7 | the control die; right? | 13:47 |
| 8 | A   Yeah, but that's fine.  The driver is in | 13:47 |
| 9 | communication with whatever the -- the VIA is | 13:47 |
| 10 | connected to on that die. | 13:47 |
| 11 | Q   Does the passage mention electrical | 13:47 |
| 12 | communication with array dies? | 13:47 |
| 13 | MR. RUECKHEIM:  Object to the form. | 13:47 |
| 14 | THE WITNESS:  Does the -- it just -- it just | 13:47 |
| 15 | did.  That's what it says. | 13:47 |
| 16 | MR. TEZYAN:  Q.  Where does it say "array | 13:47 |
| 17 | die" in this paragraph, sir? | 13:47 |
| 18 | A   Just a moment. | 13:47 |
| 19 | Okay.  There is a reference to this in | 13:48 |
| 20 | column 8 at line 57. | 13:48 |
| 21 | Q   And I don't mean to cut you off, sir, but the | 13:48 |
| 22 | question was about paragraph -- the paragraph starting | 13:48 |
| 23 | on line 60 of column 17. | 13:48 |
| 24 | And the question was:  Where in that | 13:48 |
| 25 | paragraph that you claim provides support for your | 13:48 |

Page 98

```
 1    but long answer, is it your testimony that the driver      15:47
 2    size doesn't depend on how many transistors are            15:48
 3    actively being used?                                       15:48
 4        A   The driver size in this patent is taught to        15:48
 5    be the area of the driver or the physical dimensions       15:48
 6    of the driver.  And so it does not depend on the           15:48
 7    number of transistors that are actually being used.        15:48
 8        Q   Okay.  So if only two of the ten transistors       15:48
 9    are used to drive a load, is the physical size of the      15:48
10    driver determined by the ten transistors or the two        15:48
11    transistors?                                               15:48
12        A   Are you saying that you'll never use               15:48
13    transistors?  Is that your assumption?                     15:48
14        Q   No.                                                15:48
15            I'm just saying for purposes of my                 15:48
16    hypothetical, right, you have a driver that's composed     15:48
17    of ten transistors; right?                                 15:48
18        A   I understand.                                      15:48
19        Q   Okay.  And for the particular load that's on       15:48
20    this driver, you're using two of the ten transistors      15:49
21    for driving.                                               15:49
22            Does that make sense?                              15:49
23        A   That makes sense.                                  15:49
24        Q   Okay.  So if only two of the ten transistors       15:49
25    are used to drive a load, is the physical size of the      15:49
```

Page 146

| | | |
|---|---|---|
| 1 | driver determined by the ten transistors or the two | 15:49 |
| 2 | transistors? | 15:49 |
| 3 |    A   I asked a question:  Do you ever turn on all | 15:49 |
| 4 | ten transistors? | 15:49 |
| 5 |    Q   You could.  But in this situation, you're | 15:49 |
| 6 | just using two. | 15:49 |
| 7 |    A   I think you answered my question.  If you can | 15:49 |
| 8 | turn on all ten, the driver size is related to the | 15:49 |
| 9 | load that you can drive.  And if you're going to drive | 15:49 |
| 10 | ten transistors, you have to have enough area to | 15:49 |
| 11 | dissipate the power they generate.  And once you have | 15:49 |
| 12 | that area, even if you only use two, you've got the | 15:49 |
| 13 | area, because you're committed to the area for the | 15:49 |
| 14 | ten. | 15:49 |
| 15 |    Q   Okay.  So the answer to my question is that | 15:49 |
| 16 | if you have a driver that's composed of ten | 15:49 |
| 17 | transistors, regardless of whether you're driving two | 15:49 |
| 18 | or ten of them, the driver size is ten transistors? | 15:50 |
| 19 |    A   No.  The driver size is the physical | 15:50 |
| 20 | dimension of the driver. | 15:50 |
| 21 |    Q   Okay.  Sorry.  I withdraw the question. | 15:50 |
| 22 |    So let me just ask the original question | 15:50 |
| 23 | again:  If only two of the ten transistors are used to | 15:50 |
| 24 | drive a load, is the physical size of the driver | 15:50 |
| 25 | determined by the ten transistors? | 15:50 |

Page 147

```
 1        A    I don't know exactly, but the answer is it        15:50
 2    could be.                                                  15:50
 3        Q    Okay.  When would it not be determined by         15:50
 4    those ten transistors?                                     15:50
 5        A    Ask your question again, because I think I        15:50
 6    misunderstood it.                                          15:50
 7        Q    Sure.                                             15:50
 8             The -- the question is -- and I think I know      15:50
 9    the answer, based on your testimony, but I just want       15:50
10    to make sure we're absolutely clear.                       15:50
11             So if only two of the ten transistors are        15:50
12    used to drive a load, is the physical size of the          15:50
13    drive -- the driver determined by ten transistors or       15:51
14    two transistors?                                           15:51
15        A    My answer is going to be determined by the        15:51
16    two transistors, because the size of the driver has to     15:51
17    be able to dissipate the power of whatever is in           15:51
18    there.  And if those two transistors are driving like      15:51
19    mad, and that would -- might be the case, then you         15:51
20    have to make enough area to dissipate the heat.            15:51
21             You just told me that you're never going to      15:51
22    drive the other eight, if I understand the hypothesis.     15:51
23        Q    No.                                               15:51
24             So --                                             15:51
25        A    Okay.                                             15:51
```

Page 148

```
1              CERTIFICATE OF STENOGRAPHIC REPORTER

2

3          I, ANDREA M. IGNACIO, hereby certify that the

4    witness in the foregoing remote deposition was by me

5    sworn to tell the truth, the whole truth, and nothing

6    but the truth in the within-entitled cause;

7          That said remote deposition was taken in

8    shorthand by me, a disinterested person, at the time

9    and place therein stated, and that the testimony of

10   the said witness was thereafter reduced to

11   typewriting, by computer, under my direction and

12   supervision;

13         That before completion of the deposition,

14   review of the transcript [ ] was [x] was not

15   requested.  If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18         I further certify that I am not of counsel or

19   attorney for either or any of the parties to the said

20   deposition, nor in any way interested in the event of

21   this cause, and that I am not related to any of the

22   parties thereto.

23         Dated: June 27, 2023

24

25    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830


                                            Page 206
```