**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-CV-203-JRG-RSP ) ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, TO FILE A RESPONSE TO DEFENDANTS' CLAIM CONSTRUCTION SUR-REPLY (Dkt. 113)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Strike, or in the Alternative, to File a Response to Defendants' Claim Construction Sur-Reply (Dkt. 113). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit A** is a true and correct annotated copy of Micron's claim construction sur-reply (Dkt. 113).

3. Attached as **Exhibit B** is a true and correct copy of Netlist's Response to Defendant's Claim Construction Sur-Reply (Dkt. 113).

4. Attached as **Exhibit C** is a true and correct copy of email correspondence between counsel for Netlist and Micron.

5. Attached as **Exhibit 31** is a true and correct excerpted copy of the trial transcript from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 2:21-cv-00463.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 10, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby