## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:22-cv-203-JRG-RSP |
| ) | |
| MICRON TECHNOLOGY, INC.; MICRON ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having considered Netlist's Motion to Strike, or in the Alternative, to File a Response to Defendant's Sur-Reply Claim Construction Brief (Dkt. 113), any response, and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**. Alternatively, the Court will consider Netlist's Response to Defendant's Sur-Reply Claim Construction Brief.

**IT IS SO ORDERED.**