# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0203-JRG-RSP |
| | § | |
| MICRON TECHNOLOGY, INC., ET AL. | § | |

**Markman and Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
July 26, 2023

**OPEN:   9:04 am**                                             **ADJOURN: 2:02 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jason Sheasby |
| | Yanan Zhao |
| | Michael Tezyan |
| | Sam Baxter |
| | Jennifer Truelove |
| | |
| ATTORNEY FOR DEFENDANTS: | Michael Rueckheim |
| | William Logan |
| | Wes Hill |
| | |
| TECHNICAL ADVISOR: | Mike Paul |
| | |
| COURT REPORTER: | Shawn McRoberts |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Sam Baxter introduced co-counsel and announced ready.  Wes Hill introduced co-counsel and announced ready.

The Court heard argument on a term by term basis.  Jason Sheasby and Michael Tezyan presented argument on behalf of Plaintiff.  Mike Rueckheim and William Logan presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.

Yanan Zhao argued Plaintiff's Motion to Compel (Dkt. No. 73).  Mike Rueckheim responded.  Plaintiff was directed to supplement the current motion.

After the lunch break, the parties continued with arguments.  The Court made rulings and will enter an Order.