**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-203-JRG-RSP ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Court, having considered the briefing on Netlist's Motion to Strike or, in the Alternative, Leave to File a Response to Micron's Sur-Reply Claim Construction Brief ("Motion") and exhibits attached thereto, hereby **DENIES** Netlist's Motion.

**IT IS SO ORDERED.**

1