# Exhibit 1

| | |
|---|---|
| **From:** | Zhao, Yanan |
| **Sent:** | Friday, June 16, 2023 7:57 AM |
| **To:** | Winston-Micron-Netlist@winston.com; wh@wsfirm.com; ce@wsfirm.com; andrea@wsfirm.com |
| **Cc:** | #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com) |
| **Subject:** | Netlist v. Micron, 22-cv-203 (E.D. Tex.) - License |

Counsel,

I write to address a separate set of deficiency in Micron's discovery disclosures and document productions to date.  Micron should produce all patent licenses, settlement agreements, covenants not to sue, or related items entered into by each of the Micron Defendants that relate to semiconductors or semiconductor manufacturing, transistors or circuits, or components of servers or other personal computers.   Micron should also produce the list of patents licensed by any party as part of each agreement.  By way of example, Micron should produce its license agreements with Rambus and any subsequent renewed license and identify the licensed patents.

We look forward to your prompt response and production.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com