**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-CV-203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) | |
| MICRON SEMICONDUCTOR | ) | |
| PRODUCTS, INC., AND MICRON | ) | |
| TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF
NETLIST, INC.'S MOTION TO COMPEL MICRON DEFENDANTS TO
PRODUCE RELEVANT LICENSE AGREEMENTS AND LISTS OF
PATENTS LICENSED**

**I, Jason G. Sheasby, declare as follows**:

      1.     I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Micron Defendants to Produce Relevant License Agreements and Lists of Patents Licensed. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

      2.     Attached as **Exhibit 1** is true and correct copy of email correspondence from counsel for Netlist to counsel for Micron on June 16, 2023.

      Executed on August 1, 2023, in Los Angeles, California.

                          By */s/ Jason G. Sheasby*
                             Jason G. Sheasby