**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC., )<br>MICRON SEMICONDUCTOR )<br>PRODUCTS, INC., AND MICRON )<br>TECHNOLOGY TEXAS LLC, )<br>)<br>)<br>Defendants. ) | Case No. 2:22-CV-203-JRG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL MICRON DEFENDANTS TO PRODUCE RELEVANT LICENSE AGREEMENTS AND LISTS OF PATENTS LICENSED**

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Micron Defendants to Produce Relevant License Agreements and Lists of Patents Licensed. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is true and correct copy of email correspondence from counsel for Netlist to counsel for Micron on June 16, 2023.

Executed on August 1, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby