# Exhibit 4

# Zhao, Yanan

| | |
|---|---|
| **From:** | Zhao, Yanan |
| **Sent:** | Friday, July 21, 2023 11:52 AM |
| **To:** | 'RPark@winston.com'; Winston-Micron-Netlist; 'wh@wsfirm.com'; 'andrea@wsfirm.com'; ce@wsfirm.com |
| **Cc:** | #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com) |
| **Subject:** | Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Netlist Motion for Leave to Amend |

Ryuk,

I understand from yesterday's meet and confer that Micron is taking the position that Netlist only asserted induced infringement claims as to the '339 and '506 patents.  This is incorrect, and I would like to direct your attention to Netlist's original and supplemental infringement contentions, which identify "Netlist's infringement allegations for each of the patents addressed in this disclosure include, without limitation, infringement under 35 U.S.C. §§ 271(a)-(c), and (f)."

Out of abundance of caution, Netlist intends to seek leave with the Court to file an amended complaint to expressly state as such.  Please let us know if Micron opposes and, if so, the basis by Tuesday.  I'm available for a meet and confer at your earliest convenience.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com

1

# Zhao, Yanan

| | |
|---|---|
| **From:** | Zhao, Yanan |
| **Sent:** | Wednesday, July 26, 2023 6:37 AM |
| **To:** | Rueckheim, Mike; Winston-Micron-Netlist; Wesley Hill |
| **Cc:** | #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com) |
| **Subject:** | Lead Counsel Meet and Confer |

Mike, Wes,

Please be prepared to meet and confer with us today regarding Netlist's motion for leave to amend its pleading, Netlist's requests that Micron must produce licenses/settlement agreements/covenants not to sue relevant to semiconductor technologies (including the Rambus agreement), and other outstanding document production requests such as market forecast and documents sufficient to identify the number of data buffers, RCDs, PMICs, and HUBs supplied by each of Micron suppliers.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-7065 | yzhao@irell.com