**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**ORDER**

The Court, having considered the briefing on Defendant Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's ("Micron's") Motion to Compel Netlist to Produce Certain Documents from the SK Hynix Litigation and Documents Relating to Negotiation of SK Hynix License Agreement ("Motion") and exhibits attached thereto, hereby **GRANTS** Micron's Motion.

**IT IS SO ORDERED.**

1