**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-CV-203-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC., AND MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| | ) |
| Defendants. | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION OF MICRON'S COMPONENT SUPPLIERS**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Production of Documents and Information of Micron's Component Suppliers. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is true and correct copy of email correspondence between counsel for Netlist and counsel for Micron between July 25 and July 27, 2023.

3. Attached as **Exhibit 2** is list of Micron Part Numbers for which Netlist is not able to identify corresponding component suppliers. Netlist identified the Part Numbers based on Micron's interrogatory responses served on or before June 23, 2023, and shared the list with Micron on July 27, 2023.

4. Attached as **Exhibit 3** is true and correct copy of an excerpt of a letter from counsel for Netlist to counsel for Micron dated January 26, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2023, in Los Angeles, California.

                                                By */s/ Jason G. Sheasby*
                                                Jason G. Sheasby