# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON | ) JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# ORDER

The Court, having considered Plaintiff Netlist, Inc.'s Motion to Compel Production of Documents and Information of Micron's Component Suppliers ("Plaintiff's Motion"), the response, and supporting documents attached thereto, is of the opinion that the Plaintiff's Motion should be **GRANTED**.

**IT IS SO ORDERED.**