UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) <br> ) | No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND**
**THE DOCKET CONTROL ORDER**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") (collectively "the Parties") respectfully file this Joint Motion to Amend the Docket Control Order (Dkt. Nos. 43; 66; 107).

The Parties respectfully request that the Court amend the deadlines as proposed below:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| January 22, 2024 | No change | * Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| December 26, 2023 | No change | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date.[1] |
| December 20, 2023 | No change | * Pretrial Conference – 9:00 am in **Marshall, Texas** before Judge Roy Payne |

1

| | | |
|---|---|---|
| December 11, 2023 | No change | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| December 11, 2023 | No change | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| December 4, 2023 | No change | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e- mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| November 27, 2023 | No change | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| November 27, 2023 | No change | Serve Objections to Rebuttal Pretrial Disclosures |
| November 20, 2023 | No change | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| November 6, 2023 | No change | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

| | | |
|---|---|---|
| October 30, 2023 | November 8, 2023 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[2] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| October 16, 2023 | October 25, 2023 | *File Motions to Strike Expert Testimony (including *Daubert* Motions) No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| October 16, 2023 | October 25, 2023 | *File Dispositive Motions No dispositive motion may be filed after this date without leave of the Court. Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| October 10, 2023 | October 23, 2023 | Deadline to Complete Expert Discovery |
| September 25, 2023 | October 10, 2023 | Serve Disclosures for Rebuttal Expert Witnesses |
| September 5, 2023 | September 20, 2023 (This does not extend or otherwise affect the original deadline to serve written discovery and subpoena requests) | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| September 5, 2023 | September 20, 2023 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

The Parties understand that three of the deadlines that they request the Court amend require a showing of good cause. Specifically, the deadlines for filing Dispositive Motions, Motions to Strike or *Daubert* Motions, and Responses to Motions.

Good cause exists to move these deadlines. At least one Netlist expert witness has a travel conflict with the currently-set schedule. Both parties have claim construction deadlines coming due in a separate case, with opening briefs due on August 24, 2023. Further, Netlist has a PTAB hearing on IPRs on two of the patents-in-suit (IPR2022-00996; IPR2022-00999) on September 11. The parties are currently scheduling fact witness depositions, which has been made more difficult due to travel schedules and the intervening holiday on September 4, 2023.

In addition, Netlist's lead counsel has another trial starting on October 2, 2023. The requested extension to the current deadlines will allow lead counsel adequate time to take the depositions of Micron's expert witnesses.

These proposed extensions to fact and expert discovery require the remaining deadlines to also be adjusted. The parties anticipate at least some motions to strike expert testimony and dispositive motions will need to reference deposition testimony of experts who would not be deposed before the current October 16, 2023 deadline for dispositive motions and motions to strike.

Moreover, these proposed extensions do not impact the date on which the Court will receive the parties' Motion *in Limine*, Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. The parties' proposed deadlines also allow for the dispositive motions and motion to strike briefing to be complete four weeks prior to the currently set pre-trial conference.

No other Amendments to the Docket Control Order are requested at this time.

Dated: August 11, 2023                                    Respectfully submitted,

                                            */s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

*/s/ Michael R. Rueckheim*

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
**WINSTON & STRAWN LLP**

2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice Pending*
DEnzminger@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
*Pro Hac Vice Pending*
mhopkins@winston.com
**WINSTON & STRAWN LLP**
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

Juan Yaquian
State Bar No. 24110559
*Pro Hac Vice*
JYaquian@winston.com
**WINSTON & STRAWN LLP**
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 11, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Yanan Zhao*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred via email on the issues raised in this joint motion.

*/s/ Yanan Zhao*