**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-203-JRG-RSP |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s Motion for Leave to File Second Amended Complaint. **Dkt. No. 128.** Defendants have notified the Court that they do not oppose Plaintiff's Motion. Dkt. No. 140. Accordingly, Plaintiff's Motion is **GRANTED**.

**SIGNED this 14th day of August, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE