# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-CV-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC., | ) JURY TRIAL DEMANDED |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS INC., MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court, having considered the briefing on Defendants' Motion to Compel Production of Certain Materials From Netlist's SK Hynix Litigation and Negotiation Documents, is of the opinion that said motion should be **DENIED**.

**IT IS SO ORDERED.**