# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-CV-203-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC., AND MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| | ) |
| Defendants. | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S JULY 26, 2023 ORDER (DKT. 123)**

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this Action. I provide this declaration in support of Netlist's Motion to Show Cause Why Defendants Should Not be Held in Contempt for Violating the Court's July 26, 2023 Order (Dkt. 123). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Micron's Third Supplemental Responses to Netlist's First Set of Interrogatories and Exhibits B1–B4 attached thereto, which were served on August 9, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of Corrected Exhibit B3 to Micron's Third Supplemental Responses to Netlist's First Set of Interrogatories, which was served on August 14, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of an email chain between counsel for Micron and counsel for Netlist between August 12, 2023, and August 15, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2023, in Los Angeles, California.

By <i>/s/ Jason G. Sheasby</i><br>
Jason G. Sheasby