# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having considered Plaintiff Netlist, Inc.'s Motion to Show Cause Why Defendants Should Not be Held in Contempt for Violating the Court's July 26, 2023 Order, Dkt. 123, the response, and supporting documents attached thereto, is of the opinion that the Plaintiff's Motion should be **GRANTED**.

For purposes of this Action, it is taken an established fact that Micron's sales of the accused products identified on Micron's Exhibit B1 as (1) having a "SOLD_ TO_COUNTRY_DESC" (Column F) of USA or Puerto Rico; (2) having a "SHIP_TO_ COUNTRY_DESC" (Column H) of USA or Puerto Rico; (3) having an "END_CUST_ COUNTRY_DESC" (Column J) of USA; or (4) as having a "SHIPPED_FROM_COUNTRY" (Column M) of US, are U.S. sales under 35 U.S.C. § 271(a) subject to Netlist's damages claims in this action.

**IT IS SO ORDERED.**