**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-CV-203-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC., AND MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| | ) |
| Defendants. | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL MICRON DEFENDANTS TO PRODUCE DOCUMENTS RELATING TO THE ACCUSED FEATURES OF MICRON'S PRODUCTS**

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Micron Defendants to Produce Documents Relating to the Accused Features of Micron Products. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is true and correct copy of email correspondence between counsel for Netlist and counsel for Micron between July 31 and August 8, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby