# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## ORDER

The Court, having considered Plaintiff Netlist, Inc.'s Motion to Compel Micron Defendants to Produce Documents Relating to the Accused Features of Micron's Products ("Plaintiff's Motion"), the response, and supporting documents attached thereto, is of the opinion that the Plaintiff's Motion should be **GRANTED**.

**IT IS SO ORDERED.**