# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0203-JRG-RSP |
| | § | |
| MICRON TECHNOLOGY, INC., ET AL. | § | |

## Motions Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### August 22, 2023

**OPEN:** 1:30 pm                                                                 **ADJOURN:** 3:01 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jason Sheasby |
| | Sam Baxter |
| ATTORNEY FOR DEFENDANTS: | Mike Rueckheim |
| | Ryuk Park |
| | Wes Hill |
| LAW CLERK: | Kyle Dockendorf |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Sam Baxter introduced co-counsel and announced ready. Wes Hill introduced co-counsel and announced ready.

The Court heard argument on the following motions: Plaintiff's Motion to Compel Defendants to Produce Relevant License Agreements and Lists of Patents Licensed (Dkt. No. 131); Plaintiff's Motion to Compel Defendants to Produce Documents Improperly Designated as "Source Code" and for an Order Finding Defendants in Violation of P.R. 3-4 (Dkt. No. 132); Plaintiff's Motion to Compel Production of Documents and Information of Micron's Component Suppliers (Dkt. No. 133); and Motion to Compel Production of Certain Materials from Netlist's SK Hynix Litigation and Negotiation Documents (Dkt. No. 135). Jason Sheasby argued for plaintiff. Mike Rueckheim argued for defendants. The Court made rulings and will enter an Order.