UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-203-JRG RSP <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' RESPONSE TO PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL MICRON DEFENDANTS TO PRODUCE DOCUMENTS RELATING TO THE ACCUSED FEATURES OF MICRON'S PRODUCTS**

## **TABLE OF CONTENTS**

Page

I. INTRODUCTION ................................................................................................................ 1

II. ARGUMENT ........................................................................................................................ 2

    A.    Documents Related to Improvements in Power Efficiency Attributable to VR-on-DIMM .................................................................................................................... 2

    B.    Documents Related to Micron's decision to implement VR-on-DIMM on DDR5 DIMMs .................................................................................................................... 2

    C.    Documents Related to Different Interconnect Structures in HBM2E and HBM3 (1st and 2nd Generations) ............................................................................................. 2

    D.    Comparisons of Micron's HBM Products to Third-Party Products ........................ 2

III. CONCLUSION ..................................................................................................................... 2

I.  **INTRODUCTION**

Netlist's motion is moot. Netlist has a pattern of raising new discovery requests for the first time in an email that seeks information above and beyond the written discovery it has propounded. Netlist then quickly moves to compel on these requests undeterred by Micron's good-faith agreement to investigate Netlist's requests. This motion is no different. Netlist raised the present requests on July 31, 2023. Micron explained how these requests expand on the written discovery Netlist previously propounded. *Compare, e.g.,* Mot. at 1 (Netlist's Requests 1-4 seeking improvements attributable to VR-on-DIMM, changes to interconnect structures pertaining to specific generations of Micron HBM products, and comparisons between Micron's HBM products and third-party HBM products) with Mot. at 3-4 (Netlist's written document requests which are silent regarding the foregoing issues). Nevertheless, Micron met and conferred with Netlist on these requests on August 7 and 9, both times agreeing to conduct reasonable and proportional searches for the requested documents and produce any responsive documents that Micron finds. Dkt. 146-1, 1-2. Micron even noted that it had *already* begun producing responsive documents, including those Netlist cites in its motion as having been produced on August 3. Mot. at 5. Undeterred, Netlist proceeded to file the present Motion ignoring that Micron was searching for and producing the newly requested material. Netlist's actions and serial motion practice detracts from the discovery process and wastes judicial and party resources.

## II. ARGUMENT

### A. Documents Related to Improvements in Power Efficiency Attributable to VR-on-DIMM

### B. Documents Related to Micron's decision to implement VR-on-DIMM on DDR5 DIMMs

### C. Documents Related to Different Interconnect Structures in HBM2E and HBM3 (1st and 2nd Generations)

### D. Comparisons of Micron's HBM Products to Third-Party Products

## III. CONCLUSION

For the foregoing reasons, Micron respectfully requests that the Court deny Netlist's Motion to Compel as moot.

Dated: August 21, 2023                                   Respectfully submitted,

/s/ Michael R. Rueckheim
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201

Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (*pro hac vice*)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (*pro hac vice*)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Vivek V. Krishnan (*pro hac vice*)
vkrishnan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601

3

Telephone: 312-558-9508
Facsimile: 312-558-5700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC**

**CERTIFICATE OF SERVICE**

I certify that, on August 21, 2023, a copy of the foregoing was served on all counsel of record via the Court's ECF system and email.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I certify that a motion to seal this document is being filed contemporaneously pursuant to Local Rules CV-5(a) and CV-7(k).

By: */s/ Michael R. Rueckheim*
Michael R. Rueckheim