UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-203-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

# ORDER

The Court, having considered the briefing on Plaintiff Netlist, Inc.'s ("Netlist") Motion to Compel Micron Defendants to Produce Documents Relating to the Accused Features of Micron's Products and exhibits attached thereto, hereby **DENIES** Netlist's Motion.

**IT IS SO ORDERED.**