UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 2:22-CV-203-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew R. McCullough is entering his appearance in the above-captioned action as counsel for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC, and respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: August 31, 2023

Respectfully submitted,

*/s/ Matthew R. McCullough*
Matthew R. McCullough
CA State Bar No. 301330
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.
MICRON SEMICONDUCTOR
PRODUCTS, INC., MICRON
TECHNOLOGY TEXAS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew R. McCullough*
Matthew R. McCullough
