# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-CV-203-JRG-RSP |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC., AND MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| | ) |
| Defendants. | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S REPLY IN SUPPORT OF NETLIST'S MOTION TO SHOW CAUSE (Dkt. 146)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Reply in Support of Netlist's Motion to Show Cause. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of an email from counsel for Micron accepting Calendar Invitation from counsel for Netlist.

3. Attached as **Exhibit 2** is a true and correct copy of an email chain between counsel for Netlist and counsel for Micron dated August 17, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of an excerpt of the transcript of deposition of Micron's witness Tyler Morton on September 6, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 8, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby