# EXHIBIT 1

# Zhao, Yanan

| | |
|---|---|
| **From:** | McMillen, Shanea <SMcMillen@winston.com> on behalf of Melsheimer, Tom <TMelsheimer@winston.com> |
| **Sent:** | Monday, August 14, 2023 6:53 PM |
| **To:** | Zhao, Yanan |
| **Subject:** | Accepted: Netlist v. Micron, No. 22-cv-203 | Micron Document Production |

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.