# EXHIBIT 2

# Zhao, Yanan

| | |
|---|---|
| **From:** | Wesley Hill <wh@wsfirm.com> |
| **Sent:** | Thursday, August 17, 2023 12:47 PM |
| **To:** | Zhao, Yanan; Park, Ryuk |
| **Cc:** | Jennifer Truelove (jtruelove@McKoolSmith.com) |
| **Subject:** | RE: Netlist Motion for Leave to Exceed Page Limit |

Yanan,
Candidly, I'm not sure you actually need a page limit extension for this motion since it's not presented as a typical discovery dispute, but as a motion to show cause. Consider that. But, if you think you do need leave, I'll be happy to circulate this to co-counsel and revert.

Thanks,
Wes

Wesley Hill
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (main line)
(903) 212-3937 (direct)
(903) 757-2323 (facsimile)
wh@wsfirm.com
www.wsfirm.com
*******************************************

**Confidentiality**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Zhao, Yanan <yzhao@irell.com>
**Sent:** Thursday, August 17, 2023 2:35 PM
**To:** Wesley Hill <wh@wsfirm.com>; Park, Ryuk <RPark@winston.com>
**Cc:** Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@McKoolSmith.com>
**Subject:** Netlist Motion for Leave to Exceed Page Limit

Hi Wes, I believe Jennifer has reached out to you about it, Netlist intends to file a motion for leave to file its show cause motion exceeding the page limit. Please see attached for the draft. Please let us know if Micron opposes the motion. Thanks.

Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-7065 |Yzhao@irell.com



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.