# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC.;<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.; MICRON<br>TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | Case No. 2:22-cv-203-JRG<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF NETLIST'S REPLY IN SUPPORT OF MOTION TO EXTEND DEADLINE (DKT. 165)

Prior to filing its motion, Netlist sought to discuss an extension of HBM-related and damages reports with Micron's lead counsel that would not burden either party. Micron rejected it (beyond a three-day extension) and said there was not time in the schedule. Netlist tried to build time into the schedule that did not punish either party. Micron has now proposed a two-week extension for both parties' reports. Netlist is agreeable to Micron's two-week extension proposal for all opening expert reports.

This should have never required a motion.

Dated: September 13, 2023

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670

        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

        Jason G. Sheasby (*pro hac vice*)
        jsheasby@irell.com
        Annita Zhong, Ph.D. (*pro hac vice*)
        hzhong@irell.com
        Thomas C. Werner (*pro hac vice*)
        twerner@irell.com
        Yanan Zhao (*pro hac vice*)
        yzhao@irell.com
        Michael W. Tezyan (*pro hac vice*)
        mtezyan@irell.com

        **IRELL & MANELLA LLP**
        1800 Avenue of the Stars, Suite 900
        Los Angeles, CA 90067
        Tel. (310) 277-1010
        Fax (310) 203-7199

        ***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF system.

        */s/ Jason G. Sheasby*
        Jason G. Sheasby