IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00203 |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CHANGE LEAD COUNSEL DESIGNATION

Before the Court is Defendants' Unopposed Motion to Change Lead Counsel Designation. Having considered the matter, and that it is unopposed, the Court GRANTS the motion and designates Tom Melsheimer as lead counsel for Defendants.