**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:22-CV-00203-JRG- |
| MICRON TECHNOLOGY, INC., | § | RSP |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is Defendants' Unopposed Motion to Change Lead Counsel Designation.

**Dkt. No. 175.** Having considered the matter, and that it is unopposed, the Motion is **GRANTED**.

The Clerk of Court is **DIRECTED** to designate Tom Melsheimer as lead counsel for Defendants.

**SIGNED this 15th day of September, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE