# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-CV-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC., | ) JURY TRIAL DEMANDED |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC., AND MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST INC.'S OPPOSITION TO MICRON DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Dkt. 169)**

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Opposition to Micron Defendants' Motion for Protective Order (Dkt. 169). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is true and correct copy of email correspondence by Netlist counsel on May 15, 2023 and June 9, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of the excerpted transcript of Brent Keeth deposition taken on August 15, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of the excerpted transcript of Frank Ross deposition taken on August 17, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of the excerpted transcript of Boe Holbrook deposition taken on August 30, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of the excerpted transcript of Scott DeBoer deposition taken on September 7, 2023.

Executed on September 15, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby