# EXHIBIT 1

**From:** Chestney, Isabella
**Sent:** Monday, May 15, 2023 5:49 PM
**To:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com
**Cc:** #Netlist-Micron [Int]; jtruelove@mckoolsmith.com; ~Baxter, Samuel
**Subject:** Netlist's 30(b)(6) Notice
**Attachments:** Netlist's 30(b)(6) Notice.pdf

Counsel,

Please see attached for service.

Best,

**Isabella Chestney**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

---

**From:** Zhao, Yanan
**Sent:** Friday, June 9, 2023 5:38 PM
**To:** Winston-Micron-Netlist@winston.com; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com
**Cc:** #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com)
**Subject:** Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | 30(b)(1) Notices
**Attachments:** Carrizosa, Rebecca 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Cyr, Scott 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Holbrook, Boe 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Humphrey, Malcolm 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Keeth, Brent 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Koyle, Neal 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Mehrotra, Sanjay 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Morton, Tyler 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Morzano, Christopher 30(b)(1) notice -Netlist v. Micron 22-cv-203.pdf; Myers, Michael 30(b)(1) notice -Netlist v. Micron 22-cv-203.pdf; Pax, George 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Ross, Frank 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Royer, Roman 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Schaefer, Scott 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Singh, Akshay 30(b)(1) notice -Netlist v. Micron 22-cv-203.pdf; Ayyapureddi, Sujeet 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf; Beal, Rob 30(b)(1) notice - Netlist v. Micron 22-cv-203.pdf

Counsel,

Please see attached for service.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com