**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC., )<br>MICRON SEMICONDUCTOR )<br>PRODUCTS, INC., AND MICRON )<br>TECHNOLOGY TEXAS LLC, )<br>)<br>Defendants. ) | Case No. 2:22-CV-203-JRG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST
INC.'S MOTION TO COMPEL PRODUCTION OF REVERSE
ENGINEERING, SIMULATION DATA, AND COMPLETE HBM
TECHNICAL DOCUMENTS**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Production of Reverse Engineering, Simulation Data, and Complete HBM Technical Documents. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is true and correct excerpted copy of the rough deposition transcript of Roman Royer, dated September 19, 2023.

3. Attached as **Exhibit 2** is a true and correct excerpted copy of the deposition transcript of Scott DeBoer, dated September 7, 2023.

Executed on September 20, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby