**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC.,                  ) <br><br> Plaintiff,     ) <br><br> vs.          ) <br><br> MICRON TECHNOLOGY, INC., ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC., AND MICRON ) <br> TECHNOLOGY TEXAS LLC,    ) <br><br> Defendants. | Case No. 2:22-CV-203-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST INC.'S**
**MOTION TO TAKE THIRD PARTY DEPOSITION OUT OF TIME**

**I, Jason G. Sheasby, declare as follows**:

1.        I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Take Third Party Deposition Out Of Time. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.        Attached as **Exhibit 1** is true and correct excerpted copy of the deposition subpoena served on Texas Instruments on November 22, 2022.

3.        Attached as **Exhibit 2** is a true and correct copy of an email chain between Netlist's counsel and Micron's counsel dated September 13, 2023.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


        Executed on September 20, 2023, in Los Angeles, California.

                                        By */s/ Jason G. Sheasby*
                                        Jason G. Sheasby

- 2 -