# EXHIBIT 1
(Sought to be filed Under Seal)

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# United States District Court
for the
Eastern District of Texas

| | |
|---|---|
| Netlist, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:22-cv-203-JRG |
| Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Texas Instruments Incorporated, c/o CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Veritext<br>600 N. Pearl Street, Suite 2230<br>Dallas, TX 75201 | Date and Time:<br>12/27/2022 9:00 am |
|---|---|

The deposition will be recorded by this method: Stenographic and/or video means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/22/2022

_____          /s/ Yanan Zhao
*CLERK OF COURT*                OR         _____
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Netlist, Inc.
, who issues or requests this subpoena, are:
Yanan Zhao, Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067; yzhao@irell.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

---

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF TEXAS

_____
Netlist, Inc.                              AFFIDAVIT OF SERVICE
v.
Micron Technology, Inc., Micron             Civil Action No. 2:22-cv-203-JRG
Semiconductor Products, Inc., Micron
Technology Texas LLC
_____

**SERVICE UPON: TEXAS INSTRUMENTS INCORPORATED**
STATE OF TEXAS CITY OF DALLAS: ss

Daisy Garcia, being duly sworn, deposes and says: I am not a party to the within action, am over the age 18 years and reside in the State of Texas.

That on the 22nd day of November, 2022 at 2:00 pm, I personally served the following documents: **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; ATTACHMENT A; PROTECTIVE ORDER; and APPENDIX A UNDERTAKING OF EXPERTS OR CONSULTANTS REGARDING PROTECTIVE ORDER** to: **Kirk Atkins**, an authorized acceptance agent employed by Registered Agent **CT Corporation System, Inc.**, who is authorized to accept service of process for **Texas Instruments Incorporated**, at the address of: **1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 41.25.

"I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server in good standing in the County in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

I declarant under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Daisy Garcia
_____
Subscribed and sworn before me on
Notary Public: Carrie M. Dean
Notary #: 133563213 Qualified in
County: Dallas County My Commission
Expires on: 2-1-2026

[Notary seal: CARRIE MICHELLE DEAN, Notary Public, State of Texas, Comm. Expires 02-01-2026, Notary ID 133563213]

Daisy Garcia
County Legal & Notary Service
816 South Figueroa St., # 100
Los Angeles, CA 90017
(213) 327-0014

COUNTY LEGAL
ATTORNEY SERVICE

work order # 88694

4. The structure, function, and operation of TI RCD as related to the address and command signals it receives and outputs and how the output signals are generated based on the signal it receives.

5. The structure, function, and operation of TI PMICs as related to the DDR5 Power Management Features.

6. To the extent TI supplied any components of Micron Accused HBM Products, the structure, function, operation, competitive advantages of such component(s).

7. Reasons that TI implemented the specific structures, functions, and operations in 3-6.

8. Alternatives to the specific structures, functions, and operations in Topics 3-6 that TI considered but did not implement and reasons therefor.

9. TI's first implementation of each of the structure, function, and operation referenced in Topics 3-6.

10. Any testing conducted by TI of each of the structure, function, and operation referenced in Topics 3-6.

11. Competitive advantages of TI DDR Components, including features that distinguish TI DDR Components from those of its competitors.

12. Reasons why TI DDR Components were selected by Micron for use in Micron DDR4 LRDIMM and/or DDR5 DIMM Products.

13. Collaboration, Communications, and agreements between TI and Micron in connection with the development and design of the Subpoenaed Features.

14. Factors that TI considered in setting the prices for TI DDR Components sold to Micron, including the influence of the Subpoena Features on pricing.