# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-CV-203-JRG-RSP ) ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | ) ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S MOTION TO EXTEND DEADLINE**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Extend Deadline. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of an email chain between counsel for Micron and counsel for Netlist dated between August 17, 2023 and August 28, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of an email chain between counsel for Micron and counsel for Netlist dated between September 6, 2023 and September 8, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of an email from counsel for Netlist to counsel for Micron dated July 24, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of emails from counsel for Netlist to counsel for Micron dated September 7, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of a letter from counsel for Micron to counsel for Netlist dated August 29, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of an email chain between counsel for Micron and counsel for Netlist dated between September 6, 2023 and September 8, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 9, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby