# EXHIBIT 1

| | |
|---|---|
| **From:** | Park, Ryuk <RPark@winston.com> |
| **Sent:** | Monday, August 28, 2023 3:27 PM |
| **To:** | Werner, Tom |
| **Cc:** | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| **Subject:** | RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Inspection Prints |

Tom,

We are still waiting for the Court to issue an order regarding the August 22 hearing.  That being said, I understand from attending the hearing that the Court is likely ordering an additional 500 pages of source code print outs in addition to the amount specified in the protective order.  Are you requesting a production of all power points, pdfs and excel files located on the source code computer pursuant to Section 10.xiii. of the protective order?

Jason Sheasby sent an email on August 22—before the Court issued an order regarding printouts—stating "Please produce pursuant to the protective order all power points and pdfs on the source code computer." And then Annita (who was not at the hearing) sent an email the same day stating "The source code computer also included Excel spreadsheets.  Please produce those as well." If you are maintaining those requests now that the hearing has concluded, **please confirm that you are requesting a production of all power points, pdfs and excel files located on the source code computer material pursuant to Section 10.xiii. of the protective order**.

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
winston.com



---

**From:** Werner, Tom <TWerner@irell.com>
**Sent:** Monday, August 28, 2023 2:02 PM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Inspection Prints

Ryuk,

Micron is in contempt of the Protective Order, apparently intentionally so.  Given the clear requirements of the Protective Order, and Micron's silence, there seems no need for any meet and confer before we seek appropriate relief.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)

---

**From:** Werner, Tom <TWerner@irell.com>
**Sent:** Friday, August 25, 2023 8:45 AM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Inspection Prints

Ryuk,

Micron's failure to deliver Netlist's August 16 print request violates the Protective Order, yet another example of why this is an exceptional case.

As you're aware, the request below regarding documents that Micron improperly designated as Source Code has been superseded in light of the Court's directives at the August 22 hearing, about which we have emailed you separately.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)

---

**From:** Werner, Tom <TWerner@irell.com>
**Sent:** Thursday, August 17, 2023 8:18 AM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Inspection Prints

Ryuk,

I'm following up on Annita Zhong's requests to you yesterday to provide printouts from the review computer and virtual machine.  Please provide a listing of those files correlated to the Bates numbers of the prints.

Annita also requested production of documents that Micron improperly designated as Source Code, with redactions if Micron believes that is legitimately warranted.  Please confirm when these will be produced.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.