EXHIBIT 4

| **From:** | Sheasby, Jason |
| **Sent:** | Thursday, September 7, 2023 8:42 AM |
| **To:** | Zhao, Yanan |
| **Cc:** | Winston-Micron-Netlist; Wesley Hill; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com) |
| **Subject:** | Re: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | customer contracts/MOUs |

He also testified ███████████████████████████████████████████████████████
███████████████████████

Best
JS


On Sep 7, 2023, at 8:31 AM, Zhao, Yanan <yzhao@irell.com> wrote:


Counsel,

███████████████████████████████████████████████████████████
█████████ Micron has not produced contracts for most of these customers, and many of the ones Micron has produced were ████████████████████████████████████████. Please confirm Micron will produce all such contracts for every major company customer, including those listed above, by September 12.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com