# EXHIBIT 3

## SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | Tezyan, Michael |
| **To:** | Park, Ryuk; Rueckheim, Mike |
| **Cc:** | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| **Subject:** | RE: Netlist v. Micron-203 \| Deficiencies Re: Micron"s Document Production |
| **Date:** | Tuesday, August 8, 2023 12:28:40 PM |
| **Attachments:** | DRAFT MTC Technical Documnets.PDF |

Counsel,

This is our third attempt to address the deficiencies with Micron's document production outlined below. Please provide a date certain that Micron will produce the requested documents, or provide your availability for a lead/local meet and confer today or tomorrow. Otherwise, Netlist intends to file a motion to compel production of the requested documents today at midnight CST. A draft of the motion is attached for your reference.

Regards,
Michael

## Michael Tezyan

*Associate*

IRELL & MANELLA LLP

1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Direct: (310) 203-7536 | Email: mtezyan@irell.com

---

**From:** Tezyan, Michael
**Sent:** Friday, August 4, 2023 4:11 PM
**To:** Park, Ryuk <RPark@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Counsel,

Please confirm today that Micron will produce documents listed in (1)-(4) below, and that Micron will produce documents related to its HBM3 Gen2 products. Otherwise, please provide Micron's availability for a lead & local meet & confer for early next week.

Regards,
Michael

## Michael Tezyan

*Associate*

IRELL & MANELLA LLP

1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

---

**From:** Tezyan, Michael <mtezyan@irell.com>
**Sent:** Monday, July 31, 2023 6:13 PM
**To:** Park, Ryuk <RPark@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Counsel,

Please confirm by August 2, 2023 that Micron will produce the following documents, which fall under the listed categories of documents that Netlist has been requesting since November 10, 2022:

1.  Documents related to improvements in power efficiency that is attributable to on-module voltage regulation on Micron's DDR5 DIMMs.  RFPs #48, 53.

2.  Documents related to Micron's decision to implement on-module power management on Micron's DDR5 DIMMs, including the underlying analyses, simulations and factual data regarding its adoption of VR-on-DIMM and support for adoption of VR-on-DIMM at JEDEC. RFPs #64, 109, 115.

3.  Documents related to Micron's decisions to use different interconnect structures in HBM2E and HBM3 (1st and 2nd Generations), including alternatives considered, modelings performed, references consulted, and the reasons for changing the TSV interconnect structures.  RFPs #68, 70, 71, 117.

4.  Documents related to any comparisons of the interconnect structures of Micron's HBM products to the HBM products of its competitors, namely, SK hynix and Samsung.  RFPs #68, 70, 71, 117.

Additionally, please confirm that Micron will produce documents related to Micron's HBM3 Gen2 products, which are mentioned in this July 26, 2023 press release: https://investors.micron.com/news-releases/news-release-details/micron-delivers-industrys-fastest-highest-capacity-hbm-advance.  As Micron has long been aware, HBM3 products are expressly accused of infringement in this case.

Regards,
Michael

**Michael Tezyan**

*Associate*

IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com