# EXHIBIT 4

## SOUGHT TO BE FILED UNDER SEAL



    North America   Europe   Asia

255 Shoreline Drive
Suite 520
Redwood City, CA 94065
T +1 650 858 6500
F +1 650 858 6550

**LIBERTY QUAN**
Senior Paralegal
(650) 858-6442
lquan@winston.com

August 29, 2023

**VIA FEDERAL EXPRESS**

Thomas C. Werner, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

**Re:** *Netlist v. Micron*, No. 22-cv-00203 (E.D. Tex.): Micron's Source Code Production

Dear Counsel:

Please find enclosed one copy of source code Bates stamped SC_MICNL203-0000001 - SC_MICNL203-0001005.  Please note that the documents are designated as "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE."

Sincerely,
*/s/ Liberty Quan*

Liberty Quan
Senior Paralegal