# EXHIBIT 5

SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | Quan, Liberty |
| **To:** | Sheasby, Jason; Zhong, Annita; jtruelove@mckoolsmith.com; Tezyan, Michael; Werner, Tom; Zhao, Yanan; ~Baxter, Samuel; #Netlist-Micron [Int] |
| **Cc:** | Winston-Micron-Netlist; "andrea@wsfirm.com"; ce@wsfirm.com; Wesley Hill |
| **Subject:** | Netlist v. Micron, Case No. 22-cv-0203 (EDTX): SERVICE - Micron"s Document Production |
| **Date:** | Tuesday, September 5, 2023 10:58:01 AM |

Dear Counsel,

Please find available for your download Micron's production Bates stamped ▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

This production contains documents designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Best regards,
Liberty

**Liberty Quan**

**Senior Paralegal**

Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065

D: +1 650-858-6442

F: +1 650-858-6550

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.