# EXHIBIT 6

## SOUGHT TO BE FILED UNDER SEAL

| From: | Werner, Tom |
|---|---|
| Sent: | Friday, September 15, 2023 5:41 AM |
| To: | Park, Ryuk |
| Cc: | Krishnan, Vivek; Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]; Barr, Thomas; 'Aashik Padmanabhachary' |
| Subject: | RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Missing HBM Discovery |
| Importance: | High |

Ryuk,

Please respond this morning with Micron's availability.  Expert reports are due in just a few days.

Please also immediately produce the documents ███████████████████████████████
████████████████████████

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)

From: Werner, Tom <TWerner@irell.com>
Sent: Thursday, September 14, 2023 2:44 PM
To: Park, Ryuk <RPark@winston.com>
Cc: Krishnan, Vivek <VKrishnan@winston.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Barr, Thomas <TBarr@irell.com>
Subject: RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) -

Ryuk,

Please advise when your folks are available for the discussion of where Micron asserts the relevant documents are located, as discussed during today's L&L M&C.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars

Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Wednesday, September 13, 2023 3:27 PM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Krishnan, Vivek <VKrishnan@winston.com>; Werner, Tom <TWerner@irell.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** Re: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) -

Ryuk

What you wrote is not correct. We intend to move to compel and seek an evidentiary sanction. ███████████████████████████████████████. If you believe otherwise point to the document and explain why.

Best
JS

> On Sep 13, 2023, at 3:03 PM, Park, Ryuk <RPark@winston.com> wrote:
>
> Jason,
>
> The designs we have made available for inspection contain ███████████████████████ ████████████████████
>
> It is unclear what ████████████████████████████████████ ██████████████████████████████████████
>
> Thanks,
>
> Ryuk
>
>
> **Ryuk Park**
> **Of Counsel**
> Winston & Strawn LLP
> T: +1 650-858-6500
> D: +1 650-858-6440
> M: +1 607-242-9789
> F: +1 650-858-6550
> winston.com
> <image001.jpg>

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Tuesday, September 12, 2023 5:23 PM
**To:** Krishnan, Vivek <VKrishnan@winston.com>; Werner, Tom <TWerner@irell.com>; Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** Re: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) -

There are still missing materials that should have been supplied. They relate to at least HBM2E, but may also relate to HBM3. We need the data sufficient to fully disclose



Please confirm this information will be provided by Thursday. If you cannot do so we request a lead to lead tomorrow.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.