# EXHIBIT 8

## SOUGHT TO BE FILED UNDER SEAL

| From: | Werner, Tom |
|---|---|
| To: | Park, Ryuk |
| Cc: | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| Subject: | RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Netlist"s Sept. 13 Inspection Print Requests |
| Date: | Friday, September 15, 2023 11:15:30 AM |
| Attachments: | Netlist Inspection Print Requests as of Sept. 13.xlsx |

Ryuk,

Attached is an updated print request form.  It lists all of the same prints.  It just adds the date on which the each print was requested.  Our reviewer just clarified to me that he has been making print requests to Kasper each day, and each time Kasper has assured him that the print requests will be processed "automatically."  Instead, Micron has been ignoring them.  Since August 25.  Add this to the (long) list of reasons why sanctions are warranted, and why this is an exceptional case.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)

---

**From:** Werner, Tom <TWerner@irell.com>
**Sent:** Thursday, September 14, 2023 2:47 PM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Netlist's Sept. 13 Inspection Print Requests

Ryuk,

We look forward to receiving the printouts by Saturday, Sept. 16, 2023, as discussed during today's L&L M&C.  Please send the updated Bates correlation file tomorrow, by when you will have the Bates numbers.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP

1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)

---

**From:** Werner, Tom <TWerner@irell.com>
**Sent:** Wednesday, September 13, 2023 5:57 PM
**To:** Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Netlist's Sept. 13 Inspection Print Requests

Mike,

Following up on our reviewer Aashik's request to Micron's representative Kasper earlier today, the attached lists the files that Netlist has requested be printed pursuant to the Protective Order, Dkt. 46, ¶ 10(c)xiii.

We ask that Micron expedite its consideration of these requests, and, by tomorrow, either state any objection or prepare the printouts for production for arrival at Irell by Friday, Sept. 15, 2023.

Please also return at that time the attached file with the corresponding Bates number of each print filled in.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)