# EXHIBIT 10

## SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | Park, Ryuk <RPark@winston.com> |
| **Sent:** | Thursday, September 14, 2023 9:30 AM |
| **To:** | Sheasby, Jason |
| **Cc:** | Krishnan, Vivek; Werner, Tom; Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| **Subject:** | RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - |

Jason,

We decline your demands that Micron divulge its expert analysis. It is Netlist's burden to prove infringement, not Micron's. We have had ███████████████████████████████████████████████████
███████████████

Thanks,

Ryuk

**Ryuk Park**
Of Counsel
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
winston.com

**WINSTON & STRAWN LLP**

---

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Wednesday, September 13, 2023 3:27 PM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Krishnan, Vivek <VKrishnan@winston.com>; Werner, Tom <TWerner@irell.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** Re: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) -

Ryuk

What you wrote is not correct. We intend to move to compel and seek an evidentiary sanction.

███████████████████████████████████████████████████. If you believe otherwise point to the document and explain why.

Best
JS

On Sep 13, 2023, at 3:03 PM, Park, Ryuk <RPark@winston.com> wrote:

1

Jason,

The designs we have ████████████████████████████████████████████████████████████
████████████

████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████

Thanks,

Ryuk

Ryuk Park

Of Counsel

Winston & Strawn LLP

T: +1 650-858-6500

D: +1 650-858-6440

M: +1 607-242-9789

F: +1 650-858-6550

winston.com<http://www.winston.com>

<image001.jpg>
From: Sheasby, Jason <JSheasby@irell.com>
Sent: Tuesday, September 12, 2023 5:23 PM
To: Krishnan, Vivek <VKrishnan@winston.com>; Werner, Tom <TWerner@irell.com>; Park, Ryuk <RPark@winston.com>
Cc: Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
Subject: Re: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) -

There are still missing materials that should have been supplied. They relate to at least HBM2E, but may also relate to HBM3. We need the data sufficient to fully disclose

████████████████████████████████████████████████████████████████████████████████

2

███████████████████████████████████████████████████

███████████████████████████████████████████████████
████████

Please confirm this information will be provided by Thursday. If you cannot do so we request a lead to lead tomorrow.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.