# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

The Court, having considered Plaintiff's Motion for an Order to Show Cause Why Evidentiary Sanctions Relating to the '060 and '160 Patents Should Not Be Issued on Defendants, and the response and supporting documents attached thereto, is of the opinion that the Plaintiff's Motion should be GRANTED.

**IT IS SO ORDERED.**