**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-CV-203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) | |
| MICRON SEMICONDUCTOR | ) | |
| PRODUCTS, INC., AND MICRON | ) | |
| TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL PRODUCTION OF CONTRACTS AND MOUs WITH MAJOR CUSTOMERS, COMMISSION RECORDS, AND DECISIONS TO DISCONTINUE HMC PRODUCTS**

**I, Jason G. Sheasby, declare as follows**:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Production of Contracts and MOUs with Major Customers, Commission Records, and Decisions to Discontinue HMC Products. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.      Attached as **Exhibit 1** is true and correct excerpted copy of a correspondence letter from Netlist counsel to Micron counsel dated November 10, 2022.

3.      Attached as **Exhibit 2** is a true and correct copy of email correspondence from Netlist counsel to Micron counsel dated September 5, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 17, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby