# EXHIBIT 2
(Sought to be filed Under Seal)

|  |  |
|---|---|
| **From:** | Tezyan, Michael |
| **Sent:** | Tuesday, September 5, 2023 2:34 PM |
| **To:** | Park, Ryuk; Winston-Micron-Netlist |
| **Cc:** | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| **Subject:** | Netlist v. Micron, 22-cv-203 | Hybrid Memory Cube Documentation |

Counsel,

Please immediately produce all documentation related to Micron's decision to discontinue its Hybrid Memory Cube product line.  If Micron will not produce this documentation by Monday, September 11, please provide your availability for a lead and local meet and confer.

Thanks,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com