# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-CV-203-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC., AND MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| | ) |
| Defendants. | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL WITNESS DEPOSITIONS AND IMPROPERLY WITHHELD DOCUMENTS**

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Witness Depositions and Improperly Withheld Documents. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is true and correct copy of a service email from Micron's counsel to Netlist's counsel dated September 8, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of an email chain between Netlist's counsel and Micron's counsel dated September 8, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of an email chain between Netlist's counsel and Micron's counsel dated between September 14, 2023 and September 19, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of an email chain between Netlist's counsel and Micron's counsel dated between September 15, 2023 and September 20, 2023.

6. Attached as **Exhibit 5** is a true and correct excerpted copy of emails between Netlist's counsel and Micron's counsel dated between August 11, 2023 and August 29, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 20, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby