# EXHIBIT 1

| | |
|---|---|
| **From:** | Quan, Liberty <LQuan@winston.com> |
| **Sent:** | Friday, September 8, 2023 5:48 PM |
| **To:** | Sheasby, Jason; Zhong, Annita; jtruelove@mckoolsmith.com; Tezyan, Michael; Werner, Tom; Zhao, Yanan; ~Baxter, Samuel; #Netlist-Micron [Int] |
| **Cc:** | Winston-Micron-Netlist; 'andrea@wsfirm.com'; ce@wsfirm.com; Wesley Hill |
| **Subject:** | Netlist, Inc. v. Micron Technology, Inc. et al, 2:22-cv-203 (E.D. Tex.) - SERVICE: Micron's Resps and Objs to Deposition Notices |
| **Attachments:** | 2023-09-08 Micron's 1st Suppl. Obj & Resps to 1st 30(b)(6) Depo Notice (Conf-AEO).pdf; 2023-09-08 Micron's Obj  Resp to 2nd 30(b)(6) Depo Notice.pdf; 2023-09-08 Micron's Obj  Resp to 3rd 30(b)(6) Depo Notice.pdf; 2023-09-08 Micron's Obj  Resp to 4th 30(b)(6) Depo Notice.pdf |

Dear Counsel,

Please find attached:

- DEFENDANT MICRON'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NOTICE OF DEPOSITION
- DEFENDANT MICRON'S OBJECTIONS AND RESPONSES TO SECOND NOTICE OF DEPOSITION
- DEFENDANT MICRON'S OBJECTIONS AND RESPONSES TO THIRD NOTICE OF DEPOSITION
- DEFENDANT MICRON'S OBJECTIONS AND RESPONSES TO FOURTH NOTICE OF DEPOSITION

Best regards,
Liberty

**Liberty Quan**
**Senior Paralegal**

Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065

D: +1 650-858-6442

F: +1 650-858-6550

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.