# EXHIBIT 2

| | |
|---|---|
| From: | Park, Ryuk <RPark@winston.com> |
| Sent: | Friday, September 8, 2023 5:51 PM |
| To: | Zhao, Yanan; #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com) |
| Cc: | Winston-Micron-Netlist; wh@wsfirm.com; andrea@wsfirm.com |
| Subject: | RE: Netlist v. Micron, 22-cv-203 | Micron's updated 30(b)(6) designations |

Yanan,

Please find below Micron's updated 30(b)(6) designations, subject to Micron's objections set forth in its objections and responses:

| Witness | Topics |
|---|---|
| Dave Westergard | 61, 62, 71, 72, 76, 77, 81, 85, 87, 104 |
| Rob Beal | 37, 40, 41, 42, 43, 44, 45, 46, 47, 48, 58, 59, 60, 63, 103 |
| Roman Royer | 1, 6, 7, 8, 9, 10, 11, 12, 13, 33, 67, 80, 89, 108, 109, 110, 111, 112 |
| John Halbert | 105 |

Additionally, George Pax is available on September 18.

Regards,

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
VCard | Email | winston.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.