# EXHIBIT 5

**From:** Zhao, Yanan
**Sent:** Tuesday, August 29, 2023 3:31 PM
**To:** Park, Ryuk; Tezyan, Michael
**Cc:** Winston-Micron-Netlist; Wesley Hill; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith com); Strabone, Andrew
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Deposition Notices and Schedules

Ryuk,

We intend to take the deposition of Mr. Chris Morzano. Please provide his availability. We are considering your request for Netlist to withdraw the notice on Mr. Malcolm Humphrey. We are still waiting for the availability of the following Micron witnesses

- Roman Royer (as noted previously, the current proposed date does not work for us)
- George Pax
- Bob Brennan
- Scott Cyr
- Neal Koyle
- Scott Schaefer
- Miki Matsumoto
- Project Leader who is an engineer located in Micron's Munich center responsible for the development of the HBM3 buffer die and knowledgeable about the structure, function and operation of Micron's HBM3 buffer die.

Best,
Yanan

**From:** Park, Ryuk <RPark@winston.com>
**Sent:** Monday, August 28, 2023 2:16 PM
**To:** Zhao, Yanan <yzhao@irell.com>; Tezyan, Michael <mtezyan@irell.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; Wesley Hill <wh@wsfirm.com>; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Strabone, Andrew <AStrabone@irell.com>
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Deposition Notices and Schedules

Yanan,

When can we expect dates for Ms. Sasaki, Mr. Hong, Mr. Chen, and Mr. Solomon?

Ryuk

**Ryuk Park**
Of Counsel
Winston & Strawn LLP
T +1 650-858-6500
D +1 650-858-6440
M +1 607-242-9789

---

**From:** Zhao, Yanan
**Sent:** Friday, August 25, 2023 8:06 AM
**To:** Park, Ryuk
**Cc:** Winston-Micron-Netlist; Wesley Hill; andrea@wsfirm com; ce@wsfirm com; #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith com); Strabone, Andrew
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Deposition Notices and Schedules

Counsel, following up on the email below. When will you provide a response?

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID 310-277-1010 | yzhao@irell.com

**From:** Zhao, Yanan
**Sent:** Tuesday, August 22, 2023 1:09 PM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; Wesley Hill <wh@wsfirm.com>; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Strabone, Andrew <AStrabone@irell.com>
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Deposition Notices and Schedules

Ryuk,

Following up on the parties' previous meet and confer and Netlist's objections to Micron's first set of 30(b)(6) topics

1. We are still waiting for your positions on topics 2, 3, 4, 33, 35, 36, 56, 60, 67, 71, 73, 74, 75, and 79 that Micron agreed to investigate further. We are also waiting on your position as to topics 22, 27, 33, 34, 53, 57, 68, 69, 70, 84, and 88. We emailed you about these topics form Netlist's first 30(b)(6) notice over 3 weeks ago. Micron should immediately provide its positions on these topics.

2. As of today, Micron has not provided witnesses as to the following topics it has agreed to designate one or more witnesses for topics 5, 29, 38, 39, 45, 49, 50, 51, 52, 61, 62, 64, 66, 69, 71, 72, 76, 77, 81, 85, and 87.

3. Please provide the availability of Micron's witnesses
   - Roman Royer (as noted previously, the current proposed date does not work for us)
   - Bob Brennan
   - Scott Cyr
   - Neal Koyle
   - Christopher Morzano
   - Scott Schaefer
   - Tyler Morton
   - Malcolm Humphrey
   - Miki Matsumoto
   - Project Leader who is an engineer located in Micron's Munich center responsible for the development of the HBM3 buffer die and knowledgeable about the structure, function and operation of Micron's HBM3 buffer die.

4. Please let us know when Micron will provide its responses or designations with respect to the subsequent 30(b)(6) notices Netlist served.

Netlist further provides the following responses to Micron's First 30(b)(6) Notice

- Topic 11  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search
- Topic 12  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search
- Topic 19  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search.
- Topic 22  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search.
- Topic 24  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search.
- Topic 43  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search.
- Topic 55  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search.
- Topic 56  Netlist will designate one or more witnesses to testify as to non-privileged information relating to the patents in suit after a reasonable search as to Diablo contributions.

Netlist is designating Mr. Milton and Mr. Hobbs on the following topics from Micron's first 30(b)(6) notice, subject to objections raised in Netlist's written responses and above. Netlist reserves the right to supplement its designation as discovery continues.

- Scott Milton  Topics 2, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 22, 41, 48, 55, 57
- Tobin Hobbs  Topics 3, 4, 5, 6, 24.

Please confirm whether Micron intends to depose Mr. Milton and Mr. Hobbs remotely or in person.

Best,
Yanan

**From:** Park, Ryuk <RPark@winston.com>
**Sent:** Monday, August 14, 2023 7:26 PM
**To:** Zhao, Yanan <yzhao@irell.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; Wesley Hill <wh@wsfirm.com>; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Strabone, Andrew <AStrabone@irell.com>
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Deposition Notices and Schedules

Yanan,

Your proposed dates for Mr. Milton and Mr. Hobbs are acceptable. Please advise where Mr. Milton and Mr. Hobbs reside/are located so that we may arrange logistics. Also, please confirm whether our proposed dates for Mr. Royer (8/24), Mr. Beal (8/25), and Mr. Holbrook (8/30) work for Netlist.

Thanks,

Ryuk

**Ryuk Park**
Of Counsel
Winston & Strawn LLP
T +1 650-858-6500
D +1 650-858-6440
M +1 607-242-9789
F +1 650-858-6550
winston.com

**WINSTON & STRAWN LLP**

**From:** Zhao, Yanan <yzhao@irell.com>
**Sent:** Friday, August 11, 2023 6:38 PM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; Wesley Hill <wh@wsfirm.com>; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Strabone, Andrew <AStrabone@irell.com>
**Subject:** RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Deposition Notices and Schedules

Hi Ryuk,

Mr. Milton is available on August 31 and Mr. Hobbs is available on September 6. We are still assessing the designations but will provide them in advance of the depositions.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID 310-277-1010 | yzhao@irell.com

**From:** Strabone, Andrew <AStrabone@irell.com>
**Sent:** Thursday, August 10, 2023 7:49 PM
**To:** Park, Ryuk <RPark@winston.com>
**Cc:** Zhao, Yanan <yzhao@irell.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; Wesley Hill <wh@wsfirm.com>; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>
**Subject:** Re: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) | Deposition Notices and Schedules

Ryuk, the address is below, and the start time is 9am local.