# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., ) | |
| MICRON SEMICONDUCTOR ) | |
| PRODUCTS, INC., MICRON ) | |
| TECHNOLOGY TEXAS LLC ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION TO STRIKE MICRON DEFENDANTS' AFFIRMATIVE DEFENSE OF PATENT MISUSE

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Strike Micron Defendants' Affirmative Defense Of Patent Misuse. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit A** is a true and correct excerpted copy of the Strategic Product Supply and License Agreement dated April 5, 2021 between Netlist and SK Hynix, Inc. Netlist produced this document to Micron on February 21, 2023.

3. Attached as **Exhibit B** is a true and correct excerpted copy of Defendants' Sixth Supplemental Responses And Objections To Plaintiff Netlist, Inc.'s First Set Of Interrogatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 21, 2023, in Los Angeles, California.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby