# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-2033-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC., ) | |
| MICRON TECHNOLOGY TEXAS LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having considered the briefing on Netlist's Motion To Strike Micron Defendants' Affirmative Defense Of Patent Misuse, the opposition, and exhibits attached thereto, is of the opinion that said motion should be GRANTED.

**IT IS SO ORDERED.**