# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-CV-203-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL MICRON DEFENDANTS TO PRODUCE DOCUMENTS IMPROPERLY DESIGNATED AS "SOURCE CODE" AND FOR AN ORDER FINDING DEFENDANTS IN VIOLATION OF P.R. 3-4**

**I, Jason G. Sheasby, declare as follows**:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Micron Defendants to Produce Documents Improperly Designated as "Source Code" and for an Order Finding Defendants in Violation of P.R. 3-4. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.      Attached as **Exhibit 1** includes true and correct copy of email correspondence between counsel for Netlist and counsel for Micron between July 6 and July 27, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby
