# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having considered Plaintiff Netlist, Inc.'s Motion to Compel Micron Defendants to Produce Documents Improperly Designated as "Source Code" and for an Order Finding Defendants in Violation of P.R. 3-4 ("Plaintiff's Motion"), the response, and supporting documents attached thereto, is of the opinion that the Plaintiff's Motion should be **GRANTED**.

**IT IS SO ORDERED.**