# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00203-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Before the Court is Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Defendants") Unopposed Motion for Extension of Time to Respond to the Motion for an Order to Show Cause and the Motion to Compel Production of Contracts and MOUs with Major Customers, Commission Records, and Decisions to Discontinue HMC Products (Dkts. 178 and 179, respectively).  After considering the motion, the Court finds that Defendants' Motion is well taken and is hereby GRANTED.

It is therefore ORDERED that Defendants' responses to the Motion for an Order to Show Cause and the Motion to Compel Production of Contracts and MOUs with Major Customers, Commission Records, and Decisions to Discontinue HMC Products (Dkts. 178 and 179, respectively) are due on or before October 3, 2023.