# EXHIBIT 1

| | |
|---|---|
| **From:** | Tezyan, Michael |
| **Sent:** | Tuesday, August 8, 2023 6:06 PM |
| **To:** | Park, Ryuk; Rueckheim, Mike |
| **Cc:** | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| **Subject:** | RE: Netlist v. Micron-203 \| Deficiencies Re: Micron's Document Production |

Ryuk,

Thanks. To clarify: ██████████████████████████████████████
████████

We'll send an invite separately for 4 pm CT tomorrow.

Best,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

---

**From:** Park, Ryuk <RPark@winston.com>
**Sent:** Tuesday, August 8, 2023 4:09 PM
**To:** Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Michael,

████████████████████████████████████████████████
████████████████████████████████████████████████

Thanks,

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550



winston.com

**From:** Tezyan, Michael <mtezyan@irell.com>
**Sent:** Tuesday, August 8, 2023 3:33 PM
**To:** Park, Ryuk <RPark@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Ryuk,

Thanks for your response, but the document production you reference below consists largely of documents that are or reflect publicly available marketing materials that do not address the specific requests.  Again, please provide a date certain by which the requested documents will be produced, or provide Micron's availability for a lead/local meet and confer for today or tomorrow.  Otherwise, we intend to file our motion this evening, as these repeated delays in Micron's document production continue to significantly prejudice Netlist's ability to prepare its case.

Regards,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

**From:** Park, Ryuk <RPark@winston.com>
**Sent:** Tuesday, August 8, 2023 12:57 PM
**To:** Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Michael,

I already discussed these documents with Yanan during our call yesterday.  As I explained on the call, we have already begun producing documents relating to requests #1-2 and are continuing to collect additional documents for requests #1-4.

Thanks,

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
winston.com



**From:** Tezyan, Michael <mtezyan@irell.com>
**Sent:** Tuesday, August 8, 2023 12:29 PM
**To:** Park, Ryuk <RPark@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Counsel,

This is our third attempt to address the deficiencies with Micron's document production outlined below.  Please provide a date certain that Micron will produce the requested documents, or provide your availability for a lead/local meet and confer today or tomorrow.  Otherwise, Netlist intends to file a motion to compel production of the requested documents today at midnight CST.  A draft of the motion is attached for your reference.

Regards,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

**From:** Tezyan, Michael
**Sent:** Friday, August 4, 2023 4:11 PM
**To:** Park, Ryuk <RPark@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Counsel,

Please confirm today that Micron will produce documents listed in (1)-(4) below, and that Micron will produce documents related to its HBM3 Gen2 products.  Otherwise, please provide Micron's availability for a lead & local meet & confer for early next week.

Regards,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

---

**From:** Tezyan, Michael <mtezyan@irell.com>
**Sent:** Monday, July 31, 2023 6:13 PM
**To:** Park, Ryuk <RPark@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** Netlist v. Micron-203 | Deficiencies Re: Micron's Document Production

Counsel,

Please confirm by August 2, 2023 that Micron will produce the following documents, which fall under the listed categories of  documents that Netlist has been requesting since November 10, 2022:

1. Documents related to improvements in power efficiency that is attributable to on-module voltage regulation on Micron's DDR5 DIMMs.  RFPs #48, 53.

2. Documents related to Micron's decision to implement on-module power management on Micron's DDR5 DIMMs, including the underlying analyses, simulations and factual data regarding its adoption of VR-on-DIMM and support for adoption of VR-on-DIMM at JEDEC.  RFPs #64, 109, 115.

3. [REDACTED]

4. Documents related to any comparisons of the interconnect structures of Micron's HBM products to the HBM products of its competitors, namely, SK hynix and Samsung.  RFPs #68, 70, 71, 117.

Additionally, please confirm that Micron will produce documents related to Micron's HBM3 Gen2 products, which are mentioned in this July 26, 2023 press release: https://investors.micron.com/news-releases/news-release-details/micron-delivers-industrys-fastest-highest-capacity-hbm-advance.  As Micron has long been aware, HBM3 products are expressly accused of infringement in this case.

Regards,
Michael

**Michael Tezyan**

*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.