# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 2:22-CV-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond. **Dkt. No. 205**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants' deadline to respond to Plaintiff's Motion for an Order to Show Cause, Dkt. No. 178, is extended to October 3, 2023.

**FURTHER ORDERED** that Defendants' deadline to respond to Plaintiff's Motion to Compel Production of Contracts and MOUs with Major Customers, Commission Records, and Decisions to Discontinue HMC Products, Dkt. No. 179, is extended to October 3, 2023.

**SIGNED this 3rd day of October, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE