UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 2:22-cv-203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON | ) | |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR
RECONSIDERATION OF THE COURT'S AUGUST 29, 2023 ORDER [ECF
158] GRANTING-IN-PART AND DENYING-IN-PART DEFENDANTS'
MOTION TO COMPEL PRODUCTION OF CERTAIN MATERIALS
FROM NETLIST'S SK HYNIX LITIGATION AND NEGOTIATION
DOCUMENTS [ECF 135]

Micron respectfully files this short reply brief in support of its motion for reconsideration

(ECF 168).

I.      SK HYNIX LICENSE MATERIALS

Micron's request is properly based on newly discovered evidence. Netlist's diligence

argument (ECF 196 at 2) is belied by the procedural history of the case.  Micron has been

requesting production of the *Samsung* litigation materials since the beginning of the case at least

as early as January 10, 2023. Rueckheim Decl., ¶ 2. Netlist significantly delayed that production,

ignoring Micron's multiple requests, only to ultimately dump approximately 100,000 pages of

documents and other materials into production in June 2023, a time when the parties were very

busy with claim construction and significant fact discovery activities.  Rueckheim Decl., ¶ 3.  In

1

light of Netlist's unwarranted delay in producing this highly relevant information, Micron was diligent in identifying this information.

The requested information is highly relevant. Netlist argues against relevance by stating that "Micron takes the quoted testimony out of context." ECF 196 at 2. Not so. To reduce the burden on the Court in deciding related issues, Micron incorporates by reference Samsung's showing of relevance as stated in Case No. 2:21-cv-293-JRG, Dkt. 168. To summarize: Netlist put the relevance of the negotiation materials at issue and the materials are likely to be key in determining whether the settlement agreements accurately reflect the inventions value or were strongly influenced by a desire to avoid or end litigation. *Id.* at 5-6.

Netlist's reference to whether Micron produced comparable license negotiation materials is a strawman. ECF 196 at 3. Netlist is not asking the Court to compel Micron to produce those materials. Nor has Netlist identified any unique relevance for those types of materials.

## II.     SK HYNIX EXPERT MATERIALS

Netlist makes two arguments against reconsideration – both are misplaced.

First, Netlist argues that Micron waived its request by not previously arguing that the materials are "a party admission exception to hearsay and admissible FRE 801(d)(2)(B)-(D)." Not so. Netlist never previously argued that the materials are hearsay. *See* ECF 148. The first time the issue was raised was by the Court at the very end of the August 22, 2023 hearing: "As to other experts, it's never been my impression of the law that the opinion of an expert is binding on the party in a different case, but I'll take a look at that and see if that has changed." Hrg. Tr. at 52:23-53:1. Micron properly moved for reconsideration and identified applicable law.

Second, Netlist argues that "Micron's argument is based on a misrepresentation of the law." ECF 196 at 3. Not so. Micron identified applicable law in its opening brief. Netlist's

citation to *HTC Corp. v. Telefonaktiebolaget LM Ericsson*, 12 F.4th 476 (5th Cir. 2021), on the other hand, is inapposite.  ECF 196 at 3.  *HTC* involved a question of whether a statement is a "party admission" under Fed. R. Evid. 801(d)(2)(c) and did not address the question of FRE 802(d)(2)(B) & (D).  *Id.* at 489.

Dated: October 4, 2023                              Respectfully submitted,

                                                    */s/ Michael R. Rueckheim*
                                                    Thomas M. Melsheimer
                                                    State Bar No. 13922550
                                                    TMelsheimer@winston.com
                                                    Natalie Arbaugh
                                                    State Bar No. 24033378
                                                    NArbaugh@winston.com
                                                    WINSTON & STRAWN LLP
                                                    2121 N. Pearl Street, Suite 900
                                                    Dallas, TX 75201
                                                    Telephone: (214) 453-6500
                                                    Facsimile: (214) 453-6400

                                                    David P Enzminger (*pro hac vice*)
                                                    denzminger@winston.com
                                                    WINSTON & STRAWN LLP
                                                    333 South Grand Avenue, 38th Floor
                                                    Los Angeles, CA 90071-1543
                                                    Telephone: (213) 615-1700
                                                    Facsimile: (213) 615-1750

                                                    Michael R. Rueckheim
                                                    State Bar No. 24081129
                                                    MRueckheim@winston.com
                                                    Ryuk Park (*pro hac vice*)
                                                    RPark@winston.com
                                                    Matthew R. McCullough
                                                    MRMcCullough@winston.com
                                                    WINSTON & STRAWN LLP
                                                    255 Shoreline Drive, Suite 520
                                                    Redwood City, CA 94065
                                                    Telephone: (650) 858-6500
                                                    Facsimile: (650) 858-6559

                                                    Matthew Hopkins (*pro hac vice*)
                                                    State Bar No. 1500598
                                                    mhopkins@winston.com
                                                    WINSTON & STRAWN LLP
                                                    1901 L Street, N.W.
                                                    Washington, D.C. 20036
                                                    Telephone: (202) 282-5000
                                                    Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Vivek V. Krishnan (*pro hac vice*)
vkrishnan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: 312-558-9508
Facsimile: 312-558-5700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323


**ATTORNEYS FOR DEFENDANTS**
**MICRON TECHNOLOGY, INC.,**
**MICRON SEMICONDUCTOR PRODUCTS,**
**INC., MICRON TECHNOLOGY TEXAS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of October 2023 the foregoing

document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which

will send notification of such filing to all counsel of record, including counsel of record for Plaintiff

Netlist.


*/s/ Michael R. Rueckheim*
Michael Rueckheim