# Exhibit E

## Contact

www.linkedin.com/in/jesse-chen-4709276 (LinkedIn)

## Top Skills

Embedded Systems

# Jesse Chen

Design engineer at netlist
Walnut, California, United States

## Experience

netlist
Design engineer
March 2003 - Present (20 years 8 months)

———