# Exhibit F

# Jeff Solomon

Engineer at Netlist
Irvine, California, United States

## Contact

www.linkedin.com/in/jeff-solomon-62000514 (LinkedIn)

## Experience

Netlist, Inc
Engineer

Netlist
Engineer
March 2004 - Present (19 years 8 months)
Project and Design Engineer for ASIC/FPGA logic enhanced memory subsystems

---

## Education

California State University, Los Angeles
BS,MS, MBA, Engineering, Business · (1969 - 1979)

UCLA