# Exhibit G

| | |
|---|---|
| **From:** | Park, Ryuk |
| **To:** | Zhao, Yanan |
| **Cc:** | Winston-Micron-Netlist; Wesley Hill; andrea@wsfirm.com; ce@wsfirm.com; #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com); Strabone, Andrew |
| **Subject:** | RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) \| Deposition Notices and Schedules |
| **Date:** | Monday, September 4, 2023 2:30:55 PM |

Yanan,

Micron intends to move the Court to compel production of last known contact information for Mr. Chen and Mr. Solomon and for leave to depose Mr. Chen and Mr. Solomon out of time.  Please provide Netlist's availability tomorrow for a lead and local meet and confer.  Please also be ready to discuss Netlist's refusal to allow an in-person videographer.

Regards,

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP

T: +1 650-858-6500

D: +1 650-858-6440

M: +1 607-242-9789

F: +1 650-858-6550

winston.com

