# EXHIBIT 3



Standards & Documents Search | JEDEC

Global Standards for the Microelectronics Industry

Menu

# Standards & Documents Search

Click a term to initiate a search.

## Document Types

- Annex (Annexes for JESD21-C) (1)
- CO- (Carrier Outlines) (39)
- CS- (Carrier Standards) (8)
- DG- (Design Guideline) (16)
- DIMM (DIMM Index Page) (1)
- DIMM-LABEL (4.19 DIMM Label) (5)
- DO- (Diode Outlines) (19)
- DR- (Design Registration) (7)
- DRAM (3.9 Dynamic Random Access Memory) (6)
- EEPROM (3.5 Electrically Erasable Programmable Read Only Memory) (4)
- EIA (EIA Standards) (10)
- EPROM (3.4 Erasable Programmable Read Only Memory) (3)
- GS- (Gauge Standards) (10)
- IPC/JEDEC (Joint IPC/JEDEC Standard) (1)
- J-STD- (Joint IPC/JEDEC Standards) (8)
- JEB (JEDEC Engineering Bulletins) (8)
- JEP (JEDEC Publications) (117)
- JES (JEDEC Specifications) (1)
- JESD (JEDEC Standards) (426)
- JIG (Joint Industry Guide) (2)
- JM (JEDEC Manual) (7)
- JP (Joint Publication) (1)
- JS (Joint Standard) (6)
- JTR (Joint Standard) (1)
- MCP (3.12 Multi Chip Packages) (4)
- MO- (Microelectronic Outlines) (353)
- MODULE (4, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7 Modules) (119)
- MPDRAM (3.10 Multiport Dynamic Random Access Memory) (5)
- MS- (Microelectronic Standards) (34)

Standards & Documents Search | JEDEC

- NVRAM (3.6 Nonvolatile Random Access Memory) (2)
- PR (Preliminary Release for JESD21-C) (8)
- PROM (3.3 Programmable Read Only Memory) (3)
- PS- (Performance Standards) (6)
- PSRAM (3.8 Pseudostatic Random Access Memory) (1)
- RDF (Registration Data Format) (1)
- ROM (3.2 Read Only Memory) (2)
- SDRAM (3.11 Synchronous Dynamic Random Access Memory) (16)
- SO- (Socket Outlines) (31)
- SPD (4.1.2 Serial Presence Detect) (26)
- SPP- (Standard Practices and Procedures) (25)
- SRAM (3.7 Static Random Access Memory) (11)
- TENTSTD (Tentative Standards) (4)
- TO- (Transistor Outlines) (53)
- TS- (Transistor Standards) (5)
- UO- (Uncased Outlines) (2)
- US- (Uncased Standards) (1)

### Document Information

Standards & Documents Assistance:

Published JEDEC documents on this website are self-service and searchable directly from the homepage by keyword or document number.

Click here for website or account help.

For other inquiries related to standards & documents email Angie Steigleman.

Terms & Conditions   Privacy Policy   Contact Us   Refund Policy   Website Help   Login

Copyright © 2023 JEDEC. All Rights Reserved.