**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC., ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC., AND MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> ) <br> Defendants. | Case No. 2:22-CV-203-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF YANAN ZHAO IN SUPPORT OF NETLIST, INC.'S
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL RESPONSES
TO INTERROGATORY NOS. 7, 21, 23, 33 (DKT. 187)**

- 1 -

**I, Yanan Zhao, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and the State Bar of Texas and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Opposition to Defendants' Motion to Compel Responses to Interrogatory Nos. 7, 21, 23, and 33 (Dkt. 187). Unless otherwise indicated, I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct excerpted copy of Micron's Sixth Supplemental Responses to Netlist's First Set of Interrogatories.

3. Attached as **Exhibit 2** is a true and correct excerpted copy of Micron's Responses to Netlist's Second Set of Interrogatories.

4. Attached as **Exhibit 3** is a true and correct excerpted copy of the transcript of the Pretrial Conference from *Netlist v. Samsung*, No. 21-cv-00463 (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 5, 2023, in Los Angeles, California.

By */s/ Yanan Zhao*
Yanan Zhao