IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC,<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-203-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## **UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL**

Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively "Micron") moves for leave to excuse its lead counsel, Thomas M. Melsheimer, from the requirement of the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes that he attend the hearing set for October 23, 2023, in-person. In support of its motion, Micron shows the following:

On September 26, 2023, the Court set a hearing for October 23, 2023 at 9:00 a.m. for several discovery motions. Micron's lead counsel, Thomas M. Melsheimer, is scheduled to be in trial for another matter that day. Micron is represented by other counsel in this case who are familiar with these disputes and are fully capable of presenting argument and responding to any inquiries from the Court on these matters.

To facilitate the disposition of these motions in view of the current schedule in this case, Micron respectfully requests the Court excuse Mr. Melsheimer from attending the hearing.

1

Plaintiff does not oppose the relief requested herein. For these reasons, Micron respectfully requests leave to excuse lead counsel from the in-person attendance requirement of the Court's Standing Order for the October 23, 2023, motions hearing.

Dated: October 17, 2023

Respectfully submitted,

By: /s/ *Thomas M. Melsheimer by permission Charles Everingham IV*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Juan C. Yaquian
*Pro Hac Vice*

State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
Andrea Fair
State Bar No. 24078488
Charles Everingham IV
State Bar No. 00787447
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile:   (903) 757-2323
Email:  wh@wsfirm.com
            andrea@wsfirm.com
            ce@wsfirm.com

**Attorneys for Defendants**
**Micron Technology, Inc.,**
**Micron Semiconductor Products,**
**Inc., and Micron Technology Texas,**
**LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 17th day of October, 2023.

*/s/ Charles Everingham IV*<br>Charles Everingham IV

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Charles Everingham IV*
Charles Everingham IV
