IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>Plaintiff, <br><br>v. <br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-203-JRG-RSP <br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the court is Motion to Excuse Lead Counsel. After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that lead counsel Thomas M. Melsheimer is excused from attending the October 23, 2023, motion hearing.