# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Civil Action No. 2:22-CV-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC., § | |
| MICRON SEMICONDUCTOR § | |
| PRODUCTS, INC., AND MICRON § | |
| TECHNOLOGY TEXAS LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion to Excuse Lead Counsel filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively "Micron"). **Dkt. No. 236.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Micron's lead counsel, Thomas M. Melsheimer, is excused from attending the October 23, 2023, motion hearing.

**SIGNED this 18th day of October, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE