# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Netlist, Inc. ("Netlist") hereby files this unopposed motion to extend the deadline for the parties to serve rebuttal expert reports from October 27, 2023 to October 30, 2023. Netlist's requested extension would not require any amendment to the remaining schedule. Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") do not oppose the requested extension. A proposed order is attached.

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| October 27, 2023 | October 30, 2023 | Serve Disclosures for Rebuttal Expert Witnesses |

Dated:  October 18, 2023

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have met and conferred over email, and that Micron does not oppose this motion.

/s/ *Jason Sheasby*
Jason Sheasby

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).

*/s/ Jason Sheasby*
Jason Sheasby