# Exhibit 14

1   And as we just discussed, the claim language doesn't use the
2   term 'data port'; it just says there's an electrical
3   communication to an array die.
4           THE COURT:  You know, maybe I need to hear from the
5   Plaintiff, then, because their briefing did not indicate the
6   relationship that you're talking about, and I was not certain
7   that in the argument that counsel for Plaintiff made in the
8   last case that they were, in fact, saying that it is a
9   limitation of the claim as opposed to an indication that the
10  claim has been met.
11       Do you understand from your conversations with
12  Plaintiff's counsel that they are contending that, in fact,
13  the claim requires data ports as a limitation?
14          MR. RUECKHEIM:  Not from conversations with opposing
15  counsel, Your Honor.  I sat in and watched the tail end of the
16  *Netlist v. Samsung* trial, and so from observing what was
17  argued there, that's where I understand that they were arguing
18  to the jury what's shown here on the screen, and then also,
19  Your Honor, in briefing in this case, Plaintiff has argued
20  that 'electrical communication' requires even something more.
21  There is an argument in the briefing that 'electrical
22  communication' requires responsiveness.  It says, "The above
23  clear makes -- the above quotes"--they're citing to the
24  specification, the intrinsic record here--it says that the
25  electrical communication requires some kind of responsiveness.