# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-203-JRG-RSP ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' NOTICE OF CORRECTED EXHIBITS

Defendants, by undersigned counsel hereby provide the following Notice of Corrected Exhibits related to Micron's Opposition to Netlist's Motion to Compel Production of Contracts, and MOUs with major customers, commission records, and decisions to discontinue HMC products (Dkt. No. 208). Micron inadvertently filed exhibits that exceeded the length permitted by the Court (Dkt No. 41). Micron hereby files this notice of corrected exhibits attaching further excerpted exhibits to reduce the length of exhibits previously filed as part of Dkt. No. 208. These exhibits do not contain any new information.

Dated: October 20, 2023

Respectfully submitted,

By: */s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
Andrea Fair
State Bar No. 24078488
Charles Everingham IV
State Bar No. 00787447
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: wh@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

**Attorneys for Defendants
Micron Technology, Inc.,**

                                      **Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC**

## CERTIFICATE OF SERVICE

I certify that, on October 20, 2023, a copy of the foregoing was served on all counsel of record via the Court's ECF system and email.

                                        */s/ Mike Rueckheim*
                                        Mike Rueckheim