UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:22-cv-203-JRG |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) JURY TRIAL DEMANDED ) ) ) |
|     Defendants. | ) ) ) |

**DEFENDANTS' NOTICE OF DETERMINATIONS FROM RELATED PROCEEDINGS RELEVANT TO DEFENDANTS' PENDING MOTION TO STAY (ECF 80)**

Pursuant to this Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants respectfully file this notice of recent events.  Earlier this week, the Patent Trial and Appeal Board ("PTAB") issued Final Written Decisions finding every claim unpatentable in Netlist's U.S. Patent Nos. 10,860,506 (the "'506 patent") and 10,949,339 (the "'339 patent").  *Samsung Elec. Co., Ltd., et. al. v. Netlist, Inc.*, IPR2022-00711, Paper 42 at p. 33 (PTAB Oct. 17, 2023) (determining claims 1–20 of the '506 patent have been shown unpatentable) (Hopkins Decl., Ex. A); *Samsung Elec. Co., Ltd., et. al. v. Netlist, Inc.*, IPR2022-00639, Paper 45 at p. 64 (PTAB Oct. 18, 2023) (determining claims 1–35 of the '339 patent have been shown unpatentable) (Hopkins Decl., Ex. B).  Defendants identify these results as relevant and weighing in favor of the Motion to Stay Pending IPR (the "Motion") that Defendants filed on May 19, 2023 (ECF 80).  In the Motion, Defendants identified that they anticipate Final Written Decisions for the '506 and '339 patents by October 19–21, 2023.  ECF 80 at 8.  Defendants also explained that

1

the PTAB will issue Final Written Decisions for the remaining asserted patents no later than the following dates:

| IPR Case No.[*] | Challenged Patent | Final Written Decision |
|---|---|---|
| IPR2023-00406 | US11016918 | December 7, 2023 |
| IPR2023-00405 | US11232054 | December 6, 2023 |
| IPR2022-01428 | US8787060 | April 12, 2024 |
| IPR2022-01427 | US9318160 | April 12, 2024 |

ECF 80 at 8.

Trial is currently set for January 22, 2024. Defendants respectfully renew its request that the Court stay the case to conserve judicial and party resources.

Dated: October 20, 2023

Respectfully submitted,

By: /s/ *Michael R. Rueckheim*

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com

Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (pro hac vice)
denzminger@winston.com

---

[*] The IPR Case Nos. refer to Samsung-Netlist IPR proceedings, which Micron has filed a copy-cat petition and a motion to join in each proceeding.

WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR**

**PRODUCTS, INC., AND**
**MICRON TECHNOLOGY TEXAS LLC**

**CERTIFICATE OF SERVICE**

    I certify that, on October 20, 2023, a copy of the foregoing was served on all counsel of record via the Court's ECF system and email.

*/s/ Mike Rueckheim*
Mike Rueckheim
