# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF MATTHEW HOPKINS IN SUPPORT OF DEFENDANTS' NOTICE OF DETERMINATIONS FROM RELATED PROCEEDINGS RELEVANT TO DEFENDANTS' PENDING MOTION TO STAY**

I, Matthew Hopkins, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn, LLP, counsel of record for Defendants' Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC (Collectively "Micron") in the above-captioned action. I am a member in good standing of the State Bar of District of Columbia and have been admitted to practice pro hac vice before this Court in this action. I provide this declaration in support of Defendants' Notice of Determination from Related Proceedings Relevant to Defendants' Pending Motion to Stay (ECF 80). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as Exhibit A is a true and correct copy of the *Samsung Electronics. Co., Ltd. et. al. v. Netlist, Inc.*, IPR2022-00711, Judgment Final Written Decision dated October 17, 2023.

3. Attached as Exhibit B is a true and correct copy of the *Samsung Electronics. Co., Ltd. et. al. v. Netlist, Inc.*, IPR2022-00639, Judgment Final Written Decision dated October 18, 2023.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on October 19, 2023, in McLean, Virginia.

/s/ *Matthew Hopkins /*
Matthew Hopkins
State Bar No. 1500598
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-2862
Facsimile: (202) 282-5100