# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court, having considered the briefing on Defendants' Alternative Motion for Leave to Assert Patent Misuse Affirmative Defense *Nunc Pro Tunc* (Dkt. 222), is of the opinion that said motion should be **DENIED**.

**IT IS SO ORDERED.**