# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. § | |
| § | |
| v.  § | Case No. 2:22-CV-0203-JRG-RSP |
| § | |
| MICRON TECHNOLOGY, INC., ET AL. § | |

**Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
October 23, 2023

**OPEN: 9:02 am**                                                              **ADJOURN: 12:11 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Kyle Dockendorf |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Sam Baxter introduced co-counsel and announced ready. Chad Everingham introduced co-counsel and announced ready.

Jason Sheasby argued Plaintiff's Motion for an Order to Show Cause (Dkt. No. 178). Ryuk Park responded.

The Court then heard arguments on Plaintiff's Motion to Compel Micron Defendants to Produce Documents Relating to the Accused Features of Microns Products (Dkt. No. 137). Michael Rueckheim responded.

David Enzminger argued Defendants' Motion to Show Cause Why Plaintiff Should Not be Held in Contempt of Court (Dkt. No. 181). Mr. Sheasby and Yanan Zhao responded.

Mr. Sheasby then presented argument on Plaintiff's Motion to Show Cause (Dkt. No. 146). Mr. Rueckheim responded.

The Court then heard arguments on Defendants' Motion to Compel Plaintiff's Responses to Defendants' Interrogatory Nos. 7, 21, 23, and 33 (Dkt. No. 187).

Mr. Sheasby argued Plaintiff's Motion to Strike Defendants' September 14, 2023 Supplemental Response to Interrogatory No. 1 (Dkt. No. 184).

The parties then argued Defendants' Motion to Compel Plaintiff's Responses to Defendants' Interrogatory Nos. 15, 16, and 31. (Dkt. No. 189).

The next motion argued was Plaintiff's Motion to Compel Production of Contracts and MOUs with Major Customers, Commission Records, and Decisions to Discontinue HMC Products (Dkt. No. 179).

Mr. Park informed the Court that Defendants' Motion to Compel Plaintiff's Responses to Defendants' Interrogatory Nos. 8, 20 and 22 (Dkt. No. 188) is now moot in part and the remaining issue is related to Dkt. No. 168. The Court carried the remaining issue and will consider with Dkt. No. 168.

The Court then heard arguments on Plaintiff's Motion to Compel Reverse-Engineering, Simulation, and other HBM Technical Documents (Dkt. No. 186).

Mr. Enzminger informed the Court that Defendants' Motion to Compel Plaintiff's Responses to Defendants' Interrogatory Nos. 1 and 27 (Dkt. No. 190) is withdrawn.

Ms. Zhao then argued Plaintiff's Motion to Compel Witnesses and Withheld Documents (Dkt. No. 191).

Plaintiff's Motion to Take Third-Party Deposition Out of Time (Dkt. No. 185) is now moot.

The Court will enter an Order setting forth the rulings and Plaintiff's Motion to Strike Micron Defendants' Affirmative Defense of Patent Misuse (Dkt. No. 193) will be taken up on the papers.

The hearing on Plaintiff's Motion for an Order to Show Cause (Dkt. No. 178) will be held on November 13, 2023 at 9:00 a.m.