## ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:22-CV-0203-JRG-RSP
Netlist, Inc. v. Micron Technology, Inc., et al.
October 23, 2023    9:00 am

### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Josh Thane | Micron |
| Jennifer Doan | " |
| Chad Everingham | Micron |
| Ryuk Park | " |
| Rebecca Carrizosa | " |
| Mike Rueckheim | " |
| David Enzminger | " |
| Jason Sheasby | Netlist |
| Yanan Zhao | " |
| Jennifer Troton | " |
| Sam Baxter | " |