# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through October 20, 2023 in the amount of $15,522.70 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $7,761.35

Defendants: $7,761.35

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Paul on behalf of all Defendants.

**SIGNED** this 14th day of November, 2023.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE