UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., </br></br> Plaintiff, </br></br> vs. </br></br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, </br></br> Defendants. | Case No. 2:22-cv-203-JRG </br></br> JURY TRIAL DEMANDED |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NOS. 8,787,060 AND 9,318,160**

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,787,060 and 9,318,160

2. A true and correct copy of excerpts from Dr. Brogioli's Opening Expert Report served on October 4, 2023 is attached as Exhibit A.

3. A true and correct copy of excerpts from Dr. Woods's Rebuttal Expert Report served is attached as Exhibit B.

4. A true and correct copy of excerpts from the Court's October 23, 2023 hearing is attached as Exhibit C.

5. A true and correct copy of excerpts from the deposition transcript of Rajesh Kariya is attached as Exhibit D.

6. A true and correct copy of excerpts from the deposition transcript of Zach Stordahl is attached as Exhibit E.

7. A true and correct copy of excerpts from Netlist's First Supplemental Infringement Contentions is attached as Exhibit F.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 14, 2023, in Redwood City, California.

By: /s/ Michael R. Rueckheim
Michael R. Rueckheim