# EXHIBIT C

```
1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
2                       MARSHALL DIVISION

3   NETLIST, INC.,                 ( CAUSE NO. 2:22-CV-203-JRG
                                   )
4           Plaintiff,             (
                                   )
5   vs.                            (
                                   )
6   MICRON TECHNOLOGY, INC.,       (
    et al.,                        ) MARSHALL, TEXAS
7                                  ( OCTOBER 23, 2023
            Defendants.            ) 9:00 A.M.
8   _____

9


10
    _____
11
                         MOTION HEARING
12
              BEFORE THE HONORABLE ROY S. PAYNE
13              UNITED STATES MAGISTRATE JUDGE


14  _____

15

16

17

18

19

20

21

22           SHAWN McROBERTS, RMR, CRR
                100 E. HOUSTON STREET
23             MARSHALL, TEXAS  75670
                   (903) 923-8546
24         shawn_mcroberts@txed.uscourts.gov

25
```

```
 1  for this identification as well.
 2              THE COURT:  And it was the HBM2e that I understood
 3  was being dropped.
 4              MR. RUECKHEIM:  Correct, Your Honor.  They don't
 5  have -- my understanding is they don't have any accusations
 6  against any HBM2 product, 'e' or otherwise, but I can let them
 7  speak to that.
 8              THE COURT:  All right.  Mr. Sheasby?
 9              MR. SHEASBY:  We are, in fact, not proceeding with
10  the '339 and '506 Patents at this time, Your Honor.
11       As to HBM2e, the HBM2e product is not in the reports
12  because the information to do the search was not available,
13  and so it is an accurate statement that there is no allegation
14  against HBM2e.  One of the reasons for that is I think of
15  insufficiency of the documents that have been produced.  But
16  that is a true statement.  We'd have to seek leave if -- lots
17  of things would have to occur.  As of now, HBM2e is not
18  accused.
19              THE COURT:  All right.
20              MR. SHEASBY:  That I acknowledge.
21              THE COURT:  All right.  Thank you.
22       I will grant the motion to compel at Docket 146, to the
23  extent of the customer contacts for the 14 customers that were
24  just indicated.
25          At this point, I will take up your next motion now, and
```