UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF ZACH STORDAHL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S.PATENT NOS. 8,787,060 AND 9,318,160**

I, Zach Stordahl, declare as follows:

1. I provide this declaration in support of Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC's ("Micron") Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,787,060 and 9,318,160. I provide this declaration based on my personal knowledge, and if called upon to do so, I could and would testify thereto.

2. I am a Senior Manager in Micron's HBM Product Engineering Team. I am responsible for debugging, volume testing, product development, and system integration of Micron's HBM products, including Micron's HBM3 Gen2 product.

3. I have been informed that in the above-captioned matter, Netlist, Inc. ("Netlist") claims ███████████████████████████████████████████████

███████████████████████████████████████████████████

4. This claim by Netlist is incorrect. ███████████████

███████████████████████████████████████████████████

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 14, 2023, in Boise, Idaho.

By: _____
Zach Stordahl