# EXHIBIT H

| | |
|---|---|
| From: | Park, Ryuk |
| To: | Werner, Tom |
| Cc: | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] |
| Subject: | RE: Netlist v. Micron, No. 22-cv-203 (E.D. Tex.) - Inspection |
| Date: | Sunday, July 9, 2023 7:44:00 PM |

Tom,

Given the timing, we are not able to accommodate your request for inspections tomorrow (7/11). *See also* PO Para. 10(c)(iii) ("The receiving Party shall provide three (3) days' written notice prior to the first day of any additional inspection"). We will forward Mr. Chalotra's name for visitor registration for inspection from 7/12-7/14.

==The designs for HBM3, which are still in development, are available for inspection.==

Thanks,

Ryuk


**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
winston.com

