# EXHIBIT 6

Trials@uspto.gov
571-272-7822

Paper 30
Entered: August 28, 2023

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; and MICRON TECHNOLOGY TEXAS LLC,
Petitioner,

v.

NETLIST, INC.,
Patent Owner.

IPR2022-00418
Patent 8,301,833 B1

Before GEORGIANNA W. BRADEN, SHEILA F. McSHANE, and KARA L. SZPONDOWSKI, *Administrative Patent Judges.*

SZPONDOWSKI, *Administrative Patent Judge.*

JUDGMENT
Final Written Decision
Determining All Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*

IPR2022-00418
Patent 8,301,833 B1

## IV. CONCLUSION

For the foregoing reasons, we are persuaded that Petitioner established by a preponderance of the evidence that claims 1, 3–17, and 19–30 of the '833 patent are unpatentable.[14]

In summary:

| Claims | 35 U.S.C. § | Reference(s)/Basis | Claims Shown Unpatentable | Claims Not shown Unpatentable |
|---|---|---|---|---|
| 1, 3–17, 19–30 | 103(a) | Best, Bonella, Mills | 1, 3–17, 19–30 | |

## V. ORDER

In consideration of the foregoing, it is hereby:

ORDERED that claims 1, 3–17, and 19–30 of the '833 patent have been shown to be unpatentable under 35 U.S.C. § 103(a); and

FURTHER ORDERED that, because this is a final written decision, parties to this proceeding seeking judicial review of our Decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

---

[14] Should Patent Owner wish to pursue amendment of the challenged claims in a reissue or reexamination proceeding subsequent to the issuance of this decision, we draw Patent Owner's attention to the April 2019 *Notice Regarding Options for Amendments by Patent Owner Through Reissue or Reexamination During a Pending AIA Trial Proceeding*. *See* 84 Fed. Reg. 16,654 (Apr. 22, 2019). If Patent Owner chooses to file a reissue application or a request for reexamination of the challenged patent, we remind Patent Owner of its continuing obligation to notify the Board of any such related matters in updated mandatory notices. *See* 37 C.F.R. § 42.8(a)(3), (b)(2).