UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

The Court, having considered the briefing on Defendants' Motion for Summary Judgment of No Pre-suit Damages and exhibits attached thereto, hereby **GRANTS** Defendants' Motion.

**IT IS SO ORDERED.**

1