# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC. | ) |
| MICRON TECHNOLOGY TEXAS LLC | ) |
| MICRON TECHNOLOGY, INC. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING

Pursuant to the Court's Amended Docket Control Order (Dkt. No. 263) , Plaintiff Netlist, Inc. ("Netlist") respectfully requests daily transcripts and real time reporting of court proceedings during the trial of this case. A copy of this notice was sent via email to the Court Reporter, Mr. Shawn McRoberts at shawn.mcroberts@txed.uscourt.gov.

Dated: November 27, 2023

Respectfully submitted,

/s/ Samuel F. Baxter

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2023 a copy of the foregoing was served to all counsel of record.

/s/ *Yanan Zhao*
Yanan Zhao