# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

# [PROPOSED] ORDER

The Court, having considered the briefing on Defendants' Motion for Summary Judgment on Micron's Equitable Defenses, hereby orders:

(1) Netlist's Motion on the defenses of equitable/standards-based estoppel and prosecution history estoppel is **MOOT**; and

(2) Netlist's Motion on the defense of prosecution laches is **DENIED**.

**IT IS SO ORDERED.**

1