# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC.; MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED <br><br> ▇▇▇▇▇▇▇▇▇▇ |

## DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION TO STRIKE OPINIONS OF GARY WOODS

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion to Strike Opinions of Gary Woods. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Gary Woods, dated October 4, 2023 ("Woods Opening Report").

3. Attached as **Exhibit 2** is a true and correct copy of the Rebuttal Expert Report of Gary Woods, dated October 30, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of the Markman Hearing Transcript, dated July 26, 2023.

5. Attached as **Exhibit 4** is a true and correct excerpt of the deposition transcript of Harold Stone, dated June 26, 2023.

6. Attached as **Exhibit 5** is a true and correct excerpt of Micron's Sixth Supplemental Response to Netlist's First Set of Interrogatories, dated September 20, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of the E80a Design Review document, Bates numbered MICNL203-00003200 – MICNL203-00003330.

8. Attached as **Exhibit 7** a true and correct copy of Appendix 1 to the Woods Opening Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2023, in Los Angeles, California.

By /s/ *Jason G. Sheasby*

                                                                                       _____

                                                                                                  Jason G. Sheasby