UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER**

The Court having considered Plaintiff's Motion to Strike Opinions of Gary Woods, is of the opinion that said motion should be GRANTED.