# EXHIBIT 8

████████████████████████████

| | |
|---|---|
| **From:** | Tezyan, Michael |
| **Sent:** | Friday, November 3, 2023 11:50 AM |
| **To:** | Rueckheim, Mike; Sheasby, Jason |
| **Cc:** | Zhao, Yanan; McCullough, Matt; Park, Ryuk; #Netlist-Micron294; ~Baxter, Samuel; Jennifer Truelove (jtruelove@McKoolSmith.com); Winston-Micron-Netlist; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com |
| **Subject:** | RE: Netlist v. Micron, 22-cv-203/22-cv-294 | depositions |
| **Attachments:** | 2023-11-3 Unopposed Motion to Amend DCO M1.DOCX; 2023-11-3 Order re_ Unopposed Mtn to Amend DCO.DOCX |

Mike,

Just so everything is in one email:

1. For Micron-294: We generally agree to the conditions for amending the scheduling orders, and will provide confirmation in the email chain with Samsung's counsel.

2. For Micron-203, please see the attached proposed change to the expert discovery deadline from Nov. 10 to Dec. 11.  Please let us know if we can file as unopposed.

3. Please confirm Micron will accept the deposition dates of Netlist's expert witnesses:
   - Dr. Mangione-Smith: 11/8
   - Mr. Gillingham: 11/9
   - Dr. Groehn: 11/9
   - Mr. Kennedy: 11/9
   - Dr. Brogioli: 11/10

4. We are following up on several issues that Micron has been ignoring for the past weeks.   Please provide an immediate response to the following issues:
   (1) **Outstanding issues in Micron-203:**
       a. Produce the programming code of Mr. Lynde in connection with the rebuttal report (this should have been produced with his expert report on Oct. 30; Netlist reserves all rights, including moving to strike corresponding portions of Mr. Lynde's expert report);
       b. Provide the alternative availability of Ms. Aparna Limaye;
       c. Provide the availability of Mr. Boe Holbrook;
       d. Provide the availability of Mr. Mittal.

   (2) **Outstanding issues in Micron-294:**
       a. Provide the availability of any Micron witnesses, 30(b)(1) notice or 30(b)(6) witnesses immediately; Micron's decision to delay providing dates for these witnesses—which you confirmed on the November 1st meet and confer that Micron already has—significantly prejudices Netlist's ability to prepares for the depositions;
       b. Confirm Micron accepts Netlist's proposal to narrow Rule 30(b)(6) topics or provide your alternative proposals immediately;
       c. Provide supplemental interrogatory responses that address the deficiencies we identified;
       d. Supplement Micron's document production in response to the deficiencies we identified.

Best,
Michael