# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) ) ) |
|     Defendants. | ) |

## ORDER

The Court having considered Plaintiff Netlist, Inc.'s Motion to Strike Certain Opinions of Defendants' Expert Dr. Harold Stone, it is of the opinion that said motion should be GRANTED.