# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; ) | |
| MICRON SEMICONDUCTOR ) | |
| PRODUCTS, INC.; MICRON ) | |
| TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having considered Plaintiff's Motion for Summary Judgment of No Anticipation as to the '060 and '160 Patents and that 2012 Design Review is Not Prior Art, is of the opinion that said motion should be **GRANTED**.