# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:22-cv-203-JRG |
| ) | |
| MICRON TECHNOLOGY, INC.; ) | JURY TRIAL DEMANDED |
| MICRON SEMICONDUCTOR ) | |
| PRODUCTS, INC.; MICRON ) | |
| TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having considered Plaintiff's Motion for Summary Judgment on Micron's Equitable Defenses, it is of the opinion that said motion should be GRANTED.