UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC.; MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER**

The Court, having considered Plaintiff's Motion for Summary Judgment that the Asserted Patents are not Standard Essential, is of the opinion that said motion should be **GRANTED**.