**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-203-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S MOTION FOR SUMMARY JUDGMENT OF
NO PATENT MISUSE**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion for Summary Judgment of No Patent Misuse. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct excerpt of the Deposition Transcript of Chuck K. Hong, dated September 20, 2023.

3. Attached as **Exhibit 2** is a true and correct excerpted copy Micron's Sixth Supplemental Responses to Plaintiff Netlist Inc.'s First Set of Interrogatories, dated September 20, 2023.

4. Attached as **Exhibit 3** is a true and correct excerpted copy of Plaintiff Netlist's First Notice of Deposition of Defendants dated May 15, 2023.

5. Attached as **Exhibit 4** is a true and correct excerpted copy of the Expert Report of Matthew R. Lynde, Ph.D. dated October 30, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby