# EXHIBIT 3
# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC., MICRON )<br>SEMICONDUCTOR PRODUCTS, INC., )<br>AND MICRON TECHNOLOGY TEXAS )<br>LLC, )<br>)<br>Defendants. ) | Civil Action No. 2:22-CV-203-JRG<br><br>JURY TRIAL DEMANDED<br><br>**Filed Under Seal** |

**PLAINTIFF NETLIST, INC.'S FIRST NOTICE OF DEPOSITION OF DEFENDANTS
MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC.,
AND MICRON TECHNOLOGY TEXAS LLC**

Please Take Notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and the Local Rules of this Court, Plaintiff Netlist, Inc. ("Netlist") directs the following interrogatories to defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron" or "Defendants"). The deposition(s) shall take place at a mutually agreeable place and date, beginning at 9:00 am and continuing from day-to-day thereafter (excluding Saturdays, Sundays, and holidays) until completed. The deposition(s) will be conducted pursuant to the Federal Rules of Civil Procedure and will be conducted in the English language before a notary public or other officer authorized to administer oaths. The deposition(s) may be recorded by stenographic means, audiotaped, videotaped, and/or transcribed using real time interactive transcription (e.g., LiveNote).

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Micron shall designate one or more of its officers, directors, managing agents, or other persons who are most knowledgeable, and competent to testify on its behalf, as to all matters known or reasonably available to Micron with

**TOPIC NO. 88:**

Any factual bases for Micron's affirmative defenses.

**TOPIC NO. 89:**

For each Micron Accused Product, all facts and circumstances relating to Micron's position that the Accused Product does not practice one or more claims of Netlist's Patents-in-Suit.

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 15, 2023, a true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record.

*/s/Yanan Zhao*
Yanan Zhao