## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC,<br><br>      Defendants. | Civil Action No. 2:22-CV-203-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF AGREED MEDIATOR

Plaintiff Netlist, Inc. and defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC hereby notify the Court that the parties have met and conferred and agree upon the Honorable David Folsom as the mediator in this matter. The Honorable David Folsom's information is as follows:

Folsom ADR PLLC
6002-B Summerfield Drive
Texarkana, TX 75503
Telephone: (903) 277-7303
Email: david@folsomadr.com

The parties are amenable to mediation with Judge Folsom at a time convenient for the parties and Judge Folsom.

Dated: December 4, 2023

Respectfully submitted,

/s/ *Samuel F. Baxter*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com

**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (pro hac vice)
astrabone@irell.com
Yanan Zhao (pro hac vice)
yzhao@irell.com
Michael W. Tezyan (pro hac vice)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (pro hac vice)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***


<u>*/s/ Thomas M. Melsheimer with permission*</u>
<u>*Charles Everingham IV*</u>
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500

Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000

Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
Andrea Fair
State Bar No. 24078488
Charles Everingham IV
State Bar No. 00787447
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile:   (903) 757-2323
Email:  wh@wsfirm.com
      andrea@wsfirm.com
      ce@wsfirm.com

*Attorneys for Defendants*

*Micron Technology, Inc.,*
*Micron Semiconductor Products,*
*Inc., and Micron Technology Texas,*
*LLC*