# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-CV-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., MICRON ) | |
| SEMICONDUCTOR PRODUCTS INC., ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO SHOW CAUSE (DKT. 178)

Plaintiff Netlist, Inc. ("Netlist") respectfully files this Unopposed Motion to Withdraw Its Motion for an Order to Show Cause Why Evidentiary Sanctions Relating to the '060 and '160 Patents Should Not Be Issued On Defendants ("the Motion") (Dkt. 178). After filing the motion to show cause, the Court ordered the deposition on Jordan Stordahl. This deposition provided the information that Netlist contended was missing from Micron's code production. In light of this, it is no longer accurate to state that Netlist has not been provided with the requested information on the design of HBM3e. A proposed order is attached.

Dated: December 4, 2023

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670

        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via the Court's ECF system on December 4, 2023.

        */s/ Yanan Zhao*
        Yanan Zhao

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the relief requested in this motion is unopposed.

        */s/ Yanan Zhao*
        Yanan Zhao