# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s Unopposed Motion to Withdraw Its Motion for an Order to Show Cause Why Evidentiary Sanctions Relating to the '060 and '160 Patents Should Not Be Issued on Defendants (Dkt. 178). After considering the motion, the Court finds that Defendants' Motion is well taken and is hereby **GRANTED**.

**It Is So Ordered.**