IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　*Plaintiff*,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC., AND MICRON<br>TECHNOLOGY TEXAS LLC,<br><br>　　*Defendants*. | Civil Action No. 2:22-CV-00203-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Withdraw the Motion to Show Cause filed by Plaintiff Netlist, Inc. **Dkt. No. 318**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the Plaintiff Netlist's Motion to Show Cause, Dkt. No. 178, is **WITHDRAWN**.

SIGNED this 5th day of December, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE