# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S OPPOSED MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS**

**I, Jason G. Sheasby, declare as follows**:

1.  I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion for Leave to Supplement Expert Reports. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.  Attached as **Exhibit 1** is a true and correct copy of the Supplemental Expert Report of Dr. William Henry Mangione-Smith, dated November 6, 2023.

3.  Attached as **Exhibit 2** is a true and correct copy of the Second Supplemental Expert Report of Dr. William Henry Mangione-Smith, dated November 22, 2023.

4.  Attached as **Exhibit 3** is a true and correct copy of the Supplemental Expert Report of Michael C. Brogioli, dated November 28, 2023.

5.  Attached as **Exhibit 4** is a true and correct copy of an email from Micron's Counsel, Ryuk Park, dated October 20, 2023.

6.  Attached as **Exhibit 5** is a true and correct excerpted copy of an email from Micron's Counsel, Matthew McCullough, dated November 3, 2023.

7.  Attached as **Exhibit 6** is a true and correct excerpted copy of an email from Micron's Counsel, Matthew McCullough, dated November 1, 2023.

8.  Attached as **Exhibit 7** is a true and correct excerpted copy of the deposition transcript of Zach Stordahl, dated November 7, 2023.

9.  Attached as **Exhibit 8** a true and correct excerpted copy of the deposition transcript of Samir Mittal, dated November 15, 2023.

10. Attached as **Exhibit 9** is a true and correct excerpted copy of Defendants' Seventh Supplemental Responses and Objections to Plaintiff Netlist, Inc.'s First Set of

Interrogatories, dated November 17, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2023, in Los Angeles, California.

By <i>/s/ Jason G. Sheasby</i><br>Jason G. Sheasby