# EXHIBIT 6

| | |
|---|---|
| **From:** | McCullough, Matt |
| **To:** | Sheasby, Jason; #Netlist-Micron [Int] |
| **Cc:** | Winston-Micron-Netlist |
| **Subject:** | RE: Netlist v. Micron (-203) - Aparna Limaye deposition |
| **Date:** | Wednesday, November 1, 2023 3:55:12 PM |
| **Attachments:** | image003.jpg<br>image004.jpg<br>image005.png |

Jason:

Please confirm Aparna's deposition today or else we will release her.

We can also offer Zach Stordahl for deposition on 11/7, 9am MT. Please confirm.

Best,
Matt

**Matthew R. McCullough**
**Of Counsel**
Winston & Strawn LLP
D: +1 650-858-6453
M: +1 989-430-1417
winston.com

