# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 2:22-cv-203-JRG |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED |
|     Defendants. | ) |

## ORDER

The Court having considered Plaintiff's Motion For Leave to Supplement Expert Reports, is of the opinion that said motion should be and is GRANTED.