# EXHIBIT 11
# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF TEXAS
 3                    MARSHALL DIVISION
                         ---oOo---
 4   NETLIST, INC.,                )
 5          Plaintiff.             )
 6   vs.                           ) Case No.
 7   MICRON TECHNOLOGY, INC.;      ) 2:22-cv-203-JRG-RSP
 8   MICRON SEMICONDUCTOR          )
 9   PRODUCTS, INC.; MICRON        )
10   TECHNOLOGY TEXAS LLC,         )
11          Defendants.            )
12   _____ )
13
14
15      VIDEOTAPED DEPOSITION OF HAROLD STONE, Ph.D.
16                   REMOTE PROCEEDINGS
17                MONDAY, JUNE 26, 2023
18
19
20   STENOGRAPHICALLY REPORTED BY:
21   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~ CSR
22   LICENSE NO. 9830
23   JOB NO. 5968770
24
25   PAGES 1 - 208
```

Page 1

```
 1    A P P E A R A N C E S:
 2
 3
 4    FOR PLAINTIFF:
 5        IRELL & MANELLA LLP
 6        BY:  MICHAEL TEZYAN, Esq.
 7            HONG (ANNITA) ZHONG, Esq.
 8        1800 Avenue of the Stars, Suite 900
 9        Los Angeles, California  90067
10        310.277.1010
11        mtezyan@irell.com
12
13    FOR DEFENDANT:
14        WINSTON & STRAWN LLP
15        BY:  MICHAEL R. RUECKHEIM, Esq.
16            JUAN C. YAQUIAN, Esq.
17        255 Shoreline Drive, Suite 520
18        Redwood City, California 94065
19        650.858.6433
20        mrueckheim@winston.com
21
22        ALSO PRESENT:  Anthony Gulino, Videographer
23                Lance Hoeppner, Technician
24            ---oOo---
25
                                              Page 2
```

```
 1              I N D E X
 2
 3  WITNESS:  Harold Stone, Ph.D.
 4
 5
 6  EXAMINATION                          PAGE
 7  BY MR. TEZYAN                        7, 186
 8  BY MR. RUECKHEIM                     185
 9
10            ---oOo---
11            E X H I B I T S
12  EXHIBIT                              PAGE
13  Exhibit 1    Declaration of Harold S. Stone,   10
14              Ph.D. in Support of Defendants'
15              Claim Construction Positions
16
17  Exhibit 2    Power Electronics Converters,    16
18              Applications, and Design
19  Exhibit 3    Understanding Low Drop Out (LDO)  21
20              Regulators
21  Exhibit 4    U.S. Patent 11,016,918 Chen,     26
22              et al.
23  Exhibit 5    JDEC Standard No. 21-C DDR SDRAM 27
24              Registered DIMM Design Specification
25  ///
                                              Page 3
```

```
 1              E X H I B I T S
 2  EXHIBIT                              PAGE
 3  Exhibit 6    Lattice XP2 Family Data Sheet    32
 4              Introduction
 5  Exhibit 7    Petition for Inter Partes Review 44
 6              of Patent No. 9,606,907
 7  Exhibit 8    Microcomputer Interfacing        71
 8  Exhibit 9    U.S. Patent 8,787,050 Lee        84
 9  Exhibit 10   Exhibit 10 A 1.2V 65Gb 341GB/s   89
10              HBM2 Stacked DRAM with Spiral
11              Point-to-Point TSV Structure and
12              Improved Bank Group Data Control
13  Exhibit 11   U.S. Patent Application         121
14              2011/0103156 Kim, et al.
15  Exhibit 12   U.S. Patent Application         128
16              2011/0026293 Riho
17  Exhibit 13   U.S. Patent 7,969,192 Wyman,    150
18              et al.
19  Exhibit 14   Frequently Asked Questions      157
20  Exhibit 15   Synchronous DRAM Architectures, 159
21              Organizations, and Alternative
22              Technologies
23  Exhibit 16   U.S. Patent 10,949,339 Lee      190
24            ---oOo---
25            REMOTE PROCEEDINGS
                                              Page 4
```

```
 1  June 26, 2023                9:34 A.M.
 2            ---oOo---              09:02
 3                                    09:34
 4      THE VIDEOGRAPHER:  Good morning, everyone.   09:34
 5  We are going on the record at 9:34 a.m. Pacific   09:34
 6  Daylight Time on June 26, 2023.               09:34
 7      Please note that this deposition is being   09:34
 8  conducted virtually.  Quality of recording depends on  09:34
 9  the quality of camera and Internet connection of    09:34
10  participants.  What is seen from the witness and heard  09:34
11  on screen is what will be recorded.           09:34
12      Audio and video recording will continue to   09:34
13  take place unless all parties agree to go off the    09:34
14  record.                                       09:34
15      This is Media Unit 1 of the video-recorded   09:34
16  deposition of Dr. Harold Stone, taken by counsel for   09:34
17  Plaintiff.                                    09:34
18      In the matter of Netlist, Inc. versus Micron   09:34
19  Technology, Inc., et al.  Filed in the United States   09:35
20  District Court for the Eastern District of Texas,    09:35
21  Marshall Division.  The case number is 2:22-CV-203 JRG  09:35
22  RSP.                                          09:35
23      This deposition is being conducted remotely   09:35
24  using virtual technology.                     09:35
25      My name is Anthony Gulino, representing    09:35
                                              Page 5
```

```
 1  you what's happening.  Look at Figure 2.20, page 79.   13:39
 2  Okay.  On this page, a wave is sent from the left       13:39
 3  where there -- you see the Z0, and it goes out to       13:39
 4  where there's a junction.  At the junction, it's        13:39
 5  reflected back, and part of the wave goes forward       13:39
 6  straight; part of it goes to the left.  That's what     13:40
 7  you're dealing with with physics.                       13:40
 8       And that happens when you're connected to the     13:40
 9  die, regardless of what happens on the die, whether     13:40
10  there is a port array connected to it or not.           13:40
11       So what happens is that the wave propagates       13:40
12  on the die along the stub or to the port array, and it  13:40
13  bounces back again.  So those waves are going back and  13:40
14  forth and back and forth, and that's what causes the    13:40
15  noise that you saw in the earlier figure.               13:40
16       Let me go back to 2.19.  Do you see that          13:40
17  noise there?  Each bump or change is a result of a      13:40
18  reflection, and the reflections come from the port      13:40
19  arrays, the data arrays on the ports.  They also come   13:40
20  from the stubs if they don't have a data port           13:40
21  connected, and they come from the points where there's  13:40
22  a branch.                                               13:41
23       So changing things by removing or adding          13:41
24  devices only changes the noise, unless you don't have   13:41
25  a multi -- unless there are no stubs or no drivers.     13:41
```
Page 94

```
 1  Then you -- then you can get a predictable wave.  And   13:41
 2  that has -- that even has reflections, but it looks     13:41
 3  different.                                              13:41
 4       So that's my testimony.                            13:41
 5  Q   Okay.  Let me see if I understand something.        13:41
 6       Is it your testimony that the connection          13:41
 7  between a TSV and a stub is electrical communication?   13:41
 8  A   Yeah.  This demonstrates it, because the wave       13:41
 9  travels on that.                                        13:41
10  Q   Okay.  What does the word "electrical              13:41
11  communication" mean to you?                             13:41
12  A   Electrical connection.  That's -- I got that       13:41
13  from the patent.  I can show you where he says that.   13:41
14  Q   Okay.  Show me.                                     13:41
15  A   Okay.  The patent -- the -- is what exhibit?       13:41
16  Q   Exhibit 9, sir.                                    13:42
17  A   Okay.  I'll open the Exhibit 9.                    13:42
18       So I have the '060 patent up.  I'll -- I will    13:42
19  find that reference that says that it connects --      13:42
20  makes the association between electrical communication 13:43
21  and electrical connection.                             13:43
22       I would like you to look at column 17.            13:43
23  Q   Okay.  I'm there.                                   13:43
24  A   I'm looking at line 65.  Line 65 reads:            13:43
25       "Forming the electrical connections places       13:43
```
Page 95

```
 1  the die interconnects in" -- "communication with the   13:43
 2  respective drivers."                                    13:44
 3       Okay.  Now, let's see.  There may be              13:44
 4  additional I would like to look at.  Now, continuing   13:44
 5  on from that point, it says:                            13:44
 6       "In some embodiments, forming the electrical     13:44
 7  connections can comprise forming electrical            13:44
 8  connections between the die interconnects and a data   13:44
 9  conduit."                                               13:44
10       Okay.                                             13:44
11  Q   I'm sorry to interrupt, but can I ask a            13:44
12  clarifying question?                                   13:44
13  A   And see, that -- that -- well, actually,           13:44
14  that's not so relevant.  It's the previous sentence    13:44
15  that I read:                                           13:44
16       "Forming the electrical connections places       13:44
17  the die interconnects in electrical communication with 13:44
18  the respective drivers."                               13:44
19       So what we've done is we -- if you connect a     13:44
20  die interconnect to a -- one of the levels in the      13:45
21  figure, you now are connecting to some conductor.      13:45
22  That conductor will carry a wave when you -- when you  13:45
23  drive it.  It has capacitance.  It has a load.         13:45
24       And whether or not that conductor is -- is       13:45
25  attached to a data port, you will see the wave go down 13:45
```
Page 96

```
 1  that conductor.  At the end, it will bounce -- bounce  13:45
 2  back, and you'll see that as noise.  Moreover, the     13:45
 3  capacitance on the conductor will load the driver.     13:45
 4       So in every way, forming the electrical          13:45
 5  connection and placing this piece of a -- of a metal   13:45
 6  on the -- on an array, it will form to an electrical   13:45
 7  communication.  That's what you'll get.  Electrical    13:45
 8  connection is electrical communication in this sense.  13:45
 9  Q   Okay.  But can I ask a clarifying question?        13:46
10       So on line 65, column 17, it says:               13:46
11       "Forming the electrical connection places the    13:46
12  die interconnects in electrical communication with the 13:46
13  respective drivers."                                   13:46
14       Right?                                           13:46
15       That's talking about the drivers on the          13:46
16  control die; right?                                    13:46
17  A   That's correct.                                    13:46
18  Q   Okay.  So it's not talking about electrical        13:46
19  communication with the array dies; right?             13:46
20  A   No.  I disagree.                                  13:46
21  Q   Why?                                               13:46
22  A   You -- you will understand that the VIA is        13:46
23  now connected to the -- to the array die, because     13:46
24  there may be metal there.  There may be a metal -- a  13:46
25  metal pathway.                                         13:46
```
Page 97

25 (Pages 94 - 97)