# EXHIBIT 14

# FILED UNDER SEAL

Paper No. 1

# UNITED STATES PATENT AND TRADEMARK OFFICE

_____

# BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

SAMSUNG ELECTRONICS CO., LTD.,

Petitioner,

v.

NETLIST, INC.,

Patent Owner

Patent No. 9,318,160

Issued:  April 19, 2016

Filed:  July 21, 2014

Inventor:  Hyun Lee

Title:  Memory Package with Optimized Driver Load and Method of Operation

*Inter Partes* Review No. IPR2022-01427

_____

# PETITION FOR *INTER PARTES* REVIEW OF
# U.S. PATENT NO. 9,318,160

_____

Petition for *Inter Partes* Review of U.S. Patent No. 9,318,160



**FIG. 18**

### c)      [1.c] Stacked Array Dies

Ground 2 teaches "*stacked array dies* [e.g., SDRAM chips D0-D15, each chip including a respective DRAM array 301] *including a first group of array dies* [e.g., a first DRAM set including the pair of SDRAMs D0 and D8 sharing data signal DQ TSV08 (yellow)] *and a second group of at least one array die* [e.g., an eighth DRAM set including the pair of SDRAMs D7 and D15 sharing data signal DQ TSV715 (orange)]." EX1016, ¶¶[0027, 0029, 0045-47, 0049, 0062], Figs.1-2

Petition for *Inter Partes* Review of U.S. Patent No. 9,318,160

(below); EX1003, ¶¶538-545.  A POSITA would understand that Riho's SDRAM

chip includes a "die."  EX1018, Abstract, Fig.1 ("stacked" "chip die[s]"); EX1003,

¶542.





Petition for *Inter Partes* Review of U.S. Patent No. 9,318,160

shown above, the merits of this petition are compelling.  Thus the *Fintiv* factors

favor institution.  EX1047, pp.3, 8-9; EX1048, p.35; *Samsung Elecs. Co. v. Staton*

*Techiya, LLC*, IPR2022-00324, Paper 13, at 12 (PTAB July 11, 2022) ("24.2

months"); *Siemens Indus. Inc. v. EMA Electromechanics, Inc.*, IPR2021-01517,

Paper 9, at 11-12 (PTAB Mar. 15, 2022) (factor 2 neutral when FWD deadline less

than one month after potential trial date).

## X.     CONCLUSION

Petitioner therefore respectfully requests that Trial be instituted and that

claims 1-20 be canceled as unpatentable.


Dated:  August 26, 2022              /Eliot D. Williams/
                                     Eliot D. Williams
                                     Reg. No. 50,822
                                     **BAKER BOTTS L.L.P**.
                                     30 Rockefeller Plaza
                                     New York, NY 10112
                                     T: (212) 601-7255
                                     F: (212) 408-2501

                                     Theodore W. Chandler
                                     Reg. No. 50,319
                                     **BAKER BOTTS L.L.P.**
                                     1801 Century Park East
                                     Suite 2400
                                     Los Angeles, CA 90067
                                     T: (213) 202-5702
                                     F: (213) 202-5732

                                     Ferenc Pazmandi
                                     Reg. No. 66,216
                                     **BAKER BOTTS L.L.P.**

Petition for *Inter Partes* Review of U.S. Patent No. 9,318,160

101 California Street
Suite 3200
San Francisco, CA 94111
T: (415) 291-6255
F: (415) 291-6355

Michael E. Knierim
Reg. No. 78,268
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
T: (212) 408-2584
F: (212) 259-2584

Brianna L. Potter
Reg. No. 76,748
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
T: (650) 739-7556
F: (650) 739-7656

*Counsel for Petitioner*
*Samsung Electronics Co., Ltd.*

Petition for *Inter Partes* Review of U.S. Patent No. 9,318,160

## CERTIFICATE OF COMPLIANCE

I hereby certify that this petition complies with the type-volume limitations of 37 C.F.R. § 42.24 because it contains 13,404 words (as determined by the Microsoft Word word-processing system used to prepare the petition), excluding the parts of the petition exempted by 37 C.F.R. § 42.24.

Dated:  August 26, 2022

/Eliot D. Williams/
Eliot D. Williams
Reg. No. 50,822
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
T: (212) 601-7255
F: (212) 408-2501

*Counsel for Petitioner*
*Samsung Electronics Co., Ltd.*

131

Petition for *Inter Partes* Review of U.S. Patent No. 9,318,160

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of August, 2022, a copy of this Petition, including all exhibits, has been served in its entirety by FedEx Express on the following counsel of record for Patent Owner:

> Jamie J. Zheng, Ph.D., Esq.
> USCH Law, PC
> 3790 El Camino Real #1147
> Palo Alto, CA  94306-3314

Dated:  August 26, 2022          /Eliot D. Williams/
                                 Eliot D. Williams
                                 Reg. No. 50,822
                                 **BAKER BOTTS L.L.P.**
                                 30 Rockefeller Plaza
                                 New York, NY 10112
                                 T: (212) 601-7255
                                 F: (212) 408-2501

                                 *Counsel for Petitioner*
                                 *Samsung Electronics Co., Ltd.*