# EXHIBIT 10

# FILED UNDER SEAL

**From:** Park, Ryuk <RPark@winston.com>
**Sent:** Tuesday, April 4, 2023 9:37 AM
**To:** Tezyan, Michael; Rueckheim, Mike
**Cc:** Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel; jtruelove@mckoolsmith.com; #Netlist-Micron [Int]
**Subject:** RE: Micron 203 | P.R. 4-1 Claim Construction Meet and Confer

Michael,

Following up on my email below, and in the spirit of narrowing the dispute, Micron agrees to withdraw the following terms from its Patent Rule 4-1 disclosures:

| Patent | Terms |
|---|---|
| '060 & '160 patents | "not in electrical communication with" |
| | "control/address signal" |
| | "data signal" |
| '054 and '918 patents | "voltage monitor circuit" |

Additionally, for the following terms, Micron can agree to adopt the parties' agreed-upon constructions or the court's constructions from the *Netlist v. Samsung*, 21-cv-463 (EDTX) case:

| Patent | Terms | Agreed-Upon or Court's Construction |
|---|---|---|
| '060 & '160 patents | "A memory package" | The preamble is limiting |
| | "array die" | "array die that is different from a DRAM circuit" |
| | "chip select signal" / "chip select conduits" | Plain and ordinary meaning |
| '506 patent | Preamble of claim 1 | The preamble is limiting |
| '339 patent | Preambles of claims 1, 11, 19, 27 | The preamble is limiting |
| | "in accordance with a latency parameter" | "a time period wherein the start of the time period depends on at least a latency parameter" |
| | "N-bit wide write data" (claims 1-3, 11, 14) | "write data that is N bits in width" |
| '054 patent | "operable state" (claims 4-7, 11-12, 16-17, 23, 25-26) | "state in which the memory module is operated" |
| | "first operable state" (claims 4-7, 11-12, 16-17, 23, 25-26) | "state in which the memory module is operated before transition" |
| | "second operable state" (claims 4-7, 11-12, 16-17, 23, 25-26) | "state in which the memory module is operated after transition" |

Please note that these are Micron's tentative and preliminary positions only. Micron reserves its right to amend or supplement its positions regarding the terms it believes requires constructions and its proposed constructions for such terms.

Thank you and regards,

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
winston.com



**From:** Tezyan, Michael <mtezyan@irell.com>
**Sent:** Monday, April 3, 2023 11:48 AM
**To:** Park, Ryuk <RPark@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Micron 203 | P.R. 4-1 Claim Construction Meet and Confer

Yes.  I will send you an invite to forward as needed.

Thanks,

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

**From:** Park, Ryuk <RPark@winston.com>
**Sent:** Monday, April 3, 2023 11:34 AM
**To:** Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; #Netlist-Micron [Int] <Netlist-Micron@irell.com>
**Subject:** RE: Micron 203 | P.R. 4-1 Claim Construction Meet and Confer

Michael,

Does 10 am PT work for your team?

Thanks,

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
T: +1 650-858-6500