# EXHIBIT 14
# FILED UNDER SEAL

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION

 3   NETLIST, INC.,                  (  CAUSE NO. 2:22-CV-203-JRG
                                     )
 4         Plaintiff,                (
                                     )
 5   vs.                             (
                                     )
 6   MICRON TECHNOLOGY, INC.,        (
     et al.,                         )  MARSHALL, TEXAS
 7                                   (  JULY 26, 2023
           Defendants.               )  9:00 A.M.
 8   _____

 9


10
     _____
11
                          MARKMAN HEARING
12
               BEFORE THE HONORABLE ROY S. PAYNE
13              UNITED STATES MAGISTRATE JUDGE


14   _____

15

16

17

18

19

20

21

22              SHAWN McROBERTS, RMR, CRR
                  100 E. HOUSTON STREET
23               MARSHALL, TEXAS  75670
                     (903) 923-8546
24         shawn_mcroberts@txed.uscourts.gov

25
```

1     And as we just discussed, the claim language doesn't use the
2     term 'data port'; it just says there's an electrical
3     communication to an array die.
4            THE COURT:  You know, maybe I need to hear from the
5     Plaintiff, then, because their briefing did not indicate the
6     relationship that you're talking about, and I was not certain
7     that in the argument that counsel for Plaintiff made in the
8     last case that they were, in fact, saying that it is a
9     limitation of the claim as opposed to an indication that the
10    claim has been met.
11       Do you understand from your conversations with
12    Plaintiff's counsel that they are contending that, in fact,
13    the claim requires data ports as a limitation?
14            MR. RUECKHEIM:  Not from conversations with opposing
15    counsel, Your Honor.  I sat in and watched the tail end of the
16    *Netlist v. Samsung* trial, and so from observing what was
17    argued there, that's where I understand that they were arguing
18    to the jury what's shown here on the screen, and then also,
19    Your Honor, in briefing in this case, Plaintiff has argued
20    that 'electrical communication' requires even something more.
21    There is an argument in the briefing that 'electrical
22    communication' requires responsiveness.  It says, "The above
23    clear makes -- the above quotes"--they're citing to the
24    specification, the intrinsic record here--it says that the
25    electrical communication requires some kind of responsiveness.

```
1              I HEREBY CERTIFY THAT THE FOREGOING IS A
2         CORRECT TRANSCRIPT FROM THE RECORD OF
3         PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
4         I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
5         FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
6         COURT AND THE JUDICIAL CONFERENCE OF THE
7         UNITED STATES.
8
9         S/Shawn McRoberts                   07/28/2023
10        _____DATE_____
          SHAWN McROBERTS, RMR, CRR
11        FEDERAL OFFICIAL COURT REPORTER
```