# EXHIBIT 21
# FILED UNDER SEAL

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                      MARSHALL DIVISION
 4                     _____
 5
          NETLIST, INC.,                )
 6                                      )
                    Plaintiff,          )
 7                                      )
             vs.                        )Case No.
 8                                      )2:22-cv-203-JRG
          MICRON TECHNOLOGY, INC.,      )
 9        MICRON SEMICONDUCTOR          )
          PRODUCTS, INC., and MICRON    )
10        TECHNOLOGY TEXAS, LLC,        )
                                        )
11                  Defendants.         )
                                        )
12
13
14
15               REMOTE VIDEOTAPED DEPOSITION
16                            OF
17                 JOHN BENTLEY HALBERT, III
18                Saturday, September 30, 2023
19                 Castiglione Falletto, Italy
20
21
22
23
24
25     Reported by:  B. Suzanne Hull, CSR No. 13495

                                                  Page 1
```

### Page 2

APPEARANCES

For Plaintiff:   Irell & Manella, LLP
         By MS. HONG (ANNITA) ZHONG
         Attorney at Law
         1800 Avenue of the Stars
         Suite 900
         Los Angeles, California 90067
         (310) 203-7183
         hzhong@irell.com

For Defendants:   Winston & Strawn LLP
         By MR. VIVEK V. KRISHNAN
         Attorney at Law
         35 West Wacker Drive
         Chicago, Illinois 60601
         (312) 558-9508
         vkrishnan@winston.com

The Videographer:   David West

### Page 3

I N D E X

| EXAMINATION BY | PAGE |
|---|---|
| MS. ZHONG | 10 |

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 2 | Micron prior art - public availability dates, two pages | 14 |
| Exhibit 1 | Slide deck, Introduction to JEDEC, March 2023, Bates Stamp Numbers MICNL203_00082326 through MICNL203_00082386, sixty-one slides | 16 |
| Exhibit 3 | Expert report of John B. Halbert, dated December 22, 2022, twenty-eight pages | 27 |
| Exhibit 4 | Deposition of John Bentley Halbert, III, dated July 22, 2022, seventy pages | 30 |

### Page 4

EXHIBITS (Continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 31 | MIPI M-PHY future mobile PHY proposal, September 2009, Bates Stamp Numbers SAM-NET00061251 through SAM-NET00061288, JC42.6 Item Number 1776.10, thirty-eight pages | 46 |
| Exhibit 32 | Wide-IO TG report, December 2009, FM-Mobile Wide IO TG, Bates Stamp Numbers SAM-NET00065075, SAM-NET00065087, Item Number 1777.00, thirteen pages | 46 |
| Exhibit 33 | Advanced memory package proposal, Item Number 1782.01, 1st showing, March 2010, Bates Stamp Numbers SAM-NET00067316 through SAM-NET00067322, seven pages | 46 |

///
///
///
///

### Page 5

EXHIBITS (Continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 34 | FMD - Wide I/O TG read clock proposal, March 2010, Sponsored by Apple/Hynix, Bates Stamp Numbers SAM-NET00068554 through SAM-NET00068559, six pages | 46 |
| Exhibit 35 | Wide I/O ball map baseline proposal, first showing, Sponsors: Elpida, Intel, Nokia, Samsung, June 7, 2010, Item Number 1777.29, Bates Stamp Numbers SAM-NET00072684 through SAM-NET00072687, four pages | 47 |
| Exhibit 36 | Future Mobile Memory (FMM), Wide I/O refresh scheme, second showing, Item Number 1777.18, September 10, 2010, Bates Stamp Numbers SAM-NET00076461 through SAM-NET00076463, three pages | 47 |

///
///

|   | EXHIBITS (Continued) | |
|---|---|---|
| EXHIBIT | DESCRIPTION | PAGE |
| Exhibit 37 | Future high bandwidth memory TG, Item Number 1797.00, TG42_1: TG report, June 2011, Vancouver, Bates Stamp Numbers SAM-NET00090212 through SAM-NET00090229, eighteen pages | 47 |
| Exhibit 38 | TSV tile memory clocking and command, second showing, Item Number 178705, April 21/22, 2011, TG, Advantest, Avago, LSI, Nanya, SAM-NET00090380 through SAM-NET00093084, five pages | 47 |
| Exhibit 39 | Future high bandwidth memory TG, Item Number 1797.00, TG42_1: TG report, September 2011, Chicago, Bates Stamp Numbers SAM-NET00094393 through SAM-NET00094412, twenty pages | 47 |

///
///

Page 6

---

 1  Castiglione Falletto, Italy
 2  Saturday, September 30, 2023; 4:06 p.m.
 3      Villa Roma 29
 4
 5      THE VIDEOGRAPHER:  Good afternoon.
 6  We are on the record.                    16:06:04
 7      The time is 4:06 p.m.  That is       16:06:05
 8  Central European Time.                   16:06:12
 9      The date today, September 30th, 2023.  16:06:14
10      Please note that this deposition is being  16:06:18
11  conducted virtually.
12      Quality of recording depends on the quality
13  of camera and Internet connection of participants.
14      What is seen from the witness and heard on
15  screen is what will be recorded.
16      Audio and video recording will continue to
17  take place unless all parties agree to go off the
18  record.
19      This is media unit one of the video-recorded  16:06:36
20  deposition of John Halbert taken by counsel for  16:06:40
21  plaintiff in the matter of Netlist, Inc., versus  16:06:44
22  Micron Technology, Inc., et al., filed in  16:06:49
23  United States District Court, for the Eastern  16:06:51
24  District of Texas, Marshall Division, Case Number  16:06:54
25  2:22-cv-203-JRG.                          16:06:56

Page 8

---

|   | EXHIBITS (Continued) | |
|---|---|---|
| EXHIBIT | DESCRIPTION | PAGE |
| Exhibit 40 | A stackable, configurable memory sheet for ASICs: A first showing, Item Number 1787.01, Bates Stamp Numbers SAM-NET00321291 through SAM-NET00321301, eleven pages | 47 |
| Exhibit 11 | DDR4 LRDIMM proposal, Item Number 158.01, Second showing, Intel, Bates Stamp Numbers SAM-NET00321470 through SAM-NET00321472, three pages | 70 |
| Exhibit 5 | United States Patent, Halbert, et al., Patent Number US 7,024,518 B2, date of patent: April 4, 2006, twenty pages | 71 |
| Exhibit 27 | FBDIMM specification: DDR2 SDRAM fully buffered DIMM (FBDIMM) design specification, one hundred twenty-nine pages | 89 |

Page 7

---

 1      The deposition is being conducted remotely  16:06:58
 2  using virtual technology.                16:07:04
 3      My name is David West.  I am the     16:07:05
 4  videographer.  The court reporter is Suzanne Hull.  16:07:07
 5  We represent Veritext Legal Solutions.   16:07:09
 6      I am not related to any party in this  16:07:11
 7  action, nor am I financially interested in the  16:07:14
 8  outcome.                                 16:07:17
 9      If there are any objections to proceeding,  16:07:17
10  please state them at the time of your appearance.  16:07:20
11      Counsel will now state their appearances and  16:07:22
12  affiliations for the record, beginning with the  16:07:25
13  noticing attorney.                       16:07:28
14      MS. ZHONG:  Annita Zhong, from       16:07:28
15  Irell & Manella, representing the plaintiff, Netlist,  16:07:30
16  Inc.                                     16:07:34
17      MR. KRISHNAN:  Vivek Krishnan, of    16:07:35
18  Winston & Strawn, on behalf of Micron and the  16:07:37
19  witness.                                 16:07:42
20      THE VIDEOGRAPHER:  Thank you.        16:07:43
21      The court reporter may now swear the witness  16:07:44
22  in, and we will continue.                16:07:47
23      THE REPORTER:  Raise your right hand,  16:07:49
24  please, sir.                             16:07:51
25      Do you solemnly swear or affirm that the  16:07:52

Page 9

3 (Pages 6 - 9)

| | | | |
|---|---|---|---|
| 1 | MR. KRISHNAN: Objection. Form. 19:12:31 | 1 | BY MS. ZHONG: 19:14:38 |
| 2 | THE WITNESS: Yeah. 19:12:34 | 2 | Q. Okay. 19:14:38 |
| 3 | You could say that wire bond was the most 19:12:35 | 3 | A. -- in that time frame. 19:14:38 |
| 4 | common. 19:12:38 | 4 | Q. But you don't know for sure? 19:14:40 |
| 5 | BY MS. ZHONG: 19:12:38 | 5 | A. No. 19:14:45 |
| 6 | Q. Okay. At least in 2009 to 2010 time period 19:12:38 | 6 | Because it has been too long. 19:14:45 |
| 7 | the wire bond connection is -- was the most common 19:12:44 | 7 | Q. Okay. Can you use a DRAM circuit in DDRs, 19:14:48 |
| 8 | for the dual die package and the quad die package; is 19:12:48 | 8 | LRDDRs for HBM? 19:15:29 |
| 9 | that correct? 19:12:51 | 9 | MR. KRISHNAN: Objection. Form. 19:15:33 |
| 10 | MR. KRISHNAN: Objection. Form. 19:12:52 | 10 | THE WITNESS: What -- what are you asking? 19:15:36 |
| 11 | THE WITNESS: Yes. 19:12:53 | 11 | BY MS. ZHONG: 19:15:38 |
| 12 | Wire bond was probably the most common. 19:12:55 | 12 | Q. Okay. 19:15:38 |
| 13 | BY MS. ZHONG: 19:12:55 | 13 | A. You are mixing a bunch of terms together. 19:15:39 |
| 14 | Q. Okay. So for those wire-bonded packages, 19:12:58 | 14 | Q. Okay. Can you use a DRAM circuit in DDR2? 19:15:41 |
| 15 | would the electrical and the mechanical con- -- would 19:13:03 | 15 | A. What do you define as DRAM circuits? 19:15:51 |
| 16 | the electrical connection for an upper die go through 19:13:06 | 16 | Q. What is your understanding of the term DRAM 19:15:55 |
| 17 | the lower die? 19:13:13 | 17 | circuit? 19:15:57 |
| 18 | MR. KRISHNAN: Objection. Form. 19:13:15 | 18 | A. I think it -- you are the one asking the 19:15:58 |
| 19 | THE WITNESS: The fact that it is wire bond 19:13:17 | 19 | question. You are -- you need to clarify what your 19:16:01 |
| 20 | would say that the wires connecting the upper die 19:13:21 | 20 | question is. 19:16:04 |
| 21 | would go down to the package. 19:13:25 | 21 | Q. Okay. Is there -- is the word DRAM circuit 19:16:05 |
| 22 | BY MS. ZHONG: 19:13:27 | 22 | a term of art? 19:16:08 |
| 23 | Q. Okay. Was -- without going through the 19:13:27 | 23 | A. A term of the art? No. 19:16:10 |
| 24 | lower die? 19:13:29 | 24 | Q. So what is your understanding of DRAM 19:16:13 |
| 25 | MR. KRISHNAN: Objection. Form. 19:13:30 | 25 | circuit? 19:16:18 |
| | Page 118 | | Page 120 |
| 1 | THE WITNESS: Correct. 19:13:34 | 1 | A. So a DRAM circuit -- 19:16:19 |
| 2 | BY MS. ZHONG: 19:13:36 | 2 | MR. KRISHNAN: Objection. Form. 19:16:22 |
| 3 | Q. Okay. And you mentioned earlier that there 19:13:36 | 3 | THE WITNESS: From a design point of view, 19:16:23 |
| 4 | were connections -- there were manufacturers that 19:13:38 | 4 | a DRAM circuit would be anything outside of the cell 19:16:26 |
| 5 | connect the die along the outside edge of the die. 19:13:46 | 5 | array that only contains memory cells; so a DRAM 19:16:29 |
| 6 | Were those down in the 2009 to 2010 period? 19:13:51 | 6 | circuit would include the sense sound, the column 19:16:34 |
| 7 | MR. KRISHNAN: Objection. Form. 19:13:58 | 7 | decoder, the row decoder. And maybe even the 19:16:38 |
| 8 | THE WITNESS: That is a good question. 19:13:59 | 8 | secondary sense amps along the I/O are all DRAM 19:16:42 |
| 9 | There was -- 19:14:00 | 9 | circuits that are only used in DRAMs. 19:16:47 |
| 10 | BY MS. ZHONG: 19:14:00 | 10 | BY MS. ZHONG: 19:17:06 |
| 11 | Q. I don't -- not when was it done? When did 19:14:00 | 11 | Q. Are the same DRAM circuits used for 19:17:07 |
| 12 | they start to do it? Maybe that is a better 19:14:05 | 12 | different types of DRAM devices? 19:17:10 |
| 13 | question. 19:14:07 | 13 | A. So all -- well, kind of put that in quotes. 19:17:15 |
| 14 | A. I don't remember. Everything kind of blurs 19:14:08 | 14 | Let's say 99 percent of anything that has DRAM cells 19:17:21 |
| 15 | together back then. There were a lot of different 19:14:10 | 15 | will have DRAM circuits included. Like I mentioned, 19:17:28 |
| 16 | technologies being proposed and produced to create 19:14:13 | 16 | sense amps, column decoders, row decoders, secondary 19:17:34 |
| 17 | a better stack. 19:14:18 | 17 | sense amps. 19:17:42 |
| 18 | Q. Okay. 19:14:19 | 18 | Q. Okay. What about circuits for IEEE testing? 19:17:43 |
| 19 | A. So whether it was 2009-'10, I don't 19:14:19 | 19 | A. Uh-huh. 19:17:56 |
| 20 | remember. Or earlier. 19:14:24 | 20 | Q. Do they have -- are those DRAM circuits? 19:17:58 |
| 21 | Q. Do you know whether it is -- it was done by 19:14:24 | 21 | MR. KRISHNAN: Objection. Form. 19:18:04 |
| 22 | 2011-2012? 19:14:27 | 22 | THE WITNESS: That is kind of a goofy 19:18:06 |
| 23 | MR. KRISHNAN: Objection. Form. 19:14:34 | 23 | question. 19:18:12 |
| 24 | THE WITNESS: My guess it probably was -- 19:14:35 | 24 | BY MS. ZHONG: 19:18:12 |
| 25 | /// | 25 | Q. Okay. 19:18:12 |
| | Page 119 | | Page 121 |

| | | |
|---|---|---|
| 1 | A. I mean, it is like trying to mix apples and | 19:18:13 |
| 2 | oranges. | 19:18:17 |
| 3 | Q. Okay. | 19:18:18 |
| 4 | A. So you are saying -- are you asking if JTAG | 19:18:18 |
| 5 | is used on DRAMs? | 19:18:25 |
| 6 | Q. JTAG? J-T-A-G? | 19:18:28 |
| 7 | A. Yeah. | 19:18:39 |
| 8 | Q. Yes. | 19:18:39 |
| 9 | So my understanding is that HBM has pretty | 19:18:39 |
| 10 | advanced testing capabilities in them. | 19:18:45 |
| 11 | Is that your understanding as well? | 19:18:48 |
| 12 | A. Yes. | 19:18:51 |
| 13 | MR. KRISHNAN: Objection to form. | 19:18:51 |
| 14 | BY MS. ZHONG: | 19:18:53 |
| 15 | Q. Okay. So -- so there has got to be testing | 19:18:53 |
| 16 | circuits in the HBM packages; correct? | 19:18:58 |
| 17 | MR. KRISHNAN: Objection to form. | 19:19:03 |
| 18 | THE WITNESS: There are testing circuits -- | 19:19:04 |
| 19 | yeah. | 19:19:04 |
| 20 | There are testing circuits in HBM packages. | 19:19:05 |
| 21 | They are also testing circuits on each die in the | 19:19:10 |
| 22 | stack. | 19:19:14 |
| 23 | BY MS. ZHONG: | 19:19:15 |
| 24 | Q. Okay. So are those testing circuits what | 19:19:15 |
| 25 | you call -- what -- what you would refer to as DRAM | 19:19:18 |

Page 122

| | | |
|---|---|---|
| 1 | circuits? | 19:19:22 |
| 2 | MR. KRISHNAN: Objection. Form. | 19:19:24 |
| 3 | THE WITNESS: So, again, you are, kind of -- | 19:19:25 |
| 4 | you are trying to twist terms around, which makes it | 19:19:38 |
| 5 | very difficult to answer the question. If your | 19:19:42 |
| 6 | question is are there common testing circuits between | 19:19:45 |
| 7 | the die and the HBM stack and in the base die and in | 19:19:51 |
| 8 | monolithic -- i.e., DDR3 or DDR4 -- the answer is | 19:19:58 |
| 9 | yes. | 19:20:06 |
| 10 | BY MS. ZHONG: | 19:20:07 |
| 11 | Q. Are there unique testing circuits for the | 19:20:12 |
| 12 | HBM products? | 19:20:16 |
| 13 | MR. KRISHNAN: Objection. Form. | 19:20:20 |
| 14 | THE WITNESS: Hmmm. It depends on which | 19:20:21 |
| 15 | testing circuits we're talking about. Some are | 19:20:25 |
| 16 | common between monolithic DRAMs, DDR3 and HBM, | 19:20:31 |
| 17 | especially at the die test level. | 19:20:43 |
| 18 | BY MS. ZHONG: | 19:20:45 |
| 19 | Q. Uh-huh. | 19:20:45 |
| 20 | A. And so the die and the stack -- in the HBM | 19:20:46 |
| 21 | stack have to have I/O circuits that allow the test | 19:20:49 |
| 22 | machine to test all of the DRAM cells. And because | 19:20:54 |
| 23 | there are so many cells, there are test circuits that | 19:20:58 |
| 24 | test many cells in parallel. This is a common method | 19:21:04 |
| 25 | used in testing DRAMs, whether they are in the HBM | 19:21:09 |

Page 123

| | | |
|---|---|---|
| 1 | stack or they are a mono die. | 19:21:13 |
| 2 | Q. Okay. But are there testing circuits unique | 19:21:17 |
| 3 | to the HBM products? | 19:21:24 |
| 4 | MR. KRISHNAN: Objection. Form. | 19:21:25 |
| 5 | THE WITNESS: Yes. | 19:21:27 |
| 6 | So there is an IEEE 1500 bus on the base | 19:21:38 |
| 7 | die. There is also -- there is probably other -- | 19:21:43 |
| 8 | there is testing circuits for checking the connection | 19:21:49 |
| 9 | between the base die and the vols in the package; so | 19:21:53 |
| 10 | those -- those would be unique to HBM. But I believe | 19:21:59 |
| 11 | there are other die that have -- or other standards | 19:22:07 |
| 12 | that have copied that for DRAM that have many | 19:22:10 |
| 13 | outputs. | 19:22:15 |
| 14 | BY MS. ZHONG: | 19:22:15 |
| 15 | Q. Okay. So let's stay on that. | 19:22:16 |
| 16 | Is the IEEE testing circuits on both the | 19:22:20 |
| 17 | logic die, as well as the DRAM device die? | 19:22:27 |
| 18 | A. No. | 19:22:31 |
| 19 | Q. So there are no corresponding circuits on | 19:22:31 |
| 20 | the memory die? | 19:22:41 |
| 21 | A. For an IEEE 1500 bus, no. Because that is | 19:22:42 |
| 22 | used to -- as a method to address the stack once it | 19:22:49 |
| 23 | is all put together. | 19:22:54 |
| 24 | Q. Are you saying the circuit only exists on | 19:22:55 |
| 25 | the logic die but not on the DRAM die? | 19:23:05 |

Page 124

| | | |
|---|---|---|
| 1 | MR. KRISHNAN: Objection. Form. | 19:23:09 |
| 2 | THE WITNESS: So IEEE 1500 is a testing | 19:23:10 |
| 3 | standard that has lots of functionality to it. JTAG, | 19:23:15 |
| 4 | as I mentioned -- J-T-A-G -- is a simpler method of | 19:23:27 |
| 5 | testing, less robust. It may or may not be included | 19:23:30 |
| 6 | by the memory suppliers on the mono die as a method | 19:23:38 |
| 7 | to reduce the number of connections that they have to | 19:23:44 |
| 8 | make to the die when it is in wafer form; so it could | 19:23:47 |
| 9 | very well be a version of a serial access to the die | 19:23:52 |
| 10 | in the stack. But I can't answer that because that | 19:23:59 |
| 11 | would be a supplier -- and we call it secret sauce. | 19:24:02 |
| 12 | BY MS. ZHONG: | 19:24:09 |
| 13 | Q. Okay. So if there is an IEEE 1500 testing | 19:24:10 |
| 14 | circuit on the DRAM die, that would be unique to the | 19:24:16 |
| 15 | HBM DRAM and is absent from monolithic PDRs; is that | 19:24:23 |
| 16 | right? | 19:24:31 |
| 17 | MR. KRISHNAN: Objection. Form. | 19:24:32 |
| 18 | THE WITNESS: There is no reason to | 19:24:36 |
| 19 | include -- as I said, IEEE 1500, it is a very robust | 19:24:37 |
| 20 | serial bus access to the -- | 19:24:47 |
| 21 | BY MS. ZHONG: | 19:24:49 |
| 22 | Q. Uh-huh. | 19:24:49 |
| 23 | A. -- die. It is used in other chips, probably | 19:24:50 |
| 24 | CPUs. There is no -- if you have a die that only | 19:24:54 |
| 25 | has, what, sixteen I/Os -- | 19:24:58 |

Page 125

32 (Pages 122 - 125)