# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON | ) JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' SECOND NOTICE OF DETERMINATIONS INVALIDATING PATENTS-IN-SUIT RELEVANT TO DEFENDANTS' PENDING MOTION TO STAY (DKT. NO. 80)**

Pursuant to this Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants respectfully file this notice of recent events. This week, the Patent Trial and Appeal Board ("PTAB") determined that all asserted claims in U.S. Patent Nos. 11,016,918 and 11,232,054 were unpatentable.[1] The PTAB previously determined that all claims of U.S. Patent Nos. 10,860,506 and 10,949,339 were unpatentable. Taken together all patent claims asserted against Micron's past sales of accused products have been determined unpatentable.

The status of *inter partes* review challenges for the asserted patents are as follows:

| Asserted Patent | Status |
|---|---|
| U.S. Patent No. 10,860,506 | All claims found invalid in IPR2023-00205 on October 17, 2023. Netlist informed the Court |

---

[1] *Samsung Elecs. Co. Ltd., et. al. v. Netlist, Inc.*, IPR2023-00999, Paper 51 (PTAB Dec. 5, 2023) (determining claims 1–30 of the '054 patent to be unpatentable) (Hopkins Decl., Ex. A); *Samsung Elecs. Co. Ltd., et. al. v. Netlist, Inc.*, IPR2023-00996, Paper 49 (PTAB Dec. 6, 2023) (determining claims 1–30 of the '918 patent to be unpatentable) (Hopkins Decl., Ex. B).

| Asserted Patent | Status |
|---|---|
|  | on October 23, 2023 that it is no longer pursuing infringement of any claim in '506 patent. |
| U.S. Patent No. 10,949,339 | All claims found invalid in IPR2023-00204 on October 18, 2023. Netlist informed the Court on October 23, 2023 that it is no longer pursuing infringement of any claim in '339 patent. |
| U.S. Patent No. 11,232,054 | All claims found invalid in IPR2023-00999 on December 5, 2023. |
| U.S. Patent No. 11,016,918 | All claims found invalid in IPR2023-00996 on December 6, 2023. |
| U.S. Patent No. 8,787,060[2] | Challenged in IPR2023-00882 - Final Written Decision anticipated by April 12, 2024. |
| U.S. Patent No. 9,318,160[2] | Challenged in IPR2023-00883 - Final Written Decision anticipated by April 12, 2024. |

Dated: December 7, 2023           Respectfully submitted,

/s/ Michael R. Rueckheim
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (*pro hac vice*)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

---

[2] The PTAB instituted Micron's petitions that challenged all asserted claims of U.S. Patent Nos. 8,787,060 and 9,318,160. *Micron Tech., Inc., et. al. v. Netlist, Inc*., IPR2023-00882, Paper 7 (PTAB Oct. 26, 2023) (Hopkins Decl., Ex. C); *Micron Tech., Inc., et. al. v. Netlist, Inc*., IPR2023-00883, Paper 7 (PTAB Oct. 26, 2023) (Hopkins Decl., Ex. D).

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (*pro hac vice*)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (*pro hac vice*)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Vivek V. Krishnan (*pro hac vice*)
vkrishnan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: 312-558-9508
Facsimile: 312-558-5700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC**

## CERTIFICATE OF SERVICE

I certify that, on December 7, 2023, a copy of the foregoing was served on all counsel of record via the Court's ECF system.

        /s/ *Michael R. Rueckheim*
        Michael R. Rueckheim