# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF MATTHEW HOPKINS IN SUPPORT OF DEFENDANTS' SECOND NOTICE OF DETERMINATIONS INVALIDATING PATENTS-IN-SUIT RELEVANT TO DEFENDANTS' PENDING MOTION TO STAY**

I, Matthew Hopkins, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn, LLP, counsel of record for Defendants' Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC (Collectively "Defendants") in the above-captioned action. I am a member in good standing of the State Bar of District of Columbia and have been admitted to practice pro hac vice before this Court in this action. I provide this declaration in support of Defendants' Second Notice of Determinations Invalidating Patents-In-Suit Relevant to Defendants' Pending Motion to Stay. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as Exhibit A is a true and correct copy of the *Samsung Elecs. Co. Ltd., et. al. v. Netlist, Inc.*, IPR2023-00999, Final Written Decision Determining All Challenged Claims Unpatentable dated December 5, 2023.

3. Attached as Exhibit B is a true and correct copy of the *Samsung Elecs. Co. Ltd., et. al. v. Netlist, Inc.*, IPR2023-00996, Final Written Decision Determining All Challenged Claims Unpatentable dated December 6, 2023.

4. Attached as Exhibit C is a true and correct copy of the *Micron Tech., Inc., et. al. v. Netlist, Inc.*, IPR2023-00882, Decision Granting Institution of *Inter Partes* Review and Granting Motion for Joinder dated October 26, 2023.

5. Attached as Exhibit D is a true and correct copy of the *Micron Tech., Inc., et. al. v. Netlist, Inc.*, IPR2023-00883, Decision Granting Institution of *Inter Partes* Review and Granting Motion for Joinder dated October 26, 2023.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

1

2

Executed on December 7, 2023, in McLean, Virginia.

/s/*Matthew Hopkins*

Matthew Hopkins
State Bar No. 1500598
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-2862
Facsimile: (202) 282-5100