# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT DEFENDANTS' PENDING MOTION TO STAY (DKT. NO. 80)

Defendants hereby move to supplement their prior motion to stay Dkt. No. 80. Good cause exists for granting leave. All four of the patents relating to accused Micron product sales have now been invalidated. Netlist originally asserted six patents. Four patents have now been found invalid by the PTAB (Dkt. 345) and the final written decisions for the remaining two patents will issue shortly by April 12, 2024. As detailed in the proposed supplemental brief, the remaining two patents are asserted against product designs that Micron **has not sold**. Further, Netlist is unreasonably refusing to withdraw its two recently invalidated patents from the litigation and there is a ***significant*** amount of party and judicial resources required due to Netlist's refusal. For these reasons and as further explained in the short supplemental motion being filed contemporaneously herewith, Defendants request that the Court grant leave to supplement, grant Defendants' Motion to Stay, and conserve the significant party and judicial resources required for litigating invalid patents and litigating patents against products that have not yet been commercially sold.

Netlist indicated in a meet and confer today that it does not oppose the Court granting leave and Netlist will file a response by December 18, 2023.

1

Dated: December 8, 2023     Respectfully submitted,

By: */s/ Michael R. Rueckheim*
  Thomas M. Melsheimer
  State Bar No. 13922550
  TMelsheimer@winston.com
  Natalie Arbaugh
  State Bar No. 24033378
  NArbaugh@winston.com
  WINSTON & STRAWN LLP
  2121 N. Pearl Street, Suite 900
  Dallas, TX 75201
  Telephone: (214) 453-6500
  Facsimile: (214) 453-6400

  David P Enzminger (*pro hac vice*)
  denzminger@winston.com
  WINSTON & STRAWN LLP
  333 South Grand Avenue, 38th Floor
  Los Angeles, CA 90071-1543
  Telephone: (213) 615-1700
  Facsimile: (213) 615-1750

  Michael R. Rueckheim
  State Bar No. 24081129
  MRueckheim@winston.com
  Ryuk Park (*pro hac vice*)
  RPark@winston.com
  Matthew R. McCullough
  State Bar No. 301330
  MRMcCullough@winston.com
  WINSTON & STRAWN LLP
  255 Shoreline Drive, Suite 520
  Redwood City, CA 94065
  Telephone: (650) 858-6500
  Facsimile: (650) 858-6559

  William M. Logan
  State Bar No. 24106214
  wlogan@winston.com
  Juan C. Yaquian *(pro hac vice)*
  State Bar No. 24110559
  JYaquian@winston.com
  WINSTON & STRAWN LLP
  800 Capital Street, Suite 2400
  Houston, TX 77002-2925

        Telephone: (713) 651-2600
        Facsimile: (713) 651-2700

        Wesley Hill
        State Bar No. 24032294
        wh@wsfirm.com
        Andrea Fair
        State Bar No. 24078488
        andrea@wsfirm.com
        Charles Everingham IV
        State Bar No. 00787447
        ce@wsfirm.com
        WARD, SMITH & HILL, PLLC
        1507 Bill Owens Parkway
        Longview, TX 75604
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323

        **ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC**

## CERTIFICATE OF SERVICE

I certify that, on December 8, 2023, a copy of the foregoing was served on all counsel of record via the Court's ECF system and email.

        */s/ Michael R. Rueckheim*
        Michael R. Rueckheim

## CERTIFICATE OF CONFERENCE

I certify that, on December 8, 2023, counsel for the parties met and conferred on the issues raised in this motion. Counsel for Netlist confirmed that Netlist does not oppose and that Netlist will file a response by December 18, 2023.

        */s/ Michael R. Rueckheim*
        Michael R. Rueckheim