# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 2:22-cv-00203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT DEFENDANTS' PENDING MOTION TO STAY (DKT. NO. 80)**

Before the Court is Defendants' Unopposed Motion for Leave to Supplement Defendants' Pending Motion to Stay (Dkt. No. 80).

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.  Plaintiff will file any response by December 18, 2023.

IT IS SO ORDERED.