IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Civil Action No. 2:22-CV-0203-JRG-RSP <br> § <br> MICRON TECHNOLOGY, INC., § <br> MICRON SEMICONDUCTOR § <br> PRODUCTS, INC., AND MICRON § <br> TECHNOLOGY TEXAS LLC, § <br> § <br> *Defendants*. § | |

### ORDER

Before the Court is the Unopposed Motion for Leave to Supplement Defendants' Pending Motion to Stay filed by Defendants Micron Technology, Inc. *et al*. **Dkt. No. 347**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants have leave to file a supplement to the pending Motion to Stay, Dkt. No. 80. The Court notes that the supplement was concurrently filed at Dkt. No. 348.

**SIGNED this 11th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE