UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-203-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NO ANTICIPATION AS TO THE '060 AND '160 PATENTS AND THAT 2012 DESIGN REVIEW IS NOT PRIOR ART (DKT. 272)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Reply in support of its Motion for Summary Judgment of No Anticipation as to the '060 and '160 Patents and that 2012 Design Review Is Not Prior Art. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 11** is a true and correct excerpt of Exhibit E-19 to Micron's Invalidity Contentions.

3. Attached as **Exhibit 12** is a true and correct excerpt of the Opening Expert Report of Michael C. Brogioli, Ph.D., dated October 4, 2023.

4. Attached as **Exhibit 13** is a true and correct excerpt of the Supplemental Expert Report of Michael C. Brogioli, Ph.D., dated November 28, 2023.

5. Attached as **Exhibit 14** is a true and correct excerpt of Exhibit F-19 to Micron's Invalidity Contentions.

Executed on December 6, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby