# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-203-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; ) | |
| MICRON SEMICONDUCTOR ) | |
| PRODUCTS, INC.; MICRON ) | |
| TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED PATENTS ARE NOT STANDARD ESSENTIAL (DKT. 276)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Reply in support of its Motion for Summary Judgment that the Asserted Patents Are Not Standard Essential (Dkt. 276). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 14** is a true and correct excerpt of the deposition transcript of Frank Ross, dated August 17, 2023.

3. Attached as **Exhibit 15** is a true and correct excerpt of Netlist's First Notice of Deposition, dated May 15, 2023.

4. Attached as **Exhibit 16** is a true and correct excerpt of the deposition transcript of Dave Westergard, dated September 15, 2023.

5. Attached as **Exhibit 17** is a true and correct excerpt of the Rebuttal Expert Report of Dr. Mangione-Smith, dated October 29, 2023.

6. Attached as **Exhibit 18** is a true and correct copy of Exhibit C to Netlist's Preliminary Infringement Contentions, dated January 27, 2023.

7. Attached as **Exhibit 19** is a true and correct excerpt of the deposition transcript of Scott H. Milton, dated September 1, 2023.

Executed on December 6, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby