**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; | ) | |
| MICRON SEMICONDUCTOR | ) | |
| PRODUCTS, INC.; MICRON | ) | |
| TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S REPLY IN SUPPORT OF MOTION
TO STRIKE CERTAIN OPINIONS OF DEFENDANTS' EXPERT
JOHN B. HALBERT (DKT. 267)**

I, Jason G. Sheasby, declare as follows:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Reply In Support of Motion to Strike Certain Opinions of Defendants' Expert John B. Halbert. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.      Attached as **Exhibit 10** is a true and correct copy of MICNL203-00051872 produced by Micron in this case.

3.      Attached as **Exhibit 11** is a true and correct copy of MICNL203-00052227 produced by Micron in this case.

4.      Attached as **Exhibit 12** is a true and correct excerpted copy of MICNL203-00059005 produced by Micron in this case.

5.      Attached as **Exhibit 13** is a true and correct excerpted copy of the Deposition Transcript of Samir Mittal, dated November 15, 2023.

6.      Attached as **Exhibit 14** is a true and correct excerpted copy of Netlist's First Notice of Deposition of Topic 83, dated May 15, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2023, in Newport Beach, California.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby