**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-203-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; | ) | |
| MICRON SEMICONDUCTOR | ) | |
| PRODUCTS, INC.; MICRON | ) | |
| TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN OF DEFENDANTS' EXPERT DR. MATTHEW LYNDE (DKT. 268)</u>**

I, Jason G. Sheasby, declare as follows:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Reply in support of its Motion to Strike Opinions of Defendants' Expert Dr. Matthew Lynde (Dkt. 268). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.      Attached as **Exhibit 9** is a true and correct excerpted copy of the Deposition Transcript of Dave Westergard, dated September 15, 2023.

3.      Attached as **Exhibit 10** is a true and correct excerpted copy of the Deposition Transcript of Zach Stordahl, dated November 7, 2023.

4.      Attached as **Exhibit 11** is a true and correct excerpted copy of Micron's Seventh Supplemental Responses and Objections to Netlist's First Set of Interrogatories, dated November 17, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2023, in Newport Beach, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby