# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00203 |

## ORDER GRANTING REQUEST FOR ORAL HEARING

Before the Court is Defendants' Opposed Request for Oral Hearing. Having considered the matter, the Court GRANTS the request and will hear argument on Defendants' Motion to Stay (ECF No. 80) at the pretrial conference currently set for December 20, 2023.