## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-203-JRG |
| ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that Rex A. Mann of Winston & Strawn, LLP is entering his appearance as counsel for Defendants, Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC, in all further proceedings in this cause of action and request that all future notices from the Court, copies and pleadings sent to the parties be sent to him at the following address:

Rex A. Mann
rmann@winston.com
Winston & Strawn LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Tel: (214) 453-6500
Fax: (214) 453-6400

Dated: December 15, 2023

Respectfully submitted,

WINSTON & STRAWN, LLP

By:    */s/ Rex A. Mann*
      Rex A. Mann
      State Bar No. 24075509
      rmann@winston.com
      Winston & Strawn LLP
      2121 N. Pearl St., Suite 900
      Dallas, TX 75201
      Tel: (214) 453-6500
      Fax: (214) 453-6400

***Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system on December 15, 2023

      */s/Rex A. Mann*
      Rex A. Mann