# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; | ) JURY TRIAL DEMANDED |
| MICRONSEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC,. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF NETLIST INC.'S RESPONSE TO REQUEST FOR ORAL ARGUMENT (DKT. 382)

Netlist does not oppose the Court setting oral argument on Micron's motion to stay. Any such hearing, however, should not interfere with the pretrial conference. In the pretrial order, filed the day before Micron's request for oral argument, the parties listed 20 pending motions to be heard at the pretrial conference; Micron did not list its motion to stay. Dkt. 354 at 20-21. The motion to stay has been fully briefed for months; Micron's request at this point appears to be a tactic designed to detract from the pretrial conference. Netlist believes the pretrial conference should stand on its own, and be used to resolve the large number of outstanding disputed motions for trial.

Dated: December 15, 2023               Respectfully submitted,

                                       */s/ Jason G. Sheasby*

                                       Samuel F. Baxter
                                       Texas State Bar No. 01938000
                                       sbaxter@mckoolsmith.com
                                       Jennifer L. Truelove

Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

  I hereby certify that, on December 15, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Jason Sheasby*
Jason Sheasby
