# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-203-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; | ) |
| MICRONSEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC,. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court, having considered Defendants' Opposed Request for Oral Hearing, Plaintiff's Response, and any supporting documents thereto, is of the opinion that said motion, to the extent it requests argument on the motion to stay at the pretrial conference, should be **DENIED**.