# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| | ) No. 2:22-cv-203-JRG |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC.; MICRON | ) |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MICRON'S REPLY IN SUPPORT OF ITS REQUEST FOR ORAL ARGUMENT (DKT. 382)

Micron replies to Netlist's Response to Micron's Request for Oral Argument to correct Netlist's false statement that the issue was not presented in the pretrial conference order. Response at 1. The Joint Final Pre-Trial Order (Dkt. No. 354) specifically identifies Micron's Motion to Stay (Dkt. 348 "Defendants' Motion to Stay") and states that the "Parties request that the pending motions listed above be heard at or before the Pretrial Conference, as they would directly impact the trial.") Dkt. No. 354 at 21-22 (emphasis added).

Netlist is also incorrect in arguing that "Micron's request at this point appears to be a tactic designed to detract from the pretrial conference." Response at 1. Not so. Netlist's entire case involves asserting two patents that were recently found invalid by the PTAB (U.S. Patent Nos. 11,232,054 and 11,016,918) and two other patents on products where there are no sales (U.S. Patent Nos. 8,787,060 and 9,318,160). This case is not ready for trial and Micron's Motion to Stay should be the first and only thing argued at the Pre-Trial Conference. Doing so could obviate the entirety of other issues at issue in the Pre-Trial Conference and conserve substantial party and judicial resources. Further, the issues of Netlist attempting to assert (i) invalid patents and (ii) patents against products with no sales, permeates many of the issues to be resolved at the Pre-Trial Conference, including at least: disputes regarding the witness lists inclusion of witnesses relevant to the invalid patents, disputes regarding the exhibits relating to the invalid patents, Micron's motion to strike Netlist's damages expert's speculation as to potential future damages on projected sales from 2024-2028 (Dkt. No. 273), and numerous other motions that relate solely to issues that should be moot now that two of Netlist's patents have been found invalid.

Staying a case that involves invalid patents is in the best interests of Micron, the Court, the potential jury, and even Netlist itself as it will give Netlist time to pursue an appeal if it so

chooses[1] while avoiding the costs associated with a potentially moot trial. Alternatively, should the Court not grant Micron's Daubert motion seeking to strike Netlist's expert from speculating as to future damages (Dkt. No. 273), the Court could sever and stay the invalid '918 and '054 patents and this time and proceed to trial on the '060 and '160 patents alone.

Dated: December 15, 2023

Respectfully submitted,

/s/ Michael R. Rueckheim
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (*pro hac vice*)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (*pro hac vice*)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (*pro hac vice*)

---

[1] It is highly unlikely that Netlist would be successful upon appeal as the PTAB invalidated the patents on three independent grounds and recent statistics show that the Federal Circuit affirms the PTAB approximately 70% of the time.

State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Vivek V. Krishnan (*pro hac vice*)
vkrishnan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: 312-558-9508
Facsimile: 312-558-5700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR PRODUCTS,
INC., MICRON TECHNOLOGY TEXAS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 15, 2023, a copy of the foregoing was served on all counsel of record via the Court's ECF system and email.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim
