# EXHIBIT 1

  



## DDR3 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR3 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.



LEARN MORE



# DDR4 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR4 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.



LEARN MORE





## DDR5 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR5 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.





