# EXHIBIT 2

| | |
|---|---|
| **From:** | Werner, Tom |
| **Sent:** | Monday, December 11, 2023 4:39 PM |
| **To:** | Park, Ryuk |
| **Cc:** | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; #Netlist-Micron [Int]; Jennifer Truelove (jtruelove@McKoolSmith.com); ~Baxter, Samuel |
| **Subject:** | RE: Netlist v. Micron, 22-cv-203 | claw-back under PO Para. 12 |

Ryuk,

Netlist has conducted a diligent search for copies of the original Appendix 1 to Dr. Woods's Opening Report, and have destroyed all such copies that were located. Netlist otherwise reserves all of its rights.

Very truly yours,

Thomas C. Werner, Esq.
Discovery Counsel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
TWerner@irell.com
(310) 203-7956 (direct)
(he/him/his)

**From:** Park, Ryuk <RPark@winston.com>
**Sent:** Monday, December 4, 2023 4:00 PM
**To:** #Netlist-Micron [Int] <Netlist-Micron@irell.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; ~Baxter, Samuel <sbaxter@mckoolsmith.com>
**Cc:** Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com
**Subject:** RE: Netlist v. Micron, 22-cv-203 | claw-back under PO Para. 12

Counsel,

The original Appendix 1 to Dr. Woods's Opening Report inadvertently included privileged information. Pursuant to paragraph 12 of the Protective Order, please immediately cease any use of the original Appendix 1, take reasonable steps to retrieve all copies of the original Appendix 1, and confirm within 5 business days that all copies have been destroyed.

A corrected copy of Appendix 1 was served along with Dr. Woods's Rebuttal Report.

Regards,

Ryuk

**Ryuk Park**
**Of Counsel**

Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065

D: +1 650-858-6440

M: +1 607-242-9789

F: +1 650-858-6550

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.