# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-203-JRG ) ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) **Filed Under Seal** ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court, having considered the briefing on Plaintiff Netlist, Inc.'s Motion to Compel Micron to Produce Clawed-Back Documents, and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**