# ATTORNEY SIGN-IN SHEET

**Judge Roy S. Payne**
**2:22-CV-0203-JRG-RSP**
**Netlist, Inc. v. Micron Technology, Inc., et al.**
**December 20, 2023      9:00 am**

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jennifer Truelove | Netlist |
| Jason Sheasby | Netlist |
| David Enzminger | Micron |
| Michael Rueckheim | Micron |
| Kyuk Park | Micron |
| Tom Melsheimer | Micron |
| Wesley Hill | Micron |
| Rex Mann | Micron . |
| Jennifer Doan | Micron |
| Josh Thane | Micron |
| | |
| | |
| | |
| | |
| | |
| | |
| | |