**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC.; MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT NETLIST'S OPPOSITION TO MOTION TO STAY (DKT. 94)**

Netlist hereby moves to supplement its opposition (Dkt. 94) to Micron's motion to stay (Dkt. 80). Good cause exists for granting leave. Netlist's supplement addresses recent developments that could not be addressed in prior briefing: 1) statements made by Micron in its December 20, 2023 investor presentation that contradict statements made by Micron in briefing to this Court; 2) Micron's complaint against Netlist in Idaho state court, the summons for which was served on Netlist via mail on December 20, 2023. As detailed in the proposed supplemental brief, these facts demonstrate that Micron's infringing HBM3E products are ready for trial, and that Micron seeks to use stays as a tool for forum shopping. For these reasons and as further explained in the short supplemental brief being filed contemporaneously herewith, Netlist requests that the Court grant leave to supplement, deny Defendants' Motion to Stay.

Micron indicated that it does not oppose the Court granting leave and that it will file a response to Netlist's supplemental brief.

| | |
|---|---|
| Dated: December 21, 2023 | Respectfully submitted, |
| | */s/ Jason G. Sheasby* |

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

**Attorneys for Plaintiff Netlist, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Jason G. Sheasby*
Jason G. Sheasby

## CERTIFICATE OF CONFERENCE

I hereby certify that, on December 21, 2023, counsel for the parties conferred on the issues raised in this motion, and counsel for Micron indicated that Micron does not oppose and that Micron will file a response to Netlist's supplement.

*/s/ Jason G. Sheasby*
Jason G. Sheasby