# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC.; MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 2:22-cv-203-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Netlist's Unopposed Motion for Leave to Supplement Netlist's Opposition to Motion to Stay (Dkt. 94).

Having considered the motion, and for good cause shown, the motion is hereby **GRANTED.**

**IT IS SO ORDERED.**