UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-203-JRG-RSP |
| ) | |
| MICRON TECHNOLOGY, INC.; MICRON ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# DEFENDANTS' NOTICE OF DISCLOSURE OF PRIOR ART PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282(c), Defendants ("Micron") hereby provide notice that they may rely on at trial the following prior art references and/or persons with knowledge regarding prior art for U.S. Patent Nos. 11,232,054, 11,016,918, 8,787,060, and 9,318,160 ("the Asserted Patents").[1] Micron may also rely on the file histories for the Asserted Patents, including all references cited therein, and related patents and their file histories, including any *inter partes* review challenges. Micron also incorporates by reference all information set forth in Micron's expert reports served on plaintiff ("Netlist") in this matter and Invalidity Contentions, including all materials cited therein and exhibits, expert witness testimony, discovery responses, exhibit and witness lists, and the Joint Pretrial Order. Unless expressly indicated otherwise, all pages of the

---

[1] The PTAB previously found all asserted claims in U.S. Patent Nos. 11,232,054 and 11,016,918 invalid. *See* IPR2022-00996, IPR2023-00406, IPR2022-00999, and IPR2023-00405. Netlist's continued and unreasonable assertion of these invalid patent claims renders this an exceptional case under at least *Octane Fitness, LLC v. ICON Health Fitness, Inc.*, 134 S. Ct. 1749, 1756 (2014). Micron will properly seek reimbursement of its attorneys' fees under 35 U.S.C. § 285, or any other applicable rule, at an appropriate time.

1

publications listed below are relevant prior art to the Asserted Patents. Micron reserve the right to supplement this notice as appropriate, including the right to rely on additional prior art at trial for the purposes of showing the state of the art, providing technical background, and to respond to any positions taken by Netlist that were not disclosed during fact and expert discovery.

**I.   Patents, Publications, Documents, and Products**

| Patent No. Publication No. Reference Name | First Named Inventor/Author | Country | Date of Issue/Publication/Public Use |
|---|---|---|---|
| Hybrid Memory Cube (Gen. 2) | Micron | United States | 2009-August 2010 |
| U.S. Patent No. 9,123,552 | Keeth | United States | September 1, 2015 |
| U.S. Patent Publ. No. 2011/0103156 | Kim | United States | May 5, 2011 |
| U.S. Patent No. 8,041,991 | Rajan | United States | October 18, 2011 |
| U.S. Patent No. 9,259,619 | Foster | United States | November 12, 2009 |
| U.S. Patent No. 7,969,192 | Wyman | United States | June 20, 2011 |
| U.S. Patent Publication No. 2006/0174140 | Harris | United States | August 3, 2006 |

| Patent No. Publication No. Reference Name | First Named Inventor/Author | Country | Date of Issue/Publication/Public Use |
|---|---|---|---|
| U.S. Patent No. 7,724,604 | Amidi | United States | October 25, 2006 (Filed) |
| U.S. Patent Publication No. 2006/0080515 | Spiers | United States | April 13, 2006 |
| JEDEC Standard JESD205 | JEDEC | United States | March 2007 |
| JEDEC Standard JESD82-20 | JEDEC | United States | March 2007 |
| JEDEC Standard JESD79-2A | JEDEC | United States | January 2004 |
| JEDEC Standard JESD79 | JEDEC | United States | June 2000 |
| U.S. Patent No. 11,016,918 | Chen | United States | May 25, 2021 |
| U.S. Patent No. 11,232,054 | Chen | United States | January 25, 2022 |
| U.S. Patent No. 8,787,060 | Lee | United States | July 22, 2014 |
| U.S. Patent No. 9,318,160 | Lee | United States | April 19, 2016 |

## II.      Persons with Knowledge

In addition to the persons previously disclosed in, among other things, Micron's initial disclosures, discovery responses, pleadings (including documents submitted therewith), and expert reports, Micron also discloses the names of the following persons who may be relied on as having knowledge of prior art to or the state of the art relating to the Asserted Patents:

| Witnesses Having Knowledge of Prior Art or the State of the Art Relating to the Asserted Patents | Contact Information |
|---|---|
| Gary Woods, Ph.D. | Through counsel for Micron only |
| Harold Stone, Ph.D. | Through counsel for Micron only |
| Brent Keeth | Through counsel for Micron only |
| Roman Royer | Through counsel for Micron only |
| Boe Holbrook | Through counsel for Micron only |
| Frank Ross | Through counsel for Micron only |
| Scott DeBoer | Through counsel for Micron only |
| Rob Beal | Through counsel for Micron only |
| Tyler Morton | Through counsel for Micron only |
| Dave Westergard | Through counsel for Micron only |
| Neal Koyle | Through counsel for Micron only |
| John Halbert | Through counsel for Micron only |
| Matt Lynde | Through counsel for Micron only |
| Nevil Gajera | Through counsel for Micron only |
| Rajesh Kariya | Through counsel for Micron only |
| Ralph Kim | Through counsel for Micron only |
| Aparna Limaye | Through counsel for Micron only |

| Witnesses Having Knowledge of Prior Art or the State of the Art Relating to the Asserted Patents | Contact Information |
|---|---|
| Samir Mittal | Through counsel for Micron only |
| Zach Stordahl | Through counsel for Micron only |
| Dave Wilson | Through counsel for Micron only |
| Chuck Hong | Through counsel for Plaintiffs only |
| Gail Sasaki | Through counsel for Plaintiffs only |
| Hyun Lee | Through counsel for Plaintiffs only |
| Scott H. Milton | Through counsel for Plaintiffs only |
| Tobin Hobbs | Through counsel for Plaintiffs only |
| Mario Martinez | Through counsel for Plaintiffs only |
| Chi-She Chen | Through counsel for Smart Modular Technologies only |
| Jeffrey C. Solomon | Through counsel for Plaintiffs only |
| Dr. Michael C. Brogioli | Through counsel for Plaintiffs only |
| Peter Gillingham | Through counsel for Plaintiffs only |
| Dr. Andrew Groehn | Through counsel for Plaintiffs only |
| David Kennedy | Through counsel for Plaintiffs only |
| Dr. William Henry Mangione-Smith | Through counsel for Plaintiffs only |
| Tony Baca | Through counsel for HP, Inc. only |
| Katherein Hoang | Through counsel for Monolithic Power Systems, Inc. only |
| Bruce Lo | Through counsel for Renesas Electronics Corp. only |
| Terry Lo | Through counsel for Richtek USA Inc. only |
| Angelo Pereira | Through counsel for Texas Instruments only |

5

Dated: December 22, 2023

Respectfully submitted,

*/s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (*pro hac vice*)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (*pro hac vice*)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (*pro hac vice*)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com

WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Vivek V. Krishnan (*pro hac vice*)
vkrishnan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: 312-558-9508
Facsimile: 312-558-5700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323


**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR PRODUCTS,
INC., MICRON TECHNOLOGY TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including counsel for Plaintiff, Netlist, Inc.

<i>/s/ Michael R. Rueckheim</i><br>
Michael R. Rueckheim