IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | § |
| *Plaintiff*, | § § § |
| v. | § § Civil Action No. 2:22-CV-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | § § § § § |
| *Defendants*. | § § |

## ORDER

Before the Court is the Unopposed Motion for Leave to Supplement Plaintiff's Opposition to Motion to Stay filed by Plaintiff Netlist, Inc. **Dkt. No. 402**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Plaintiffs have leave to file a supplement to their opposition to the pending Motion to Stay, Dkt. No. 80. The Court notes that the supplement was concurrently filed at Dkt. No. 403.

**SIGNED this 27th day of December, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE