NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Petitioners*

---

2024-107

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:22-cv-00203-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

**O R D E R**

Petitioners submit a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to stay the underlying proceedings pending final resolution of *inter partes review* ("IPR") proceedings, including any appeals of those IPRs.

Upon consideration thereof,

IT IS ORDERED THAT:

Netlist, Inc. is directed to respond to the petition no later than 9:00 am Eastern time on January 11, 2024. Any

| 2 | IN RE: MICRON TECHNOLOGY, INC. |
|---|---|

reply in support of the petition is due no later than 5:00 pm Eastern time on January 12, 2024.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>January 6, 2024</u>
      Date