NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

In re: **MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Petitioners*

---

2024-107

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:22-cv-00203-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

**ON PETITION AND MOTION**

---

**CORRECTED ORDER**

Upon consideration of petitioners' motion to stay the underlying proceedings pending resolution of their petition for a writ of mandamus,

IT IS ORDERED THAT:

Netlist, Inc.'s response to the mandamus petition remains due no later than 9:00 am Eastern time on January 11, 2024. That submission should also include any response to the motion to stay. The combined reply in support of the petition and motion for a stay is due no later

than 5:00 pm Eastern time on January 12, 2024.

FOR THE COURT

January 8, 2024
Date

Jarrett B. Perlow
Clerk of Court