## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0203-JRG-RSP |
| | § | |
| MICRON TECHNOLOGY, INC., ET AL. | § | |

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
**January 12, 2024**

**OPEN: 9:00 am**                                                **ADJOURN: 3:46 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jason Sheasby |
| | Yanan Zhao |
| | Sam Baxter |
| ATTORNEY FOR DEFENDANTS: | Rex Mann |
| | Mike Rueckheim |
| | Wes Hill |
| | Josh Thane |
| LAW CLERK: | Kyle Dockendorf |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Sam Baxter introduced co-counsel and announced ready. Wes Hill introduced co-counsel and announced ready.

The Court heard arguments on Defendants' objections to Plaintiff's exhibits. Rex Mann argued for Micron. Jason Sheasby argued for Netlist. The Court made rulings.

After the break, Wes Hill asked the Court for clarification on a certain exhibit ruling. The parties resumed arguments. Mike Rueckheim also argued for Micron.

Following the lunch break, the Court heard argument on Plaintiff's objections to Defendants' exhibits. The Court made rulings.

The Court instructed the parties to update their exhibit lists and exchange them by Jan. 16th. If there are remaining issues, the parties were instructed to inform the Court.