IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>   *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC. *et al.*, <br><br>   *Defendants*. | § § § § § § § § § § § §   Case No. 2:22-cv-00203-JRG-RSP |

## ORDER

Before the Court is the Claim Construction Order of Magistrate Judge Payne dated October 10, 2023 (Dkt. No. 249). Defendants Micron Semiconductor Products Inc., Micron Technology Texas LLC, and Micron Technology, Inc. ("Micron") have filed Objections to the Order (Dkt. No. 261). Additionally, Plaintiff Netlist, Inc. ("Netlist") has filed Objections to the Order (Dkt. No. 265).

After considering the reasoning provided in the Order, the underlying claim construction briefing, Micron's Objections, and Netlist's Objections, the Court agrees with the conclusions reached within the Order and finds the arguments within the Objections unpersuasive. Accordingly, the Court **OVERRULES** Micron's Objections, **OVERRULES** Netlist's Objections, and **ADOPTS** Magistrate Judge Payne's Order.

**So Ordered this**

Jan 17, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE