IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC. *et al.*, | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Supplement Expert Report of Mr. David Kennedy filed by Netlist, Inc. **Dkt. No. 457**. Netlist indicates that the "Second Supplemental Report" of Mr. Kennedy analyzes newly disclosed information from Micron about "infringing units of HBM3E Accused Products." Dkt. No. 457 at 2. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Netlist has leave to supplement the expert report of Mr. Kennedy. It is

**FURTHER ORDERED** that Micron may serve a supplemental rebuttal report limited to rebutting Mr. Kennedy's opinions in the "Second Supplemental Report" by noon on January 31, 2024.

**SIGNED this 25th day of January, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE