# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-203-JRG |
| ) | |
| MICRON TECHNOLOGY, INC.; MICRON ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF NETLIST'S RESPONSE TO MICRON'S OBJECTIONS TO REPORT & RECOMMENDATION ON MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND NO PRE-SUIT DAMAGES (DKT. 281)

Plaintiff Netlist, Inc. ("Netlist") submits the following response to Defendants' Objections (Dkt. 442) to Magistrate Judge Payne's Report and Recommendations (Dkt. 429) denying Micron's Motion for Summary Judgment of Non-Infringement (Dkt. 279) and granting only in part Micron's Motion for Summary Judgment of No Pre-Suit Damages (Dkt. 281). Netlist disagrees with Micron's objections for the reasons stated in its briefing on the Motions subject to Judge Payne's Report, incorporated by reference herein. Dkts. 293, 366, 294, 365.

Dated: January 30, 2024                        Respectfully submitted,

/s/ Jason G. Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
AStrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via the Court's ECF System.

*/s/ Isabella Chestney*
Isabella Chestney