IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., *Plaintiff*, | § § § |
| v. | §  Case No. 2:22-cv-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC. *et al.*, *Defendants*. | § § § § |

## ORDER

Netlist, Inc. ("Netlist") previously filed a Motion for Summary Judgment Regarding IPR Estoppel (Dkt. No. 275). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 426), recommending denial of Netlist's Motion for Summary Judgment Regarding IPR Estoppel. Netlist has now filed Objections (Dkt. No. 445).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Netlist's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Netlist's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that the Motion for Summary Judgment Regarding IPR Estoppel (Dkt. No. 275) is **DENIED**.

**So ORDERED and SIGNED this 31st day of January, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE