IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., </br></br>Plaintiff, </br></br>vs. </br></br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., MICRON TECHNOLOGY TEXAS LLC, </br></br>Defendants. | Case No. 2:22-CV-203-JRG </br></br>JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC.'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT OF MATTHEW R. LYNDE**

Pursuant to Local Rule CV-7(k), Plaintiff Netlist, Inc. ("Netlist") respectfully seeks leave of the Court to file a motion to strike the supplemental expert report of Micron's damages expert, Dr. Matthew Lynde. The motion to strike will be filed immediately after the immediate motion for leave is filed.

Netlist seeks leave because the Docket Control Order in this case states that "No motion to strike expert testimony (including a *Daubert* motion) may be filed after [November 14, 2023] without leave of the Court." Dkt. 243 at 3.

Netlist served the Second Supplemental Report of Mr. Kennedy on January 23, 2024. The parties agreed, and the Court ordered, that Micron "may serve a supplemental rebuttal report limited to rebutting Mr. Kennedy's opinions in the 'Second Supplemental Report.'" Dkt. 460. Micron served Dr. Lynde's supplemental report on January 31, 2024. As explained in the motion to strike, Dr. Lynde's supplemental report relies on previously undisclosed information and attempts to reintroduce already-stricken opinions. These statements are highly prejudicial and should be stricken (and in some cases stricken again) from Dr. Lynde's report. Netlist could not have brought this motion to strike sooner, as Dr. Lynde only served his report on January 31, 2024.

Accordingly, Netlist respectfully requests that the Court grant Netlist leave to file its motion to strike.

Dated: February 8, 2024                                Respectfully submitted,

*/s/ Jason G. Sheasby*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300

Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on February 8, 2024, a copy of the foregoing was served to all counsel of record via Email as agreed by the parties.

*/s/ Yanan Zhao*
Yanan Zhao

## CERTIFICATE OF CONFERENCE

I hereby certify that, on February 7, 2024, counsel for Netlist met and conferred with Micron's counsel regarding the subject matter of Netlist's motion.  Micron opposes Netlist's motion.

*/s/ Yanan Zhao*
Yanan Zhao