IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00203-JRG-RSP |
| MICRON TECHNOLOGY, INC. *et al.*, | § § § | |
| *Defendants*. | § | |

### ORDER

Micron previously filed an Alternative Motion for Leave to Assert Patent Misuse Affirmative Defense (Dkt. No. 222) and Netlist previously filed a Motion for Summary Judgment of No Patent Misuse (Dkt. No. 277) and a Motion to Strike Micron Defendants' Affirmative Defense of Patent Misuse (Dkt. No. 193). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 438), recommending grant of Netlist's Motion to Strike, denial of Micron's Motion for Leave, and denial as moot of the Motion for Summary Judgment. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Alternative Motion for Leave to Assert Patent Misuse Affirmative Defense (Dkt. No. 222) is **DENIED**, Netlist's Motion for Summary Judgment of No Patent Misuse (Dkt. No. 277) is **DENIED AS MOOT**, and Netlist's Motion to Strike Micron Defendants' Affirmative Defense of Patent Misuse (Dkt. No. 193) is **GRANTED**.

**So Ordered this**

**Feb 19, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE