IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00203-JRG-RSP |
| | § | |
| MICRON TECHNOLOGY, INC. *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Defendant Micron argued exhibit objections at the pre-trial conference hearing on January 12, 2024. (Dkt. No. 436.) Magistrate Judge Payne made rulings on the exhibit objections. *Id*. Micron has now filed Objections (Dkt. No. 464).

After reviewing the transcript of arguments made at the hearing, Judge Payne's rulings, and the briefing on Micron's Objections, the Court agrees with the decisions made at the hearing and concludes that the Objections fail to show that the rulings were clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Micron's Objections (Dkt. No. 464) and **ADOPTS** Judge Payne's pre-trial conference rulings (Dkt. No. 436).

**So Ordered this**

**Feb 19, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1