UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-203-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' THIRD NOTICE OF DETERMINATIONS
INVALIDATING PATENTS-IN-SUIT**

Pursuant to this Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants respectfully file this notice of recent events. Today, the Patent Trial and Appeal Board ("PTAB") determined that all asserted claims in U.S. Patent Nos. 8,787,060 and 9,318,160 are unpatentable.[1] The PTAB previously determined that all claims of U.S. Patent Nos. 11,016,918, 11,232,054, 10,860,506 and 10,949,339 were unpatentable. Taken together all patent claims asserted against Micron's accused products have been determined unpatentable.

The status of *inter partes* review challenges for the asserted patents are as follows:

| Asserted Patent | Status |
|---|---|
| U.S. Patent No. 10,860,506 | All claims found invalid in IPR2023-00205 on October 17, 2023. |

---

[1] *Micron Tech., Inc., et. al. v. Netlist, Inc.*, IPR2022-01428, Paper 48 (PTAB April 1, 2024) (determining claims 1–34 of the '060 patent to be unpatentable) (Rueckheim Decl., Ex. A); *Micron Tech., Inc., et. al. v. Netlist, Inc.*, IPR2022-01427, Paper 48 (PTAB April 1, 2024) (determining claims 1–20 of the '160 patent to be unpatentable) (Rueckheim Decl., Ex. B).

1

|  | Netlist informed the Court on October 23, 2023 that it is no longer pursuing infringement of any claim in '506 patent. |
|---|---|
| U.S. Patent No. 10,949,339 | All claims found invalid in IPR2023-00204 on October 18, 2023.<br><br>Netlist informed the Court on October 23, 2023 that it is no longer pursuing infringement of any claim in '339 patent. |
| U.S. Patent No. 11,232,054 | All claims found invalid in IPR2023-00405 on December 5, 2023.<br><br>The PTAB denied Netlist's request for director review of the final written decision on March 18, 2024. |
| U.S. Patent No. 11,016,918 | All claims found invalid in IPR2023-00406 on December 6, 2023.<br><br>The PTAB denied Netlist's request for director review of the final written decision on March 18, 2024. |
| U.S. Patent No. 8,787,060 | All claims found invalid in IPR2022-01428 on April 1, 2024. |
| U.S. Patent No. 9,318,160 | All claims found invalid in IPR2022-01427 on April 1, 2024. |

The case is currently stayed "pending the PTAB's written decisions in IPR2022-01427 and IPR2022-01428, or until further order from this Court." *See* Dkt. No. 493. To the extent that Netlist intends to appeal the PTAB results, the case should remain stayed during the pendency of those appeals for numerous reasons, including the "risk[ of] an inefficient consumption of limited judicial resources" as noted in the Court's Order granting stay. *Id.*, 2. Micron will meet and confer with Netlist to determine if the parties can present a joint filing for the Court to consider with respect to maintaining the current stay through appeals (if any).

Dated: April 1, 2024

Respectfully submitted,

*/s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201

Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (pro hac vice)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (pro hac vice)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (pro hac vice)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (pro hac vice)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill

3

State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC**

## CERTIFICATE OF SERVICE

I certify that, on April 1, 2024, a copy of the foregoing was served on all counsel of record via the Court's ECF system and email.

*/s/ Michael R. Rueckheim*
Mike Rueckheim
