UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 2:22-cv-203-JRG-RSP ) |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

**JOINT NOTICE REGARDING THE CURRENT STAY**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC ("Micron") file this joint notice to apprise the Court of the parties' respective positions with respect to the current stay.

**Netlist's Position:**

Micron contends that Netlist asserted the patents in this case in bad faith under Idaho Code § 48-1703, the Idaho Bad Faith Assertions of Patent Infringement Act. This issue is currently pending before this Court in *Netlist, Inc. v. Micron Tech., Inc.*, 2:23-cv-628-JRG ("Micron III"). According to Micron, the Court needs to decide infringement in this case, and should ***not*** decide it in *Micron III*, *see Micron III*, Dkt. 28 at 3 ("Netlist's allegations of patent infringement… are to be decided in the cases already pending before this Court …."), and the Court held that it does not intend to "relitigate th[is] case[]" in *Micron III*. *Id.*, Dkt. 29 at 2. Successfully litigating Netlist's underlying claims here will establish that Netlist's patent infringement claims are not "objectively baseless in the sense that no reasonable litigant could realistically expect success on the merits," *Globetrotter Software, Inc. v. Elan Computer Grp., Inc.*, 362 F.3d 1367, 1376 (Fed. Cir. 2004); *Maxchief Investments Ltd. v. Wok & Pan, Ind., Inc.*, 909 F.3d 1134, 1140 n.3 (Fed. Cir. 2018). Thus, the stay needs to be lifted and Netlist needs to bring its claims before a jury. Lifting the stay would not prejudice Micron, as the parties have already fully prepared for trial. Moreover, Micron's latest retaliatory filing in Idaho on two of the patents-in-suit is proof that Micron is prepared to incur the significant expense of litigating Netlist's infringement claims. The more efficient path is to reactivate this case which is ready for trial.

**Micron's Position:**

The stay should remain in place pending appeals. The Court stayed the case when only four of the original six asserted patents were found invalid, observing the risk of "an inefficient consumption of limited judicial resources." Dkt. 493, 1-2. That risk has now increased. Now, ***all*** asserted patent claims have been found invalid. Indeed, Netlist tellingly does not argue that the

risk has somehow decreased. Moreover, a trial may never be necessary because the PTAB results are likely to be upheld on appeal. More than 70% of IPR results are affirmed. Furthermore, the claims were found obvious on multiple grounds, and there are additional grounds for the PTAB to consider even if there was a reversal. *See* Dkt. 499-2, 74; Dkt. 499-3, 67; 12/20/23 Hrg. Tr. 127:12-130:5. Impaneling a jury under these circumstances and taking people away from their daily lives to decide complex technical issues about invalid patents, is an unwarranted burden. Trying invalid patents would require substantial, and likely unnecessary, expenses and resources by the parties and the Court. Netlist's argument to the contrary is inapposite. Micron brought the Idaho bad-faith litigation claims because Netlist was asserting "facially invalid" claims from three patents, which had already been confirmed by the PTAB. *See, e.g. Micron III*, Dkt. 1-10 ¶ 3. As such, and despite Netlist's arguments to the contrary, further "litigating Netlist's underlying" infringement theories is not dispositive to those proceedings or the broader declaratory judgment action Netlist brought before this Court. The stay should remain in place.

Dated: April 12, 2024                                         Respectfully submitted,

By: */s/ Michael Rueckheim*                                   By: */s/ Jason Sheasby*
Thomas M. Melsheimer                                          Samuel F. Baxter
State Bar No. 13922550                                        Texas State Bar No. 01938000
TMelsheimer@winston.com                                       sbaxter@mckoolsmith.com
Natalie Arbaugh                                               Jennifer L. Truelove
State Bar No. 24033378                                        Texas State Bar No. 24012906
NArbaugh@winston.com                                          jtruelove@mckoolsmith.com
Rex A. Mann                                                   **MCKOOL SMITH, P.C.**
Starte Bar No. 24075509                                       104 East Houston Street Suite 300
RMann@winston.com                                             Marshall, TX 75670
WINSTON & STRAWN LLP                                          Telephone: (903) 923-9000
2121 N. Pearl Street, Suite 900                               Facsimile: (903) 923-9099
Dallas, TX 75201
Telephone: (214) 453-6500                                     Jason G. Sheasby (*pro hac vice*)
Facsimile: (214) 453-6400                                     jsheasby@irell.com
                                                              Annita Zhong, PhD (*pro hac vice*)
David P. Enzminger (pro hac vice)                             hzhong@irell.com
DEnzminger@winston.com                                        Andrew J. Strabone (*pro hac vice*)
WINSTON & STRAWN LLP                                          astrabone@irell.com
333 South Grand Avenue, 38th Floor                            Yanan Zhao (*pro hac vice*)
Los Angeles, CA 90071-1543                                    yzhao@irell.com
Telephone: (213) 615-1700                                     Michael W. Tezyan (*pro hac vice*)
Facsimile: (213) 615-1750                                     mtezyan@irell.com

Michael R. Rueckheim                                          **IRELL & MANELLA LLP**
State Bar No. 24081129                                        1800 Avenue of the Stars, Suite 900
MRueckheim@winston.com                                        Los Angeles, CA 90067
Ryuk Park (pro hac vice)                                      Tel. (310) 277-1010
RPark@winston.com                                             Fax (310) 203-7199
Matthew R. McCullough                                         ***Attorneys for Plaintiff Netlist, Inc.***

MRmccullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Matthew Hopkins (pro hac vice)
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W. Washington
Washington, DC 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including counsel for Plaintiff, Netlist, Inc.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim