# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | § |
| *Plaintiff*, | § § § |
| v. | § § |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | § § § § § § Civil Action No. 2:22-CV-00203-JRG-RSP |
| *Defendants*. | § § |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Counsel filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron"). **Dkt. No. 502.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Wesley Hill, Chad Everingham, Andrea Fair, and the firm of Ward, Smith & Hill, PLLC are withdrawn as counsel of record for Defendants Micron in this matter, and the receipt of electronic notice to each is terminated.

**SIGNED this 17th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE